| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _S. Slauson_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 6/30 |
| 1. Article Addressed to:<br>Vision World, Inc.<br>c/o The Corporation Co.<br>2000 Interstate Pk Dr., Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>06CV569 SFC<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1350 0002 8753 9396 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540