IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KYLE BENGSTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | 3:06-cv-00569-SRW |
| | ) | |
| JOHN BAZEMORE, O.D., and | ) | |
| VISION WORLD, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

*Received 2006 JUL 24 P 4:19 — DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA*

## MOTION TO DISMISS

**COMES NOW** Plaintiff Kyle Bengston and hereby moves this Court dismiss Vision World, Inc. as a party Defendant in this matter, with prejudice. In support of this motion, Plaintiff would state that Defendant Bazemore was not an employee of Defendant Vision World, Inc, at the relevant time period of the complaint.

Respectfully submitted this _21_ day of July, 2006.

_____
David W. Adams
Attorney for Plaintiff
The Newman Law Firm
AL Bar ID: ASB-4582-S46D
Park Plaza-- Suite 150
178 South Main Street
Alpharetta, Georgia 30004
678-205-8000

## Certificate of Service

I hereby certify that I serve the following on all interested parties by U.S. mail.

*[signature]*

Chris Sheppard
Attorney for Vision World, Inc.
PO Box 36988
Birmingham, AL 35236-6988