IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv569-SRW |
| ) | |
| JOHN BAZEMORE, O.D., and ) | |
| VISION WORLD, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action is presently before the court on the motion to dismiss filed by plaintiff on July 24, 2006 (Doc. # 5). Upon consideration of the motion, it is

ORDERED that, if defendant Vision World opposes the motion, it may file a response on or before August 4, 2006.

Additionally, the undersigned Magistrate Judge cannot proceed in this action or rule on the motion to dismiss without written consent from all parties. Accordingly, it is further ORDERED that, if the parties wish to consent to Magistrate Judge jurisdiction, they must execute and send to the Clerk, on or before August 4, 2006, the attached form indicating their consent. **DO NOT FILE THIS FORM ELECTRONICALLY.**

Done, this 26th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____, )
                                )
      Plaintiff(s),           )
                                )
v.                              )   CIVIL ACTION NO. _____
                                )
_____, )
                                )
      Defendant(s).           )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____   _____
     Date                             Signature

                                                    _____
                                                    Counsel For (**print** name of all parties)

                                                      _____
                                                      Address, City, State Zip Code

                                                       _____
                                                      Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**