IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**RECEIVED**

2006 JUL 26  P 3: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Kyle Bengston  )
                    )
    Plaintiff(s),    )
                    )
    v.              )  CIVIL ACTION NO. 3:06cv569-SRW
                    )
John Bazemore, O.D., and )
Vision World, Inc.,   )
    Defendant(s).    )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

07/26/2006
Date

Signature

Kyle Bengston, Plaintiff
Counsel For (**print** name of all parties)

178 South Main Street, Ste. 150, Alpharetta, GA
Address, City State Zip Code  30004

678.205.8000
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101