IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| KYLE BENGSTON, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV569-SRW |
| | ) | |
| VISION WORLD, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

July 27, 2006
_____
Date

Signature Christopher C. Shepherd (ASB-3149-R65C)

Vision World, Inc.
_____
Counsel For (**print** name of all parties)

PO Box 36988, Birmingham, AL 35236
_____
Address, City, State Zip Code

(205) 988-5463
_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101