IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 JUL 24  P 4:19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| KYLE BENGSTON, | ) |
| PLAINTIFF, | ) |
| v. | ) 3:06-cv-00569-SRW |
| JOHN BAZEMORE, O.D., and VISION WORLD, INC., | ) |
| DEFENDANTS. | ) |

## MOTION TO DISMISS

**COMES NOW** Plaintiff Kyle Bengston and hereby moves this Court dismiss Vision World, Inc. as a party Defendant in this matter, with prejudice. In support of this motion, Plaintiff would state that Defendant Bazemore was not an employee of Defendant Vision World, Inc, at the relevant time period of the complaint.

Respectfully submitted this 21 day of July, 2006.

_____
David W. Adams
Attorney for Plaintiff
The Newman Law Firm
AL Bar ID: ASB-4582-S46D
Park Plaza-- Suite 150
178 South Main Street
Alpharetta, Georgia 30004
678-205-8000

## MOTION GRANTED

THIS 9th DAY OF August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE