ÅAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Kyle Bengston

V.

David Bazemore, O.D. and Wal-Mart Stores, Inc

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-cv-00569-SRW

TO: (Name and address of Defendant)

Wal-Mart Stores, Inc
The Corporation Company
2000 Interstate Park Dr. Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Adams
178 South Main Street, Suite 150
Alpharetta, GA 30004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 8/9/06