■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Payne_    ☐ Agent
              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  8/11/06

1. Article Addressed to:

Wal-Mart Stores, Inc.
The Corporation Company
2000 Interstate Park Dr.
Ste. 204
Montgomery, Al 36109

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7001 1140 0003 2239 3363

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540