AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/14/06 |
| NAME OF SERVER (PRINT) Mallory Storey | TITLE Processes Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

2900 Pepperell Pkwy, Opelika, AL 36801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/06
                Date

Signature of Server: Mallory Storey

Address of Server: P.O. 1423, Auburn, AL 36831

RETURNED AND FILED

AUG 17 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Kyle Bengston

**SUMMONS IN A CIVIL ACTION**

V.

David Bazemore and Wal-Mart Stores, Inc.

CASE NUMBER:  3:06-cv-00569-SRW

TO: (Name and address of Defendant)

David Bazemore
2900 Pepperell Parkway
Opelika, AL 36801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David W. Adams
178 South Main Street, Suite 150, Alpharetta, GA 30004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Huckett                                     8/10/06
CLERK                                                  DATE

(By) DEPUTY CLERK