**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **KYLE BENGSTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) 3:06-cv-00569-SRW |
| | ) |
| **DAVID BAZEMORE, O. D., AND** | ) |
| **WAL-MART STORES, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## APPEARANCE OF COUNSEL

COMES NOW Phillip E. Adams, Jr., Matthew W. White and Blake L. Oliver, of the law firm of Adams, Umbach, Davidson & White LLP, and file herein this firm's appearance as attorney for the Defendants, David Bazemore, O.D. and Wal-Mart Stores, Inc., in this case.

                        ADAMS, UMBACH, DAVIDSON & WHITE LLP

                        BY: /s/ Phillip E. Adams, Jr.
                             PHILLIP E. ADAMS, JR. (ADA025)

                        BY: /s/ Matthew W. White
                             MATTHEW W. WHITE (WHI086)

                        BY: /s/ Blake L. Oliver
                             BLAKE L. OLIVER (OLI020)
                             Attorneys for Defendants
                             P. O. Box 2069
                             Opelika, AL  36803-2069

CERTIFICATE OF SERVICE

    I do hereby certify that I have this day served a true and correct copy of the above and foregoing Appearance on David W. Adams, Esq., the Newman Law Firm, Park Plaza, Ste. 150, 178 South Main Street, Alpharetta, GA 30004, by mailing a copy of same to him in the United States mail, postage prepaid at the above address.

    This the 31st day of August, 2006..

                                                          /s/ Phillip E. Adams, Jr.
                                                          Of Counsel for Defendants