IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO.: 3:06-cv-569-MEF |
| ) | |
| DAVID BAZEMORE, et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Matthew W. White of the law firm of Adams, Umbach, Davidson & White, and files herein his appearance as counsel for the Defendants, David Bazemore and Wal-Mart, in this case.

Respectfully submitted,

_/s/ Matthew W. White_____
MATTHEW W. WHITE (ASB-6809-W83M)

OF COUNSEL:

ADAMS, UMBACH,
  DAVIDSON & WHITE, LLP
P. O. BOX 2069
OPELIKA, ALABAMA  36803-2069
334-745-6466

## CERTIFICATE OF SERVICE

      I do hereby certify that I have this day served a true and correct copy of the above and foregoing upon:

David W. Adams
The Newman Law Firm
Park Plaza, Suite 150
Alpharetta, GA 30004


      Done this the 22nd day of September, 2006.


                                                 /s/ Matthew W. White
                                               OF COUNSEL