## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                 TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  Bengston v. Bazemore et al

Case Number:   3:06-cv-00569-MEF

Referenced Docket Entry - ***Objection to Uniform Scheduling Order - Doc. 27

The referenced docket entry was filed electronically in ERROR on ***October 2, 2006*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because of the incorrect PDF. DISREGARD this docket entry. See doc. 28 for correction.