IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KYLE BENGSTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 3:06-cv-00569-SRW |
| | ) |
| **DAVID BAZEMORE, O. D., AND** | ) |
| **WAL-MART STORES, INC.,** | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF HIPAA ORDER
IN CIVIL ACTION**

COME now the Plaintiff and Defendants, jointly, and move this Honorable Court to enter the Qualified Protective Order attached hereto as Exhibit "A" allowing discovery of the Plaintiff's health and medical records.

THE NEWMAN LAW FIRM


BY:  /s/ DAVID W. ADAMS
      DAVID W. ADAMS (ASB-4582-S46D)
      Park Plaza - Suite 150
      178 South Main Street
      Alpharetta, GA 30004


ADAMS, UMBACH, DAVIDSON & WHITE LLP


BY:  /s/ BLAKE L. OLIVER
      BLAKE L. OLIVER (OLI020)
      Attorneys for Defendants
      P. O. Box 2069
      Opelika, AL  36803-2069