IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KYLE BENGSTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | 3:06-cv-00569-MEF |
| | ) | |
| | ) | |
| DAVID BAZEMORE, O.D. et. al | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**COMES NOW** the undersigned attorney, James B. Douglas, Jr., and enters this Notice of Appearance as co-counsel for Plaintiff, Kyle Bengston, in the above-styled cause.

Respectfully submitted this the 27th day of July, 2007.

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.
McNeal & Douglas,
Attorneys at Law, L.L.C.
Ala. Bar No. 8935-u83j
P.O. Box 1423
Auburn, AL 36831-1423
(334) 821-1596

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above Notice of Deposition upon the following by placing a copy of the same in the U.S. mail, postage prepaid, on this the 27th day of July, 2007.

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.

Matthew White
Blake L. Oliver
Adams, Umbach, Davidson & White, LLP
205 South 9th Street
Opelika, Alabama 36801