# EXHIBIT   4

# DEPOSITION OF DAVID BAZEMORE

## May 15, 2007

## Pages 1 through 228

## PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
566 South Perry Street
Post Office Box 62
Montgomery, AL 36104
Phone: (334) 263-4455
Fax: (334) 263-9167
E-mail: haislipragan@charter.net

Page 1

1
2           IN THE UNITED STATES DISTRICT COURT
3           FOR THE MIDDLE DISTRICT OF ALABAMA
4                    EASTERN DIVISION
5
6    KYLE BENGSTON,
7           Plaintiff,
8    Vs.                CIVIL ACTION NO.
                         3:06-cv-00569-MEF
9    DAVID BAZEMORE, O.D.,
     et al.,
10
           Defendants.
11
12
13           * * * * * * * * * * * * *
14
15           DEPOSITION OF DAVID BAZEMORE, O.D., taken
16    pursuant to stipulation and agreement before
17    Patricia G. Starkie, Registered Diplomate Reporter,
18    CRR, and Commissioner for the State of Alabama at
19    Large, in the Law Offices of Adams, Umbach,
20    Davidson & White, 205 South 9th Street, Opelika,
21    Alabama, on Tuesday, May 15, 2007, commencing at
22    approximately 9:35 a.m.
23           * * * * * * * * * * * * *

---

Page 2

1
2                    APPEARANCES
3
4    FOR THE PLAINTIFF:
5    Mr. David W. Adams
     THE NEWMAN LAW FIRM
6    Attorneys at Law
     Park Plaza - Suite150
7    178 South Main Street
     Alpharetta, Georgia 30004
8
9    FOR THE DEFENDANT:
10   Mr. Blake Lee Oliver
     Mr. Matt White
11   ADAMS, UMBACH, DAVIDSON & WHITE
     Attorneys at Law
12   205 South 9th Street
     Opelika, Alabama
13
14   Also present:  Mr. Kyle Bengston
15           * * * * * * * * * * * * *
16           EXAMINATION INDEX
17           DAVID BAZEMORE, O.D.
18       BY MR. ADAMS . . . . . . . . . .  5
19
20
21
22
23

---

Page 3

1
2                  EXHIBIT INDEX
           PLAINTIFF'S EXHIBITS
3    1   630-X-12-.06 and others (1 page)        43
4    2   Diagram of eye                     102
5    3   Diagram of eye - anterior chamber angle   105
6    4   Title page of textbook - Clinical Ocular   108
         Pharmacology (textbook retained by
7        counsel)
8    5   Treatment notes                     134
9    6   Document from Hunkeler Eye Institute    211
         (internet site)
10   7   License agreement between Dr. Bazemore   216
11       and Wal-Mart
12           * * * * * * * * * * * * *
13
14                  STIPULATION
15           It is hereby stipulated and agreed by and
16    between counsel representing the parties that the
17    deposition of:
18           DAVID BAZEMORE, O.D.
19    is taken pursuant to the Federal Rules of Civil
20    Procedure and that said deposition may be taken
21    before Patricia G. Starkie, Registered Diplomate
22    Reporter, CRR, and Commissioner for the State of
23

---

Page 4

1    commission;
2           That objections to questions other than
3    objections as to the form of the question need not
4    be made at this time but may be reserved for a
5    ruling at such time as the said deposition may be
6    offered in evidence or used for any other purpose
7    by either party provided for by the Statute.
8           It is further stipulated and agreed by and
9    between counsel representing the parties in this
10   case that the filing of said deposition is hereby
11   waived and may be introduced at the trial of this
12   case or used in any other manner by either party
13   hereto provided for by the Statute regardless of
14   the waiving of the filing of the same.
15           It is further stipulated and agreed by and
16   between the parties hereto and the witness that the
17   signature of the witness to this deposition is
18   hereby waived.
19           * * * * * * * * * * * * *
20
21
22
23

Deposition of David Bazemore

May 15, 2007

---

Page 5

1         DAVID BAZEMORE, O.D.

2     The witness, after having first been duly

3 sworn to speak the truth, the whole truth and

4 nothing but the truth testified as follows:

5         EXAMINATION

6 BY MR. ADAMS:

7 Q. This will be the deposition of Dr. David

8     Bazemore, OD. Dr. Bazemore, we met in a

9     previous deposition. My name is David

10     Adams. I represent Kyle Bengtson.

11         MR. ADAMS: Same stipulations as

12           in our prior deposition?

13         MR. OLIVER: Yes.

14         MR. WHITE: Yes.

15         MR. ADAMS: Let me finish the

16           formalities. This will be

17           taken for the purposes of

18           discovery and any other

19           purpose authorized by the

20           federal civil procedure rules.

21 Q. Dr. Bazemore, I'm sure your attorneys have

22     explained to you what this is about, and

23     you've observed Kyle Bengtson's

---

Page 6

1     deposition. Have you ever given a prior

2     deposition?

3 A. No, sir.

4 Q. Okay. Well, if I ask a question that you

5     don't understand, and I can assure you that

6     will happen probably a number of times, not

7     because of any inability on your part, but

8     because I don't always ask perfect

9     questions, please ask me to rephrase it.

10     Because the deal is if you answer it, it's

11     assumed you understood it.

12         MR. WHITE: Object to the form.

13 Q. If you need to take a break at any time,

14     please feel free to just let me know or

15     tell your attorney, and I'll be glad to

16     accommodate you. This isn't a marathon or

17     an endurance test, so I'll be glad to

18     accommodate you.

19     Also it's important that everything you

20     and I say be taken down by our court

21     reporter. That means we need to respond

22     verbally as opposed to nodding our head as

23     we all do in normal conversation, and it

---

Page 7

1 also means that word responses should be

2 given as opposed to uh-huh and unh-unh as

3 we're all prone to do. And I believe

4 that's it.

5     All right. Can you give me your full

6 name, Dr. Bazemore.

7 A. David Newell, N-E-W-E-L-L, Bazemore.

8 Q. Okay. Any junior or anything like that?

9 A. No.

10 Q. Okay. And where do you reside?

11 A. 903 McLure, M-C-L-U-R-E, Avenue, Opelika.

12 Q. How long have you lived there?

13 A. 36801.

14 Q. Okay.

15 A. Twelve or 13 years.

16 Q. And who lives there with you?

17 A. My wife.

18 Q. Okay. And what is her name, please?

19 A. Joy, the maiden name is Crawley,

20     C-R-A-W-L-E-Y, Bazemore.

21 Q. Okay. And is she originally from Opelika?

22 A. She was born in the Philippines. When I

23     met her, it was in Birmingham.

---

Page 8

1 Q. Okay. I noticed in your interrogatory

2     responses that you attended Opelika High

3     School?

4 A. That's correct.

5 Q. Okay. And so I take it she didn't go to

6     high school in Birmingham?

7 A. She went to high school in Richmond,

8     Virginia.

9 Q. Okay. And Opelika is what I intended to

10     say. She went to high school in Richmond,

11     Virginia.

12     Does she have any relatives by blood or

13     marriage -- well, let's just say does she

14     have any relatives on her side of the

15     family residing in Lee County?

16 A. No.

17 Q. Do y'all have any children?

18 A. Yes.

19 Q. And do any of them reside in Lee County?

20 A. One.

21 Q. Okay. And what's that child's name?

22 A. Hillary, and it's still Bazemore.

23 Q. Is she going to be changing her name any

---

Page 9

1    time soon that you know of?
2    A.  Yes.
3    Q.  Okay.  And what will her new name be?
4    A.  White.
5    Q.  All right.  And is she going to be residing
6       in Lee County after her marriage, I assume
7       it is?
8    A.  I don't know.
9    Q.  Okay.  The jury may be drawn from some
10      other counties in between here and
11      Montgomery.  Do you have any other
12      relatives by blood or marriage that reside,
13      say, in Montgomery County, in Macon County,
14      in Lee County, Tallapoosa County?
15   A.  Yes.
16   Q.  Russell as well.
17   A.  My mom lives here.
18   Q.  What is her name, please?
19   A.  Her name is Annie Merle, A-N-N-I-E,
20      M-E-R-L-E, Bazemore.
21   Q.  Okay.
22   A.  I have a sister that lives here in town.
23   Q.  What is her name, please?

Page 10

1    A.  Her name is Carol, with a C, and the last
2       name is White.
3    Q.  And do you have any other children other
4       than Hillary?
5    A.  Three.
6    Q.  Okay.
7    A.  Yes.
8    Q.  What are their names?
9    A.  Starting with the oldest, it's Grace.  Want
10      last names?
11   Q.  Please, yes.
12   A.  Yukich.  Y-U-K-I-C-H.
13   Q.  Where does she live?
14   A.  New York.
15   Q.  Okay.
16   A.  Shelly Spears.  It's like it sounds.  North
17      Carolina.
18   Q.  Okay.
19   A.  And Heather still has Bazemore.
20   Q.  Okay.
21   A.  And that's in Birmingham.  Well, it's in
22      Pelham, if it matters.
23   Q.  Okay.  Four daughters?

Page 11

1    A.  Yes.
2    Q.  All right.  Now, do you know if any of your
3       four daughters intend to reside -- well, do
4       Grace, Shelly, Heather, any of them, to
5       your knowledge, plan to move back to this
6       area?
7    A.  No.
8    Q.  Okay.  Any other relatives by blood or
9       marriage residing in the counties that I
10      just mentioned?
11   A.  I don't know if my sister's husband counts
12      or something like that.
13   Q.  Yes.  What is his name?
14   A.  His name is Terry and Carol White.
15   Q.  Terry White?
16   A.  Uh-huh (positive response).
17   Q.  And where does he live?
18   A.  Opelika.
19   Q.  Okay.  Anybody else?
20   A.  I can't think of anybody else right off.
21   Q.  Do you have any brothers or sisters?
22   A.  Well, I gave you Carol, my sister.
23   Q.  Yes, you did.  Sorry about that.  But no

Page 12

1    brothers?
2    A.  Lives in Atlanta.
3    Q.  Okay.  I think you mentioned him.
4    A.  Yes.  We were talking last time.
5    Q.  What is his name?
6    A.  His name is Steve Bazemore.
7    Q.  All right.
8    A.  And I have another sister whose name is
9       Susan Lazenby, Z-E-N-B-Y.  And that's in
10      Birmingham.
11   Q.  Okay.  What is your date of birth, doctor?
12   A.  2/21/53.
13   Q.  And, now, we will make sure this isn't
14      disseminated, but if you can give me your
15      social security number.
16   A.  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.
17   Q.  Okay.  Do you attend or are you a member of
18      a church in this area?
19   A.  Yes.
20   Q.  Which one is that?
21   A.  First Baptist Church in Opelika.
22   Q.  Okay.  And how long have you been a member
23      there?

Page 13

1   A.  We moved here in 1980, so that would be 27
2       years.
3   Q.  Okay.  Are you a member of any civic
4       organization?
5   A.  I'm not sure what you're looking for.
6   Q.  Rotary, Civitan, anything like that?
7   A.  No.
8   Q.  Lion's Club?
9   A.  (Witness shakes head from side to side.)
10  Q.  Make sure you say no.
11  A.  No.  I'm sorry.
12  Q.  I think you said it earlier, but maybe not
13      to the last couple of clubs I mentioned.
14      Are you a member of any other
15      organization of any type?  Volunteer with
16      anything?
17  A.  Well, yes.
18  Q.  Okay.
19  A.  And that's -- I do some volunteer work for
20      the Lion's Club and for a Mercy Medical Eye
21      Clinic -- well, it's a medicine clinic
22      that's down in Auburn.
23  Q.  Okay.  Are you a member of the Lion's Club?

Page 14

1   A.  No.
2   Q.  Okay.  But you volunteer, do some work for
3       them?
4   A.  (Witness nods head up and down.)
5           MR. WHITE:  Have to answer yes or
6       no.
7   A.  Yes.
8   Q.  And Mercy Medical in Auburn, what is that?
9   A.  That is a clinic that helps people that
10      aren't able to provide for their own
11      medical care.
12  Q.  And what do you do with Mercy Medical?
13  A.  I do eye exams on patients that they
14      request me to see.
15  Q.  How often do you do that volunteer work?
16  A.  I couldn't really give you a number.  You
17      know, I -- there might be -- I don't know.
18      I'd have to look back through the schedule.
19  Q.  Okay.  I mean, do you volunteer once a
20      month or --
21  A.  No.  They come to the office.
22  Q.  I see.
23  A.  They call and make the appointments.

Page 15

1   Q.  Okay.  I see.  And can you give me an idea
2       of how often they might call and make that
3       appointment?
4   A.  Not really without looking.
5   Q.  Okay.  Would you say you see at least one
6       patient a month under that arrangement?
7   A.  (Witness nods head up and down.)
8   Q.  Is that a yes?
9   A.  Yes.
10  Q.  Is that discounted or complete pro bono or
11      what?
12  A.  There's no charge to them when I see them.
13  Q.  Okay.  And you said -- you'd say it's at
14      least once a month?
15  A.  That would be true for the last year, you
16      know.  That's all I could say for sure.
17  Q.  Would you say it's more than -- say more
18      than five a month?
19  A.  No.
20  Q.  Okay.  More than three would you say?
21  A.  It varies from month to month.  I'd hate to
22      say without looking back through and
23      dividing it out.

Page 16

1   Q.  All right.  But somewhere between one and
2       five a month would be fair?
3   A.  (Witness nods head up and down.)
4   Q.  Is that a yes?
5   A.  I would say -- I'm sitting here trying to
6       think about this month and last month.  I
7       would say that's in the ballpark.
8   Q.  Okay.  Well, that's commendable that you do
9       that.
10      Now, you attended Opelika High School?
11  A.  That's correct.
12  Q.  What year did you graduate?
13  A.  1971.
14  Q.  And where did you -- what did you do after
15      high school, immediately after high school?
16  A.  Well, for that summer, I worked, and then
17      in the fall I went to Auburn University.
18  Q.  Okay.  What did you study at Auburn?
19  A.  I was in a premed curriculum.  It would be
20      a Bachelor of Science.
21  Q.  So your degree is premed from Auburn?
22  A.  I did not get a degree from Auburn.
23  Q.  Okay.  Where did you obtain your degree?

Page 17

1 A.  I was accepted into optometry school in the
2   fall of '73, I think.
3 Q.  All right.  So you attended your freshman
4   and sophomore year at Auburn?
5 A.  That's correct.
6 Q.  Now, what made you decide to go to
7   optometry school?
8 A.  Well, my vision is not very good, and that
9   was something that interested me, so I had
10   applied to that early and they -- I was
11   accepted in.
12 Q.  Okay.  Was your original plan to attend
13   medical school?
14 A.  Well, the curriculum is the same.  There's
15   not a pre-optometry curriculum in an
16   undergrad program.  It's the same courses.
17 Q.  When you entered Auburn, what was your
18   career goal?
19 A.  At that point, I was playing basketball at
20   the University and I was going to school
21   and I was -- I had a pretty full schedule.
22   I wasn't really too worried about six
23   months from then.

Page 18

1 Q.  Okay.  But you entered premed with the idea
2   of becoming what?
3 A.  I thought that that would be a very
4   interesting field to be in and would give
5   me an opportunity to serve other people.
6 Q.  Okay.  But my question is when you decided
7   on premed, was your vision or objective to
8   eventually go to medical school, or was it
9   to do something else?
10 A.  I thought that was one of the options that
11   I was looking at, that I thought would be
12   very interesting.
13 Q.  How were your grades your first two years?
14   At Auburn?
15 Q.  Yes.
16 A.  I think I made all A's and one B.
17 Q.  Okay.  So you were playing basketball?
18 A.  Yes.
19 Q.  So did you play for Bob Davis?
20 A.  At the time that I played, they still had a
21   freshman team.
22 Q.  I see.  Okay.  Well, I'm a rare breed.  I
23   actually went to Auburn basketball games

Page 19

1   growing up.  My dad was a bigger basketball
2   fan than football fan, so I was in many an
3   empty gymnasium.
4   You mentioned your vision was one of
5   the things that motivated you to go to
6   optometry school.  Tell me about that.
7 A.  Well, I am nearsighted.  I have trouble
8   seeing at a distance.  And I got
9   corrections when I was in ninth grade in
10   high school, and it's just something that's
11   kind of held my interest since then.
12 Q.  Okay.  When did you and your wife marry,
13   what year?
14 A.  You're going to get me in trouble.  1977.
15 Q.  So you were single, playing basketball at
16   Auburn, making good grades.
17 A.  Correct.
18 Q.  Okay.  So what prompted you, other than
19   your vision?  Was there anything other than
20   your vision that prompted you to want to
21   apply to optometry school after -- around
22   your second year of college?
23 A.  Well, I think at that point I did not have

Page 20

1   anything to lose by applying there as far
2   as trying to get in early.  The worst thing
3   they could say was no.  But I was -- I was
4   fortunate enough to be accepted early
5   because of my performance at the undergrad
6   level.
7 Q.  Okay.  And when you say accepted early,
8   what do you mean by that?
9 A.  Most of the applicants do have four-year
10   degrees when they go in there.
11 Q.  And was that true in 1973?
12 A.  I couldn't tell you as far as the
13   percentage of my class that was in -- that
14   had a degree in this or that.  I really
15   couldn't give you those numbers.
16 Q.  Okay.  Did you apply to any other schools
17   other than optometry school?
18 A.  No.
19 Q.  You didn't apply to vet school or anything
20   like that?
21 A.  No.  I was more interested in the other.
22 Q.  Okay.  Now, did you apply anywhere other
23   than UAB?

Deposition of David Bazemore

Page 21

1  A.  No, that was my first choice.
2  Q.  Okay.  So you weren't turned down to any
3      optometry school?
4  A.  No.
5  Q.  And so you entered optometry school, you
6      said, in the fall of '73.  Now, how many
7      years were you in optometry school?
8  A.  That is a four-year program.
9  Q.  All right.  And what was your class rank
10     upon graduation, do you know?
11  A.  I was first in the class.
12  Q.  And what did you do upon graduation?
13  A.  I went into the Navy for three years to pay
14     back a scholarship that I was on in school.
15  Q.  Okay.  And where were you stationed?
16  A.  I was stationed -- I was in Beaufort, South
17     Carolina, and I worked in the eye centers.
18     There's a hospital there and a dispensary
19     on one of the -- on the Parris Island base.
20  Q.  Okay.  Did you have to become a licensed
21     optometrist to practice optometry in the
22     military?
23  A.  Yes.

Page 22

1  Q.  Okay.  And where did you -- what state did
2      you sit for initially?
3  A.  When you're in -- Well, for Alabama, to
4      answer your question.
5  Q.  All right.  So did you have to sit for a
6      board?
7  A.  Yes.
8  Q.  Okay.  And you had to when you graduated?
9  A.  Well, as soon after that as it was offered.
10  Q.  How long after you graduated was it
11     offered?
12  A.  I think it was either late July or August,
13     but I couldn't -- that was 30 years ago.
14  Q.  All right.  And you graduated, I guess, May
15     or June?
16  A.  Early June.
17  Q.  Okay.  Did you pass the exam on the first
18     attempt?
19  A.  Yes, I did.
20  Q.  Okay.  And are you licensed in any other
21     states?
22  A.  No.
23  Q.  Have you ever attempted to become licensed

Page 23

1      in any other states?
2  A.  No.
3  Q.  All right.  So were you stationed anywhere
4      else other than Beaufort?
5  A.  No.
6  Q.  And, now, after three years, what did you
7      do then?
8  A.  Moved back here to Opelika.
9  Q.  Okay.  And so you graduated in 1977, moved
10     back here in 1980?
11  A.  Correct.
12  Q.  And when were you discharged from the Navy?
13  A.  In the summer of 1980.
14  Q.  Okay.  And that was honorable?
15  A.  Right.
16  Q.  Okay.  In 1980 what did you do?  What job
17     did you take?
18  A.  I opened my own practice of optometry, a
19     private practice here in Opelika.
20  Q.  And what was the name of that and where was
21     it located?
22  A.  It was just under my name.  It was on
23     Avenue A.

Page 24

1  Q.  How long did you practice in that
2      arrangement?
3  A.  It was approximately one year.
4  Q.  All right.  And what did you do after a
5      year?
6  A.  I was offered a position at an office, at a
7      practice in -- it wasn't Village Mall
8      then.  In the mall in Auburn.
9  Q.  Was that Vision World?
10  A.  That's correct.
11  Q.  So that was in 1981?
12  A.  Yes.
13  Q.  What made you decide to leave your own
14     private practice?
15  A.  At that time, my wife was helping me, and
16     we had a young child and we were going to
17     need to do something else.  The people
18     there asked me if I would come to work for
19     them, so I did.
20  Q.  Okay.  And how many other optometry
21     practices were there in Auburn-Opelika at
22     that time?
23  A.  Three, I believe.

Page 25

1  Q.  Okay.  How long were you at Vision World?
2  A.  Twelve or 13 years.
3  Q.  Okay.  So until maybe '93 or '94?
4  A.  Correct.
5  Q.  What made you decide to leave there?
6  A.  They did some things I couldn't agree with,
7      so I found something else to do.
8  Q.  Okay.  And what do you mean by that?
9  A.  Well, they had two locations, and they
10     wanted to put somebody else in the second
11     location that I had been covering for 12 or
12     13 years, and that was not going to leave
13     me enough to do, so I found something else
14     to do.
15  Q.  Okay.  Now, when you say that wasn't going
16     to leave you enough to do, what do you mean
17     by that?
18  A.  Well, when I first went to work with them,
19     they had three locations, and I was making
20     sure that they were covered either by
21     myself or someone else.  And when that was
22     no longer my responsibility and there was
23     no discussion about how that would be done,

Page 26

1      I felt like I was going to find something
2      else to do.
3  Q.  Okay.  Were you asked to leave?
4  A.  No.
5  Q.  Okay.  And where were the three locations?
6  A.  Auburn and Valley and Selma.  But the Selma
7      one was closed, so it's not open anymore.
8  Q.  How long after you left Vision World before
9      you joined the Wal-Mart Optometric?
10  A.  Several months.
11  Q.  Okay.  So what month was it that you left
12     Vision World?
13  A.  I don't recall the exact month.
14  Q.  Do you remember the time of the year?
15  A.  Not right off.
16  Q.  Okay.  So you say it was '93 or '94?
17  A.  Uh-huh (positive response).
18  Q.  What month did you join the Wal-Mart
19     optometry practice?
20  A.  I'm not sure this is correct, but I think
21     it was February.
22  Q.  Okay.  And was it a warm weather month?
23     Was it, you know, already fall when you

Page 27

1      left the Vision World practice?
2  A.  I'm not sure I understand what you're
3      asking.
4  Q.  That's a bad question.  I'm just trying to
5      find out.  You said several months.  Do you
6      have any idea of how long it was between
7      Vision World and Wal-Mart?
8  A.  I couldn't tell you an exact number of
9      months.
10  Q.  Okay.  Was it more than two?
11  A.  Yes.
12  Q.  Was it more than five?
13  A.  Yes, probably so.
14  Q.  More than nine?
15  A.  I couldn't say.
16  Q.  Okay.  So maybe between five and nine?
17     Does that sound right?
18  A.  I would said possibly between six and 12.
19  Q.  Okay.
20  A.  I couldn't tell you any closer than that.
21  Q.  Okay.  So what were you doing for a living
22     during that time period?
23  A.  My wife was teaching school at that time,

Page 28

1      and I was working some at a Pearle Vision
2      that was there in the mall at that time.
3  Q.  Were you an employee of Pearle Vision?
4  A.  No.
5  Q.  So how many hours a week were you working?
6  A.  It depended on how much there was to do.
7  Q.  Did you have a specified arrangement in
8      your contract or -- did you have a contract
9      with them?
10  A.  There was not a contract that dictated that
11     I work a certain number of hours.
12  Q.  Okay.  Well, during that period between
13     Vision World and Wal-Mart, were you ever
14     working 40 hours a week at Pearle?
15  A.  No.
16  Q.  And what was the most you worked during one
17     week at Pearle?
18  A.  I would say -- I'm not sure.  I also was
19     helping -- I was also seeing some patients
20     at Medical Arts Eye Clinic.
21  Q.  Okay.  And how often did you do that?
22  A.  Maybe once or twice a week.  That would be
23     a half a day at the most.

7 (Pages 25 to 28)

Deposition of David Bazemore

Page 29

1  Q.  Okay.  What made you decide to join
2     Wal-Mart?
3  A.  I went and looked at some of the new
4     operations that they had opened and was
5     very pleased with the service and the cost
6     of the service at their locations, and I
7     thought that that was something that the
8     people in this area would greatly benefit
9     from, and I would like to be a part of
10    doing that.
11  Q.  When did the Wal-Mart that you work at
12     open?
13  A.  Was it '94? '93 or 4.
14  Q.  So was it brand new when you came in?
15  A.  Yes.
16  Q.  Were you there the first day it opened?
17  A.  I was there when it opened.  Now, I don't
18     remember what day of the week it opened, so
19     if it opened on Sunday, I wasn't there.
20     Okay?  But I was there when the store
21     opened.
22  Q.  Okay.  Was there another optometrist there
23     working with you?

Page 30

1  A.  No.
2  Q.  Is there another optometrist there now?
3  A.  No.
4  Q.  So it's only been you the entire time?
5  A.  Except for when I would have somebody there
6     if I were going to be out of town.
7  Q.  Okay.  And so you are the optometrist at
8     Wal-Mart unless you're on vacation or out
9     of town, and then somebody covers for you,
10     I guess?
11  A.  Uh-huh (positive response).
12  Q.  And that's a yes?
13  A.  Yes.
14  Q.  Okay.  Now, how are you compensated?  Are
15     you paid by Wal-Mart?
16  A.  No.  It's an independent contract to
17     provide services, and I pay them a certain
18     amount of rent.
19  Q.  Do you get a paycheck?
20  A.  No.  I get -- the way that it operates is
21     at the end of the day, I'm given a money
22     order for the fees that were collected that
23     day.

Page 31

1  Q.  From Wal-Mart?
2  A.  There's nothing on -- I don't think there's
3     anything on the money order that says
4     Wal-Mart.  It's just a money order like if
5     you went in and got one, except that
6     Wal-Mart is the payor.
7  Q.  Okay.  Do you have to work a certain number
8     of days per week?
9  A.  I have a contract to provide services a
10     certain number of hours a day.
11  Q.  How many hours is that?
12  A.  It varies from day to day.
13  Q.  Okay.  Well, what is your contract?  We can
14     look at your contract in a minute, but do
15     you know how many hours a day you're
16     supposed to provide services?
17  A.  I think -- I'm not sure.  I'd have to look
18     on there.
19  Q.  All right.
20  A.  It's 40 something hours, but I'm not sure.
21  Q.  Okay.  Can you -- could you subcontract out
22     the optometry work at Wal-Mart if you
23     wanted to?  Are you free to do that?

Page 32

1  A.  I don't think so.  I've never done it, but
2     I don't think so.
3  Q.  Does your agreement with Wal-Mart require
4     that you be there a certain number of weeks
5     out of the year?
6  A.  Not to my knowledge.
7  Q.  Okay.  Does your agreement with Wal-Mart
8     require that you be there at a certain time
9     of day?  Do you have to be there when it
10     opens, for instance?
11  A.  I think probably the easiest way to help
12     you understand that would be to say that we
13     sit down and come up with a mutually
14     agreeable schedule for seeing patients each
15     week.  It is not the same every day or
16     every time.
17  Q.  Who do you sit down with?
18  A.  The representative from Wal-Mart, which
19     would be what they call a district manager.
20  Q.  And you meet with this district manager
21     every week?
22  A.  No.
23  Q.  How often?

Page 33

1  A. I would say probably once every two months
2  or something to that effect.
3  Q. Is there anybody else that you meet with or
4  report to or whatever?
5  A. They have a regional manager that would be
6  over districts that I probably see once or
7  twice a year.
8  Q. Do you ever have any interaction with the
9  store manager?
10  A. Very little, if any.
11  Q. Okay. Who gives you your money order?
12  A. Well, either I go down to the cash office,
13  and whoever is working there hands it to
14  me, or the manager of the optical part of
15  the vision center goes down there and gets
16  it and brings it to me. One of those two
17  things.
18  Q. Okay. And what time of day do you do
19  that? Typical day. I mean, how late is
20  your optical center open?
21  A. It's open later than I'm there, but I would
22  say the -- for me, it would usually be
23  between 5:30 to six o'clock.

Page 34

1  Q. Okay. Who sees patients when you're not
2  there in the evening?
3  A. I'm not -- you're talking about every day?
4  Q. Well, what time do you leave, typical day?
5  A. There's not -- there's not anyone that
6  comes in after me and sees patients.
7  Q. All right. Okay. So how late do you take
8  appointments?
9  A. It varies from day to day.
10  Q. What's the latest appointment?
11  A. 4:45.
12  Q. And are you open on Saturday?
13  A. Most Saturdays.
14  Q. How many days a week do you see patients?
15  A. It would probably total out to be five to
16  five and a half total days.
17  Q. And how many hours a week would you say
18  you're there at Wal-Mart?
19  A. It would vary from week to week, but I
20  would say on the average it's around 45
21  hours.
22  Q. Tell me what an optometrist is exactly.
23  A. An optometrist is a doctor who is trained

Page 35

1  to examine eyes.
2  Q. And when you say examine eyes, can you tell
3  me what that means?
4  A. To look at someone and see if their eyes
5  are okay.
6  Q. And so are you looking for problems with
7  their eyes?
8  A. You're looking for -- when the people come
9  in, they are asked why they are there that
10  day. And depending on what they're there
11  for, there is a basic battery of tests that
12  are done on all patients, and then some of
13  the others may require other tests. So
14  there's nothing that's fixed for everybody
15  that comes in.
16  Q. And what are some of the eye problems that
17  you -- that an optometrist is qualified to
18  recognize or diagnose?
19  A. Well, there are all types of books full of
20  things that we're looking for. I don't
21  know that we have time to cover all of the
22  things that would be, you know, answered.
23  But mainly it's things to do with

Page 36

1  refractive error, which has to do with how
2  you see, and there's also numerous health
3  problems that can be picked up through the
4  tests that we do.
5  Q. Okay. Now, what kind of health problems
6  can you recognize by examining someone's
7  eyes?
8  A. They sometimes have health problems that
9  are related just to their eyes such as
10  glaucoma or cataracts or other problems
11  such as retinitis pigmentosa or other
12  things.
13      There are other problems that are
14  related to general health problems. You
15  may pick up someone who has diabetes that
16  didn't know it or someone that has a brain
17  tumor that didn't know it.
18  Q. Since you've been an optometrist, has
19  optometry as a field or discipline advanced
20  in the type things optometrists are called
21  upon to do?
22  A. I think that probably has advanced at a
23  rate that would be comparable to all of the

Deposition of David Bazemore

Page 37

1  other health care providers; not a whole
2  lot more or less.
3  Q.  Is there anything that you are called upon
4    to do as an optometrist that would be an
5    expansion of what you were trained to do at
6    UAB?
7        MR. WHITE:  Object to the form.
8        You can answer if you
9        understand.
10  A.  There are a lot of advances in equipment
11    that's available to test for conditions
12    that might have been present for decades or
13    centuries that might better enable us to,
14    you know, diagnose and treat those
15    problems.
16  Q.  All right.  Now, when you first became an
17    optometrist, was there such a thing as a
18    therapeutic license?
19  A.  That was brought forth after I graduated.
20  Q.  Okay.  What is a therapeutic license?
21  A.  It's a license to write prescriptions for
22    therapeutic drugs.
23  Q.  Is that how you're licensed?  Do you have

Page 38

1    that license?
2  A.  I have a therapeutic license, yes.
3  Q.  And is there anything that you had to do to
4    become licensed, to get the therapeutic
5    license?
6  A.  Yes.
7  Q.  Okay.  What did you have to do?
8  A.  When the state law was passed, it was
9    contingent upon your taking a certain
10    number of CE hours that were applying only
11    to that object, to that discussion there,
12    and you had to pass the test at the end of
13    that to get it.
14  Q.  And when did you obtain your therapeutic
15    license?
16  A.  I'm not sure.  It's been about 25 years, 23
17    years, something in that ballpark.
18  Q.  So it was while you were at Vision World?
19  A.  Correct.
20  Q.  And did you pass that test on your first
21    attempt?
22  A.  Yes, I did.
23  Q.  Are you current with your continuing

Page 39

1    education?
2  A.  Yes, I am.
3  Q.  And have you attended any continuing
4    education course in the last five years
5    that relates to the recognition or
6    diagnosis or treatment of glaucoma?
7  A.  Yes, I have.
8  Q.  Okay.  Which course was that?
9  A.  The CE courses are typically set up to deal
10    with multiple topics on a given weekend,
11    and the last time that we had one that
12    involved lectures on glaucoma was in the
13    latter part of 2004.
14  Q.  And where was that?
15  A.  That one -- I don't remember.  I think it
16    was at UAB.
17  Q.  All right.  So you said the latter part of
18    2004?
19  A.  It was either that or early part of 2005.
20  Q.  So it would have been after August 20th of
21    2004?  Is that fair?
22  A.  I think so.
23  Q.  Do you remember what time of the year it

Page 40

1    was when you were in Birmingham if that's
2    where it was?
3  A.  Not right off, no.
4  Q.  Prior to that course, when was the next
5    prior course?
6  A.  The year before that.
7  Q.  Okay.  That would have been in the latter
8    part of '03?
9  A.  I'm not sure whether it was the latter or
10    early.  I go to more than one seminar every
11    year.
12  Q.  Okay.  And when are the seminars offered
13    every year?
14  A.  They are offered all over the country, and
15    they're all at different times, so I really
16    couldn't -- you know, they have about six
17    weekends of conferences in Birmingham
18    alone, as well as all the others all over
19    the place.
20  Q.  The one you went to in the latter part of
21    '03 or early '04, was there any discussion
22    on the recognition and diagnosis and
23    treatment of glaucoma?  And by discussion,

Page 41

1     I mean was that part of the course
2     materials?
3  A.  The one in 2004 that I mentioned earlier,
4     that was the topic.
5  Q.  Okay.  Prior to August 20th of 2004?
6  A.  I'd have to look back.  I couldn't say.
7  Q.  Okay.
8  A.  I couldn't say like this weekend was that,
9     and this weekend was something else.  I
10    can't recall.
11 Q.  I understand, but do you think there was
12    any --
13    I think you said earlier something to
14    the effect of that there's a broad range of
15    topics at these seminars; is that right?
16 A.  They're usually somewhere in the eight to
17    12-hour range, and typically it will be
18    broken up into two-hour segments.  So on a
19    given weekend you might talk about glaucoma
20    for two hours or four hours at the most,
21    and you're going to talk about some other
22    topics the balance of the time.
23 Q.  Do you remember attending a seminar where

Page 42

1     glaucoma was discussed or was a topic prior
2     to August of 2004?
3  A.  I have been to many seminars that have that
4     as a topic, but I couldn't give you a date
5     for it.
6  Q.  Okay.  Have you ever spoken in a seminar?
7  A.  No.
8  Q.  Have you ever written any scholastic or
9     practice-oriented materials?
10 A.  Not -- nothing that was published.
11 Q.  Okay.  What have you written?
12 A.  I haven't -- I don't recall writing
13    anything recently.  I haven't -- you know,
14    we have local -- like you'll go down to
15    Montgomery on Tuesday evening to something,
16    and someone will speak down there for an
17    hour or two about a topic.
18 Q.  Okay.  And did you write anything for that?
19 A.  Not in a long time.
20 Q.  Okay.  Do you remember what topic you may
21    have written on at one time?
22 A.  Unh-unh (negative response).
23 Q.  That's a no?  Okay.

Page 43

1  A.  No.
2  Q.  All right.  What is the standard of care
3     for an optometrist in Alabama?
4     MR. WHITE:  Object to the form.
5  A.  You'd have to ask something more specific
6     than that.
7  Q.  Okay.  Well, let me show you something I'm
8     going to mark as Plaintiff's Exhibit 1.
9     (Plaintiff's Exhibit 1 was marked
10    for identification.)
11 Q.  This is just something that I will
12    represent to you that I pulled off the
13    Board of Optometry, State of Alabama's web
14    site.
15    MR. WHITE:  You want to give us a
16    minute to read it?  We haven't
17    seen it before today.
18    MR. ADAMS:  I sure do.  No
19    problem.
20    MR. WHITE:  Just take your time
21    and read through that.
22 Q.  I'm not worried about '04 and '05.  I'm
23    looking at the last one there.

Page 44

1     MR. WHITE:  You're taking about
2     .06 there at the bottom?
3     MR. ADAMS:  Yes, I am.
4  Q.  Have you had a chance to read that?
5  A.  Not finished yet.
6  Q.  Go ahead.
7     MR. WHITE:  Are you finished?
8     Okay.
9  Q.  Okay.  I'm looking at this rule titled
10    630-X-12-.06.  Have you ever seen this rule
11    before?
12    MR. WHITE:  First of all, can you
13    tell us what this is from and
14    what the source of it is?
15    MR. ADAMS:  Sure.  As I mentioned
16    earlier, these are the rules
17    for Alabama optometrists as
18    found on the state board of
19    optometry web site.  And I'm
20    sorry I don't have an original
21    copy of their rules, but this
22    is printed out.
23    MR. WHITE:  This is a printout

Page 45

1    from the Internet from what
2    you say is a state board of
3    optometry web site?
4    MR. ADAMS:  Yes  And, I mean,
5    we've been going about an
6    hour.  If you want to go print
7    it yourself, that's fine, or
8    we can keep going.
9    MR. WHITE:  Why don't we do that?
10    Let's take a break.
11    (Brief recess.)
12  Q.  (Mr. Adams continuing)  Dr. Bazemore, this
13    rule -- I'll just refer to it as .06 for
14    brevity.  Prior to my handing this to you a
15    few moments ago, had you ever seen this
16    rule before?
17  A.  I have seen rules about the standard of
18    care.  I don't know whether I've seen this
19    particular one that was filed on this
20    date.  I couldn't say.
21  Q.  All right.  And during a break just now, I
22    understand that your attorneys looked up
23    this rule on the Internet; is that correct?

Page 46

1    MR. WHITE:  Object to the form.
2    That's attorney-client
3    privilege, and we're not going
4    to talk about what we just did
5    on a break.
6    MR. ADAMS:  We can talk about
7    whether he read it or not on
8    the break.
9    MR. WHITE:  Talking about whether
10    he read it right here.  You
11    can't talk about what our
12    communications were with him
13    during your break in our room,
14    in closed conference.
15    MR. ADAMS:  I'm not asking him
16    about communication.  I was
17    going to ask him about what he
18    did.
19    MR. WHITE:  Anything he did in the
20    room with us during a break is
21    attorney-client privilege.  He
22    was there in the room with his
23    attorneys, communicating with

Page 47

1    his attorneys.  Whether we
2    asked him to read something or
3    asked him not to read
4    something is attorney-client
5    privilege.
6    MR. ADAMS:  I'm not asking him
7    what you asked him or what you
8    said.  I'm asking him did he
9    read it on the break.
10  Q.  Did you read over this rule during the
11    break?
12  A.  I've read this, you know, twice now.
13  Q.  Okay.  And prior to today, I believe your
14    testimony is you're not sure if you've read
15    this before; is that correct?
16  A.  I have read the standard of care for
17    practicing optometry in Alabama.
18  Q.  All right.  But as far as this specific
19    rule filed on January 20th, 1992, your
20    testimony is you don't know whether you've
21    read this rule prior to today or not; is
22    that correct?
23  A.  I think I have read it.

Page 48

1  Q.  All right.  And when did you read it?
2  A.  I've read it on more than one occasion.
3    And the thing is that they change these
4    some, and so -- but if this one is from
5    '92, I've read it more than once.
6  Q.  Okay.  How often do you refer to the rules
7    governing optometrists in Alabama?
8  A.  I'm not sure what you're asking me.
9  Q.  Let me -- that's fine.  That's not a real
10    good question.
11    Do you have a copy of the rules, of
12    these rules in your practice?
13  A.  I have access to it over the Internet.  I
14    don't keep a paper copy.
15  Q.  Okay.  And prior to the break just a few
16    minutes ago, have you ever gone on the
17    Internet to read the rules?
18  A.  Yes, I have.
19  Q.  How many times would you say you've done
20    it?
21  A.  I probably do it about once a year.
22  Q.  Okay.  And for what purpose would you do
23    that?

Page 49

1    A.  Just to see if it's been changed any.
2    Q.  Okay.  And when you go on the Internet, are
3        you reading the entirety of the rules or
4        are you mostly looking for a specific
5        rule?  I mean, kind of explain what you
6        do.
7              MR. WHITE:  Object to the form.
8    A.  I can't recall that I read any specific
9        ones as far as reading all or some each
10       time, because that's not something I did
11       yesterday.
12   Q.  Okay.  When you refer to the rules on the
13       Internet, is that something you do when the
14       need arises, or do you do it for some other
15       reason?
16   A.  I'll look at it periodically to try to make
17       sure that it is still the standard of care
18       that I understood to be applicable before
19       that.
20   Q.  Okay.  And this rule that I'm calling .06,
21       failure to meet the standard of care, you
22       have had an opportunity to read through
23       this, correct?

Page 50

1    A.  Correct.
2    Q.  And do you agree that this is the rule for
3        optometrists in Alabama with respect to
4        failure to meet the standard of care?
5              MR. WHITE:  Object to the form.
6    A.  I'm sorry.  Could you repeat that for me
7        one time?
8    Q.  Do you agree that this is the rule with
9        respect to failure to meet the standard of
10       care for Alabama optometrists?
11             MR. WHITE:  Let me interpose an
12             objection here.  And I'm
13             not -- our objection is to
14             there may be different
15             standards of care for
16             different circumstances.  Now,
17             if you're talking about a
18             standard of care for a general
19             office visit, what should be
20             done at --
21             MR. ADAMS:  I'm going to object to
22             your speaking objection.
23             Whether intended or not, I

Page 51

1        think it's going to have an
2        improper effect on discovery.
3        So I will be glad to rephrase
4        my question.
5              MR. WHITE:  Great.  Thank you.
6    Q.  Dr. Bazemore, as you sit here today, you're
7        not prepared to disagree that this rule is
8        applicable to you, correct?
9    A.  I'm not sure I understand this to be a
10       rule.
11   Q.  All right.  Well --
12   A.  I haven't seen that word on here anywhere.
13   Q.  All right.  Well, that rule is not here,
14       but you've had the opportunity to read it,
15       correct?
16   A.  Correct.
17   Q.  Okay.  Do you disagree that this is a
18       standard that you must adhere to as an
19       optometrist practicing in this state?
20   A.  I think that this offers a standard of care
21       to which we would all strive to at least do
22       this if not better.
23   Q.  Okay.  So you agree, then, that it is a

Page 52

1        minimum standard?
2    A.  I'm not sure that I could say a blanket
3        statement, because I don't know what
4        particular instance you're applying the
5        standard to.  That varies depending on
6        what's wrong with the patient.
7    Q.  Okay.  Well, the state regulations with
8        respect to optometrists, do you understand
9        them to be aspirational goals or minimum
10       standards?
11   A.  I would think that it would be a
12       case-to-case thing; that this is not
13       something you could say.
14   Q.  Do you know what I mean by aspirational
15       goals?
16   A.  Something that you would long to achieve?
17   Q.  Yes, that's fair.
18   A.  Okay.
19   Q.  Okay.  And you understand what I mean by
20       minimum standards?
21   A.  Yes.
22   Q.  Okay.  Just the very minimum that one
23       should expect from an optometrist at an

Deposition of David Bazemore

## Page 53

1     optometric visit. Is that a fair
2     definition?
3  A. There is no minimum things that should be
4     done at every office visit that comes in.
5     It would vary depending upon the patient's
6     needs.
7  Q. Well, I'll tell you what. I don't know
8     why, but it seems like we're having trouble
9     with this, so let me just -- I'm going to
10     read this into the record, and you tell me
11     if I read anything wrong. Okay?
12       630-X-12-.06, failure to meet standard
13     of care. The board shall consider it
14     unprofessional conduct for a licensee to
15     provide for a patient care that is less
16     than the generally accepted standard of
17     care. This standard of care shall include
18     but not be limited to providing certain
19     minimum testing for the patient when
20     performing a comprehensive eye exam. A
21     comprehensive eye exam shall include any
22     examination wherein a prescription for
23     glasses or contact lenses or necessity

## Page 54

1     thereof is determined. Minimum testing for
2     a comprehensive eye exam shall include a
3     case history, determination of refractive
4     error, binocular vision evaluation,
5     ophthalmoscopy, evaluation of health of
6     external eye and adjacent structures,
7     tonometry or other appropriate glaucoma
8     testing, and such other tests as are
9     necessary under the circumstances. Failure
10     to perform said minimum testing during a
11     comprehensive eye exam shall constitute
12     failure to meet the standard of care.
13       Did I read this paragraph correctly?
14  A. I thought so, yes.
15  Q. Okay. I didn't misstate anything?
16  A. No.
17  Q. All right. And do you agree that this is
18     the minimum that an optometrist should do?
19  A. For a comprehensive eye exam?
20  Q. Yes.
21  A. I would agree with that.
22  Q. Okay. So you agree that minimum testing
23     for a comprehensive eye exam must include a

## Page 55

1     case history?
2  A. Yes.
3  Q. Okay. And it must include a determination
4     of refractive error?
5  A. Yes.
6  Q. All right. Let's back up. How do you go
7     about getting a case history?
8  A. It depends on whether it's a new patient or
9     a former patient. New patients are asked
10     to fill out some questions, answer some
11     questions that are on the registration
12     form, and all of the patients, whether
13     they're old or new patients, are given an
14     oral case history.
15  Q. Okay. And do you ask questions of the
16     patients?
17  A. Yes, I do.
18  Q. Okay. What questions do you ask?
19  A. Is this a new patient or an old patient?
20  Q. Well, let's take a new patient first.
21  A. Okay. The questions that they're asked to
22     fill in on the sheet are whether -- well,
23     there's several questions on there. I

## Page 56

1     don't have one in front of me. But
2     basically, I'm going to go back through
3     those questions and ask them if there was
4     any -- if there were yeses and nos on that,
5     then I'm going to explore the yeses and see
6     what's going on there. Then I will also
7     ask them some other questions under an oral
8     history and write them down on the actual
9     front exam area of the medical record.
10  Q. All right. And what questions do you ask
11     them on the oral history?
12  A. They're asked if they have been in before,
13     and if so, how long it has been. They are
14     asked why they're there today. Was it time
15     for a routine exam, or are they having
16     problems? If so, what kind of problem are
17     they having? They're asked if they're on
18     any medicine for anything or have any
19     general health problems or if they're
20     allergic to any medicine. They're asked if
21     they've ever had any operations or injuries
22     or infections or surgery on their eyes.
23     They're asked if there's any family history

Page 57

1    of eye diseases or blindness in the
2    family. They're asked if they have any
3    general health problems, and if so, who's
4    their medical doctor that treats those and
5    what medications they're on and if they're
6    allergic to any medicine.
7        Let's see. I'm trying to go down the
8    list. I think that's about it.
9    Q.  What about with an existing patient? What
10   kind of case history?
11   A.  My part of asking them questions would be
12   the same.
13   Q.  What about the forms for an existing
14   patient?
15   A.  The medical record part with the exam
16   results looks the same either way. They're
17   just asked to fill out additional sheets
18   for their first visit.
19   Q.  Okay. What is the purpose of a case
20   history?
21   A.  To identify the problems and needs of the
22   patient and to try to remedy those.
23   Q.  All right. And what kind of problems and

Page 58

1    needs are you looking for?
2    A.  Any kind they might have.
3    Q.  Okay. Let me just kind of back up a
4    minute. Do you know what the leading
5    causes of blindness are, say, in this
6    country?
7    A.  In this country?
8    Q.  Yes, sir.
9    A.  It varies from region to region, depending
10   on the demographics of the different
11   areas. Okay? Right now, probably the
12   leading cause in the country as a whole is
13   macular degeneration.
14   Q.  Okay. What else?
15   A.  Well, that would be the leading one.
16   Q.  All right. Well, causes, I guess, is what
17   I intended to ask. I may not have -- but
18   what else is a leading cause of blindness?
19   A.  Glaucoma would be one of the leaders and
20   probably -- I don't know. Past there, I
21   would be hesitant to say because they're
22   all the time updating that every six months
23   to a year.

Page 59

1    Q.  Do you subscribe to any publications that
2    keep you apprised of new developments in
3    the optometric field?
4    A.  Yes.
5    Q.  What publications do you subscribe to?
6    A.  Review of Optometry. American Optometric
7    Association has a thing they put out
8    monthly, a journal. Optometric
9    Management. Vision Monday is another.
10       Oh, goodness. Let's see. Which ones
11   have I said so far?
12   Q.  Review of Optometry, American Optometric
13   Association publication, Optometric
14   Management, and Vision Monday.
15   A.  Okay. There's another one called 20/20.
16   Q.  Okay. Anything else that you take?
17   A.  If so, I can't remember it right this
18   minute.
19   Q.  So of these five publications you listed,
20   do you subscribe to all of them?
21   A.  Yes.
22   Q.  And is Review of Optometry -- how often
23   does that come out?

Page 60

1    A.  Monthly.
2    Q.  And you said American Optometric
3    Association is monthly?
4    A.  Monthly.
5    Q.  Optometric Management. How often?
6    A.  Monthly.
7    Q.  All right. And Vision Monday?
8    A.  Monthly.
9    Q.  And 20/20?
10   A.  Same, monthly.
11   Q.  All right.
12   A.  The Alabama Optometric Association also
13   puts out a newsletter that's monthly.
14   Q.  Now, how often do you read these
15   publications? I mean, do you read it cover
16   to cover every month?
17   A.  Probably most of the time.
18   Q.  Okay. And that would go for all of them,
19   all six of them?
20   A.  (Witness nods head up and down.)
21   Q.  Is that a yes?
22   A.  Yes.
23   Q.  All right. So based on what you were

Page 61

1    saying about the leading causes of
2    blindness being macular degeneration and
3    glaucoma, is it fair to say that two of the
4    problems that you are looking for would be
5    macular degeneration and glaucoma?
6    A.   That's correct.
7    Q.   Okay.  And that would be the minimum of
8    what an optometrist should do, correct?
9    A.   Yes.
10   Q.   And why is it important to recognize
11   whether a patient may have glaucoma?
12   A.   Well, to try to manage it and keep it from
13   preventing loss of vision.
14   Q.   So is it fair to say that you believe that
15   if glaucoma goes untreated, it can result
16   in blindness?
17   A.   That's possible.
18   Q.   And glaucoma, if untreated, can cause nerve
19   damage, correct?
20   A.   That's what the glaucoma is.  It has to
21   deal with nerve damage.
22   Q.   Okay.  And are you aware of any way -- are
23   you aware of any medical treatment to

Page 62

1    reverse the effects of optical nerve
2    damage?
3    A.   No.
4    Q.   Okay.  How do you determine refractive
5    error?
6    A.   Well, there are several instruments that
7    are used for that.  There's something
8    called an autorefractor and there's
9    something called a retinoscope and there's
10   something called a phoropter.  There's also
11   something called trial lenses.  All of
12   those things are used quite regularly as
13   well as some others that are used less.
14   Q.   Okay.  And which ones do you use in the
15   normal course of your practice?
16   A.   All of those.
17   Q.   Does each patient -- are they tested on
18   each one of those?
19   A.   If they're there for a comprehensive exam,
20   they are.
21   Q.   Okay.  And when you are testing for
22   refractive error, what are you looking
23   for?

Page 63

1    Let me ask you this.  What is
2    refractive error?
3    A.   Refractive error means that there is an
4    optical problem with your eye that keeps
5    the light from focusing on your retina
6    properly.
7    Q.   Okay.  And how do you test for binocular
8    vision evaluation?  How do you do a
9    binocular vision examination?
10   A.   There are several tests that are done for
11   that, and you just check to see how they
12   use their eyes together.
13   Q.   And why is that important?
14   A.   Well, because if they don't use their eyes
15   well together, they're missing out on
16   having, you know, the depth perception that
17   you get with binocular vision, as well as
18   their vision may not be as clear.
19   Q.   Okay.  What is an ophthalmoscopy?
20   A.   Ophthalmoscopy --
21   Q.   Thank you.
22   A.   -- is a test where you look into the back
23   of their eye through their pupil.

Page 64

1    Q.   And what are you looking for there?
2    A.   Anything out of the ordinary.
3    Q.   Okay.  And what are some examples of things
4    out of the ordinary that you might see
5    using that test?
6    A.   You may have macular degeneration we talked
7    about earlier.  They could have diabetic
8    retinopathy.  They could have a retinal
9    detachment.  They could have -- I mean,
10   there would be a long, long, long, long,
11   long list.
12   Q.   Could you see -- I'm not sure how to say
13   this.  Could you see glaukomflecken?  I'll
14   bet I butchered that.  How do you say
15   that?
16        You're laughing at me, but that's all
17   right.
18   A.   No.  I speak southern, so, you know...
19   Q.   In Atlanta, they think I speak very
20   southern.
21        Well, what -- can you see that using
22   that device?
23   A.   Can you reword what you're looking for

Page 65

1   there?
2   Q.  Well, let me ask you this. I'm going to
3       spell it. G-L-A-U-K-O-M-F-L-E-C-K-E-N. Do
4       you know what that is?
5              MR. WHITE: Spell it again for
6          him.
7              MR. ADAMS: Sure.
8   Q.  G-L-A-U-K-O-M-F-L-E-C-K-E-N.
9   A.  Okay.
10  Q.  What is that?
11  A.  It sounds to me --
12             MR. WHITE: Hold on. If you know
13         what it is, answer the
14         question. Don't guess if you
15         don't know.
16  A.  I'm not sure what they're referring to in
17      that particular article.
18             MR. WHITE: Just for the record,
19         you're reading something out
20         of an article which you
21         haven't presented to him, and
22         you just asked him about a
23         word in that article.

Page 66

1              MR. ADAMS: Yes. It's actually --
2          I will present it as an
3          exhibit later. It's actually
4          a chapter out of a textbook,
5          and we'll talk about it later.
6   Q.  So is it fair to say you're not sure
7       whether you can visualize
8       glaukomflecken on an ophthalmoscopy or not,
9       correct?
10  A.  I couldn't say without knowing what they're
11      referring to with the glaukomflecken.
12  Q.  All right. Well, I can represent to you
13      that glaukomflecken as defined in
14      Dr. Bartlett, who --
15             Was he one of your professors at UAB?
16  A.  No, he wasn't there when I was.
17  Q.  But you know who Jimmy Bartlett is?
18  A.  (Witness nods head up and down.)
19  Q.  Is that a yes?
20  A.  Yes.
21  Q.  Okay. And you recognize him as somebody
22      competent to write on the subject of
23      optometry? You recognize he's a professor

Page 67

1       at the school you graduated from?
2   A.  Professor at UAB.
3   Q.  Okay. Well, according to his book,
4       glaukomflecken -- and I'm going to use a
5       word he doesn't use. I would say residue
6       of prior glaucoma attacks that appear as
7       small gray-white areas just beneath the
8       anterior capsule of the lens in the
9       pupillary zone.
10             Does that sound like something that you
11      look for?
12             MR. WHITE: Object to the form.
13         You want to just show him the
14         article?
15             MR. ADAMS: I will in a minute.
16         I'm really not trying to get
17         specifically on this topic
18         now. I'm just asking. I'm
19         interested in this test and if
20         he looks for that test.
21  A.  Ophthalmoscopy?
22  Q.  Yes, sir.
23  A.  You're really not looking at the lens.

Page 68

1       You're looking all the way in the back at
2       the retina.
3   Q.  Okay. Thank you. That helps me out.
4              Going further in this standard here,
5       evaluation of health of external eye and
6       adjacent structures. How do you evaluate
7       the health of external eye and adjacent
8       structures?
9   A.  I'll look at that with my eyes. I also
10      have a little flashlight that I use to look
11      at the area, and you also would look at
12      some of that with the slit-lamp microscope.
13  Q.  All right. And what are you looking for?
14  A.  Again, that's just way too open. There
15      would be books full of stuff.
16  Q.  Okay. Well, let's say if you are concerned
17      that someone may be at risk for glaucoma,
18      what would you be looking for?
19  A.  I would look for that in every patient that
20      comes in the door. Okay? And you look at
21      their iris. You look at their cornea. You
22      look at the anterior chamber angle. You
23      look at the lens that you were referring to

Deposition of David Bazemore

May 15, 2007

Page 69

1    a minute ago. You check the pressure.
2    Q. And you would look for those things in
3        every patient that comes through the door
4        because glaucoma is a serious eye disease,
5        correct?
6    A. Correct.
7    Q. And it can result in blindness, correct?
8    A. It can.
9    Q. And irreversible damage to the optic nerve,
10        correct?
11    A. That's correct.
12    Q. Do you ever use gonioscopy?
13    A. Yes.
14    Q. And what do you use the gonioscopy for?
15    A. It's used to examine the anterior chamber
16        angle.
17    Q. And what are you looking for there?
18    A. You're looking for any kind of damage there
19        or pigment deposition or anything that
20        would be out of the normal.
21    Q. What is tonometry?
22    A. It measures the pressure inside your eye.
23    Q. And what are the different types of

Page 70

1    tonometry?
2    A. The three that are used the most are a
3        noncontact tonometer, a Tonopen, and a
4        Goldmann tonometer.
5    Q. And which ones do you use?
6    A. I usually use either the Goldmann or the
7        air puff. Sometimes I'll do both on the
8        same patient.
9    Q. Okay. And under what circumstances would
10        you do both on the same patient?
11    A. If I'm not satisfied with the results from
12        the first one, then I'll double check it
13        with the other one.
14    Q. And why is checking eye pressure important?
15    A. It's one of the tests that you use in
16        diagnosing glaucoma.
17    Q. And when I say eye pressure, you understand
18        that to mean intraocular eye pressure?
19    A. I assumed that's what you were talking
20        about.
21    Q. All right. And is one method of tonometry
22        more favored than any other in your
23        opinion?

Page 71

1    A. I use all of them, you know. And it's nice
2        to have more than one way to do it because
3        you can double check one thing against the
4        other on the different types.
5    Q. Okay. And you've testified that the
6        circumstances under which you would double
7        check is if you want to be extra sure of a
8        patient's intraocular eye pressure,
9        correct?
10              MR. WHITE: Object to the form. I
11            don't think that's what he
12            said.
13    A. That's not what I said.
14    Q. I didn't say extra sure, so -- or you
15        didn't say that.
16            Can you tell us again under what
17        circumstances you would want to double
18        check a patient's intraocular eye pressure?
19    A. One, if the reading on the initial test was
20        questionable; and two, if they have any
21        other signs that would make you extra
22        concerned about that.
23    Q. And what type of other signs would you be

Page 72

1    concerned -- thinking of when you said
2        that?
3    A. There would be a lot of them. A lot of
4        signs.
5    Q. All right. What are the signs and symptoms
6        of glaucoma?
7    A. The optic nerve where the damage occurs,
8        you can look back there, and it may be that
9        you can see where there's some apparent
10        damage that you want to spend a little
11        extra time working up. If there's a strong
12        family history of glaucoma and you want to
13        be extra careful. Things like that.
14    Q. What about seeing halos around lights? Is
15        that a sign or symptom of glaucoma?
16    A. It can be. It's more often something
17        else.
18    Q. Okay. What else?
19    A. Refractive error, cataracts, a scar on
20        their cornea. A lot of other reasons for
21        it besides that.
22    Q. Have you ever had -- Okay. Well, let me
23        ask you. You said that it can be a sign

Page 73

1    and symptom of glaucoma, correct?
2  A.  Uh-huh (positive response).
3  Q.  Is that a yes?
4  A.  I don't see that very much.  It can be.
5  Q.  It can be.  All right.  So you've stated
6      glaucoma is a serious eye disease that can
7      cause blindness, correct?
8  A.  Correct.
9  Q.  Okay.  So is glaucoma something that you
10     would want to rule out for a patient
11     presenting with seeing halos around
12     lights?
13 A.  Correct.
14 Q.  And would ruling out glaucoma involve doing
15     more than one method of tonometry?
16 A.  It would depend on the reading that I got
17     on the first type.  It would depend on the
18     appearance of the optic nerve head.  It
19     would depend on whether they have other
20     problems like a cataract or corneal
21     scarring or other problems.  How open
22     their anterior chamber angle is.  That's
23     not something that you could say for

Page 74

1      everybody.
2  Q.  Okay.  If a patient presented with seeing
3      halos around lights and pain, headaches,
4      what would you be concerned with?
5  A.  I don't think you could tell -- you
6      couldn't say anything that -- the same shoe
7      doesn't fit everybody.  You can't say what
8      you would do without having an individual
9      there with more input, information than
10     what you're giving me.
11 Q.  And the way you get more input and
12     information is to conduct testing; is that
13     correct?
14 A.  That's correct.
15 Q.  Okay.
16 A.  And ask questions.
17 Q.  Under what circumstances would you refer a
18     patient like that to an ophthalmologist?
19 A.  If there were enough findings that were
20     positive that that patient might have
21     glaucoma, then I would refer them to an
22     ophthalmologist.
23 Q.  Have you ever referred a patient to an

Page 75

1      ophthalmologist?
2  A.  Just every day, yes.
3  Q.  Okay.  And that's because you want to
4      prevent serious eye problems; is that
5      correct?
6  A.  That's correct.
7  Q.  And that's because you recognize that while
8      you are an individual, as you testified
9      earlier, trained to examine eyes, you
10     understand that there are things that an
11     ophthalmologist is trained to do that you
12     are not qualified or trained to do; is that
13     correct?
14 A.  That's correct.
15 Q.  Is there any treatment for glaucoma that an
16     ophthalmologist is able to provide a
17     patient that you are not able to provide a
18     patient?
19 A.  Yes.
20 Q.  Okay.  Tell me about that.
21 A.  Any surgical procedure that would be
22     indicated.
23 Q.  And what surgeries are used to correct

Page 76

1      glaucoma and intraocular pressure?
2         MR. WHITE:  Object to the form.
3      You're asking about what an
4      ophthalmologist does, and I
5      don't know that he's qualified
6      to answer these questions.  If
7      you're just asking him if he
8      knows, I guess he can answer.
9         MR. ADAMS:  Sure.  You're right.
10 Q.  Do you know?
11 A.  I have no reservation about answering that,
12     and it would not be any one thing for any
13     one patient.  It would depend on the
14     particular patient.
15 Q.  Okay.  But do you agree that surgery is
16     sometimes necessary to correct glaucoma?
17 A.  Yes.
18 Q.  Okay.  Where it says tonometry or other
19     appropriate glaucoma testing, what other
20     testing is appropriate to detect glaucoma?
21 A.  Probably -- well, there's several mainstays
22     on that.  Okay.  One is the pressure in
23     your eye, okay, and looking at the optic

19 (Pages 73 to 76)

Page 77

1  nerve as we've already talked about. A
2  family history. Their age. Their
3  ethnicity. All of these are risk factors
4  that you have to take into account when
5  you're trying to determine if they have
6  glaucoma or not.
7  Q. Okay. But as far as tests go, is there any
8  test in addition to tonometry that you
9  find -- you would believe would be
10  appropriate to use in determining glaucoma?
11  A. Okay. Like I said, you do the
12  ophthalmoscopy where you look with the
13  microscope, and it makes their optic nerve
14  look larger and you look for any signs of
15  damage that might occur from them having
16  glaucoma. You also look for any kind of
17  problems in the anterior segment, in the
18  front part of your eye that would be
19  contributing to the problem if there's some
20  anatomical problem there. Visual field is
21  the test that you use to check for
22  peripheral vision loss secondary to nerve
23  damage that you get with glaucoma. You

Page 78

1  know, there's several -- a lot of tests
2  that can be done.
3  Q. Okay.
4  A. Depends on the individual patient.
5  Q. And what would you use to examine the angle
6  of the eye?
7  A. You can use the slit lamp, you can use the
8  gonio lens with the slit lamp, and they now
9  have an instrument that is just coming out
10  called an optical coherence tomography,
11  which is a digital scanning type of thing
12  that can take pictures of that.
13  Q. Okay. Which works better for examining the
14  angle of the eye, the slit lamp or the
15  gonioscopy?
16  A. The gonioscopy is done as a second
17  procedure to the other if you see a problem
18  on the first one.
19  Q. Okay. Would you use the gonioscopy to
20  be -- to satisfy yourself that the patient
21  did not have angle closure glaucoma?
22  A. If he has angle closure glaucoma, it will
23  show up on the first test.

Page 79

1  Q. On the slit lamp?
2  A. Uh-huh (positive response).
3  Q. Okay.
4  A. And then you would also do the gonioscopy
5  after that, too.
6  Q. Whether or not it showed up on the --
7  A. No.
8  Q. -- slit lamp? Okay.
9      Well, if a patient presented with
10  symptoms of headaches and seeing halos
11  around lights, what type of glaucoma would
12  you be concerned that the patient might
13  have, if any?
14  A. That would not be the first thing I would
15  look for if they came in with halos.
16  Q. What's the first thing you would look for?
17  A. The list that we went over before.
18  Q. The refractive error?
19  A. Refractive error, corneal scarring,
20  cataracts, retinal problems in the macula,
21  you know, and then the other would be
22  the -- the glaucoma would be on down on the
23  list as far as frequency of occurrence.

Page 80

1  Q. And you testified earlier that you -- but
2  you would want to satisfy yourself that it
3  wasn't glaucoma, correct?
4  A. I'm going to test for glaucoma in that
5  patient.
6  Q. Okay. Are you familiar with any literature
7  on the treatment and diagnosis of eye
8  disease that says that the puff test
9  tonometry is not as reliable as Goldmann
10  tonometry?
11  A. I have read articles that stated that and
12  others that stated that was not true.
13  Q. Okay. And as you sit here today, are you
14  aware of what the prevailing medical
15  opinion is with respect to whether the puff
16  test is better or whether the Goldmann
17  tonometry is better?
18  A. Again, that would depend on who you ask.
19  Q. Well, what is your opinion?
20  A. I would say, like I said earlier, if
21  there's any question about whether one or
22  the other is not accurate, I'll do the
23  other also on that patient.

20 (Pages 77 to 80)

Page 81

1  Q. So if I understand you right, the slit lamp
2     exam is the primary method that you use.
3     That's the first method you use to examine
4     the angle of the eye, correct?
5  A. Correct. That's done on all patients that
6     are getting a full eye exam.
7  Q. All right. And so if the gonioscopy is the
8     second test you use, is it fair to say that
9     you believe the gonioscopy is a more --
10    provides a more sophisticated view of the
11    eye?
12       MR. WHITE: Object to the form.
13 Q. I'll rephrase that. Is it fair to say that
14    the gonioscopy, in your view, provides a
15    more detailed and extensive view of the
16    eye?
17 A. Only of one area of the eye. Not of the
18    whole eye.
19 Q. Okay. And what area is that?
20 A. The anterior chamber angle.
21 Q. Okay. And that is the angle where angle
22    closure glaucoma occurs, correct?
23 A. That's correct.

Page 82

1  Q. Okay. Here in this rule and regulation
2     here it says, and such other tests as are
3     necessary under the circumstances. What
4     other tests that we haven't talked about do
5     you use or do you have available in your
6     practice?
7  A. There are a lot of tests that are available
8     in the practice. Can you give me -- narrow
9     the field a little bit on that?
10 Q. I'm not sure I can. I'm just wondering
11    what it might be talking about there.
12 A. I think you would be wise to have a more
13    specific question, you know. I mean, are
14    we talking about how to determine their
15    glasses prescription or to look for, you
16    know, retinal problems or to look for
17    corneal problems?
18 Q. I'm just trying to understand how you
19    interpret this regulation. So if you can
20    think of any other tests that might be
21    necessary under any circumstance, then you
22    can just list them.
23 A. I really couldn't say.

Page 83

1       MR. WHITE: Let me object to the
2          form of that as being over
3          broad.
4  Q. Okay. Where it says -- and then the last
5     part there says, failure to perform minimum
6     testing -- excuse me -- failure to perform
7     said minimum testing during a comprehensive
8     eye exam shall constitute failure to meet
9     standard of care.
10       You agree that these tests that we
11    spent the last half hour or so talking
12    about here are the minimum?
13 A. Yes.
14 Q. As an optometrist, do you aspire to give
15    your patients the minimum care or do you
16    aspire to give them something greater than
17    the minimum?
18 A. Normally I would do more tests than what
19    they've listed here on the comprehensive
20    eye exam.
21 Q. Okay. And why is that?
22 A. To try to provide good quality of care to
23    the patient.

Page 84

1  Q. Okay. And that's because you understand
2     that patients come to you seeking your
3     expertise for their eye problems, correct?
4  A. Yes.
5  Q. Which could include glaucoma, correct?
6  A. Yes.
7  Q. And other eye problems that could place
8     them at risk for vision loss, correct?
9  A. That would be one of the reasons. That
10    wouldn't be the only reason.
11 Q. Okay. Now, we had some discussion earlier
12    about what this paragraph was, and I
13    represent to you that it is a regulation
14    found and said to be applicable to
15    optometrists in Alabama found on the
16    Alabama State Board of Optometry web site.
17    Whether or not you agree that this is a
18    regulation of the Alabama State Board of
19    Optometry, again, you do agree that this is
20    the minimum -- this lays out the minimum of
21    what an optometrist should do, correct?
22       MR. WHITE: Object. I think he
23          was asked and answered that a

21 (Pages 81 to 84)

Deposition of David Bazemore

Page 85

1    while back. I think we
2    answered that right after we
3    came back in after our break.
4  A. Depends on what the patient is coming in
5    for.
6  Q. You don't disagree with any of this here,
7    do you, that we've just read over?
8      MR. WHITE: Are you talking about
9      .06 again?
10     MR. ADAMS: Yes, I am.
11  A. I think we've -- like we've already
12    answered this before. If they're coming in
13    for a comprehensive eye exam, which is on
14    line four there, then all of these tests
15    should be done.
16  Q. Okay. Good.
17     Now, as a medical professional
18    practicing in the state of Alabama, you're
19    aware that Alabama -- just based on
20    statistics out there, Alabama is deemed to
21    be a good health care state, correct?
22     MR. WHITE: Object to the form.
23  Q. Do you understand what I'm talking about?

Page 86

1  A. I haven't read an article on that any time
2    lately.
3  Q. Okay. Well, you are aware --
4     You've testified that you have lived in
5    Alabama most of your life, correct?
6  A. Correct.
7  Q. And you've testified that you've been
8    practicing optometry for the last 27 years
9    or so in Alabama, correct?
10  A. Correct.
11  Q. Okay. Have you ever seen any literature
12    out there that addresses whether or not the
13    state of Alabama enjoys -- as compared with
14    other states in the U.S., enjoys a good
15    quality available to patients in terms of
16    health care, or is it below, say, what the
17    average -- is it above average or below
18    average in your -- based -- in your
19    understanding?
20     MR. WHITE: Let me object to the
21     question. You started off the
22     question by asking whether
23     he's read anything, and now

Page 87

1    you're asking him --
2     MR. ADAMS: That was a horrible
3     question. I'll rephrase it.
4  Q. Do you know whether Alabama is regarded as
5    a state where the availability of quality
6    health care is high or low as compared to
7    other states?
8     MR. WHITE: Object to the form.
9     You can answer if you know or
10     you understand.
11  A. I don't know.
12  Q. Okay. Is it your opinion that -- do you
13    believe patients seeking optometric care in
14    Alabama should expect a level of care that
15    is on par with other states in the U.S.?
16  A. Yes.
17  Q. Okay. And as it relates to other optometry
18    schools, are you aware of UAB's ranking?
19  A. Not for sure.
20  Q. Okay. Are you aware, is it better than
21    average among optometry schools?
22  A. Yes.
23  Q. Okay. Would it be regarded as one of the

Page 88

1    best optometry schools in the country?
2  A. I couldn't say.
3  Q. All right. So it's fair to say that it's
4    better than average?
5  A. Yes.
6  Q. And you've indicated that that is where you
7    sometimes attend continuing education
8    courses, correct?
9  A. That's correct.
10  Q. Okay. Do you agree that the availability
11    of the instruction in your continuing
12    education courses is high quality?
13  A. Yes.
14  Q. And that the instructors and folks at
15    UAB -- That's a bad way to put that. Let
16    me rephrase it.
17     Do you agree that the faculty at UAB is
18    high quality as compared with instructors
19    at other optometry schools around the
20    country?
21     MR. WHITE: Object to the form.
22     You can answer.
23  A. I couldn't say.

Page 89

1  Q. Okay. The continuing education that you
2     attend at UAB, do you attend anywhere else?
3  A. I was -- I went to New York for one last
4     year.
5  Q. All right. But do you usually go to the
6     ones at UAB?
7  A. I would go there more often than any other
8     one place.
9  Q. All right. Who does those seminars? Is it
10    primarily the UAB professors of optometry?
11 A. They speak, and they also have outside
12    speakers come in.
13 Q. Okay. So as a practicing optometrist,
14    would you agree that the most current
15    information in the field of optometry is
16    made available to you?
17 A. Yes.
18 Q. Okay. And that would be the most current
19    information in the U.S., in the whole
20    United States, is made available to you at
21    UAB in the area of optometry?
22         MR. WHITE: Object to the form.
23 A. I really am not in a position to say. I

Page 90

1     haven't been to the others.
2  Q. Okay. But you take publications that
3     are --
4  A. Uh-huh (positive response).
5  Q. -- national publications, correct?
6  A. Yes.
7  Q. Okay. And would you say that the
8     information made available to you at the
9     UAB continuing education seminars is
10    current with those publications?
11 A. Yes.
12 Q. Okay. It's not lagging behind? It's not
13    outdated, correct?
14         MR. WHITE: Object to the form.
15 A. Yes.
16 Q. And would you say that the same technology,
17    the same optometric technology is available
18    to you as would be available in any other
19    state --
20         MR. WHITE: Object to the form.
21 Q. -- just based on your understanding?
22 A. Could you rephrase that? I'm not sure what
23    you're asking.

Page 91

1  Q. Well, let me say this. I mean, if I went
2     to an optometrist in Atlanta, would I
3     expect him to be using any different
4     technology, based on your knowledge, than
5     what you offer in your practice?
6  A. I really couldn't say.
7  Q. All right. Let's just say -- are you
8     satisfied that you're employing the most
9     up-to-date and advanced technology for eye
10    care that is available?
11 A. I think for my practice that I have good
12    equipment.
13 Q. Okay. And you -- and that was true in
14    2004, correct?
15 A. Correct.
16 Q. And that was true in August of 2004,
17    correct?
18 A. Correct.
19 Q. I'm just going through my outline and
20    making sure we've covered things so we can
21    move forward.
22         What are the signs and symptoms of
23    angle closure glaucoma?

Page 92

1  A. Their eye is normally red, their pupil is
2     mid dilated and not very active, their eye
3     is usually very sore, and their pupil -- I
4     mean, and their pressure in their eye is
5     going to be real high, 40 or 50 as opposed
6     to a normal of 15 to 20.
7  Q. Anything else?
8  A. Depending on how long their pressure has
9     been up, their cornea might be a little bit
10    cloudy. That's about all I could say that
11    would be for sure.
12 Q. With angle closure glaucoma, is the
13    pressure constantly up or can it vary?
14 A. That would be on a case-to-case thing. It
15    can vary.
16 Q. It can vary?
17 A. (Witness nods head up and down.)
18 Q. Is that a yes?
19 A. If the pressure is not elevated, then they
20    are not considered to have glaucoma at that
21    point.
22 Q. But your testimony is that with angle
23    closure glaucoma, the pressure in the eye

23 (Pages 89 to 92)

Page 93

1    can vary, correct?
2    A.   If the angle is closed, then the pressure
3        will be elevated.
4    Q.   Does the angle -- with angle closure
5        glaucoma, is the angle always closed?
6    A.   There are different kinds of angle closure
7        glaucoma.
8    Q.   Okay. And what are the kinds of angle
9        closure glaucoma?
10   A.   You can have a primary kind, you can have a
11       secondary kind, and the secondary kind
12       would be due to various things.
13   Q.   Okay. What is primary?
14   A.   The angle just closes off because of the
15       anatomical shape of the person's anterior
16       chamber angle.
17   Q.   All right. What is secondary?
18   A.   It has several different reasons that that
19       could happen.
20   Q.   Okay. Can you give me some of them?
21   A.   They could have pigmentary glaucoma where
22       it's clogging the trabecular meshwork.
23       They could have an angle recession where

Page 94

1        there's damage to the trabecular meshwork.
2        There are others that we can look up if you
3        want to.
4    Q.   Well, I'm just asking you the ones you
5        remember as you sit here right now.
6    A.   Right.
7    Q.   Is that all of them?
8    A.   You can have -- anything that got inside
9        your eye, if you had trauma to your eye,
10       and it -- there are other iris and corneal
11       degenerative conditions that release cells
12       that clog up the trabecular meshwork.
13   Q.   When is glaucoma an emergency?
14   A.   If they came in and the pressure is very
15       high, then I'm going to pick up the phone
16       and call the ophthalmology office and
17       they're going over there then.
18   Q.   Okay. And what if they come in and they --
19       their history is that they're having some
20       signs and symptoms of glaucoma, but their
21       pressure is not high? What do you do for
22       that kind of patient? It's not high at
23       that visit.

Page 95

1    A.   I couldn't say. It would depend on other
2        things about the patient.
3    Q.   Okay. But would you still want to run
4        tests for glaucoma if their history --
5    A.   Every patient that comes in gets tested for
6        glaucoma.
7    Q.   How is angle closure glaucoma managed?
8    A.   That would vary from case to case. I
9        couldn't say.
10   Q.   All right. Well, just say primary angle
11       closure glaucoma. How do you manage that?
12   A.   It depends on the elevation of the
13       pressure, and I don't manage that. That's
14       up to the ophthalmologist.
15   Q.   You would send that person to an
16       ophthalmologist?
17   A.   Yes.
18   Q.   What about secondary angle closure
19       glaucoma? How is that managed?
20   A.   If the pressure is elevated, it goes to the
21       ophthalmologist.
22   Q.   And what if the pressure is not elevated at
23       that particular time?

Page 96

1    A.   And what other signs make you think that
2        they have glaucoma at that point?
3    Q.   Well, I'm -- that's a good question. What
4        other signs would there be that would make
5        you be concerned about glaucoma?
6    A.   Well, there's a lot of them, you know.
7        We've been through this. But if their
8        optic nerve head shows damage, if their
9        cornea shows damage from the pressure being
10       too high and other things like that then
11       you have to look for as well as just the
12       pressure.
13   Q.   All right. Well, you've testified earlier
14       that with angle closure glaucoma, there is
15       a type of angle closure glaucoma where the
16       pressure is not constantly elevated,
17       correct?
18   A.   That's right.
19   Q.   All right. Would that be what's called
20       acute angle closure glaucoma?
21   A.   It would depend on whose book you were
22       reading. The terms primary and secondary
23       include that secondary are due to other

Page 97

1  secondary causes. Acute just means that
2  the pressure is real high.
3  Q. Well, let me ask you this. What type of
4     glaucoma are you talking about when you say
5     that -- when you say that there is a type
6     of glaucoma where the pressure is not
7     constantly high, it can come and go? What
8     type of glaucoma is that?
9  A. That would usually -- it kind of depends
10    on -- like I said earlier, there's
11    variation in the pressure anyway. But if
12    you have something -- if you're on certain
13    medications that might cause your pupil to
14    be dilated versus not dilated or if you
15    have some -- well, there's a lot of
16    things. I just really couldn't answer that
17    for a blanket statement.
18 Q. All right. You have stated, again, that
19    there is a type of angle closure glaucoma
20    where the pressure is not constantly
21    elevated, correct?
22 A. That's my understanding.
23 Q. Okay. If a patient presents in your office

Page 98

1  with signs and symptoms of glaucoma but not
2  at that particular time elevated pressure,
3  what do you do for that patient?
4  A. Again, it would depend on what other signs
5     and symptoms there were. Okay? And the
6     decision of when to have them back and
7     check for this or that would depend on the
8     other signs and symptoms if the pressure is
9     normal.
10 Q. All right. Well, what if that sign and
11    symptom --
12    I'm sorry. Did I cut you off?
13 A. Well, I'm just -- you know, I don't know if
14    the pressure -- Well, that's all I know to
15    say.
16 Q. What if the other signs and symptoms are --
17    include headaches and seeing halos around
18    lights and blurry vision, but the pressure
19    is not high at that particular time? What
20    would you do for that patient?
21 A. Was this a new patient that I've never seen
22    before?
23 Q. Let's take both situations. New patient

Page 99

1  you've never seen before.
2  A. Okay.
3  Q. What would you do?
4  A. I would first of all see what other things
5     might be wrong that would cause the
6     symptoms that you're talking about. Those
7     are not limited to having glaucoma. In
8     fact, that would be down the list of causes
9     for those symptoms. It would be more
10    common for them to have some other problems
11    that would cause that.
12    If I had seen them before, then what I
13    did or didn't do would be based on whether
14    there was continuity from the times before,
15    whether something was changing.
16 Q. Okay. Can glaucoma be managed via
17    self-care at home?
18 A. That would depend on the type of glaucoma.
19 Q. Angle closure glaucoma. Can that be
20    managed at home?
21 A. No.
22 Q. Not via self-care; correct?
23 A. I don't know of any cases where that's

Page 100

1  happened.
2  Q. Okay. If you suspect a patient of angle
3     closure glaucoma, do you -- what do you
4     do? If you suspect a patient of angle
5     closure glaucoma, and you're at the end of
6     the appointment, what next?
7     MR. WHITE: Object to the form.
8        Can you define what you mean
9        by suspect? I mean, I think
10       he's already said what he does
11       when they determine they have
12       glaucoma.
13 Q. All right. If you are of the opinion that
14    they may have angle closure glaucoma, and
15    you're at the end of the appointment, what
16    do you do?
17 A. I'm going to walk in and pick up the phone
18    and call Medical Arts and ask them if he
19    can go over there and let them look at him.
20 Q. Okay. And that's because you understand
21    that angle closure glaucoma is a medical
22    emergency, correct?
23 A. Correct.

Page 101

1  Q.  Other than loss of vision and damage to the
2      optical nerve, what other harm could come
3      to a patient who is not treated for angle
4      closure glaucoma?
5  A.  Could you ask me something more specific?
6  Q.  Yes. Let me back up and say it different.
7      Assuming a patient has angle closure
8      glaucoma, you agree, you've testified
9      earlier, that if they're not treated, they
10     could suffer nerve damage, correct?
11 A.  Right.
12 Q.  And they could suffer vision loss, correct?
13 A.  Correct.
14 Q.  Okay. And that includes not only loss of
15     visual acuity, but loss of the vision
16     field, correct?
17 A.  Visual field?
18 Q.  Yes. Thank you.
19 A.  Yes.
20 Q.  Okay. Now, what other medical problems or
21     what other harm could come to that patient?
22     MR. WHITE: Talking about as a
23     result of glaucoma?

Page 102

1  Q.  As a result of angle closure glaucoma? And
2      if you want to start out with glaucoma and
3      move to the more specific, that's fine.
4  A.  Say it one more time.
5  Q.  Okay. We've already discussed and you've
6      already stated that nerve damage and visual
7      loss can result if angle closure glaucoma
8      goes untreated. What else can happen to
9      that patient if harmful if the angle
10     closure glaucoma is untreated?
11 A.  I would need a more specific question than
12     that. I'm not sure what you're asking.
13 Q.  All right.
14     (Brief recess.)
15     MR. ADAMS: Let's go back on the
16     record. I am going to mark
17     what I'm going to call
18     Plaintiff's Exhibit 2.
19     (Plaintiff's Exhibit 2 was marked
20     for identification.)
21 Q.  (Mr. Adams continuing) And Dr. Bazemore,
22     I'm going to hand that to you and your
23     attorney, if you'll just take a look at

Page 103

1      that. And I did not intend for this copy
2      to be so hard to read. It's just the way
3      it came out.
4          And obviously, you, of course,
5      recognize that to be the human eye,
6      correct? A diagram of the human eye?
7  A.  Yes.
8  Q.  Okay. Could you with this pen, please,
9      circle for me the areas of concern, the
10     areas that you would examine for a patient
11     who has -- who presents with some signs and
12     symptoms of glaucoma. With this blue pen,
13     would you please circle the areas of the
14     eye that you would want to examine?
15         MR. WHITE: Let me object to that
16         on the grounds that -- when
17         you say some signs and
18         symptoms of glaucoma, I
19         don't -- I mean, that's a
20         pretty vague question.
21 A.  The areas of the eye that we would want to
22     look at if we were concerned with glaucoma
23     would be these areas.

Page 104

1          MR. WHITE: And for the record,
2          you've indicated with your
3          finger, circling the entire
4          eye on the diagram; is that
5          correct?
6          THE WITNESS: That's correct.
7  Q.  All right. Well, if you were concerned --
8      And you'll have to forgive me. I'm
9      obviously a novice when it comes to
10     understanding the human eye, and you are
11     not. So I am asking you questions that may
12     seem beneath you at times. But if you will
13     please mark the areas of concern, the areas
14     of the eye that you would want to examine
15     if a patient presented with the signs and
16     symptoms of angle closure glaucoma.
17 A.  (Witness complies.)
18 Q.  And you have circled the whole eye.
19         Is there a more specific area of the
20     eye that you would want to focus in on if
21     you were concerned that a patient had angle
22     closure glaucoma?
23 A.  I don't think you could diagnose that

Page 105

1    unless you looked at all of these areas
2       that I circled.
3    Q.  Okay.  Where are the angles of the eye?
4       Just circle those for me.
5    A.  (Witness complies.)
6    Q.  Okay.  All right.  And if you want to put
7       an A next to those circles for angle of the
8       eye, or would you like me to do that?
9    A.  Doesn't matter to me.
10   Q.  I just want the record to reflect which
11      circles you are referring to.  I wouldn't
12      want your testimony to be inaccurate --
13   A.  (Witness complies.)
14   Q.  -- or be misread by anyone.
15           (Plaintiff's Exhibit 3 was marked
16           for identification.)
17   Q.  I'll hand you what I'm going to mark as
18      Plaintiff's Exhibit 3.  Do you recognize
19      what that is a diagram of?
20   A.  Yes.
21   Q.  Okay.  What is it, please?
22   A.  That is a picture of the anterior chamber
23      angle, and in this particular location it's

Page 106

1    almost totally closed.
2    Q.  Okay.  And assuming this depicts someone's
3       eye, what eye problem does that patient
4       have?
5    A.  He has a closed angle.
6    Q.  Does everyone with a closed angle have
7       angle closure glaucoma?
8    A.  I would say that the risk of them having
9       that is extremely high if they have a
10      closed angle.
11   Q.  Okay.  All right.  You can move those
12      aside.  Thank you.
13          All right.  Let me ask you a couple of
14      questions before we move to the next
15      thing.  Do you, Dr. Bartlett, agree that it
16      is your obligation as a practicing
17      optometrist to stay current with the most
18      up-to-date information in your field in
19      order to best serve your patients?
20           MR. WHITE:  Object to the form.  I
21           believe you referred to him as
22           Dr. Bartlett.
23   Q.  I apologize.  I probably did, and I didn't

Page 107

1    mean to do that.
2           Dr. Bazemore, do you agree that that is
3       your duty?
4    A.  I think that that would be a goal of all
5       practitioners.
6    Q.  Okay.  And that is, in fact, what the
7       profession requires of you, correct?
8    A.  Say the first sentence again.
9    Q.  Okay.  I mean, you've testified earlier you
10      have to have a certain amount of continuing
11      education every year, correct?
12   A.  Correct.
13   Q.  What is the purpose of continuing education
14      for optometrists?
15   A.  To try to keep you abreast of the latest
16      information available to provide eye care
17      to the people.
18   Q.  Okay.  And it is your duty to stay abreast
19      of such information, correct?
20   A.  It's your responsibility.
21   Q.  Yes.  Okay.  And that is in order to best
22      serve the patients that come to you?
23   A.  Yes.

Page 108

1           MR. ADAMS:  I'm going to mark this
2       book as Plaintiff's Exhibit
3       4.  I'm going to keep this
4       book, but I'm going to give
5       you, Matt, a copy of what I'm
6       reading from.  And that's
7       the -- obviously, the title
8       page.
9           (Plaintiff's Exhibit 4 was marked
10          for identification.)
11   Q.  Okay.  Dr. Bazemore, I'm handing you what
12      I've marked as Plaintiff's Exhibit 4.  And
13      I have opened this book --
14          First of all, take a minute to look at
15      that, familiarize yourself briefly with the
16      book.  And if you need to take a
17      three-minute, off-the-record break to do
18      that, that's fine.
19           MR. WHITE:  Are you referring to
20           any specific section?  I know
21           the page is opened to primary
22           angle closure glaucoma.  You
23           want him to read that or --

Page 109

1    MR. ADAMS: Well, we're going to
2    go through it in a minute.
3    I'm just asking him to -- I
4    want him to agree --
5  Q.  Well, take a look at the book, if you don't
6    mind, the front page, whatever. You
7    recognize this to be a book for optometry
8    students, correct?
9    Okay. Let me back up. The title of
10    this book is Clinical Ocular Pharmacology,
11    Fourth Edition, correct?
12  A.  That's correct.
13  Q.  And it is written by a Dr. Jimmy D.
14    Bartlett, correct?
15  A.  There's two names on here.
16  Q.  Right. He's one of the authors, correct?
17  A.  Correct.
18  Q.  And I believe he came up earlier in this
19    deposition, and you said you recognized him
20    as being a professor of optometry at UAB,
21    correct?
22  A.  That's correct.
23  Q.  Okay. All right. And you recognize him as

Page 110

1    somebody who is an expert in the field of
2    optometry?
3  A.  I recognize him as an instructor in the
4    field of optometry.
5  Q.  Well, I mean, in fact, a professor of
6    optometry.
7  A.  Correct.
8  Q.  Okay. Do you have an opinion as to whether
9    he's a qualified -- as to whether he's well
10    qualified in his field? Do you have an
11    opinion one way or the other?
12    MR. WHITE: Object to the form.
13  A.  To my knowledge, he's very capable at what
14    he does.
15  Q.  All right. I'd like for you to look at
16    page 865, which is open before you,
17    please. Under acute angle closure
18    glaucoma, do you agree that the first
19    sentence there -- I'm going to read it. It
20    says, glaucoma is a true ocular urgency.
21    Do you see that?
22  A.  Correct.
23  Q.  It says, a sudden significant increase in

Page 111

1    IOP occurs --
2    And that IOP you agree means
3    intraocular pressure, correct?
4  A.  Yes.
5  Q.  -- with dilation of vessels at the limbus,
6    a steamy cornea, and a mid dilated pupil
7    that is nonreactive to light. Symptoms of
8    blurred vision, colored rings, halos around
9    point sources of light, ocular pain and
10    discomfort, nausea and often vomiting.
11    You agree that I read that correctly?
12  A.  Yes.
13  Q.  Do you agree?
14  A.  Yes.
15  Q.  Okay. Do you disagree that these symptoms
16    listed are symptoms of acute angle closure
17    glaucoma?
18  A.  I'm sorry. Could you say that again? You
19    kind of skipped.
20  Q.  All right. Do you agree that this list is
21    accurate, this list of symptoms of angle
22    closure glaucoma --
23  A.  Yes.

Page 112

1  Q.  -- is accurate? Okay.
2    Next paragraph, it says, the clinical
3    examination consists of history taking,
4    biomicroscopy, gonioscopy, and tonometry.
5    Okay. Do you agree that the clinical
6    examination should include those things?
7  A.  If they already have an angle closure? Is
8    that your question?
9  Q.  If they have these symptoms, do you agree
10    that the examination should include those
11    things?
12    MR. WHITE: When you say these
13    symptoms, are you talking
14    about all of the symptoms
15    listed above?
16  Q.  Well, any of the symptoms listed above. If
17    a patient presents with some -- with one or
18    more of these symptoms, do you agree that
19    the clinical examination should consist of
20    history taking, biomicroscopy, gonioscopy,
21    and tonometry?
22  A.  Not if they don't have all of them.
23  Q.  Okay. So it's your testimony that a

Page 113

1    patient would have to have all of these
2    symptoms for the clinical examination --
3    for it to be required that the clinical
4    examination include history taking,
5    biomicroscopy, gonioscopy and tonometry?
6  A.  Correct.
7  Q.  Okay.  Let's look at the next page, if you
8    would, page 866.  I'd like you to look at
9    the second full sentence on that page.  Do
10    you see where it says there, is often a
11    history of mild attacks?
12  A.  Second -- oh, okay.  You're starting down
13    here.
14      That would be what he has in the book.
15  Q.  Okay.  Do you agree that a history of mild
16    attacks can accompany someone who has acute
17    angle closure glaucoma?
18  A.  Often is sort of a wide-open word.  My
19    experiences with the angle closures that I
20    have dealt with are that they are an acute
21    problem that they come in the office with,
22    and that's not usually -- prior history is
23    not usually positive.

Page 114

1  Q.  Okay.  But do you agree it is possible that
2    they could come into the office without the
3    symptoms at that moment, but give a history
4    of mild attacks, and that that -- that that
5    history would necessitate you testing for
6    acute angle closure glaucoma?
7  A.  I can't answer that the way you're putting
8    it.
9  Q.  Okay.  Well, let's see --
10  A.  There are more specifics to the case.
11  Q.  Let's see if I can do better.  Do you agree
12    that just because someone doesn't have high
13    intraocular pressure as they sit under an
14    exam at your office, that does not
15    necessarily mean that they do not have
16    angle closure glaucoma?
17  A.  Again, that would be a case-by-case thing.
18    You couldn't make a blanket statement about
19    it.
20  Q.  Is it possible?
21  A.  It's possible, yes.
22  Q.  And even though somebody doesn't have high
23    intraocular pressure at the time they sit

Page 115

1    for an exam in your office, that does not
2    mean that you shouldn't rule out the
3    possibility of angle closure glaucoma
4    through other testing, correct?
5  A.  Angle closure glaucoma is ruled out on
6    every patient that comes in for an exam,
7    whether they have symptoms of it or not.
8  Q.  Okay.  And that is because angle closure
9    glaucoma can result in blindness, correct?
10      MR. WHITE:  Object to the form.
11      Asked and answered.
12  Q.  Is that correct?
13  A.  I'm sorry.  What?  What was the question?
14  Q.  That's fine.  He's right.  You have already
15    affirmatively answered that.
16      All right.  Let's look at page 869.
17      All right.  You see the section there that
18    says, subacute and chronic angle closure
19    glaucoma.  You see that section?
20  A.  Yes.
21  Q.  It says, diagnosis.  Okay.  And I'm just
22    going to read part of that first
23    paragraph:  A subacute angle closure attack

Page 116

1    requires prompt diagnosis and appropriate
2    management in part to avoid a possible
3    acute attack in the future.  The symptoms,
4    although transient, are similar to those in
5    acute angle closure glaucoma and include
6    red eye, blurred vision, colored rings
7    around lights, tearing, ocular discomfort,
8    and headache located above the eye.
9      Did I read that correctly?
10  A.  Yes.
11  Q.  Okay.  And do you agree that -- do you
12    agree with what I just read?
13      MR. WHITE:  Agree that you just
14      read it correctly?
15  Q.  Do you agree that what I just read is
16    accurate?
17  A.  It would apply in some instances.
18  Q.  Okay.  Let's break it down.  You agree that
19    subacute angle closure glaucoma requires
20    prompt diagnosis, correct?
21  A.  Hopefully, it would.
22  Q.  You agree that it requires appropriate
23    management, correct?

29 (Pages 113 to 116)

Deposition of David Bazemore

May 15, 2007

Page 117

1    A.  Correct.
2    Q.  You agree that if it's not managed
3        appropriately, possible acute attacks could
4        occur in the future, correct?
5    A.  That's a possibility.
6    Q.  Okay.  You agree that the signs and
7        symptoms of angle closure glaucoma include
8        red eye?  Do you agree with that?  I
9        believe you've already testified to that.
10   A.  If the angle is closed when they come in
11       the office, their vessels will be dilated.
12   Q.  Okay.  And that results in red eye,
13       correct?
14   A.  Correct.
15   Q.  You agree that one of the symptoms of angle
16       closure glaucoma is blurred vision,
17       correct?
18   A.  Yes, it can -- that could be one of the
19       symptoms.
20   Q.  Okay.  And you agree that colored rings
21       around lights is one of the symptoms,
22       correct?
23   A.  It can be the symptom of this.

Page 118

1    Q.  All right.  And another way of saying
2        colored rings around lights is halos,
3        correct?
4    A.  I guess you would have to ask the patient
5        what they meant by that to verify that.
6    Q.  All right.  Further, you agree tearing can
7        be a symptom of angle closure glaucoma?
8    A.  Correct.
9    Q.  Ocular discomfort can be a symptom?
10   A.  Yes.
11   Q.  And headache can be a symptom?
12   A.  Some -- yes.
13   Q.  Okay.
14   A.  It can be.
15   Q.  All right.  Let's move down to the third
16       paragraph.  You see where it says, the
17       clinical examination for both conditions
18       consists of history, biomicroscopy,
19       gonioscopy, optic disk evaluation,
20       tonometry, and visual field testing.
21           Did I read that correctly?
22   A.  Yes.
23   Q.  Do you agree that an accurate and thorough

Page 119

1        taking of the patient's history is
2        necessary to examine for angle closure
3        glaucoma?
4    A.  I didn't catch the first part.  You said
5        something about history.
6    Q.  All right.  Do you agree that an accurate
7        and thorough taking of the patient's
8        history is necessary to examine for angle
9        closure glaucoma?
10   A.  Yes.
11   Q.  And you agree that the same is true of
12       biomicroscopy?
13   A.  That's something that should be done on
14       every patient.
15   Q.  Okay.  So that's a yes?
16   A.  Uh-huh (positive response).
17   Q.  That was a yes?
18   A.  Yes.
19   Q.  Okay.  And do you agree that gonioscopy is
20       necessary in order to do an appropriate
21       clinical examination for angle closure
22       glaucoma?
23   A.  It's one of the tests that can be done for

Page 120

1        that.  I mentioned earlier, a couple of
2        other tests that can also be done for that.
3    Q.  Okay.  But are you prepared to say that
4        Dr. Bartlett should not have included this
5        in his list of necessary examinations?
6    A.  I think that gonioscopy -- let's see how he
7        words this.  I don't even -- let's see.
8        What's the year on this?
9    Q.  It's 2001.
10   A.  Seems like some of the other instruments
11       that I mentioned to you were not even
12       available at the time this book was
13       printed.
14   Q.  Okay.  And do you use any of those
15       instruments to view the angle of the eye?
16   A.  I have a gonioscope.  I don't have one of
17       the OHT instruments.
18   Q.  And you had a gonioscope in 2004?
19   A.  I did.
20   Q.  All right.  Do you agree that optic disk
21       evaluation is necessary?
22   A.  Yes.
23   Q.  Do you agree that tonometry is necessary?

Page 121

1  A.  Yes.
2  Q.  Do you believe that he is referring to puff
3      test tonometry or to applanation or
4      Goldmann tonometry?
5          MR. WHITE:  Object to the form.
6  Q.  Based on your familiarity with the accepted
7      form and test form of tonometry, what do
8      you think is suggested there?
9          MR. WHITE:  Object to the form.
10         MR. ADAMS:  He's an optometrist.
11            He can testify.
12         MR. WHITE:  You're asking him to
13            read into what he's saying and
14            guess at what his true intent
15            was?  That's ridiculous.
16         MR. ADAMS:  No, it's not.
17         MR. WHITE:  It's absurd is what it
18            is.
19         MR. ADAMS:  No.  You do your
20            homework, and you'll find out,
21            it's not absurd.
22         MR. WHITE:  This man didn't do his
23            homework?  That's what you're

Page 122

1          saying?  The author of this
2          book didn't do his homework?
3          MR. ADAMS:  You may not understand
4             the question.  Let me rephrase
5             it.
6  Q.  In the most current literature, where you
7      see the word tonometry, is that in
8      reference to puff test or to Goldmann
9      tonometry?
10 A.  I really --
11         MR. WHITE:  Object to the form.
12 A.  I really couldn't say unless they specified
13     on there.
14 Q.  Okay.  You agree that visual field testing
15     is a necessary clinical exam for somebody
16     with the symptoms of angle closure
17     glaucoma?
18 A.  I think that if somebody has angle closure
19     glaucoma that I'm going to send them to the
20     ophthalmology clinic, and they're going to
21     discern which tests need to be run on that
22     patient.
23 Q.  Okay.  How are you going to determine

Page 123

1      whether their angle is closed?
2  A.  By looking with the slit lamp.
3  Q.  But you testified earlier that a gonioscopy
4      is --
5  A.  And I was going to say, and if it appears
6      to be narrow with the slit lamp, I'm going
7      to do gonioscopy.
8  Q.  Okay.  And earlier I asked you did you
9      believe that the writers of this text were
10     wrong to state that a gonioscopy must be
11     one of the tests, and I'm not sure I
12     understood your answer.  Is the gonioscopy
13     a necessary test for someone having these
14     symptoms?
15 A.  What was the pressure?
16 Q.  We're not talking about pressure, as I
17     understand it.  We're talking about these
18     symptoms.  If they present with these
19     symptoms, one of these symptoms, one or
20     more of these symptoms, is a gonioscopy
21     required?
22 A.  It would depend on what other things I did
23     and what symptoms would apply to any other

Page 124

1      problems that I had found or did not find
2      on that patient.
3  Q.  Okay.  So if I understand you correctly,
4      you are -- do I understand you correctly to
5      disagree with the writers of this text that
6      gonioscopy must be a test performed when a
7      patient presents with these symptoms?
8          MR. WHITE:  Objection to the form
9             of that.  You're paraphrasing
10            something that the book
11            doesn't say.
12 A.  It doesn't say that in the book.
13 Q.  Well, actually, what it says is the
14     clinical examination for both conditions,
15     referring to both types of angle closure
16     glaucoma, consist.  It consists.  It will
17     include gonioscopy.
18 A.  That's correct.
19 Q.  And you will agree with that?
20 A.  If they have it.
21 Q.  If they have these symptoms.
22 A.  No, that's not what it says.
23         MR. WHITE:  We're going to have to

Page 125

1          agree to disagree over what it
2          says.
3     Q.   All right. Do you agree that the use of a
4          gonioscopy better allows you to view the
5          angle of the eye?
6     A.   Well, what do you --
7               MR. WHITE: Object to the form.
8     A.   We've covered this one before, too. I told
9          you there were three main things. One was
10         with the slit lamp, one was gonioscopy, and
11         one was the OHT instrument.
12    Q.   Of the three, which allows you to view the
13         angle of the eye the best?
14    A.   I would say the OHT instrument.
15    Q.   Okay. And then what is the second best?
16    A.   The gonioscopy.
17    Q.   You've testified earlier that glaucoma is a
18         serious medical condition that can result
19         in blindness, correct?
20              MR. WHITE: Object to the form.
21              Asked and answered.
22    Q.   You haven't changed your mind on that, have
23         you?

Page 126

1     A.   No.
2     Q.   Okay. And that is something that you need
3          as an optometrist to rule out when you see
4          a patient who has some symptoms of
5          glaucoma, correct? You need to rule out
6          glaucoma, correct?
7     A.   I need to rule out glaucoma, yes.
8     Q.   Okay. And in order to do that, you need to
9          view the angle of the eye, correct?
10    A.   Not necessarily.
11    Q.   All right. I'd like you to look at the
12         first full paragraph in the next column.
13         Do you see where it says, evaluation of the
14         anterior chamber angle is best accomplished
15         by gonioscopy? Do you see that?
16    A.   I do.
17    Q.   Do you agree with that?
18    A.   Just a minute ago, we talked about the
19         three most commonly used ways of doing
20         that. And like I said, when the book was
21         written, they didn't have some of the
22         instruments available then that -- so this
23         book is not -- it's outdated.

Page 127

1     Q.   All right. But, now, did you have --
2          What did you call it, the OHD?
3     A.   OHT. I'm not even -- that is an instrument
4          that has only come out here in the last
5          year or two, so I don't even know if he has
6          one up there or not.
7     Q.   So you didn't have an OHT in 2004?
8     A.   No.
9     Q.   All right. But you've already testified
10         you had a gonioscopy in 2004?
11    A.   Right.
12    Q.   Okay. Do you agree with that statement,
13         not -- Let's forget about the OHT for a
14         moment. Between the other available
15         methods of viewing the angle, do you agree
16         that the gonioscopy is the better method
17         than the slit lamp?
18    A.   Right. Then the von Herrick screening
19         method. Both of them require the slit
20         lamp.
21    Q.   Okay. All right. Next paragraph. It
22         says, even when the anterior chamber angle
23         is assessed as being narrow or even

Page 128

1          dangerously narrow, further information is
2          often needed.
3               Do you agree with that?
4     A.   I just have to have a minute to read what's
5          there besides that one sentence, because
6          that's not all that's involved with it.
7     Q.   Well, take your time.
8     A.   Okay. Now go ahead and ask me again,
9          please.
10    Q.   All right. When the anterior chamber is
11         assessed as being narrow or even
12         dangerously narrow, further information is
13         needed, right? Do you agree with that?
14    A.   Further information before you do what?
15    Q.   Well, let me just ask you. If you see a
16         very narrow angle, may not be closed but
17         it's narrow, what do you do?
18    A.   I am probably going to have that go to
19         Medical Arts to see if they want to do a
20         prophylactic laser procedure on that.
21    Q.   And why is that?
22    A.   Because I'm not allowed to do that
23         procedure? Is that what you're asking?

Page 129

1  Q. No, sir. I'm asking, what are you
2     concerned about that would motivate you to
3     send them to Medical Arts?
4  A. That their angle didn't close off and the
5     pressure go up and they have nerve damage.
6  Q. All right. Have you ever done a pressure
7     gonioscopy?
8  A. Yes.
9  Q. All right. Is that something that was
10    available to you in 2004?
11 A. Yes.
12 Q. Okay. All right. I'd like you to turn to
13    page 870, please, where it says
14    management. You see -- I'll read it:
15    Surgical intervention should be considered
16    for all eyes with subacute angle closure
17    glaucoma.
18       Do you see that?
19 A. Correct.
20 Q. And that involves referral to an
21    ophthalmologist, correct?
22 A. It also had some other stuff after that.
23 Q. Okay. Do you want to talk about the other

Page 130

1     stuff?
2       MR. WHITE: Well, I think his
3       point is you can't just take
4       one --
5  A. Out of context.
6       MR. WHITE: -- sentence and take
7       it out of context. I mean --
8       MR. ADAMS: Well, I think that's a
9       pretty straightforward
10      sentence. No conditions in
11      that sentence.
12      MR. WHITE: Well, it's under
13      management, and it's talking
14      about all different kinds of
15      management. So -- I don't
16      know what would -- I mean, I
17      think we can agree those words
18      are written in this book.
19 Q. All right. Do you agree that if a patient
20    has subacute angle closure glaucoma that
21    surgical intervention should be considered?
22 A. That patient would be referred to Medical
23    Arts, and it would be up to them, not to

Page 131

1     me, whether they had surgery or not.
2  Q. Correct. So if somebody has subacute angle
3     closure glaucoma, they should be referred
4     to an ophthalmologist. Do you agree with
5     that?
6       It's not in the book. I just said it.
7  A. I'm just trying to look at where you're
8     taking this sentence out of again.
9       Okay. Now if you'll ask me that again,
10    please.
11 Q. If a patient has subacute angle closure
12    glaucoma, they should be referred to an
13    ophthalmologist, correct?
14 A. Yes.
15 Q. Okay. All right.
16      MR. ADAMS: Do you want to take a
17      snack break?
18      MR. WHITE: Yeah. What time is
19      it?
20      (Brief lunch recess.)
21 Q. (Mr. Adams continuing) Dr. Bazemore, as
22    far as documentation goes, can you tell me
23    why you document the treatments given?

Page 132

1  A. I'm sorry. You asked why do I document?
2  Q. Yes.
3  A. So next time I'll know what I did the time
4     before.
5  Q. Okay. And why is that important?
6  A. Well, number one, it will help me
7     understand, if the patient is in the office
8     with a problem, whether it's a new or an
9     old problem; whether there have been
10    changes since that time or not.
11 Q. And do you document everything or just some
12    of what you do?
13      Let me back up. That's kind of a bad
14      question.
15 A. You'll have to be more specific.
16 Q. If you perform a test or an exam, are you
17    going to document in some way that you did
18    that test or exam?
19 A. There are certain exams that you would
20    document by not writing anything down that
21    was a result of the test other than that
22    you did it, and that would be that it was
23    normal.

Page 133

1 Q. Okay. So any test you do, there would be
2    some notation of some sort, some marking of
3    some sort that that test was, in fact,
4    performed, correct?
5 A. Yes, to the best of my knowledge.
6 Q. And is that a standard that you adhere to?
7 A. I attempt to.
8 Q. Okay. And have you ever heard of the
9    standard for medical documentation that if
10   it's not documented, it's not done?
11        MR. WHITE: Objection to form.
12 Q. Have you ever heard of that?
13 A. If so, I don't recall.
14 Q. Okay. But whether you've heard of that or
15   not, you agree that if you perform a test,
16   it is -- Well, let me back up.
17        Your testimony is if you perform a
18   test, you're going to document in some way
19   that you performed it?
20 A. And one method of documenting would be to
21   not put anything down.
22 Q. But I thought you said that you -- explain
23   that.

Page 134

1 A. There are certain tests that are on there
2    that are done by everyone, that are done on
3    everyone, and it may just say normal.
4 Q. Okay. But nonetheless, it does say
5    something? Like I said, there's some type
6    of demarcation on the page that it was
7    done, correct?
8 A. Is there some specific question about this
9    that we're trying to get to?
10 Q. No. I'm just asking a general question,
11   and I'm permitted to do that.
12 A. Yeah. I'm just trying to understand. The
13   testing results should be on the medical
14   record.
15 Q. Okay. Thank you.
16        (Plaintiff's Exhibit 5 was marked
17        for identification.)
18 Q. I'm going to hand you what I've marked as
19   Plaintiff's Exhibit 5.
20        MR. ADAMS: These are just his
21        treatment notes. And I
22        actually put them together in
23        a reverse order

Page 135

1    unintentionally.
2        MR. WHITE: I would state for the
3        record that these -- the
4        medical -- the first four
5        pages seem to be fairly clear,
6        but the pages after that are
7        very poor copies.
8        MR. ADAMS: I'm going to ask him
9        what they are. Those are
10       copies you provided, so...
11       MR. WHITE: If that's all the
12       copies you've got, we'll be
13       glad to make you better copies
14       from the originals.
15       MR. ADAMS: Okay. Might take you
16       up on that. We'll just see.
17 Q. All right. Well, first of all, thumb
18   through this, the first four pages, if you
19   would, please. What do you recognize this
20   to be?
21 A. The medical records from the visits, the
22   office visits on Kyle.
23 Q. And you recognize -- so you recognize

Page 136

1    Plaintiff's Exhibit 5, at least with
2    respect to the first four pages, to be your
3    treatment notes, if you will, for Kyle
4    Bengtson?
5 A. They are testing notes.
6 Q. Okay. All right. That was my next
7    question, how do you refer to them. Okay.
8    The testing notes. Okay.
9        And I would like us to just go through
10   what we're looking at here, if you will.
11   Now, if you'll go to the fourth page
12   there. Like I said, I unintentionally put
13   them in the wrong order.
14        The March 24th, 2000 note, is that what
15   you're looking at?
16 A. Right.
17 Q. Okay. And you agree this is for Kyle
18   Bengtson, correct?
19 A. Yes.
20 Q. Okay. And just, if you will, take me
21   through what we're looking at here as far
22   as the top line. That's just -- you're
23   identifying Kyle Bengtson, his date of

Page 137

1    birth, his age, the fact that he's a male,
2    and he's white; is that correct? That's on
3    the left side of the page, top left; is
4    that correct?
5  A.  Correct.
6  Q.  All right. And moving to the right at the
7    top, you're identifying the date you're
8    performing this test, correct? And then
9    his address, phone number, and that kind of
10   identifying information, right?
11 A.  Yes.
12 Q.  All right. Now, tell me what it says -- it
13   has uncorrected habitual RX or corrected as
14   best I can read it. What does that mean?
15 A.  That would be the prescription that he
16   normally wears.
17 Q.  And on this visit, can you tell whether or
18   not he was wearing any eyeglasses?
19 A.  He wasn't at that time.
20 Q.  Okay. Ordinarily would you circle
21   uncorrected for that?
22 A.  For?
23 Q.  For not wearing --

Page 138

1  A.  For the fact that he doesn't wear glasses?
2  Q.  Right.
3  A.  That doesn't have anything to do with that.
4  Q.  What does uncorrected mean?
5  A.  That has to do with his distance acuity,
6    and in that case it would be without a
7    correction.
8  Q.  I see. Okay. Thank you.
9        And the VA stands for visual acuity; is
10   that right?
11 A.  Correct.
12 Q.  The OD stands for right eye; is that
13   correct?
14 A.  Yes.
15 Q.  And what do you have there? 60-1? Is that
16   what that is?
17 A.  That's correct. 20/60, and he missed one
18   letter on that line.
19 Q.  Okay. And what does 20/60 mean?
20 A.  That's the line of a certain size on the
21   chart.
22 Q.  Yeah, but what does 20/60 represent? That
23   means he sees at -- Explain 20/60 in

Page 139

1    layman's terms, if you will.
2  A.  Okay. 20/60 means that in order for him to
3    be able to see that with his right eye, it
4    needs to be three times as big as it would
5    be if it was 20/20 vision in that eye.
6  Q.  Okay. And then moving on down, the next
7    one is what? OS?
8  A.  OS is the left eye.
9  Q.  Okay. And that was 20/50, and he missed
10   one letter; is that correct?
11 A.  Correct.
12 Q.  Okay. And you have the word none in
13   there. What does that mean?
14 A.  He didn't have a habitual RX.
15 Q.  Okay. At this time, based on what you've
16   seen at the top here, just doing the visual
17   acuity test, does he need glasses at this
18   point or can you tell yet?
19 A.  I couldn't tell yet.
20 Q.  Okay. And then where it says history --
21     HX stands for history, correct?
22 A.  Correct.
23 Q.  All right. And last exam date, what did

Page 140

1    you write there?
2  A.  Never had one.
3  Q.  Okay. And then reason for visit. Can you
4    interpret those, what you've written there?
5  A.  Routine exam. Having problems seeing far
6    away.
7  Q.  And then below that, is that a CC?
8  A.  Correct. Chief complaint.
9  Q.  And what have you written there?
10 A.  Decreased distance vision noticed last
11   several weeks. Near vision is okay.
12 Q.  Okay. And then to the right of there, you
13   didn't mark anything because he's not on
14   any medications or drug allergies?
15 A.  Actually, at this visit, he would have
16   filled out a sheet like this.
17 Q.  Okay.
18     MR. WHITE: And you're pointing to
19       the fifth page in that
20       document which is marked
21       Plaintiff's Exhibit 5.
22 Q.  Okay. And so you know the answers to those
23   questions because of the history, the

Deposition of David Bazemore

May 15, 2007

Page 141

1  written history questions he would have
2  filled out; is that right?
3  A.  Correct.
4  Q.  Okay.  And then the next line, what does
5  that say?  Looks like cover --
6  A.  Cover test.
7  Q.  Okay.  What is a cover test?
8  A.  It's a muscle balance test to see how well
9  he uses his eyes together.  The circle at
10  the top is without correction.  And
11  ortho/ortho would be normal for distance
12  and for near, if he's looking far away or
13  looking up close.
14  Q.  All right.  So how do you do the cover
15  test?
16  A.  There's a little cover paddle, what we call
17  a cover paddle that we use.  You block one
18  eye and then block the other eye and then
19  do some other things to ascertain how well
20  he uses his eyes together.
21  Q.  Under that, what is that?
22  A.  Vergences is a test where you use some
23  prism to see -- if he does have a defect on

Page 142

.1  the cover test, it helps you tell how well
2  he compensates for that on his own.
3  Q.  Okay.  But his cover test was normal, so
4  you didn't do that, right?
5  A.  That's correct.
6  Q.  What's the next thing?
7  A.  External.
8  Q.  Okay.  And what does that say?
9  A.  Within normal limits both eyes.
10  Q.  Okay.  And what is the external?
11  A.  You're looking at the outside part of his
12  eye on the lids and lashes and also at the
13  front surface of the eye.
14  Q.  All right.  What's the next thing down
15  there?
16  A.  Versions.  That has to do with how well you
17  can move your eyes in all directions.
18  Q.  Okay.
19  A.  And it was full, which means they can move
20  in all directions.
21  Q.  And what is that next line?
22  A.  Near point of convergence, which has to do
23  with how far in you can turn your eyes when

Page 143

1  you look up close.  That's six centimeters.
2  Q.  And is that normal?
3  A.  Yes, that would be normal.
4  Q.  All right.  And then pupils, what do you
5  have there?
6  A.  Pupils equally reactive to light and
7  accommodation.  And the other says negative
8  MG, which stands for Marcus Gunn, which is
9  a pupillary defect if you have optic nerve
10  damage.  And it was normal.
11  Q.  Okay.  And then we have -- explain the
12  next -- actually, there's a mark over in
13  the right -- on the right side of the
14  page.  What does that mean?
15  A.  That has to do with something else.  That's
16  plus a half, which means that with the
17  lenses that he had, he read 20/20 right
18  under there, that -- the lenses that were
19  obtained through the testing procedures.
20  And the plus a half means that if you
21  changed the lens by that much that it made
22  it blurry.
23  Q.  Okay.

Page 144

1  A.  It's just to help assure the accuracy of
2  the reading that you got.
3  Q.  All right.  Under that, you have right eye,
4  left eye again, and looks like some visual
5  acuity numbers.  Can you interpret all of
6  that?
7  A.  Right here, the first part is clear in both
8  eyes.  What that does is there's an
9  instrument called a retinoscope, and it
10  shoots light through your pupil, and you
11  can see the reflex in your pupil.  If there
12  are any defects in the media of the eye as
13  you go through your cornea and your lens
14  and everything, then this would not be
15  clear.  It would be hazy or fuzzy.  So his
16  was clear in both eyes.  The next part
17  where it says subjective is the reading
18  that was obtained as far as doing the tests
19  for glasses prescription.
20  Q.  Okay.  And then under visual acuity, what
21  is that?
22  A.  20/20 right eye and left eye.
23  Q.  Okay.  So with these prescriptions, he's

36 (Pages 141 to 144)

Page 145

1    now at 20/20; is that right?
2    A.  That's correct.
3    Q.  And then what are the other -- the next
4      line down, what does that stand for?  What
5      is that?
6          MR. WHITE:  Talking about color
7            vision?
8    A.  Color vision, he missed zero with both
9      eyes.
10   Q.  I'm sorry.  I'm still up just below the
11     left eye thing.  It's like -- my copy is
12     bad.  Looks like myopic perhaps?  Right
13     under where you've written clear.  Oh, your
14     copy is much better.  Yeah.  Myopic,
15     biopic.  Is that what that says?  Right
16     here.
17   A.  No, that's a testing procedure that you use
18     to determine their glasses prescription.
19   Q.  Okay.  And you didn't have to do that test
20     in this case; is that correct?
21   A.  We did it, but it's incorporated into these
22     findings up here.
23   Q.  I see.  Okay.  Across from those words,

Page 146

1    what do we have there?  Looks like --
2          MR. WHITE:  MA?  No.
3    Q.  What is that?
4          MR. WHITE:  NHA.  What is that,
5            doctor?
6    A.  PHA.  Again, it's another -- it's
7      another -- PHA stands for pinhole acuity.
8      You use that sometimes if their vision is
9      not corrected well with lenses to see if
10     they can see any better through a little
11     pinhole, or whether there's some other
12     problem that's limiting the vision.
13   Q.  What is NHA?
14   A.  Near.
15   Q.  All right.  On down from there, what's the
16     next line?  What does that say?
17   A.  Show me where you're talking about.
18       Stereopsis.  It's a depth perception
19     test.
20   Q.  Okay.  And was it not necessary to do that
21     on him --
22   A.  It wasn't done.
23   Q.  Okay.  And then going over to the right,

Page 147

1    looks like MISC.  What is that?  What does
2      all that stand for?
3    A.  This is -- the C-FTFC part there is
4      confrontation full to finger count.  That's
5      a peripheral vision screening.  And the
6      right eye and the left eye, all the
7      quadrants were normal.
8    Q.  Okay.  And then color vision?
9    A.  No misses on that.  That's with both eyes.
10   Q.  Okay.  And then under that, what is that
11     word?
12   A.  The one to the left-hand side of the page
13     is keratometry.
14   Q.  Okay.
15   A.  It measures the curvature on the front
16     surface of your eye.
17   Q.  Okay.  And what are you finding there for
18     his right eye and his left eye?
19   A.  It's within normal range.
20   Q.  Okay.  And what is this marking over to the
21     right that you have?  What does that mean?
22   A.  Volk 90 and IO mean -- that means that we
23     looked in the back of his eye with a Volk

Page 148

1    90 lens and with an indirect
2      ophthalmoscope.
3    Q.  And why would you do that?
4    A.  That's done on everybody.
5    Q.  And what are you testing for?
6    A.  You're looking anywhere from the front
7      surface of their eye all the way to the
8      back, and you look and see if you see any
9      problems.
10   Q.  Okay.  All right.  The SLE there.  That's
11     slit lamp exam?
12   A.  Right.
13   Q.  And what have you written there?
14   A.  That has one to one half grade three angle
15     in both eyes, and WNL would be within
16     normal limits for the eyes and the lids.
17       And then it says OU out to the side, which
18     is both eyes.
19   Q.  Okay.  And then to the right of there, what
20     is that?
21   A.  That has to do with retinal findings.  It
22     has to do with cup-disk ratio and the fovea
23     and the general retinal area and the

Deposition of David Bazemore

May 15, 2007

Page 149

1    arterial/venous ratio, various things
2    Q.  Okay.  What are you testing for there?
3    A.  Any type of abnormality that you might see.
4    Q.  Okay.  So what does that test consist of?
5    A.  You're looking inside their eyes with
6       the -- those two lenses that were on the
7       left-hand side of that entry.
8    Q.  Okay.
9    A.  You look -- the Volk 90, you look with the
10      slit lamp.  The other one you look with a
11      hand-held instrument, the indirect
12      ophthalmoscope.
13   Q.  Okay.  Below that it says tonometry; is
14      that correct?
15   A.  Correct.
16   Q.  NCT.  Is that the puff test?
17   A.  That's noncontact tonometry.
18   Q.  Is that what a puff test is?
19   A.  Yes.
20   Q.  And what does that say next to that?
21   A.  At three o'clock p.m., and then the
22      readings were 17 for the right and 16 for
23      the left.

Page 150

1    Q.  Okay.  And what does that say to the right
2       up there?
3    A.  A for assessment, compound myopic astigmat
4       both eyes.
5    Q.  And then the plan for Kyle was what?
6    A.  RX glasses for distance vision only.
7       Recheck in a year.
8    Q.  Okay.  And is this the right eye
9       prescription and the left eye prescription?
10   A.  Right's on the top.
11   Q.  Okay.  And you've signed it; is that
12      correct?
13   A.  Correct.
14   Q.  And has anybody else signed it there?
15   A.  No.
16   Q.  Looks like somebody's signature and then
17      your signature perhaps.
18   A.  Where is that?
19   Q.  Well, I don't know.  What's that?
20   A.  Recheck one year.
21   Q.  I see.  Okay.
22          All right.  Let's go to the next one.
23      You agree that the next page up is October

Page 151

1    the 2nd, 2001 for Kyle Bengtson, correct?
2    A.  Correct.
3    Q.  All right.  And then the visual acuity is
4       apparently --
5          Under visual acuity, are you testing
6       him corrected or uncorrected at this point?
7    A.  It's on the uncorrected side there.
8    Q.  I see.  Where would it be -- okay.  The
9       habitual RX, that means he wears glasses,
10      right?
11   A.  Right.  That would be the pair of glasses
12      that he got on the previous office visit.
13   Q.  Okay.  So he's being tested with his
14      glasses on?
15   A.  No.  That entry to the left-hand side of
16      that area is without them.
17   Q.  I see.  Okay.
18   A.  If it was with them, it would be to the
19      right-hand side of that line.
20   Q.  Okay.  How has his vision changed since
21      March of 2000?
22   A.  It's very close.
23   Q.  Is it better or worse --

Page 152

1          MR. WHITE:  Just for the record,
2       you're saying from March of
3       2000 until October of --
4       October 2nd, '01?
5          MR. ADAMS:  Right.
6          MR. WHITE:  Okay.
7    Q.  You said it's very close?
8    A.  Uh-huh (positive response).
9    Q.  Okay.  Is it better or worse?
10   A.  It's about the same.
11   Q.  All right.  So you've got 20/60 in the
12      right eye, correct?
13   A.  Correct.
14   Q.  The SPH there, what does that mean?
15   A.  Sphere.
16   Q.  And you've got a negative .50?  What does
17      that mean?
18   A.  That's the strength of the lens as far as
19      the spherical part.
20   Q.  All right.  And the CYL, what does that
21      stand for?
22   A.  That's cylinder.
23   Q.  Okay.

Page 153

1  A.  That has to do with the correction for
2      astigmatism.
3  Q.  Okay. And then axis, what does that mean?
4  A.  That has to do with the correction for
5      astigmatism also.
6  Q.  All right. And what is axis 95? What does
7      that mean?
8  A.  It has to do with the orientation of the
9      difference in the power for the correction
10     for astigmatism.
11 Q.  So going back to the March exam, how would
12     you describe Kyle's eye health at the time
13     he was at your office?
14         MR. WHITE: Talking about the
15         March 2000?
16         MR. ADAMS: Yes.
17 Q.  In March 2000.
18 A.  There were no abnormalities found.
19 Q.  Okay. So he's basically got healthy eyes
20     at this point?
21 A.  Uh-huh (positive response).
22 Q.  With a need for a mild prescription; is
23     that fair?

Page 154

1  A.  His distance vision was a little bit off.
2  Q.  Okay. All right. And then you've
3      indicated that in October of 2001 that it's
4      about the same, correct?
5          MR. WHITE: Talking about his
6          vision? You say it.
7          MR. ADAMS: Well, I'm --
8  Q.  Yeah. I'm talking about his vision
9      generally.
10 A.  His glasses prescription?
11 Q.  Yes. Just --
12 A.  It's very similar.
13 Q.  Okay. The reason he says -- what does that
14     say there? Reason -- I'm not quite sure...
15 A.  Reason, wants contact lenses. That's why
16     he was there. And then it says, never worn
17     right above that.
18 Q.  And what do you take that to mean, the
19     never worn?
20 A.  He's never worn contact lenses.
21 Q.  All right. And then on history, just
22     interpret everything you've written there,
23     please.

Page 155

1  A.  No general health problems. He's not on
2      any medicine. He's not allergic to any
3      drugs that he's aware of, and there's no
4      ocular history of him having any eye
5      problems or any diseases or blindness in
6      the family.
7  Q.  All right. And then where it says under
8      last eye exam, it says -- looks like
9      last -- what does that say? Check? Can
10     you interpret --
11 A.  Last checkup. That's what that means.
12 Q.  All right. And what does it say?
13 A.  3/24/2000 was the date for the last
14     checkup.
15 Q.  All right. Last checkup, and then it says
16     what, new glasses?
17 A.  New glasses then. Wears as needed, PRN.
18 Q.  Okay. Chief complaint is what?
19 A.  Wants contacts. Never worn.
20 Q.  All right. Cover test is --
21 A.  Normal.
22 Q.  -- normal again. And then the EXT, what
23     does that say there?

Page 156

1  A.  That was the external part of your eye.
2  Q.  Okay. And how --
3  A.  Normal.
4  Q.  Okay. And then versions, what does that
5      say?
6  A.  Full in all fields of gaze.
7  Q.  NPC?
8  A.  Near point of convergence, it was six
9      centimeters.
10 Q.  Same as before?
11 A.  I think the last time it was six or seven.
12     Yeah, six.
13 Q.  Pupils?
14 A.  Were normal.
15 Q.  And then under that is ACC? Is that what
16     that is?
17 A.  Accommodation was not attempted. It has to
18     do with his ability to shift his focus to
19     up close, but he wasn't having any problems
20     with that.
21 Q.  Okay. And then describe what this means,
22     the right eye and the left eye, where you
23     have the negative 25. Explain all that.

39 (Pages 153 to 156)

Deposition of David Bazemore

Page 157

1    What is all that?
2    A.  He's nearsighted, and he has a small amount
3       of astigmatism.  It's about one point
4       different than it was the time before.
5    Q.  Okay.
6    A.  Or in the case of the left eye, it's only a
7       half a point different.
8    Q.  And what kind of visual loss is that, one
9       point, a half a point?
10   A.  Extremely small.  Smallest thing that we
11      can measure.
12   Q.  Okay.  So he still has pretty good eye
13      health, correct?
14   A.  Correct.
15   Q.  In fact, probably you would say good eye
16      health?
17   A.  Yes.
18   Q.  Okay.  Now, above VA, it looks like TSO or
19      something?  What is that?
20   A.  That's plus a half.
21   Q.  Okay.  Looks like plus point 50?
22   A.  That was a test to make sure that the lens
23      that you had arrived at on the prescription

Page 158

1       was accurate.
2    Q.  And then these monocular, binocular, did
3       you do any tests related to that?
4    A.  No.
5    Q.  All right.  And then below that, the
6       stereopsis.  How do you say that?
7    A.  That's correct.
8    Q.  Did you do that?
9    A.  No.
10   Q.  Okay.  Color vision, he had no misses; is
11      that correct?
12   A.  Correct.
13   Q.  And then what is this confrontation thing
14      over there?  What was that?
15   A.  That was the visual field screening, and it
16      was all normal.
17   Q.  Okay.  What does that say?  Right eye what?
18   A.  Right eye full to finger count.  Left eye
19      full to finger count in all quadrants.
20   Q.  Okay.  And then the --
21   A.  Keratometry.
22   Q.  Yeah.  What is that?
23   A.  That measures the front surface of your

Page 159

1       eye.
2    Q.  And what is that like at this point?
3    A.  It's normal.
4    Q.  All right.  The slit lamp exam, what is
5       that?  I know what it is, but what do you
6       have marked there?
7    A.  Anterior chamber angle was one to one and a
8       half, which is about a grade three, and
9       everything else was fine.
10   Q.  All right.  A grade three, what do you mean
11      by that?
12   A.  That deals with how open your anterior
13      chamber angle is.
14   Q.  Is that regarded as being -- what -- in
15      terms of -- how narrow is that?
16   A.  Four is the most open, and one -- well,
17      zero would be closed.
18   Q.  Okay.  So is this angle more narrow than it
19      was in his previous visit?
20   A.  It's about the same.
21   Q.  Okay.  So four is the most open, zero is
22      closed?
23   A.  That's correct.

Page 160

1    Q.  So just what is the norm?
2    A.  The vast majority of the people are going
3       to be in the three to four range.
4    Q.  Okay.  So his angle on both visits was
5       narrower than what is typical?
6    A.  No.
7            MR. WHITE:  Object to the form.
8    Q.  Well, you said earlier zero was closed,
9       correct?
10   A.  Correct.
11   Q.  Four is the most open?
12   A.  Correct.
13   Q.  Okay.  So he is closer to having a closed
14      angle than he is to having an open angle?
15   A.  Three is closer to four than to zero.
16   Q.  But he's a one and a half, isn't he?
17   A.  No.  It's a grade three.  Right by there --
18   Q.  I'm sorry.  Okay.  I misunderstood.  The
19      one and a half was throwing me off.  Okay.
20      So he's a grade three?
21   A.  Uh-huh (positive response).
22   Q.  All right.  And what do you have written
23      under there?

40 (Pages 157 to 160)

Page 161

1   A.  Where are we?
2   Q.  Still at the slit lamp exam.
3   A.  Within normal limits for eyes and lids,
4       both eyes.
5   Q.  Okay.  And then OPH.  What does that say?
6   A.  E3 .35 .35 spontaneous venous pulsation
7       present in both eyes, AV 3 to 5 and fovea
8       and general retinal area clear in both
9       eyes.
10  Q.  Okay.  Interpret that for me.  What does
11      that mean?
12  A.  That means that when we looked inside his
13      eye, everything looked normal.
14  Q.  Okay.  On tonometry, it says, NCT at
15      3:50 p.m.
16  A.  Right.
17  Q.  And then you have -- what is the reading
18      there?
19  A.  The first reading on the noncontact
20      tonometer was 28 and 24.  And that was
21      high, so I was concerned about it.  And I
22      had a note on here when we went back and
23      did that that he was squeezing his lids

Page 162

1       shut, which sometimes happens with that
2       because they anticipate the puff of air
3       coming.  And if they're squeezing their
4       other eye shut, the muscles squeeze on your
5       eye and it elevates the pressure.  So we
6       went back and did it with a Goldmann
7       tonometer there, and it was much lower.
8   Q.  All right.  But that is still higher than
9       it was?
10  A.  Little bit.  It goes up and down during the
11      day.  If I took it at eight and at four, it
12      wouldn't be the same thing.
13  Q.  What do you have written under there?
14  A.  Myopia.  Wants contact lenses.
15  Q.  Okay.  And then the plan is what?
16  A.  New contact lens fit with the brand and
17      parameters of the contacts.  Wear daily
18      wear, eight, 12, 16 hours.  OptiFree is the
19      care kit that we gave him a sample to use
20      to take care of the lenses.  Recheck in one
21      week.
22  Q.  Okay.  Why are you rechecking in one week?
23  A.  We recheck all of the new contact lens fits

Page 163

1       to be sure they're not causing a problem.
2   Q.  Okay.
3   A.  And that they're performing properly.
4   Q.  Okay.  Now, is this something that you
5       would refer back to on a subsequent visit?
6   A.  Refer back, like the next time he comes, am
7       I going to look back at this?
8   Q.  Right.
9   A.  Yes.
10  Q.  All right.  Let's look at the September
11      27th, 2003 visit.
12  A.  Okay.
13  Q.  And his visual acuity, is it better or
14      worse?
15  A.  It's very close to the same thing.
16  Q.  All right.  And just interpret those
17      markings for us, please.  Just --
18          MR. WHITE:  Talking about under
19          VA?
20          MR. ADAMS:  Yes
21  Q.  Tell us what you've written there.
22  A.  Twenty -- this, again, could be
23      uncorrected.  Distance vision 20/50 in the

Page 164

1       right, 20/40 in the left.
2   Q.  And then what do you have there to the
3       right?
4   A.  That's the lenses that he was wearing from
5       the previous exam.  That's the
6       prescription.
7   Q.  What does that say?
8   A.  UltraFlex daily wear, eight, six, 14, O
9       minus one, minus 75.
10  Q.  And his last eye exam, what does that say?
11  A.  Eyes checked 10/01.
12  Q.  What does it say after that, please?
13  A.  New contact lenses then.  Wears part time.
14      Chief complaint, checkup and update contact
15      lenses.
16  Q.  All right.  And then general health, what
17      is that?
18  A.  WNL, within normal limits.
19  Q.  Medications?
20  A.  None.
21  Q.  Drug allergies?
22  A.  No drug allergies.
23  Q.  Ocular history?

Deposition of David Bazemore

Page 165

1    A.  Negative personal and familial.
2    Q.  And the cover test, what is that?
3    A.  Normal.  Zero zero.
4    Q.  Okay.  And then external, what does that
5        say?
6    A.  Within normal limits, both eyes.
7    Q.  Versions?
8    A.  Full.  That's normal.
9    Q.  All right.  NPC?
10   A.  Six centimeters.
11   Q.  All right.  Pupils?
12   A.  Equally reactive to light and
13       accommodation, negative Marcus Gunn.
14   Q.  Okay.  And then the right eye and the left
15       eye on whatever -- the rest of what this
16       is, what is that?
17   A.  In the middle of the page?
18   Q.  Yes.
19   A.  That's the determination of their
20       prescription for optical correction.
21   Q.  Okay.  We have this little marking --
22       Okay.  That's, again, plus one half?
23   A.  Plus .5.  Plus 50.

Page 166

1    Q.  What does that mean, again?
2    A.  That means that when we got through with
3        the subjective and we held the plus 50 up
4        there, it made it blurry, so we knew
5        they're not too strong.
6    Q.  Okay.  And then monocular and binocular.
7        What was that?
8    A.  That just has to do with some testing
9        procedures and whether you did one or the
10       other.
11   Q.  Okay.  And then stereopsis.  What was that?
12   A.  Depth perception test.
13   Q.  Okay.  And how did that go?
14   A.  It wasn't performed.
15   Q.  Okay.  Why was that not performed?
16   A.  It's not performed on the standard
17       patient.  Sometimes if they're trying to
18       get in pilot programs or some other
19       specialty, some of the military cases that
20       we have have to have that done for flying
21       helicopters and stuff.
22   Q.  Okay.  And then keratometry.  What was
23       that?

Page 167

1            (Brief recess.)
2    Q.  (Mr. Adams continuing)  So the keratometry,
3        you did not perform that test; is that
4        correct?
5    A.  Not that visit.
6    Q.  Okay.  And why not?
7    A.  It doesn't typically change a whole lot
8        every time you do it.  If you want to look
9        back at the other two there, there was a
10       very small change, and we use those for a
11       baseline.
12   Q.  Okay.  But as far as this visit, you didn't
13       do it, right?
14   A.  That's correct.
15   Q.  Okay.
16   A.  Actually, it was done, and it was stapled
17       onto here with the reading out of the
18       autorefractor, but I don't know where it
19       is.  It would have been stapled onto there,
20       onto the original.
21   Q.  All right.  Miscellaneous.  What is that?
22       Confrontation?
23   A.  Oh, uh-huh (positive response).  Yeah.

Page 168

1        Same thing.  Full to finger count in the
2        right eye and the left eye in all different
3        quadrants.
4    Q.  And then the slit lamp exam.  Explain
5        that.
6    A.  Again, it just has to do with the screening
7        for how open it is.  Then it says, normal
8        for the eyes and the lids in both eyes.
9    Q.  All right.  Well, what is the openness of
10       the angle rate?
11   A.  This time it was even a little larger than
12       last time.
13          MR. WHITE:  Read to him what it
14       is.
15   A.  One to three quarters, grade four.
16   Q.  Okay.
17   A.  Angle, both eyes.
18   Q.  And one to three quarters, what is that?
19   A.  That has to do with the way that things are
20       measured with the von Herrick method of
21       examining that with the slit lamp.
22   Q.  Okay.
23   A.  And...

Page 169

1    Q.  All right.  And then the OPH, what are
2        you --
3    A.  Ophthalmoscopy.
4    Q.  What do you have written there?
5    A.  Point 35 C/D ratio for both eyes,
6        spontaneous venous pulse, arterio/venous
7        ratio three to five on the retina, fovea
8        and general retinal area clear in both
9        eyes.
10   Q.  Okay.  And then under that, it looks like
11       it says --
12   A.  Replacement daily wear soft contact lenses
13       and a prescription for glasses underneath
14       there.
15   Q.  And then the tonometry is what?
16   A.  Twelve and 14 at 8:50 in the morning.
17   Q.  And then the IMP, is that impression?
18   A.  Correct.
19   Q.  And what does that say there?
20   A.  Myop in both eyes with astigmatism with
21       change in the right eye.
22   Q.  And what is the plan?
23   A.  That's what we were talking about where --

Page 170

1        replace the contact lenses and put a new
2        glasses prescription on there and then
3        recheck in one year.
4    Q.  Okay.  And then the $47, what does that
5        mean?
6    A.  That was the charge for the office visit
7        that date.
8    Q.  Okay.  And you don't have any contention
9        that at any time he failed to pay you,
10       correct?  I mean, he always paid you as far
11       as you know?
12   A.  As far as I know.
13   Q.  As far as you know.  Okay.
14       In September of 2003, would you have
15       had a gonioscopy in the office at that
16       time?
17   A.  Yes.
18   Q.  And would you have had the capability of
19       using a Goldmann -- using Goldmann
20       tonometry at that time?
21   A.  Yes.
22   Q.  Okay.  And by the way, is there anything
23       else that is missing from the record?  I

Page 171

1        think you said that there might have been
2        something related to the keratometry that
3        wasn't on here.  Are you aware of any other
4        papers or items missing from --
5    A.  I mentioned the one I think that's in the
6        original records that -- he did that the
7        first time he was here.
8                MR. WHITE:  You're pointing to the
9            fifth document in this
10           Plaintiff's Exhibit 5.  And I
11           think this is actually -- it's
12           a very faded copy of that.
13           You can faintly see his
14           signature on this.
15   Q.  But other than that, other than maybe a
16       written history that is either not there or
17       unclear, you're not aware of any other
18       documents that would be -- have been in his
19       optometry record in your office that are
20       not part of that exhibit?
21               MR. WHITE:  Object to the form.
22           Let me just say the
23           written history is here, and

Page 172

1        it is clear.  Now, you have a
2        bad copy of it here, but we'll
3        be glad -- I said before we
4        would be glad to make you
5        another copy.  I didn't
6        realize that -- if you have a
7        bad copy, we'll get you a
8        better copy.  But the original
9        is very clear.
10           MR. ADAMS:  That would be good.
11           MR. WHITE:  In fact, I showed the
12           original to your client at his
13           deposition.
14           MR. ADAMS:  Okay.  I'm not sure
15           I've got that with me, so I --
16           I'm not sure you provided it,
17           so I'd like that.  That would
18           be good.
19           MR. WHITE:  Okay.  We provided it,
20           because you got a copy of it.
21           You just, apparently, got a
22           poor copy of it.
23           MR. ADAMS:  Okay.  What I meant is

May 15, 2007

Deposition of David Bazemore

Page 173

1    at the deposition, I don't
2    think I left the deposition
3    with a copy of that exhibit.
4    MR. WHITE: That's fine.
5    MR. ADAMS: All right. Let's just
6    press on, and then we'll talk
7    about it.
8    MR. WHITE: We'll get it at the
9    next break. I'll be glad to
10    make you a clearer copy.
11    MR. ADAMS: All right.
12 Q. Let's go to the August 20th, 2004 office
13    visit, please.
14    Under visual acuity, right eye, it
15    looks like his vision has gotten worse; is
16    that accurate? Am I reading that right?
17 A. Yes.
18 Q. It is accurate? Okay. It's now 20/100?
19 A. It has changed I thought was the question.
20 Q. I asked had it gotten worse.
21 A. Right.
22 Q. It has?
23 A. Yes.

Page 174

1 Q. All right. Interpret those numbers for me,
2    please. Just tell me what all that means
3    under visual acuity.
4 A. Okay. Again, uncorrected distance visual
5    acuity is on the left-hand side of the
6    sheet. The right eye was 20/100 and the
7    left eye was 20/40. Then it has the
8    correction for his last glasses
9    prescription there, and then it has the
10    last contact lens prescription next to it.
11 Q. Okay. Is there anything that you're
12    concerned about when you see his right eye
13    has gone from 20/50 to 20/100?
14 A. Well, it's obviously changed some, and we
15    just have to find out what's caused it to
16    do that.
17 Q. What could be the reasons for that?
18 A. Far and away the most common would be a
19    change in his glasses prescription. He
20    could have also had a cataract. He could
21    have also had a corneal injury that left a
22    scar. He could have a retinal problem.
23    You know, a lot of things.

Page 175

1 Q. And could episodes of angle closure
2    contribute to a loss of vision?
3 A. That would be very uncommon.
4 Q. Okay. I mean, but you testified several
5    times that a closed angle, angle closure
6    glaucoma can cause nerve damage, correct?
7 A. Correct.
8 Q. Okay. All right. So that can lead to a
9    loss of vision?
10 A. Can nerve damage lead to a loss of vision?
11    Is that what you're asking?
12 Q. Yes.
13 A. Yes.
14 Q. Okay. His last eye exam was -- you have
15    September 27th, 2003, right? Is that what
16    you've written there?
17 A. Uh-huh (positive response). Yes.
18 Q. And under chief complaint, what have you
19    written, please?
20 A. We're going underneath there now?
21 Q. Yes.
22 A. Trouble with right eye. Has film over it
23    and is worse at night. Sees halos around

Page 176

1    lights. And it's been that way for
2    approximately two months with minor
3    worsening.
4 Q. Okay. And then reason over here where it
5    says --
6 A. Problem with right eye. And then something
7    got blocked off on the edge. Feels like
8    something -- feels -- has film over it.
9 Q. Okay. Is my copy any better?
10 A. There's a word right here. I can't tell
11    what it is.
12 Q. Okay. Do you have any idea?
13 A. I would say that it's probably -- it looks
14    like an H, and it has film, which was the
15    word that he used that I put in parentheses
16    on the other side.
17 Q. Okay. What is above the problem with right
18    eye, where it says reason? What does that
19    say?
20 A. Routine exam.
21 Q. All right. Now, why did you put routine
22    exam?
23 A. Because it wasn't for anything other than a

44 (Pages 173 to 176)

Page 177

1    normal comprehensive eye exam.
2    Q.   Okay.  But --
3    A.   It wasn't for a foreign body or for a red
4         eye or for any other number of things that
5         it could be for.
6    Q.   How often would you say you have patients
7         who present with seeing halos and --
8    A.   It's fairly common.
9    Q.   Is it?  How often would you say?
10   A.   You mean like give you a percentage of the
11        patients who complain about that?  I hear
12        it every day, if that's what you're asking.
13   Q.   Do you?
14   A.   Uh-huh (positive response).
15   Q.   But do you always write it?  Do you always
16        make a note of it?
17   A.   I would say something about that they would
18        have halos or fuzziness around the lights.
19   Q.   Okay.  What about the film?
20   A.   That's just another way of expressing that
21        it's not clear.
22   Q.   Blurry?
23   A.   (Witness nods head up and down.)

Page 178

1    Q.   You would – film over it, blurred vision,
2         that would probably fall in the same
3         category?
4    A.   It would all be symptoms of something
5         that's making it not clear.
6    Q.   Medications.  What does it say there?  No?
7    A.   No, and then no known drug allergies.  And
8         then by the ocular history, negative
9         personal and familial history.
10   Q.   General health is good, correct?
11   A.   Correct.
12   Q.   All right.  The cover test.  What is that?
13   A.   That's the muscle balance test.  It's
14        normal, zero and zero.
15   Q.   And then vergences?
16   A.   That has to do with the testing to see how
17        well they handle the defect if they have a
18        defect on the cover test.
19   Q.   Okay.  External.  What does that say?
20   A.   Within normal limits for both eyes.
21   Q.   Okay.  And then versions?
22   A.   Full.
23   Q.   NPC?

Page 179

1    A.   Seven centimeters.
2    Q.   Okay.  Now, the fact that it's going up, is
3         that good or bad?
4    A.   If we did it ten times, we might get six
5         four and seven five and eight one.  I mean,
6         that's one millimeter.  It's like this
7         much, you know.
8    Q.   Okay.  Pupils?
9    A.   Normal.  Equally reactive to light and
10        accommodation.
11   Q.   Okay.
12   A.   Negative Marcus Gunn sign, which would --
13        if that was positive, it would indicate
14        nerve damage, but it was negative.
15   Q.   And what instrument are you using to --
16   A.   Use a pen light to check pupils, or you can
17        use a transilluminator out of the hand
18        equipment.
19   Q.   Which is better?
20   A.   They both do the same thing.
21   Q.   Okay.  Right eye.  Below that, you say it's
22        clear?
23   A.   Clear reflex on the retinoscopy, which

Page 180

1    shown light through to the back of your
2    eye.
3    Q.   All right.  And what is this?  What are
4         these numbers in the middle here?
5    A.   That's the prescription for the glasses
6         that he sees the best with.  The left eye
7         is exactly the same as last time, and the
8         right eye has changed some.  And the
9         correction for astigmatism has gone up in
10        that eye.
11   Q.   Okay.  And how is the right eye changed?
12   A.   That was the right eye.  The correction for
13        astigmatism went up.
14   Q.   Okay.  Because the visual -- the
15        distance -- he's more nearsighted now in
16        his right eye, correct?
17   A.   No -- well, one step.  The major loss of
18        vision there was the correction for
19        astigmatism change.
20   Q.   Okay.  And then visual acuity under that,
21        what is that?
22   A.   To the side you mean?
23   Q.   Yes, to the side.

45 (Pages 177 to 180)

Deposition of David Bazemore

Page 181

1   A.   So the right eye was seeing 20/25 plus two,
2        and the left eye saw 20/20 minus one, which
3        means that with the right eye, he got two
4        right on the 20/20 line, and on the left
5        eye he missed one on the 20/20 line.
6   Q.   So how has his vision changed?
7   A.   The correction for astigmatism has gone up
8        a good bit in the right eye.
9   Q.   Okay.  And how would you describe his
10       overall visual health at this point?
11  A.   Health as in pathology or --
12  Q.   I'll tell you what.  Let's just strike
13       that.  We'll come back to it.
14            All right.  Monocular and binocular.
15  A.   That has to do with the type of
16       cross-cylinder you use on the phoropter.
17  Q.   PRA and NRA.  What's that?
18  A.   Same thing.
19  Q.   Okay.  And why didn't you do that, again?
20  A.   Positive relative accommodation has to do
21       with the type of -- when you go through and
22       you adjust the lenses on the refractor,
23       and -- all of these things, the monocular

Page 182

1        cross cylinder and the PRA and the NRA have
2        to do mainly with things that are done on
3        people whose vision does not correct well.
4   Q.   Okay.  And was there any reason to do any
5        of those?
6   A.   I did not feel it was indicated.
7   Q.   All right.  Why not?
8   A.   There was no reason to do it.  The
9        monocular cross cylinder is done on
10       everybody that has a glasses prescription.
11  Q.   But he did have a glasses prescription.
12  A.   Yeah, that's what I'm saying.  All that --
13       the fact that this -- this is not
14       something, you know -- this is something
15       that's built into the instrument.  Now, if
16       you do a refraction with trial lenses, then
17       you have to take a cross cylinder out of
18       the drawer and hold it up and flip it and
19       stuff.  But every time you do a subjective
20       refraction through a phoropter, it has a
21       monocular cross cylinder.
22  Q.   All right.  So why didn't you do it?
23  A.   It's automatically done.

Page 183

1   Q.   All right.  Well, why isn't it documented?
2   A.   Well, because you can't choose.  You do it
3        if you use that instrument.
4   Q.   Okay.
5   A.   There was not -- it's done every time they
6        come in and they are refracted through the
7        phoropter.
8   Q.   I don't understand why it's not written
9        down.
10  A.   Because anybody that understood how the
11       subjective was done would know that that
12       was used as part of the instrument to check
13       that.  So any other doctor that was looking
14       would already know that if this test was
15       done, it was done with that.
16  Q.   Okay.  Stereopsis.  Was that done?
17  A.   No.
18  Q.   Okay.  And, again, what is that test?
19  A.   Depth perception?
20  Q.   Color vision.  What do you have written
21       there?
22  A.   He didn't miss any of those.
23  Q.   And then to the right of that, what does it

Page 184

1        say?
2   A.   Confrontation test where they do finger
3        count and check the peripheral vision, and
4        it was normal in both eyes.
5   Q.   All right.  And then keratometry.  What do
6        you have there?
7   A.   Well, it just has the readings and the
8        curvature on the front of the eye there,
9        and that's the results of the test right
10       there.
11  Q.   Okay.  And has that changed?
12  A.   I expect so, because the correction for
13       astigmatism changed.  Let's see.  I'm
14       looking at 3/24/2000.  If you want to look
15       back there, the right eye, there's a
16       difference between the left-hand number and
17       the right-hand number.  It was .37 then,
18       and now it's 1.5.  On the right eye it was
19       .5, and now it's zero.  The major
20       difference is in the right eye where
21       there's an increase in the curvature in one
22       meridian versus the other, which is why the
23       correction for astigmatism changed.

Page 185

1   Q.  All right.  And what do you have written to
2       the right of there?  What is that?
3   A.  The M one percent OD and OS?
4   Q.  What is that?
5   A.  That's just the drop I put in to dilate his
6       pupils.
7   Q.  Okay.  And then the slit lamp exam.  What
8       were the findings there?
9   A.  It's one to three quarters, which is a
10      grade four angle.  Normal eyes and lids in
11      both eyes.
12  Q.  And then OPH.  What is that?
13  A.  Ophthalmoscopy, and it was normal also.
14  Q.  Okay.  And what does the ophthalmoscopy
15      measure?
16  A.  That looks into the back surface of your
17      eye on the retina, or that's the major
18      thing you're doing with it.
19  Q.  Well, tell me what those markings are.  I
20      can't read your writing, so if you can
21      just --
22  A.  Oh.  E3, which has to do with the category
23      of the cupping in the optic nerve, the

Page 186

1       cup-to-disk ratio.  And then it says SVP
2       plus, which is spontaneous venous
3       pulsation.
4   Q.  Spontaneous what?
5   A.  Venous pulsation.  If you do not have a
6       spontaneous venous pulsation, you have some
7       circulatory problems.
8   Q.  Okay.  What was his spontaneous?
9   A.  It was fine.  It was SVP plus in both eyes.
10  Q.  It looks like a 138 there.  What is that?
11          MR. WHITE:  Where are you looking
12      at?
13  Q.  In front of DS.
14          MR. WHITE:  Point three five?
15  A.  Point three five.  I'm sorry.  I didn't
16      know what you were talking about.
17  Q.  And then under that, what do you have
18      written?
19  A.  Fovea and general retinal area normal in
20      both eyes.
21  Q.  And then to the side of that, what is that?
22  A.  Slit lamp -- oh, you're talking about over
23      to the right-hand side?

Page 187

1   Q.  Yes.
2   A.  That's OU for both eyes.
3   Q.  All right.  Okay.  So the NCT, what is
4       that?  I know what --
5   A.  The reading?  13 and 12.
6   Q.  At 10:20 in the morning?
7   A.  Correct.
8   Q.  And then what is your impression there?
9   A.  Underneath?  Is that what you're --
10  Q.  Yes.
11  A.  Compound myopic astigmat with change in the
12      right eye.  And that's -- it looks like
13      it's change in the best corrected visual
14      acuity in the right eye.
15  Q.  And then your plan, what is that?
16  A.  Change the right lens to the subjective
17      reading up above after a positive demo of
18      the change, which means that the patient
19      was shown the new lens there in the chair
20      in the office and thought that everything
21      looked real good with that and wanted to
22      change to that.
23  Q.  Okay.  And then under there it says right

Page 188

1       eye -- what, now?
2   A.  That's the prescription for the glasses.
3   Q.  And then you have recheck in one year?
4   A.  Correct.
5   Q.  Okay.  You did not do Goldmann's tonometry,
6       correct?
7   A.  Not that visit, no.
8   Q.  And you didn't do gonioscopy, correct?
9   A.  No.
10  Q.  All right.  Do you agree that blurry vision
11      is a symptom of angle closure glaucoma?
12  A.  It is a symptom of angle closure glaucoma,
13      but angle closure glaucoma is far and away
14      not the most common source of blurry
15      vision.
16  Q.  Okay.  And what would be more common?
17  A.  A change in the refractive error,
18      cataracts, corneal scars, a lot of other
19      things.
20  Q.  Tell me some more other things.
21  A.  Retinal problems, central serous
22      retinopathy, retinal detachments.  You
23      could have optic neuritis, which is

Deposition of David Bazemore

Page 189

1    something that -- another incident that
2    causes damage to the optic nerve. You
3    could have hyphema, which is the leakage of
4    a blood vessel in the back of your eye that
5    can be secondary to diabetes or a list of
6    other general health problems.
7        You want me to keep going?
8    Q.  Yeah.
9    A.  Okay. You could have what's known as
10   iritis, which is an inflammatory problem.
11       You know, I'd have to have something to
12   write with and write all these down so I'm
13   not repeating myself on all of them.
14   Q.  You testified earlier you agree that seeing
15   halos around lights is a symptom of angle
16   closure glaucoma, correct?
17   A.  Yes.
18   Q.  Okay. The two of those coupled together --
19   A.  I'm sorry. Which two are we talking about?
20   Q.  The blurry vision or film over the eye
21   together with the halos around lights.
22       Would you agree that that should cause some
23   concern for an optometrist that Kyle may

Page 190

1    have -- or that this patient, a patient
2    presenting with this could have angle
3    closure glaucoma?
4    A.  That would be a possibility, and it would
5    be a very low chance.
6    Q.  But because it's a possibility and because
7    glaucoma is so dangerous and can result in
8    blindness, it is something you would want
9    to eliminate?
10   A.  Right.
11   Q.  Okay. And therefore, you would want to
12   conduct a thorough examination of the
13   patient's angles, correct?
14   A.  That is -- that does not define him as
15   having glaucoma or not. That only defines
16   the appearance of the angle. There were
17   tests done: Measuring the pressure in his
18   eye, looking at the optic nerve, checking
19   the pupillary actions, doing a screening
20   for angle closure with the slit lamp. All
21   of those were testing to see if he showed
22   any other signs or symptoms of glaucoma.
23   Q.  Okay. But I believe your testimony earlier

Page 191

1    was that the gonioscopy presents a better
2    view of the angle; is that correct?
3    A.  Right. That's correct.
4    Q.  Okay. Why did you not use the gonioscopy
5    to get the best possible view of the angle?
6    A.  Because there was no indication to do
7    that. All the other findings to rule out
8    glaucoma were okay.
9    Q.  What other findings?
10   A.  I just went through them. It had to do
11   with the pressure in his eye. It had to do
12   with the appearance of his optic nerve. It
13   has to do with the clarity of his cornea.
14   Has to do with -- we've already screened to
15   see if his angle was open with the slit
16   lamp exam, and all of those findings were
17   normal.
18   Q.  Are you aware as to whether the NCT
19   tonometry was the preferred tonometry test
20   at the time of this visit?
21       MR. WHITE: Object to the form.
22   A.  Could you rephrase that another way for me?
23   Q.  Well, let's kind of back up. On one of his

Page 192

1    prior visits, the October 2001 visit, you
2    had had a problem with the NCT tonometry,
3    correct?
4        MR. WHITE: Object to the form. I
5        don't believe that's what he
6        testified to.
7    Q.  Well, you had had to do another type of
8    tonometry, correct?
9    A.  I didn't have to. I wanted to.
10   Q.  And you testified you wanted to because you
11   believed Kyle was squinting his eyes or
12   squeezing his lids together?
13   A.  That's what was written on the chart, yes.
14   Q.  And is that sometimes a problem with the
15   NCT tonometry?
16   A.  Yes.
17   Q.  And the NCT tonometry is a less accurate
18   test because patients often do that,
19   correct?
20   A.  They don't often do it.
21   Q.  Well, they sometimes do it, right?
22   A.  Uh-huh (positive response).
23   Q.  Yes?

Page 193

1  A.  Yes.
2  Q.  Okay.  And this October 2nd, 2001 testing
3      note or whatever you called it, it was
4      available to you in Kyle's chart on August
5      the 20th, 2004 when Kyle came in, correct?
6  A.  I'm sorry.  Say that again?
7  Q.  Yes.  The October the 2nd, 2001 testing
8      note, it was part of Kyle's chart when he
9      came in in August of 2004?
10 A.  Correct.
11 Q.  Okay.  And do you review the full chart
12     when the patient comes in or just the
13     previous visit?
14 A.  That would vary from patient to patient,
15     depending on what problems they had and how
16     many times they had been in to the office.
17 Q.  Okay.  Well, in this circumstance, do you
18     know if you looked back?
19 A.  Since he had only been --
20     Do I remember if I looked back or not?
21 Q.  Right.
22 A.  No, I don't recall.
23 Q.  All right.  Well, let's just say, since you

Page 194

1      don't recall, I mean, a patient presenting
2      with a significant loss of visual acuity in
3      his right eye.
4      Do you agree that he had had a
5      significant loss of visual acuity in his
6      right eye?
7  A.  In his uncorrected visual acuity.
8  Q.  Yes.  Since the prior visit, he had gone
9      from 20/50 in the right eye to 20/100.
10 A.  Correct.
11 Q.  Would you call that a significant loss of
12     visual acuity?
13 A.  I would call it a significant loss of
14     uncorrected visual acuity.  His corrected
15     visual acuity was very close to the same.
16 Q.  Okay.  And then he was present -- his
17     history and his chief complaint was blurry
18     vision or film over his eyes -- or his eye,
19     his right eye, halos around lights, and
20     that it had been getting worse over the
21     past two months, correct?
22 A.  Correct.
23 Q.  Okay.  Would those things taken together

Page 195

1      cause you in a normal circumstance to
2      review the patient's entire history?
3  A.  I would say that the chances of me looking
4      at all of the exams that he had been in
5      before, with there only being three others,
6      that I probably looked at all of them.
7  Q.  Okay.
8  A.  If it had been 15 years and there was one
9      from that far back, I doubt I would have
10     looked at it.
11 Q.  Okay.  Well, knowing that he had at least
12     two of the signs and symptoms of glaucoma,
13     and knowing that he had problems with the
14     puff test tonometry on a prior visit, why
15     did you not do a Goldmann's tonometry test
16     to measure his intraocular pressure in his
17     right eye?
18     MR. WHITE:  Object to the form.
19 A.  There was no indication to do that because
20     the pressure was normal, and it had been
21     consistent over the four visits.
22 Q.  But in at least one of his four visits, the
23     puff test reading had been in error,

Page 196

1      correct?
2  A.  Correct, and it was verified by doing it
3      another way.
4  Q.  Okay.  So if he had problems with the puff
5      test previously, why did you continue to
6      use it?
7  A.  On the LED display on the instrument
8      itself, it has an asterisk that comes up if
9      the reading is questionable.  And if it
10     doesn't come up, then I take it as
11     correct.  But if it's off like that, I just
12     go ahead and check it again with the
13     Goldmann.
14 Q.  Okay.  You acknowledged and agreed earlier
15     that angle closure glaucoma is a medical
16     emergency, didn't you?
17     MR. WHITE:  Object to the form.
18     Asked and answered.
19 Q.  Your opinion hasn't changed on that, right?
20 A.  Unh-unh (negative response).
21 Q.  That's a no?
22 A.  No.
23 Q.  Okay.  And in that circumstance, when

49 (Pages 193 to 196)

Page 197

1   presented with a potential emergency, do
2   you find it more necessary to rely on your
3   expertise and training as an optometrist or
4   on the functioning of your equipment?
5        MR. WHITE: Object to the form.
6   A.  I think you would have to ask me a more
7        specific question than that.
8   Q.  Okay. Do you always rely on your
9        equipment? I mean, do you ever find it
10       necessary to use your professional
11       judgment?
12  A.  Just on every patient.
13  Q.  And sometimes equipment can make a mistake,
14       correct?
15  A.  Sure.
16  Q.  I mean, you know, equipment doesn't always
17       work as it should, right?
18  A.  Right.
19  Q.  Okay. And you are a licensed optometrist
20       with a therapeutic license, correct?
21  A.  Correct.
22  Q.  And you have indicated that your continuing
23       education has trained you on the diagnosis

Page 198

1   of glaucoma, correct?
2   A.  Correct.
3   Q.  Okay. And you said you understood film
4        over the eye or blurry vision and halos
5        around lights were symptoms of glaucoma,
6        correct?
7        MR. WHITE: Asked and answered.
8             We're going to keep going back
9             through the same series of
10            questions and answers every
11            time you get ready to ask a
12            question?
13       MR. ADAMS: You know, he's a very
14            artful -- he's very artful at
15            avoiding the questions.
16       MR. WHITE: You have a right to
17            ask a question, but you don't
18            have the right to ask the same
19            question over and over and
20            over again.
21       MR. ADAMS: Well, it seems that
22            when I ask a question, we end
23            up having to back up and

Page 199

1   dissect it and go bit by bit.
2        And that --
3        MR. WHITE: That may be, but that
4             doesn't give you the right to
5             go back and ask the same
6             question over and over again,
7             the one that he's answered.
8        MR. ADAMS: If he needs a
9             foundation laid to answer
10            every question, then I've got
11            to go back and do that. Your
12            objection is in the record.
13  Q.  Now, these symptoms of glaucoma that Kyle
14       Bengtson presented with on August 20th,
15       2004 called for the ruling out of some form
16       of glaucoma in his right eye. Agree or
17       disagree?
18  A.  The symptoms that Kyle showed on that visit
19       showed that he had some diminished vision
20       as far as the clarity of the vision that he
21       was getting with the right eye, and my job
22       is to find a cause of that. And that cause
23       was detected, it was demonstrated to him,

Page 200

1   and it was taken into effect by changing
2   the glasses.
3   Q.  When Kyle came in to pick up a copy of his
4        record after he left Dr. Sepanski's office
5        in March of 2005, did you immediately give
6        him his record?
7   A.  Personally, I didn't hand it to him.
8        Someone would have come and asked me, and I
9        would have said okay and made a note on the
10       chart, and they would have given it to him.
11  Q.  Okay. But are you aware that that is not
12       what his testimony is going to be? Are you
13       aware that he waited for nearly an hour on
14       his record?
15  A.  I don't know.
16  Q.  Do you remember him coming in asking for
17       his records?
18  A.  In all honesty, no.
19  Q.  Were all of these records made
20       contemporaneous with the treatment given?
21  A.  Can you rephrase that for me?
22  Q.  Were all of these records made at the time
23       of Kyle's visit?

Page 201

1    A.  I'm not sure.  I guess we could get that if
2        you needed to.
3    Q.  I'm asking you if you made any late entries
4        on his record.
5    A.  I don't recall making any.
6    Q.  Okay.
7    A.  I wrote an entry on his record that he
8        wanted a copy of his records.  Is that what
9        you're asking?
10   Q.  No.  I'm asking you when do you make --
11       when did you make Kyle's record?  Was it at
12       the time he came in and saw you, or do you
13       make the record after he's gone?
14   A.  No.  When we're through and we've gone over
15       the findings, then this is put in his chart
16       and put up.
17   Q.  Okay.  And how long after his visit is that
18       done?
19   A.  It depends on how long the people up front
20       take to take care of what he was going to
21       have done up there as far as getting
22       glasses or contacts or nothing or what.
23   Q.  What is the longest you would wait to make

Page 202

1        a record like this on a patient who's left
2        your office?
3    A.  Longest?  I'm not sure what you're asking.
4            MR. WHITE:  You're asking longest
5            when he writes it down?  I
6            don't think y'all are
7            communicating.
8    Q.  How long does it take typically after a
9        patient leaves for you to complete this
10       record?
11   A.  Isn't that what I just answered?
12   Q.  No.
13   A.  Okay.  Can you rephrase it another way,
14       then?
15           MR. WHITE:  He's asking you when
16           you write down -- when you
17           write it down on the sheet of
18           paper.
19   A.  That's what I said a minute ago.  After I
20       finish this, this is done before he ever
21       leaves my presence.
22   Q.  Okay.
23           MR. WHITE:  That's what he's

Page 203

1        asking you.
2    Q.  Okay.  I didn't understand that.
3            What are the chances that any of this
4        was -- Strike that.
5            Is it your testimony that you are not
6        aware of any entry made after Kyle Bengtson
7        left your office?
8    A.  Just the one about his request for copies
9        of the record.
10   Q.  I haven't seen that, I don't believe.
11           I was trying to ask this earlier, but
12       somehow we got thrown off.  Given the fact
13       that you knew that on a prior visit the
14       puff test didn't work for Kyle, shouldn't
15       you have used Goldmann's tonometry?
16   A.  If there had been any sense of abnormality
17       in the reading that we got that day, I
18       would have done a Goldmann tonometry just
19       like I did on the visit before that when
20       there was a nonreading.
21   Q.  Okay.  Do you agree that good optometric
22       care requires you to be attentive to the
23       way patients have responded to certain

Page 204

1        tests in the past?
2    A.  Usually if you discuss the -- whether it be
3        any of the tests that are on this page and
4        they had trouble with them before, then
5        I'll usually spend some time, you know,
6        discussing with them the way to make that
7        test result be better, and generally that's
8        good enough.
9    Q.  Did you discuss Goldmann's tonometry versus
10       the puff test with Kyle on August the 20th,
11       2004?
12   A.  No, I wouldn't have done that.
13   Q.  Why not?
14   A.  There was no indication to do that.
15   Q.  Well, he had had a puff test on a prior
16       visit where you said it didn't work --
17       didn't work right.
18   A.  Right.
19   Q.  So you had to use the Goldmann's.
20   A.  But on this visit here, it worked just
21       fine.
22   Q.  But because he presented with these signs
23       and symptoms of angle closure glaucoma, you

Deposition of David Bazemore

Page 205

1     had to be extra concerned and extra careful
2     about an accurate reading of his
3     intraocular pressure, correct?
4          MR. WHITE: Object to the form.
5   A.  We did several tests that would have to do
6     with him having angle closure glaucoma, and
7     generally -- I don't know how much you've
8     gotten to read in your book, but in angle
9     closure glaucoma there is a tremendous
10    asymmetry in the pressure between one eye
11    and the other, as much as 30 or 40 points.
12    The difference between 13 and 12 is one.
13  Q.  Okay. But there were other tests available
14    to you in the office that day, and you did
15    not use them to measure his intraocular
16    pressure, correct?
17  A.  That's correct.
18  Q.  Okay. And there were other ways of viewing
19    his angle other than the slit lamp exam,
20    and you didn't use those either, correct?
21  A.  We did use a slit lamp exam.
22  Q.  But you didn't use anything else?
23  A.  To look in the anterior chamber angle?

Page 206

1   Q.  Right.
2   A.  No. We used the test that you use the slit
3     lamp for, which was the von Herrick method.
4   Q.  Okay. But the gonioscopy provides a
5     superior view. Okay.
6          MR. ADAMS: You want to take a
7            break? And I'd like that copy
8            of the written history if we
9            could. Thank you.
10         MR. WHITE: Sure.
11         (Brief recess.)
12         MR. ADAMS: I'm just going to
13           right now -- I don't
14           necessarily know that there's
15           anything that I want to ask
16           about here, but let's just
17           attach it somehow. We'll just
18           make that a part of this
19           exhibit.
20  Q.  (Mr. Adams continuing) And let me ask you,
21    Dr. Bazemore. You agree that that is a
22    form used by your office, correct?
23  A.  Correct.

Page 207

1   Q.  And it appears to be filled out by Kyle
2     Bengtson at his visit -- apparently, his
3     first visit?
4   A.  Right.
5   Q.  Okay. So that would go with the 2000 note,
6     for the year 2000, like March 24th?
7   A.  It would have been filled out then.
8   Q.  All right. Thank you.
9         When Kyle Bengtson came in to see you
10    on August the 20th, 2004, what eye problems
11    do you believe he had at that time?
12  A.  There were no problems found except for his
13    refractive error. In the left eye, there
14    was no change from the time before. In the
15    right eye, there was a correction for
16    astigmatism change, so it was recommended
17    that he change the right lens in his
18    glasses after a positive demonstration of
19    the change was given to him.
20  Q.  Okay. But other than changing his
21    prescription and having him come back for
22    recheck in one year, you didn't refer him
23    for more tests or ask him to come back or

Page 208

1     anything like that, correct?
2   A.  There were no other problems detected.
3   Q.  So no referral to an ophthalmologist?
4   A.  That's correct.
5   Q.  And just so I understand, why did you not
6     ask him to follow up with you sooner than
7     one year?
8   A.  There were no findings that would have
9     indicated that he come back any sooner than
10    that.
11  Q.  Okay. And why no referral to an
12    ophthalmologist?
13  A.  There was no problems detected that would
14    indicate that that be done.
15  Q.  Okay. If a patient has had trauma to his
16    eye in the past, can that cause angle
17    closure glaucoma?
18  A.  It could possibly cause a secondary type.
19  Q.  And the standard of care in terms of your
20    duty to be diligent in treatment and
21    diagnosis is the same regardless of the
22    origin of the angle closure, correct?
23  A.  That's correct.

52 (Pages 205 to 208)

Page 209

1    Q.  Or the origin of the symptoms, correct?
2    A.  The origin of the symptoms, I'm not sure --
3        you would have to be more specific than
4        that.
5    Q.  Yeah, you're right.  That's not a real good
6        question.
7            It doesn't matter -- your duty doesn't
8        change if somebody comes in with glaucoma
9        pursuant to an injury or glaucoma pursuant
10       to some other cause, does it?  Your duty to
11       provide good care is the same, correct?
12   A.  My duty is to try to figure out if they do
13       have glaucoma, and if they do, then to try
14       to get something done about it.
15   Q.  Whether or not that glaucoma originates
16       from an injury or some other cause, right?
17   A.  That's true.
18   Q.  Okay.  How could the gonioscopy have aided
19       in the diagnosis of narrow angle glaucoma
20       in Kyle Bengtson?
21           MR. WHITE:  Object to the form.
22   A.  Somebody who actually saw him when he had
23       angle closure glaucoma would be better able

Page 210

1        to answer that question.  I don't know
2        exactly what was going on with him at that
3        time.  It wasn't doing that when I saw him.
4    Q.  Okay.  Whether or not he had a closed angle
5        at the time he came to see you, based on
6        his complaint that he was seeing halos
7        around lights, why was the gonioscopy not
8        performed?
9    A.  There was no indication to perform it.
10   Q.  Would Goldmann tonometry have aided you in
11       your diagnosis?
12   A.  No more so than what we had already.
13   Q.  And are Goldmann tonometry and applanation
14       tonometry the same thing?
15   A.  There are other kinds of applanation
16       tonometry.
17   Q.  I'm just going to show you this.  We may
18       make it an exhibit, but -- I'll show it to
19       your attorney.  That's just something I
20       found on the internet, and I'll be glad to
21       share a copy with your lawyer if you want
22       to.  This is just something that --
23           MR. WHITE:  You want him to read

Page 211

1        it?
2            MR. ADAMS:  I'm just going to ask
3        him about it.
4            MR. WHITE:  He needs to read it
5        first.
6    Q.  Well, you can read it.  Sure.  No problem.
7            MR. WHITE:  Well, and we're not
8        going to answer questions
9        about it unless you're going
10       to make it an exhibit to the
11       deposition.
12           MR. ADAMS:  That's fine.  I'll
13       make it an exhibit.  That's
14       fine.
15           (Plaintiff's Exhibit 6 was marked
16       for identification.)
17   Q.  I'm just going to ask you about the middle
18       paragraph there on the symptoms.
19           MR. WHITE:  I don't think he's
20       finished reading it.  I know
21       I'm not.  We just finished the
22       first paragraph.
23           MR. ADAMS:  All right.

Page 212

1    Q.  Okay.  If you don't mind, just put this
2        down on the table where we can both look at
3        it.
4    A.  Okay.
5    Q.  All right.  Where it says symptoms of
6        narrow angle glaucoma, you agree with me
7        that it says cloudy cornea there?
8    A.  Correct.
9    Q.  Blurring and decreased visual acuity.  Do
10       you see that?
11   A.  Correct.
12   Q.  Seeing halos around lights.  Do you see
13       that?
14   A.  Well, I saw it, yes.
15   Q.  All right.  Are you aware that this kind of
16       information -- I'll just represent to you
17       that this kind of information regarding the
18       signs and symptoms of angle closure
19       glaucoma is readily available to a layman
20       over the internet.  Are you aware of that?
21   A.  I would think probably so.
22   Q.  Okay.
23   A.  If they looked under -- you could do it

Deposition of David Bazemore

---

Page 213

1    under Google or under Mayo Clinic or
2    something like that.
3    Q.  Yeah.  And I'm not going to take the time
4        to go through everything, but I got one
5        from Emedicine Health, one from IMD.
6    A.  Right.
7    Q.  And it all has halos around lights, blurry
8        vision --
9    A.  Correct.
10   Q.  -- cloudy cornea.
11       Why do you think that this type of
12       information is so readily available to the
13       public as being a symptom of narrow angle
14       glaucoma, yet you, apparently, were not
15       concerned about glaucoma when Kyle Bengtson
16       presented with these symptoms on August the
17       20th?
18            MR. WHITE:  Object to the form.
19            That's a compound and
20            confusing, misleading
21            statement.  You're going to
22            have to break that down.
23            First you asked why is it on

Page 214

1            the Internet, and then you
2            said something about you
3            apparently disregarded the
4            information.
5    Q.  Do you have an answer?
6            MR. WHITE:  He's not going to
7            answer that question as
8            asked.  If you want to break
9            it down into two questions,
10           you can ask it again.
11   A.  Have to break it down some.
12   Q.  If a patient presented to you with these
13       symptoms, the same symptoms that Kyle
14       Bengtson presented on August the 20th,
15       2004, what tests would you run?
16   A.  I would run all of the tests that we did
17       this day.  And if they were -- the results
18       were the same on them, then I would have
19       taken the same treatment plan.
20   Q.  You wouldn't do the Goldmann's tonometry?
21   A.  No.
22   Q.  And you wouldn't do the gonioscopy?
23   A.  No.

Page 215

1    Q.  Okay.  But at least as of a few hours ago,
2        I presented you with academic literature
3        saying that that is the proper battery of
4        tests.
5            MR. WHITE:  Object to the form.
6    A.  It said that it was the appropriate test if
7        other things applied to that patient which
8        did not apply in Kyle's case.
9    Q.  Isn't it your job as an optometrist to
10       eliminate the concern that Kyle may have a
11       blinding disease like glaucoma?
12   A.  Yes.  And that's why we checked the
13       pressure in his eye.  That's why we looked
14       at his optic nerve.  That's why we did a
15       screening for the depth of his anterior
16       chamber angle.  That's why we checked his
17       pupil reflexes.  That's why we did
18       confrontation visual fields.  All of those
19       are useful in diagnosing glaucoma, and they
20       were all normal.
21   Q.  Okay.  What causes seeing halos around
22       lights?
23            MR. WHITE:  Asked and answered.

Page 216

1            MR. ADAMS:  He hasn't answered
2            that.
3    A.  About three times.
4    Q.  I said what causes it.  It's different.
5        What causes it?
6    A.  Anything that interferes -- let's see.  Let
7        me use an analogy.  If you're riding down
8        the road and you hit a big splash of some
9        kind of crud on your windshield, and you
10       look at the headlight coming the other way,
11       it's going to have all kinds of different
12       beams and just distortion to the image of
13       the headlight.  So if he has cataracts, if
14       he has glaucoma scarring -- I mean, if he
15       has corneal scarring, if he has a
16       refractive error such as an increase in the
17       amount of astigmatism, if he has a retinal
18       problem, all of those things could cause
19       those symptoms.
20   Q.  Okay.
21   A.  And some more.
22           (Plaintiff's Exhibit 7 was marked
23            for identification.)

54 (Pages 213 to 216)

Page 217

1  Q. All right. Let me hand you what I'm going
2     to mark as Plaintiff's Exhibit 7. Do you
3     recognize this document? I'm not going to
4     ask you about this whole thing. Just kind
5     of --
6          MR. WHITE: Do you recognize it?
7          THE WITNESS: Yes.
8  Q. Okay. This is your license agreement
9     between Wal-Mart and you, correct?
10 A. Correct.
11 Q. Okay. All right. Is everything in here
12    true and correct? I mean, this
13    agreement -- Well, you can go ahead and
14    answer that one, and then we'll ask the
15    next one.
16         MR. WHITE: Do you know what the
17         question is?
18 Q. Is this an accurate --
19 A. I'm just looking through to make sure all
20    of it is right.
21 Q. This is an accurate -- this document is
22    your license agreement, correct?
23 A. So far it is.

Page 218

1  Q. Okay.
2  A. I'm looking to make sure.
3  Q. Sure.
4         All right. Has this agreement been
5     modified in any way since it was written
6     February 28th, 2004?
7  A. Not to my knowledge.
8  Q. Okay. And if it were modified, you and
9     Wal-Mart would have to do that --
10 A. Correct.
11 Q. -- together? It couldn't be just done by
12    one party, right?
13 A. No.
14 Q. Okay. Look at page six, if you would,
15    section 12. It says that Wal-Mart
16    licensor -- in other words, which is
17    defined as Wal-Mart -- says that they shall
18    at any and all times have full right to
19    enter upon the premises herein licensed for
20    any lawful purpose.
21         Do you see that?
22 A. Okay. What was the question?
23 Q. Well, paragraph 12 says that Wal-Mart can

Page 219

1     come into the leased area of the store at
2     any and all times. Do they have open
3     access to your store? Does a
4     representative of Wal-Mart have the right
5     to come and go in your optometry store,
6     say, even after it's locked up?
7  A. Y'all are the lawyers. I don't know.
8  Q. I'm asking you, do they --
9  A. I've never had that happen.
10 Q. Okay. Do they have a key to your optometry
11    shop?
12 A. The store manager people have a key where
13    they can come in in case of emergencies and
14    stuff.
15 Q. Okay. But do they come in for any other
16    reasons?
17 A. Not that I'm aware of.
18 Q. Okay. Paragraph 10, it says that you do
19    not have the right or authorization to
20    assign or sublicense any part of the
21    licensed premises to anybody else.
22         Do you understand that to mean that you
23    cannot like subcontract any of your duties

Page 220

1     or obligations under this agreement?
2         MR. WHITE: Object to the form. I
3         mean, the document says what
4         it says. It's a signed
5         document between he and
6         Wal-Mart, but --
7  Q. Okay. Well, I'm just asking. Is it a fair
8     reading of this that you're not permitted
9     to --
10        Let's just say you got tired of doing
11    what you're doing. You couldn't just go
12    find a new optometrist and say, hey, you
13    know, here, work at Wal-Mart under my
14    agreement. You're not permitted to do
15    that, are you?
16        MR. WHITE: Object to the form.
17        You can answer if you know.
18 A. Sometimes someone from one store will cover
19    for someone from the other store if there's
20    illness or death in the family or things
21    such as that, if that's what you're asking.
22 Q. Well, not exactly, but --
23        I mean, have you ever tried to get out

Deposition of David Bazemore

May 15, 2007

Page 221

1   of this agreement?
2   A.  No.
3   Q.  Okay.  And do you know if you could get out
4        of this agreement and, like, assign your
5        rights or sell your rights under this
6        agreement to another optometrist?
7   A.  No.  All I can do is break the agreement
8        with Wal-Mart.
9   Q.  Okay.  Are you free to break the agreement?
10  A.  With a notice.
11  Q.  Okay.  And that's helpful to know.  They've
12       got to give you a 60-day notice.  Is that
13       what you understand?
14  A.  What page are you on on there?
15  Q.  Page one.  If they want to break the
16       agreement --
17            MR. WHITE:  What paragraph are you
18            at?
19            MR. ADAMS:  It's the last
20            paragraph on the page.
21            Licensor shall whenever
22            possible provide licensee with
23            60 days notice with proposed

Page 222

1            closure of the licensed
2            premises and/or vision center.
3            MR. WHITE:  Okay.
4   A.  And what that says is if they close the
5        vision center in that store, they have to
6        give you a 60-day notice.
7   Q.  Right.  And what kind of notice do you have
8        to give them if you want to get out of
9        this?
10  A.  It's in here somewhere.
11  Q.  Okay.  I see it on page three.  It is
12       agreed and understood that licensee shall
13       have the right to terminate this agreement
14       upon the giving of 60-days notice in
15       advance of termination.  Okay.
16            And when you said earlier that they
17       give you a money order, what I understand
18       is they collect the money for you, and at
19       the end of the day you get a money order
20       for 90 percent of what they collected; is
21       that right?
22  A.  The percentage varies depending on other
23       things that are flexible within the

Page 223

1   agreement, but they collect part of -- part
2   of the operation is for them to collect all
3   the fees for me, and I pay them a
4   percentage for that and other jobs that
5   they do to help me.
6   Q.  Okay.  If you can't rule out the prospect
7        of a certain eye disease, what is your
8        duty?
9   A.  I'm sorry?
10  Q.  If you can't rule out the prospect of a
11       certain eye disease, what is your duty to
12       the patient?
13  A.  To have him see somebody that can.
14  Q.  Okay.  Do you know Dr. Richard Murphy, an
15       optometrist?
16  A.  Oh, okay.  Yes.
17  Q.  Is he a friend of yours?
18  A.  No, not really.  I haven't seen him in a
19       while.
20  Q.  Okay.  When was the last time you saw him?
21  A.  I think it's been about two or three
22       years.  We ended up in the same CE
23       conference.

Page 224

1   Q.  Are you aware he's given an expert opinion
2        in your case?
3   A.  Yes.
4   Q.  Okay.  In his affidavit or his opinion, he
5        stated that -- his report, rather -- he
6        said, it is my opinion that Dr. Bazemore,
7        like any other practicing optometrist,
8        could not have predicted the tragic
9        sequence of events that led to plaintiff's
10       vision loss.
11            Do you agree that there was a tragic
12       sequence of events here?
13            MR. WHITE:  Object to the form.
14            You can answer.
15  A.  I think it's unfortunate that he had a
16       problem with his eye, if that's what you're
17       asking.
18  Q.  Do you agree that no medical professional
19       could see into the future, really?  I mean,
20       correct?
21  A.  I haven't met one yet.
22  Q.  Right.  Y'all aren't in the crystal ball
23       business, are you?

Page 225

1    A.   No.
2    Q.   Okay.  Do you agree that because you can't
3         predict what lies ahead, you have to
4         prepare for the worst?
5              MR. WHITE:  Object to the form.
6    A.   No, I don't agree with that.
7    Q.   Why not?
8    A.   Well, do you sleep in the basement in case
9         you have a tornado?
10   Q.   I don't have a basement, but anyway.  If
11        you see a tornado coming, do you sleep in
12        your basement?
13   A.   If I saw one coming, I would.
14   Q.   Because you're concerned for your safety,
15        correct?
16   A.   That, and more so my family's.
17   Q.   And as an optometrist, it's your duty to be
18        concerned for the safety of those people
19        who come to you as patients, correct?
20   A.   That's what they're coming in for.
21   Q.   And it is your job to see --
22             As you said in the first few minutes of
23        this deposition, you are an optometrist,

Page 226

1         correct?
2    A.   That's correct.
3    Q.   And you are trained to examine eyes for eye
4         problems such as glaucoma, correct?
5    A.   Correct.
6    Q.   And therefore, you are required to know the
7         symptoms of glaucoma, correct?
8    A.   Correct.
9    Q.   So that you can see such a problem as
10        glaucoma coming before it causes too much
11        damage, correct?
12             MR. WHITE:  Objection to the
13             form.  You can answer.
14   A.   Well, glaucoma is not very predictable in
15        the sense that until there are symptoms,
16        you can't diagnose them as having them or
17        not or signs.  And the only way you can
18        tell if they have it is through
19        verification of different defects which
20        we've already covered and gone through some
21        of that.
22   Q.   And the verification requires the
23        implementation of your best tools, correct?

Page 227

1    A.   It would depend on what kind of problems
2         you detected as to what should be done
3         next.
4    Q.   Okay.  All right.  I'm done.
5              * * * * * * * * * * * *
6              FURTHER DEPONENT SAITH NOT
7              * * * * * * * * * * * *
8              REPORTER'S CERTIFICATE
9    STATE OF ALABAMA:
10   MONTGOMERY COUNTY:
11        I, Patricia G. Starkie, Registered
12   Diplomate Reporter, CRR, and Commissioner for the
13   State of Alabama at Large, do hereby certify that I
14   reported the deposition of:
15        DAVID BAZEMORE, O.D.
16   who was first duly sworn by me to speak the truth,
17   the whole truth and nothing but the truth, in the
18   matter of:
19        KYLE BENGTSON,
20        Plaintiff,
21        vs.
22        DAVID BAZEMORE, O.D.,
23        Et al.,

Page 228

1         Defendants.
2         In The U.S. District Court
3         For the Middle District of Alabama
4         Eastern Division
5         Case Number 3:06-cv-00569-MEF
6    on May 15, 2007.
7         The foregoing 227 computer printed pages
8    contain a true and correct transcript of the
9    examination of said witness by counsel for the
10   parties set out herein.  The reading and signing of
11   same is hereby waived.
12        I further certify that I am neither of kin
13   nor of counsel to the parties to said cause nor in
14   any manner interested in the results thereof.
15        This 30th day of May 2006.
16
17
18
                    _____
19                  Patricia G. Starkie, Registered
                    Diplomate Reporter, CRR, and
                    Commissioner for the State
20                  of Alabama at Large
21
22
23

## A

ability 156:18
able 14:10 75:16,17
  139:3 209:23
abnormalities 153:18
abnormality 149:3
  203:16
about 5:22 11:23 16:6
  17:22 19:6 25:23
  34:3 38:16 40:16
  41:19,21 42:17 43:22
  44:1 45:5,17 46:4,6,9
  46:11,16,17 48:21
  50:17 55:7 57:8,9,13
  61:1 64:7 65:22 66:5
  70:20 71:22 72:14
  75:20 76:3,11 77:1
  80:21 82:4,11,14
  83:12 84:12 85:8,23
  92:10 95:2,18 96:5
  97:4 99:6 101:22
  112:14 114:18 119:5
  123:16,17 126:18
  127:13 129:2,23
  130:14 134:8 145:6
  146:17 152:10
  153:14 154:4,5,8
  157:3 159:8,20
  161:21 163:18
  169:23 173:7 174:12
  177:11,17,19 186:16
  186:22 189:19 203:8
  205:2 206:16 209:14
  211:3,9,17 213:15
  214:2 216:3 217:4
  223:21
above 86:17 112:15,16
  116:8 154:17 157:18
  176:17 187:17
abreast 107:15,18
absurd 121:17,21
academic 215:2
ACC 156:15
accepted 17:1,11 20:4
  20:7 53:16 121:6
access 48:13 219:3
accommodate 6:16,18
accommodation 143:7
  156:17 165:13
  179:10 181:20
accompany 113:16
accomplished 126:14
according 67:3
account 77:4
accuracy 144:1
accurate 80:22 111:21
  112:1 116:16 118:23
  119:6 158:1 173:16
  173:18 192:17 205:2
  217:18,21

achieve 52:16
acknowledged 196:14
Across 145:23
ACTION 1:8
actions 190:19
active 92:2
actual 56:8
actually 18:23 66:1,3
  124:13 134:22
  140:15 143:12
  167:16 171:11
  209:22
acuity 101:15 138:5,9
  139:17 144:5,20
  146:7 151:3,5 163:13
  173:14 174:3,5
  180:20 187:14 194:2
  194:5,7,12,14,15
  212:9
acute 96:20 97:1
  110:17 111:16
  113:16,20 114:6
  116:3,5 117:3
Adams 1:18 2:5,11,18
  5:6,10,11,15 43:18
  44:3,15 45:4,12 46:6
  46:15 47:6 50:21
  65:7 66:1 67:15 76:9
  85:10 87:2 102:15,21
  108:1 109:1 121:10
  121:16,19 122:3
  130:8 131:16,21
  134:20 135:8,15
  152:5 153:16 154:7
  163:20 167:2 172:10
  172:14,23 173:5,11
  198:13,21 199:8
  206:6,12,20 211:2,12
  211:23 216:1 221:19
addition 77:8
additional 57:17
address 137:9
addresses 86:12
adhere 51:18 133:6
adjacent 54:6 68:6,7
adjust 181:22
advance 222:15
advanced 36:19,22
  91:9
advances 37:10
affidavit 224:4
affirmatively 115:15
after 5:2 9:6 16:14,15
  19:21 22:9,10 23:6
  24:4 26:8 34:6 37:19
  39:20 79:5 85:2,3
  129:22 135:6 164:12
  187:17 200:4 201:13
  201:17 202:8,19
  203:6 207:18 219:6

again 65:5 68:14 71:16
  80:18 84:19 85:9
  97:18 98:4 107:8
  111:18 114:17 128:18
  131:8,9 144:4 146:6
  155:22 163:22
  165:22 166:1 168:6
  174:4 181:19 183:18
  193:6 196:12 198:20
  199:6 214:10
against 71:3
age 77:2 137:1
ago 22:13 45:15 48:16
  69:1 126:18 202:19
  215:1
agree 25:6 50:2,8 51:23
  54:17,21,22 76:15
  83:10 84:17,19 88:10
  88:17 89:14 101:8
  106:15 107:2 109:4
  110:18 111:2,11,13
  111:20 112:5,9,18
  113:15 114:1,11
  116:11,12,13,15,18
  116:22 117:2,6,8,15
  117:20 118:6,23
  119:6,11,19 120:20
  120:23 122:14
  124:19 125:1,3
  126:17 127:12,15
  128:3,13 130:17,19
  131:4 133:15 136:17
  150:23 188:10
  189:14,22 194:4
  199:16 203:21
  206:21 212:6 224:11
  224:18 225:2,6
agreeable 32:14
agreed 3:15 4:8,15
  196:14 222:12
agreement 1:15 3:11
  32:3,7 217:8,13,22
  218:4 220:1,14 221:1
  221:4,6,7,9,16
  222:13 223:1
ahead 44:6 128:8
  196:12 217:13 225:3
aided 209:18 210:10
air 70:7 162:2
al 1:9 227:23
Alabama 1:3,17,20
  2:12 22:3 43:3 44:17
  47:17 48:7 50:3,10
  60:12 84:15,16,18
  85:18,19,20 86:5,9
  86:13 87:4,14 227:9
  227:13 228:3,20
Alabama's 43:13
allergic 56:20 57:6
  155:2

allergies 140:14 164:21
  164:22 178:7
allowed 128:22
allows 125:4,12
almost 106:1
alone 40:18
Alpharetta 2:7
already 26:23 77:1
  85:11 100:10 102:5,6
  112:7 115:14 117:9
  127:9 183:14 191:14
  210:12 226:20
although 116:4
always 6:8 93:5 170:10
  177:15,15 197:8,16
American 59:6,12 60:2
among 87:21
amount 30:18 107:10
  157:2 216:17
analogy 216:7
anatomical 77:20
  93:15
and/or 222:2
angle 3:5 68:22 69:16
  73:22 78:5,14,21,22
  81:4,20,21,21 91:23
  92:12,22 93:2,4,4,5,6
  93:8,14,16,23 95:7
  95:10,18 96:14,15,20
  97:19 99:19 100:2,4
  100:14,21 101:3,7
  102:1,7,9 104:16,21
  105:7,23 106:5,6,7
  106:10 108:22
  110:17 111:16,21
  112:7 113:17,19
  114:6,16 115:3,5,8
  115:18,23 116:5,19
  117:7,10,15 118:7
  119:2,8,21 120:15
  122:16,18 123:1
  124:15 125:5,13
  126:9,14 127:15,22
  128:16 129:4,16
  130:20 131:2,11
  148:14 159:7,13,18
  160:4,14,14 168:10
  168:17 175:1,5,5
  185:10 188:11,12,13
  189:15 190:2,16,20
  191:2,5,15 196:15
  204:23 205:6,8,19,23
  208:16,22 209:19,23
  210:4 212:6,18
  213:13 215:16
angles 105:3 190:13
Annie 9:19
another 12:8 29:22
  30:2 59:9,15 118:1
  146:6,7 172:5 177:20

189:1 191:22 192:7
  196:3 202:13 221:6
answer 6:10 14:5 22:4
  37:8 55:10 65:13
  76:6,8 87:9 88:22
  97:16 114:7 123:12
  199:9 210:1 211:8
  214:5,7 217:14
  220:17 224:14
  226:13
answered 35:22 84:23
  85:2,12 115:11,15
  125:21 196:18 198:7
  199:7 202:11 215:23
  216:1
answering 76:11
answers 140:22 198:10
anterior 3:5 67:8 68:22
  69:15 73:22 77:17
  81:20 93:15 105:22
  126:14 127:22
  128:10 159:7,12
  205:23 215:15
anticipate 162:2
anybody 11:19,20 33:3
  150:14 183:10
  219:21
anymore 26:7
anyone 34:5 105:14
anything 7:8 13:6,16
  19:19 20:1,19 31:3
  37:3 38:3 42:13,18
  46:19 53:11 54:15
  56:18 59:16 64:2
  69:19 74:6 86:23
  92:7 94:8 132:20
  133:21 138:3 140:13
  170:22 174:11
  176:23 205:22
  206:15 208:1 216:6
anyway 97:11 225:10
anywhere 20:22 23:3
  51:12 89:2 148:6
apologize 106:23
apparent 72:9
apparently 151:4
  172:21 207:2 213:14
  214:3
appear 67:6
appearance 73:18
  190:16 191:12
APPEARANCES 2:2
appears 123:5 207:1
applanation 121:3
  210:13,15
applicable 49:18 51:8
  84:14
applicants 20:9
applied 17:10 215:7
apply 19:21 20:16,19

20:22 116:17 123:23 215:8
**applying** 20:1 38:10 52:4
**appointment** 15:3 34:10 100:6,15
**appointments** 14:23 34:8
**apprised** 59:2
**appropriate** 54:7 76:19 76:20 77:10 116:1,22 119:20 215:6
**appropriately** 117:3
**approximately** 1:21 24:3 176:2
**area** 11:6 12:18 29:8 56:9 68:11 81:17,19 89:21 104:19 148:23 151:16 161:8 169:8 186:19 219:1
**areas** 58:11 67:7 103:9 103:10,13,21,23 104:13,13 105:1
**arises** 49:14
**around** 19:21 34:20 72:14 73:11 74:3 79:11 88:19 98:17 111:8 116:7 117:21 118:2 175:23 177:18 189:15,21 194:19 198:5 210:7 212:12 213:7 215:21
**arrangement** 15:6 24:2 28:7
**arrived** 157:23
**arterial/venous** 149:1
**arterio/venous** 169:6
**artful** 198:14,14
**article** 65:17,20,23 67:14 86:1
**articles** 80:11
**Arts** 28:20 100:18 128:19 129:3 130:23
**ascertain** 141:19
**aside** 106:12
**asked** 24:18 26:3 35:9 47:2,3,7 55:9,21 56:12,14,17,20,23 57:2,17 65:22 84:23 115:11 123:8 125:21 132:1 173:20 196:18 198:7 200:8 213:23 214:8 215:23
**asking** 27:3 46:15 47:6 47:8 48:8 57:11 67:18 76:3,7 86:22 87:1 90:23 94:4 102:12 104:11 109:3 121:12 128:23 129:1 134:10 175:11

177:12 200:16 201:3 201:9,10 202:3,4,15 203:1 219:8 220:7,21 224:17
**aspirational** 52:9,14
**aspire** 83:14,16
**assessed** 127:23 128:11
**assessment** 150:3
**assign** 219:20 221:4
**Association** 59:7,13 60:3,12
**assume** 9:6
**assumed** 6:11 70:19
**assuming** 101:7 106:2
**assure** 6:5 144:1
**asterisk** 196:8
**astigmat** 150:3 187:11
**astigmatism** 153:2,5,10 157:3 169:20 180:9 180:13,19 181:7 184:13,23 207:16 216:17
**asymmetry** 205:10
**Atlanta** 12:2 64:19 91:2
**attach** 206:17
**attack** 115:23 116:3
**attacks** 67:6 113:11,16 114:4 117:3
**attempt** 22:18 38:21 133:7
**attempted** 22:23 156:17
**attend** 12:17 17:12 88:7 89:2,2
**attended** 8:2 16:10 17:3 39:3
**attending** 41:23
**attentive** 203:22
**attorney** 6:15 102:23 210:19
**attorneys** 2:6,11 5:21 45:22 46:23 47:1
**attorney-client** 46:2,21 47:4
**Auburn** 13:22 14:8 16:17,18,21,22 17:4 17:17 18:14,23 19:16 24:8 26:6
**Auburn-Opelika** 24:21
**August** 22:12 39:20 41:5 42:2 91:16 173:12 193:4,9 199:14 204:10 207:10 213:16 214:14
**author** 122:1
**authorization** 219:19
**authorized** 5:19
**authors** 109:16

**automatically** 182:23
**autorefractor** 62:8 167:18
**AV** 161:7
**availability** 87:5 88:10
**available** 37:11 82:5,7 86:15 89:16,20 90:8 90:17,18 91:10 107:16 120:12 126:22 127:14 129:10 193:4 205:13 212:19 213:12
**Avenue** 7:11 23:23
**average** 34:20 86:17,17 86:18 87:21 88:4
**avoid** 116:2
**avoiding** 198:15
**aware** 61:22,23 80:14 85:19 86:3 87:18,20 155:3 171:3,17 191:18 200:11,13 203:6 212:15,20 219:17 224:1
**away** 140:6 141:12 174:18 188:13
**axis** 153:3,6
**A's** 18:16
**A-N-N-I-E** 9:19
**a.m** 1:21

**———— B ————**

**B** 18:16
**Bachelor** 16:20
**back** 11:5 14:18 15:22 21:14 23:8,10 41:6 55:6 56:2 58:3 63:22 68:1 72:8 85:1,3 98:6 101:6 102:15 109:9 132:13 133:16 147:23 148:8 153:11 161:22 162:6 163:5,6 163:7 167:9 180:1 181:13 184:15 185:16 189:4 191:23 193:18,20 195:9 198:8,23 199:5,11 207:21,23 208:9
**bad** 27:4 88:15 132:13 145:12 172:2,7 179:3
**balance** 41:22 141:8 178:13
**ball** 224:22
**ballpark** 16:7 38:17
**Baptist** 12:21
**Bartlett** 66:14,17 106:15,22 109:14 120:4
**base** 21:19
**based** 60:23 85:19 86:18 90:21 91:4

99:13 121:6 139:15 210:5
**baseline** 167:11
**basement** 225:8,10,12
**basic** 35:11
**basically** 56:2 153:19
**basketball** 17:19 18:17 18:23 19:1,15
**battery** 35:11 215:3
**Bazemore** 1:9,14 2:17 3:11,18 5:1,8,8,21 7:6,7,20 8:22 9:20 10:19 12:6 45:12 51:6 102:21 107:2 108:11 131:21 206:21 224:6 227:15 227:22
**beams** 216:12
**Beaufort** 21:16 23:4
**became** 37:16
**become** 21:20 22:23 38:4
**becoming** 18:2
**before** 1:15 3:21 26:8 40:6 43:17 44:11 45:16 47:15 49:18 56:12 79:17 85:12 98:22 99:1,12,14 106:14 110:16 125:8 128:14 132:4 156:10 157:4 172:3 195:5 202:20 203:19 204:4 207:14 226:10
**behind** 90:12
**being** 61:2 83:2 96:9 109:20 127:23 128:11 151:13 159:14 195:5 213:13
**believe** 7:3 24:23 47:13 61:14 77:9 81:9 87:13 106:21 109:18 117:9 121:2 123:9 190:23 192:5 203:10 207:11
**believed** 192:11
**below** 86:16,17 140:7 145:10 149:13 158:5 179:21
**beneath** 67:7 104:12
**benefit** 29:8
**BENGSTON** 1:6
**Bengtson** 2:14 5:10 136:4,18,23 151:1 199:14 203:6 207:2,9 209:20 213:15 214:14 227:19
**Bengtson's** 5:23
**besides** 72:21 128:5
**best** 88:1 106:19 107:21 121:7 125:13

125:15 126:14 133:5 137:14 180:6 187:13 191:5 226:23
**bet** 64:14
**better** 37:13 51:22 78:13 80:16,17 87:20 88:4 114:11 125:4 127:16 135:13 145:14 146:10 151:23 152:9 163:13 172:8 176:9 179:19 191:1 204:7 209:23
**between** 3:11,16 4:9,16 9:10 16:1 27:6,16,18 28:12 33:23 127:14 184:16 205:10,12 217:9 220:5
**big** 139:4 216:8
**bigger** 19:1
**binocular** 54:4 63:7,9 63:17 158:2 166:6 181:14
**biomicroscopy** 112:4 112:20 113:5 118:18 119:12
**biopic** 145:15
**Birmingham** 7:23 8:6 10:21 12:10 40:1,17
**birth** 12:11 131:7
**bit** 82:9 92:9 154:1 162:10 181:8 199:1,1
**Blake** 2:10
**blanket** 52:2 97:17 114:18
**blinding** 215:11
**blindness** 57:1 58:5,18 61:2,16 69:7 73:7 115:9 125:19 155:5 190:8
**block** 141:17,18
**blocked** 176:7
**blood** 8:12 9:12 11:8 189:4
**blue** 103:12
**blurred** 111:8 116:6 117:16 178:1
**Blurring** 212:9
**blurry** 98:18 143:22 166:4 177:22 188:10 188:14 189:20 194:17 198:4 213:7
**board** 22:6 43:13 44:18 45:2 53:13 84:16,18
**Bob** 18:19
**body** 177:3
**bono** 15:10
**book** 67:3 96:21 108:2 108:4,13,16 109:5,7 109:10 113:14 120:12 122:2 124:10

124:12 126:20,23
130:18 131:6 205:8
**books** 35:19 68:15
**born** 7:22
**both** 70:7,10 98:23
118:17 124:14,15
127:19 142:9 144:7
144:16 145:8 147:9
148:15,18 150:4
160:4 161:4,7,8
165:6 168:8,17 169:5
169:8,20 178:20
179:20 184:4 185:11
186:9,20 187:2 212:2
**bottom** 44:2
**brain** 36:16
**brand** 29:14 162:16
**break** 6:13 45:10,12
46:5,8,13,20 47:9,11
48:15 85:3 108:17
116:18 131:17 173:9
206:7 213:22 214:8
214:11 221:7,9,15
**breed** 18:22
**brevity** 45:14
**Brief** 45:11 102:14
131:20 167:1 206:11
**briefly** 108:15
**brings** 33:16
**broad** 41:14 83:3
**broken** 41:10
**brothers** 11:21 12:1
**brought** 37:19
**built** 182:15
**business** 224:23
**butchered** 64:14

### C

**C** 10:1
**call** 14:23 15:2 32:19
94:16 100:18 102:17
127:2 141:16 194:11
194:13
**called** 36:20 37:3 59:15
62:8,9,10,11 78:10
96:19 144:9 193:3
199:15
**calling** 49:20
**came** 29:14 79:15 85:3
94:14 103:3 109:18
193:5,9 200:3 201:12
207:9 210:5
**capability** 170:18
**capable** 110:13
**capsule** 67:8
**care** 14:11 37:1 43:2
45:18 47:16 49:17,21
50:4,10,15,18 51:20
53:13,15,17,17 54:12
83:9,15,22 85:21

86:16 87:6,13,14
91:10 107:16 162:19
162:20 201:20
203:22 208:19
209:11
**career** 17:18
**careful** 72:13 205:1
**Carol** 10:11 11:14,22
**Carolina** 10:17 21:17
**case** 4:10,12 54:3 55:1
55:7,14 57:10,19
95:8,8 114:10 138:6
145:20 157:6 215:8
219:13 224:2 225:8
228:5
**cases** 99:23 166:19
**case-by-case** 114:17
**case-to-case** 52:12
92:14
**cash** 33:12
**cataract** 73:20 174:20
**cataracts** 36:10 72:19
79:20 188:18 216:13
**catch** 119:4
**category** 178:3 185:22
**cause** 58:12,18 61:18
73:7 97:13 99:5,11
175:6 189:22 195:1
199:22,22 208:16,18
209:10,16 216:18
228:13
**caused** 174:15
**causes** 58:5,16 61:1
97:1 99:8 189:2
215:21 216:4,5
226:10
**causing** 163:1
**CC** 140:7
**CE** 38:10 39:9 223:22
**cells** 94:11
**center** 33:15,20 222:2,5
**centers** 21:17
**centimeters** 143:1
156:9 165:10 179:1
**central** 188:21
**centuries** 37:13
**certain** 28:11 30:17
31:7,10 32:4,8 38:9
53:18 97:12 107:10
132:19 134:1 138:20
203:23 223:7,11
**CERTIFICATE** 227:8
**certify** 227:13 228:12
**chair** 187:19
**chamber** 3:5 68:22
69:15 73:22 81:20
93:16 105:22 126:14
127:22 128:10 159:7
159:13 205:23
215:16

**chance** 44:4 190:5
**chances** 195:3 203:3
**change** 48:3 167:7,10
169:21 174:19
180:19 187:11,13,16
187:18,22 188:17
207:14,16,17,19
209:8
**changed** 49:1 125:22
143:21 151:20
173:19 174:14 180:8
180:11 181:6 184:11
184:13,23 196:19
**changes** 132:10
**changing** 8:23 99:15
200:1 207:20
**chapter** 66:4
**charge** 15:12 170:6
**chart** 138:21 192:13
193:4,8,11 200:10
201:15
**check** 63:11 69:1 70:12
71:3,7,18 77:21 98:7
155:9 179:16 183:12
184:3 196:12
**checked** 164:11 215:12
215:16
**checking** 70:14 190:18
**checkup** 155:11,14,15
164:14
**chief** 140:8 155:18
164:14 175:18
194:17
**child** 24:16
**children** 8:17 10:3
**child's** 8:21
**choice** 21:1
**choose** 183:2
**chronic** 115:18
**church** 12:18,21
**circle** 103:9,13 105:4
137:20 141:9
**circled** 104:18 105:2
**circles** 105:7,11
**circling** 104:3
**circulatory** 186:7
**circumstance** 82:21
193:17 195:1 196:23
**circumstances** 50:16
54:9 70:9 71:6,17
74:17 82:3
**civic** 13:3
**civil** 1:8 3:19 5:20
**Civitan** 13:6
**clarity** 191:13 199:20
**class** 20:13 21:9,11
**clear** 63:18 135:5 144:7
144:15,16 145:13
161:8 169:8 172:1,9
177:21 178:5 179:22

179:23
**clearer** 173:10
**client** 172:12
**clinic** 13:21,21 14:9
28:20 122:20 213:1
**clinical** 3:6 109:10
112:2,5,19 113:2,3
118:17 119:21
122:15 124:14
**clog** 94:12 ·
**clogging** 93:22
**close** 129:4 141:13
143:1 151:22 152:7
156:19 163:15
194:15 222:4
**closed** 26:7 46:14 93:2
93:5 106:1,5,6,10
117:10 123:1 128:16
159:17,22 160:8,13
175:5 210:4
**closer** 27:20 160:13,15
**closes** 93:14
**closure** 78:21,22 81:22
91:23 92:12,23 93:4
93:6,9 95:7,11,18
96:14,15,20 97:19
99:19 100:3,5,14,21
101:4,7 102:1,7,10
104:16,22 106:7
108:22 110:17
111:16,22 112:7
113:17 114:6,16
115:3,5,8,18,23
116:5,19 117:7,16
118:7 119:2,9,21
122:16,18 124:15
129:16 130:20 131:3
131:11 175:1,5
188:11,12,13 189:16
190:3,20 196:15
204:23 205:6,9
208:17,22 209:23
212:18 222:1
**closures** 113:19
**cloudy** 92:10 212:7
213:10
**Club** 13:8,20,23
**clubs** 13:13
**coherence** 78:10
**collect** 222:18 223:1,2
**collected** 30:22 222:20
**college** 19:22
**color** 145:6,8 147:8
158:10 183:20
**colored** 111:8 116:6
117:20 118:2
**column** 126:12
**come** 14:21 24:18
32:13 35:8 59:23
84:2 89:12 94:18

97:7 101:2,21 107:22
113:21 114:2 117:10
127:4 181:13 183:6
196:10 200:8 207:21
207:23 208:9 219:1,5
219:13,15 225:19
**comes** 34:6 35:15 53:4
68:20 69:3 95:5
104:9 115:6 163:6
193:12 196:8 209:8
**coming** 78:9 85:4,12
162:3 200:16 216:10
225:11,13,20 226:10
**commencing** 1:20
**commendable** 16:8
**commission** 4:1
**Commissioner** 1:17
3:22 227:12 228:19
**common** 99:10 174:18
177:8 188:14,16
**commonly** 126:19
**communicating** 46:23
202:7
**communication** 46:16
**communications** 46:12
**comparable** 36:23
**compared** 86:13 87:6
88:18
**compensated** 30:14
**compensates** 142:2
**competent** 66:22
**complain** 177:11
**complaint** 140:8
155:18 164:14
175:18 194:17 210:6
**complete** 15:10 202:9
**complies** 104:17 105:5
105:13
**compound** 150:3
187:11 213:19
**comprehensive** 53:20
53:21 54:2,11,19,23
62:19 83:7,19 85:13
177:1
**computer** 228:7
**concern** 103:9 104:13
189:23 215:10
**concerned** 68:16 71:22
72:1 74:4 79:12 96:5
103:22 104:7,21
129:2 161:21 174:12
205:1 213:15 225:14
225:18
**condition** 125:18
**conditions** 37:11 94:11
118:17 124:14
130:10
**conduct** 53:14 74:12
190:12
**conference** 46:14

223:23
**conferences** 40:17
**confrontation** 147:4
    158:13 167:22 184:2
    215:18
**confusing** 213:20
**consider** 53:13
**considered** 92:20
    129:15 130:21
**consist** 112:19 124:16
    149:4
**consistent** 195:21
**consists** 112:3 118:18
    124:16
**constantly** 92:13 96:16
    97:7,20
**constitute** 54:11 83:8
**contact** 53:23 154:15
    154:20 162:14,16,23
    164:13,14 169:12
    170:1 174:10
**contacts** 155:19 162:17
    201:22
**contain** 228:8
**contemporaneous**
    200:20
**contention** 170:8
**context** 130:5,7
**contingent** 38:9
**continue** 196:5
**continuing** 38:23 39:3
    45:12 88:7,11 89:1
    90:9 102:21 107:10
    107:13 131:21 167:2
    197:22 206:20
**continuity** 99:14
**contract** 28:8,8,10
    30:16 31:9,13,14
**contribute** 175:2
**contributing** 77:19
**convergence** 142:22
    156:8
**conversation** 6:23
**copies** 135:7,10,12,13
    203:8
**copy** 44:21 48:11,14
    103:1 108:5 145:11
    145:14 171:12 172:2
    172:5,7,8,20,22
    173:3,10 176:9 200:3
    201:8 206:7 210:21
**cornea** 68:21 72:20
    92:9 96:9 111:6
    144:13 191:13 212:7
    213:10
**corneal** 73:20 79:19
    82:17 94:10 174:21
    188:18 216:15
**correct** 8:4 16:11 17:5
    19:17 23:11 24:10

25:4 26:20 38:19
    45:23 47:15,22 49:23
    50:1 51:8,15,16 61:6
    61:8,19 66:9 69:5,6,7
    69:10,11 71:9 73:1,7
    73:8,13 74:13,14
    75:5,6,13,14,23
    76:16 80:3 81:4,5,22
    81:23 84:3,5,8,21
    85:21 86:5,6,9,10
    88:8,9 90:5,13 91:14
    91:15,17,18 93:1
    96:17 97:21 99:22
    100:22,23 101:10,12
    101:13,16 103:6
    104:5,6 107:7,11,12
    107:19 109:8,11,12
    109:14,16,17,21,22
    110:7,22 111:3 113:6
    115:4,9,12 116:20,23
    117:1,4,13,14,17,22
    118:3,8 124:18
    125:19 126:5,6,9
    129:19,21 131:2,13
    133:4 134:7 136:18
    137:2,4,5,8 138:11
    138:13,17 139:10,11
    139:21,22 140:8
    141:3 142:5 145:2,20
    149:14,15 150:12,13
    151:1,2 152:12,13
    154:4 157:13,14
    158:7,11,12 159:23
    160:9,10,12 167:4,14
    169:18 170:10 175:6
    175:7 178:10,11
    180:16 182:3 187:7
    188:4,6,8 189:16
    190:13 191:2,3 192:3
    192:8,19 193:5,10
    194:10,21,22 196:1,2
    196:11 197:14,20,21
    198:1,2,6 205:3,16
    205:17,20 206:22,23
    208:1,4,22,23 209:1
    209:11 212:8,11
    213:9 217:9,10,12,22
    218:10 224:20
    225:15,19 226:1,2,4
    226:5,7,8,11,23
    228:8
**corrected** 137:13 146:9
    151:6 187:13 194:14
**correction** 138:7
    141:10 153:1,4,9
    165:20 174:8 180:9
    180:12,18 181:7
    184:12,23 207:15
**corrections** 19:9
**correctly** 54:13 111:11

116:9,14 118:21
    124:3,4
**cost** 29:5
**counsel** 3:7,16 4:9
    228:9,13
**count** 147:4 158:18,19
    168:1 184:3
**counties** 9:10 11:9
**country** 40:14 58:6,7
    58:12 88:1,20
**counts** 11:11
**County** 8:15,19 9:6,13
    9:13,14,14 227:10
**couple** 13:13 106:13
    120:1
**coupled** 189:18
**course** 39:4,8 40:4,5
    41:1 62:15 103:4
**courses** 17:16 39:9
    88:8,12
**court** 1:2 6:20 228:2
**cover** 35:21 60:15,16
    141:5,6,7,14,16,17
    142:1,3 155:20 165:2
    178:12,18 220:18
**covered** 25:20 91:20
    125:8 226:20
**covering** 25:11
**covers** 30:9
**Crawley** 7:19
**cross** 182:1,9,17,21
**cross-cylinder** 181:16
**CRR** 1:17 3:22 227:12
    228:19
**crud** 216:9
**crystal** 224:22
**cupping** 185:23
**cup-disk** 148:22
**cup-to-disk** 186:1
**current** 38:23 89:14,18
    90:10 106:17 122:6
**curriculum** 16:19
    17:14,15
**curvature** 147:15
    184:8,21
**cut** 98:12
**CYL** 152:20
**cylinder** 152:22 182:1
    182:9,17,21
**C-FTFC** 147:3
**C-R-A-W-L-E-Y** 7:20
**C/D** 169:5

---
                    **D**
**D** 109:13
**dad** 19:1
**daily** 162:17 164:8
    169:12
**damage** 61:19,21 62:2
    69:9,18 72:7,10

77:15,23 94:1 96:8,9
    101:1,10 102:6 129:5
    143:10 175:6,10
    179:14 189:2 226:11
**dangerous** 190:7
**dangerously** 128:1,12
**date** 12:11 42:4 45:20
    136:23 137:7 139:23
    155:13 170:7
**daughters** 10:23 11:3
**David** 1:9,14 2:5,17
    3:18 5:1,7,9 7:7
    227:15,22
**Davidson** 1:19 2:11
**Davis** 18:19
**day** 28:3 29:16,18
    30:21,23 31:10,12,12
    31:15 32:9,15 33:18
    33:19 34:3,4,9,9
    35:10 75:2 162:11
    177:12 203:17
    205:14 214:17
    222:19 228:15
**days** 31:8 34:14,16
    221:23
**deal** 6:10 39:9 61:21
**deals** 59:12
**dealt** 113:20
**death** 220:20
**decades** 37:12
**decide** 17:6 24:13 25:5
    29:1
**decided** 18:6
**decision** 98:6
**decreased** 140:10
    212:9
**deemed** 85:20
**defect** 141:23 143:9
    178:17,18
**defects** 144:12 226:19
**DEFENDANT** 2:9
**Defendants** 1:10 228:1
**define** 100:8 190:14
**defined** 66:13 218:17
**defines** 190:15
**definition** 53:2
**degeneration** 58:13
    61:2,5 64:6
**degenerative** 94:11
**degree** 16:21,22,23
    20:14
**degrees** 20:10
**demarcation** 134:6
**demo** 187:17
**demographics** 58:10
**demonstrated** 199:23
**demonstration** 207:18
**depend** 73:16,17,19
    76:13 80:18 95:1
    96:21 98:4,7 99:18

123:22 227:1
**depended** 28:6
**depending** 35:10 52:5
    53:5 58:9 92:8
    193:15 222:22
**depends** 55:8 78:4 85:4
    95:12 97:9 201:19
**depicts** 106:2
**DEPONENT** 227:6
**deposition** 1:14 3:17,20
    4:5,10,17 5:7,9,12
    6:1,2 69:19 109:19
    172:13 173:1,2
    211:11 225:23
    227:14
**depth** 63:16 146:18
    166:12 183:19
    215:15
**describe** 153:12 156:21
    181:9
**detachment** 64:9
**detachments** 188:22
**detailed** 81:15
**detect** 76:20
**detected** 199:23 208:2
    208:13 227:2
**determination** 54:3
    55:3 165:19
**determine** 62:4 77:5
    82:14 100:11 122:23
    145:18
**determined** 54:1
**determining** 77:10
**developments** 59:2
**device** 64:22
**diabetes** 36:15 189:5
**diabetic** 64:7
**diagnose** 35:18 37:14
    104:23 226:16
**diagnosing** 70:16
    215:19
**diagnosis** 39:6 40:22
    80:7 115:21 116:1,20
    197:23 208:21
    209:19 210:11
**diagram** 3:4,5 103:6
    104:4 105:19
**dictated** 28:10
**difference** 153:9
    184:16,20 205:12
**different** 40:15 50:14
    50:16 58:10 69:23
    71:4 91:3 93:6,18
    101:6 130:14 157:4,7
    168:2 216:4,11
    226:19
**digital** 78:11
**dilate** 185:5
**dilated** 92:2 97:14,14
    111:6 117:11

dilation 111:5
diligent 208:20
diminished 199:19
Diplomate 1:16 3:21
    227:12 228:19
directions 142:17,20
disagree 51:7,17 85:6
    111:15 124:5 125:1
    199:17
discern 122:21
discharged 23:12
discipline 36:19
discomfort 111:10
    116:7 118:9
discounted 15:10
discovery 5:18 51:2
discuss 204:2,9
discussed 42:1 102:5
discussing 204:6
discussion 25:23 38:11
    40:21,23 84:11
disease 69:4 73:6 80:8
    215:11 223:7,11
diseases 57:1 155:5
disk 118:19 120:20
dispensary 21:18
display 196:7
disregarded 214:3
dissect 199:1
disseminated 12:14
distance 19:8 138:5
    140:10 141:11 150:6
    154:1 163:23 174:4
    180:15
distortion 216:12
district 1:2,3 32:19,20
    228:2,3
districts 33:6
dividing 15:23
Division 1:4 228:4
doctor 12:11 34:23
    57:4 146:5 183:13
document 3:9 131:23
    132:1,11,17,20
    133:18 140:20 171:9
    217:3,21 220:3,5
documentation 131:22
    133:9
documented 133:10
    183:1
documenting 133:20
documents 171:18
doing 27:21 29:10
    73:14 126:19 139:16
    144:18 185:18
    190:19 196:2 210:3
    220:10,11
done 25:23 32:1 35:12
    48:19 50:20 53:4
    63:10 78:2,16 81:5

85:15 119:13,23
    120:2 129:6 133:10
    134:2,2,7 146:22
    148:4 166:20 167:16
    182:2,9,23 183:5,11
    183:15,15,16 190:17
    201:18,21 202:20
    203:18 204:12
    208:14 209:14
    218:11 227:2,4
door 68:20 69:3
double 70:12 71:3,6,17
doubt 195:9
down 6:20 13:22 14:4
    15:7 16:3 21:2 32:13
    32:17 33:12,15 42:14
    42:16 56:8 57:7
    60:20 66:18 79:22
    92:17 99:8 113:12
    116:18 118:15
    132:20 133:21 139:6
    142:14 145:4 146:15
    162:10 177:23 183:9
    189:12 202:5,16,17
    212:2 213:22 214:9
    214:11 216:7
Dr 3:11 5:7,8,21 7:6
    45:12 51:6 66:14
    102:21 106:15,22
    107:2 108:11 109:13
    120:4 131:21 200:4
    206:21 223:14 224:6
drawer 182:18
drawn 9:9
drop 185:5
drug 140:14 164:21,22
    178:7
drugs 37:22 155:3
DS 186:13
due 93:12 96:23
duly 5:2 227:16
during 27:22 28:12,16
    45:21 46:13,20 47:10
    54:10 83:7 162:10
duties 219:23
duty 107:3,18 208:20
    209:7,10,12 223:8,11
    225:17

_____ E _____

each 32:14 49:9 62:17
    62:18
earlier 13:12 41:3,13
    44:16 64:7 75:9 80:1
    80:20 84:11 96:13
    97:10 101:9 107:9
    109:18 120:1 123:3,8
    125:17 160:8 189:14
    190:23 196:14
    203:11 222:16

early 17:10 20:2,4,7
    22:16 39:19 40:10,21
easiest 32:11
Eastern 1:4 228:4
edge 176:7
Edition 109:11
education 39:1,4 88:7
    88:12 89:1 90:9
    107:11,13 197:23
effect 33:2 41:14 51:2
    200:1
effects 62:1
eight 41:16 162:11,18
    164:8 179:5
either 4:7,12 22:12
    25:20 33:12 39:19
    57:16 70:6 171:16
    205:20
elevated 92:19 93:3
    95:20,22 96:16 97:21
    98:2
elevates 162:5
elevation 95:12
eliminate 190:9 215:10
Emedicine 213:5
emergencies 219:13
emergency 94:13
    100:22 196:16 197:1
employee 28:3
employing 91:8
empty 19:3
enable 37:13
end 30:21 38:12 100:5
    100:15 198:22
    222:19
ended 223:22
endurance 6:17
enjoys 86:13,14
enough 20:4 25:13,16
    74:19 204:8
enter 218:19
entered 17:17 18:1
    21:5
entire 30:4 104:3 195:2
entirety 49:3
entries 201:3
entry 149:7 151:15
    201:7 203:6
episodes 175:1
equally 143:6 165:12
    179:9
equipment 37:10 91:12
    179:18 197:4,9,13,16
error 36:1 54:4 55:4
    62:5,22 63:2,3 72:19
    79:18,19 188:17
    195:23 207:13
    216:16
et 1:9 227:23
ethnicity 77:3

evaluate 68:6
evaluation 54:4,5 63:8
    68:5 118:19 120:21
    126:13
even 114:22 120:7,11
    127:3,5,22,23 128:11
    168:11 219:6
evening 34:2 42:15
events 224:9,12
eventually 18:8
ever 6:1 22:23 28:13
    33:8 42:6,8 44:10
    45:15 48:16 56:21
    69:12 72:22 74:23
    86:11 129:6 133:8,12
    197:9 202:20 220:23
every 32:15,16,21 33:1
    34:3 40:10,13 53:4
    58:22 60:16 68:19
    69:3 75:2 95:5
    107:11 115:6 119:14
    167:8 177:12 182:19
    183:5 197:12 198:10
    199:10
everybody 35:14 74:1
    74:7 148:4 182:10
everyone 106:6 134:2,3
everything 6:19 132:11
    144:14 154:22 159:9
    161:13 187:20 213:4
    217:11
evidence 4:6
exact 26:13 27:8
exactly 34:22 180:7
    210:2 220:22
exam 22:17 53:20,21
    54:2,11,19,23 56:9
    56:15 57:15 62:19
    81:2,6 83:8,20 85:13
    114:14 115:1,6
    122:15 132:16,18
    139:23 140:5 148:11
    153:11 155:8 159:4
    161:2 164:5,10 168:4
    175:14 176:20,22
    177:1 185:7 191:16
    205:19,21
examination 2:16 5:5
    53:22 63:9 112:3,6
    112:10,19 113:2,4
    118:17 119:21
    124:14 190:12 228:9
examinations 120:5
examine 35:1,2 69:15
    75:9 78:5 81:3
    103:10,14 104:14
    119:2,8 226:3
examining 36:6 78:13
    168:21
examples 64:3

exams 14:13 132:19
    195:4
except 30:5 31:5
    207:12
excuse 83:6
exhibit 3:1 43:8,9 66:3
    102:18,19 105:15,18
    108:2,9,12 134:16,19
    136:1 140:21 171:10
    171:20 173:3 206:19
    210:18 211:10,13,15
    216:22 217:2
EXHIBITS 3:2
existing 57:9,13
expansion 37:5
expect 52:23 87:14
    91:3 184:12
experiences 113:19
expert 110:1 224:1
expertise 84:3 197:3
explain 49:5 133:22
    138:23 143:11
    156:23 168:4
explained 5:22
explore 56:5
expressing 177:20
EXT 155:22
extensive 81:15
external 54:6 68:5,7
    142:7,10 156:1 165:4
    178:19
extra 71:7,14,21 72:11
    72:13 205:1,1
extremely 106:9
    157:10
eye 3:4,5,9 13:20 14:13
    21:17 28:20 35:16
    53:20,21 54:2,6,11
    54:19,23 57:1 63:4
    63:23 68:5,7 69:4,22
    70:14,17,18 71:8,18
    73:6 75:4 76:23
    77:18 78:6,14 80:7
    81:4,6,11,16,17,18
    83:8,20 84:3,7 85:13
    91:9 92:1,2,4,23 94:9
    94:9 103:5,6,14,21
    104:4,10,14,18,20
    105:3,8 106:3,3
    107:16 116:6,8 117:8
    117:12 120:15 125:5
    125:13 126:9 138:12
    139:3,5,8 141:18,18
    142:12,13 144:3,4,12
    144:22,22 145:11
    147:6,6,16,18,18,23
    148:7 150:8,9 152:12
    153:12 155:4,8 156:1
    156:22,22 157:6,12
    157:15 158:17,18,18

May 15, 2007

Deposition of David Bazemore

Page 6

159:1 161:13 162:4,5
164:10 165:14,15
168:2,2 169:21
173:14 174:6,7,12
175:14,22 176:6,18
177:1,4 179:21 180:2
180:6,8,10,11,12,16
181:1,2,3,5,8 184:8
184:15,18,20 185:17
187:12,14 188:1
189:4,20 190:18
191:11 194:3,6,9,18
194:19 195:17 198:4
199:16,21 205:10
207:10,13,15 208:16
215:13 223:7,11
224:16 226:3
eyeglasses 137:18
eyes 35:1,2,4,7 36:7,9
56:22 63:12,14 68:9
75:9 129:16 141:9,20
142:9,17,23 144:8,16
145:9 147:9 148:15
148:16,18 149:5
150:4 153:19 161:3,4
161:7,9 164:11 165:6
168:8,8,17 169:5,9
169:20 178:20 184:4
185:10,11 186:9,20
187:2 192:11 194:18
226:3
E3 161:6 185:22

_____
F
fact 99:8 107:6 110:5
133:3 137:1 138:1
157:15 172:11 179:2
182:13 203:12
factors 77:3
faculty 88:17
faded 171:12
failed 170:9
failure 49:21 50:4,9
53:12 54:9,12 83:5,6
83:8
faintly 171:13
fair 16:2 39:21 52:17
53:1 61:3,14 66:6
81:8,13 88:3 153:23
220:7
fairly 135:5 177:8
fall 16:17 17:2 21:6
26:23 178:2
familial 165:1 178:9
familiar 80:6
familiarity 121:6
familiarize 108:15
family 8:15 56:23 57:2
72:12 77:2 155:6
220:20

family's 225:16
fan 19:2,2
far 20:1,12 47:18 49:9
59:11 77:7 79:23
131:22 136:21 140:5
141:12 142:23
144:18 152:18
167:12 170:10,12,13
174:18 188:13 195:9
199:20 201:21
217:23
favored 70:22
February 26:21 218:6
federal 3:19 5:20
feel 6:14 182:6
feels 176:7,8
fees 30:22 223:3
felt 26:1
few 45:15 48:15 215:1
225:22
field 18:4 36:19 59:3
77:20 82:9 89:15
101:16,17 106:18
110:1,4,10 118:20
122:14 158:15
fields 156:6 215:18
fifth 140:19 171:9
figure 209:12
filed 45:19 47:19
filing 4:10,14
fill 55:10,22 57:17
207:1,7
film 175:22 176:8,14
177:19 178:1 189:20
194:18 198:3
find 26:1 27:5 77:9
121:20 124:1 174:15
197:2,9 199:22
220:12
finding 147:17
findings 74:19 145:22
148:21 185:8 191:7,9
191:16 201:15 208:8
fine 45:7 48:9 102:3
108:18 115:14 159:9
173:4 186:9 204:21
211:12,14
finger 104:3 147:4
158:18,19 168:1
184:2
finish 5:15 202:20
finished 44:5,7 211:20
211:21
FIRM 2:5
first 5:2 12:21 18:13
21:1,11 22:17 25:18
29:16 37:16 38:20
44:12 55:20 57:18
70:12 73:17 78:18,23

79:14,16 81:3 99:4
107:8 108:14 110:18
115:22 119:4 126:12
135:4,17,18 136:2
144:7 161:19 171:7
207:3 211:5,22
213:23 225:22
227:16
fit 74:7 162:16
fits 162:23
five 15:18 16:2 27:12
27:16 34:15,16 39:4
59:19 169:7 179:5
186:14,15
fixed 35:14
flashlight 68:10
flexible 222:23
flip 182:18
flying 166:20
focus 104:20 156:18
focusing 63:5
folks 88:14
follow 208:6
follows 5:4
football 19:2
foregoing 228:7
foreign 177:3
forget 127:13
forgive 104:8
form 4:3 6:12 37:7 43:4
46:1 49:7 50:5 55:12
67:12 71:10 76:2
81:12 83:2 85:22
87:8 88:21 89:22
90:14,20 100:7
106:20 110:12
115:10 121:5,7,7,9
122:11 124:8 125:7
125:20 133:11 160:7
171:21 191:21 192:4
195:18 196:17 197:5
199:15 205:4 206:22
209:21 213:18 215:5
220:2,16 224:13
225:5 226:13
formalities 5:16
former 55:9
forms 57:13
forth 37:19
fortunate 20:4
forward 91:21
found 25:7,13 44:18
84:14,15 124:1
153:18 207:12
210:20
foundation 199:9
four 10:23 11:3 41:20
85:14 135:4,18 136:2
159:16,21 160:3,11
160:15 162:11

168:15 179:5 185:10
195:21,22
fourth 109:11 136:11
four-year 20:9 21:8
fovea 148:22 161:7
169:7 186:19
free 6:14 31:23 221:9
frequency 79:23
freshman 17:3 18:21
friend 223:17
from 3:9 7:21 9:9 13:9
15:21 16:21,22 17:23
23:12 29:9 31:1,12
32:18 34:9,19 44:13
45:1,1 48:4 52:23
58:9 61:12 63:5 67:1
70:11 77:15 95:8
96:9 99:14 108:6
135:14,21 145:23
146:15 148:6 152:2
164:4 170:23 171:4
174:13 193:14 194:9
195:9 207:14 209:16
213:5,5 220:18,19
front 56:1,9 77:18
109:6 142:13 147:15
148:6 158:23 184:8
186:13 201:19
full 7:5 17:21 35:19
68:15 81:6 113:9
126:12 142:19 147:4
156:6 158:18,19
165:8 168:1 178:22
193:11 218:18
functioning 197:4
further 4:8,15 68:4
118:6 128:1,12,14
227:6 228:12
future 116:3 117:4
224:19
fuzziness 177:18
fuzzy 144:15

_____
G
G 1:16 3:21 227:11
228:18
games 18:23
gave 11:22 162:19
gaze 156:6
general 36:14 50:18
56:19 57:3 134:10
148:23 155:1 161:8
164:16 169:8 178:10
186:19 189:6
generally 53:16 154:9
204:7 205:7
Georgia 2:7
gets 33:15 95:5
getting 55:7 81:6
194:20 199:21

201:21
give 7:5 12:14 14:16
15:1 18:4 20:15 42:4
43:15 82:8 83:14,16
93:20 108:4 114:3
177:10 199:4 200:5
221:12 222:6,8,17
given 6:1 7:2 30:21
39:10 41:19 55:13
131:23 200:10,20
203:12 207:19 224:1
gives 33:11
giving 74:10 222:14
glad 6:15,17 51:3
135:13 172:3,4 173:9
210:20
glasses 53:23 82:15
138:1 139:17 144:19
145:18 150:6 151:9
151:11,14 154:10
155:16,17 169:13
170:2 174:8,19 180:5
182:10,11 188:2
200:2 201:22 207:18
glaucoma 36:10 39:6
39:12 40:23 41:19
42:1 54:7 58:19 61:3
61:5,11,15,18,20
67:6 68:17 69:4
70:16 72:6,12,15
73:1,6,9,14 74:21
75:15 76:1,16,19,20
78:22 79:11,22 80:3
80:4 81:22 84:5
91:23 92:12,20,23
93:5,7,9,21 94:13,20
95:4,6,7,11,19 96:2,5
96:14,15,20 97:4,6,8
97:19 98:1 99:7,16
99:18,19 100:3,5,12
100:14,21 101:4,8,23
102:1,2,7,10 103:12
103:18,22 104:16,22
106:7 108:22 110:10
110:20 111:17,22
113:17 114:6,16
115:3,5,9,19 116:5
116:19 117:7,16
118:7 119:3,9,22
122:17,19 124:16
125:17 126:5,6,7
129:17 130:20 131:3
131:12 175:6 188:11
188:12,13 189:16
190:3,7,15,22 191:8
195:12 196:15 198:1
198:5 199:13,16
204:23 205:6,9
208:17 209:8,9,13,15

209:19,23 212:6,19
213:14,15 215:11,19
216:14 226:4,7,10,14
**glaukomflecken** 64:13
66:8,11,13 67:4
**go** 8:5 17:6 18:8 19:5
20:10 33:12 40:10
42:14 44:6 45:6 49:2
55:6 56:2 57:7 60:18
77:7 89:5,7 97:7
100:19 102:15 109:2
128:8,18 129:5 136:9
136:11 144:13
150:22 166:13
173:12 181:21
196:12 199:1,5,11
207:5 213:4 217:13
219:5 220:11
**goal** 17:18 107:4
**goals** 52:9,15
**goes** 33:15 61:15 95:20
102:8 131:22 162:10
**going** 8:23 9:5 17:20
19:14 24:16 25:12,15
26:1 30:6 41:21 43:8
45:5,8 46:3,17 50:21
51:1 53:9 56:2,5,6
65:2 67:4 68:4 80:4
91:19 92:5 94:15,17
100:17 102:16,17,22
105:17 108:1,3,4
109:1 110:19 115:22
122:19,20,23 123:5,6
124:23 128:18
132:17 133:18
134:18 135:8 146:23
153:11 160:2 163:7
175:20 179:2 189:7
198:8,8 200:12
201:20 206:12 210:2
210:17 211:2,8,9,17
213:3,21 214:6
216:11 217:1,3
**Goldmann** 70:4,6 80:9
80:16 121:4 122:8
162:6 170:19,19
196:13 203:18
210:10,13
**Goldmann's** 188:5
195:15 203:15 204:9
204:19 214:20
**gone** 48:16 174:13
180:9 181:7 194:8
201:13,14 226:20
**gonio** 78:8
**gonioscope** 120:16,18
**gonioscopy** 69:12,14
78:15,16,19 79:4
81:7,9,14 112:4,20
113:5 118:19 119:19

120:6 123:3,7,10,12
123:20 124:6,17
125:4,10,16 126:15
127:10,16 129:7
170:15 188:8 191:1,4
206:4 209:18 210:7
214:22
**good** 17:8 19:16 48:10
83:22 85:16,21 86:14
91:11 96:3 157:12,15
172:10,18 178:10
179:3 181:8 187:21
203:21 204:8 209:5
209:11
**goodness** 59:10
**Google** 213:1
**gotten** 173:15,20 205:8
**governing** 48:7
**Grace** 10:9 11:4
**grade** 19:9 148:14
159:8,10 160:17,20
168:15 185:10
**grades** 18:13 19:16
**graduate** 16:12
**graduated** 22:8,10,14
23:9 37:19 67:1
**graduation** 21:10,12
**gray-white** 67:7
**Great** 51:5
**greater** 83:16
**greatly** 29:8
**grounds** 103:16
**growing** 19:1
**guess** 22:14 30:10
58:16 65:14 76:8
118:4 121:14 201:1
**Gunn** 143:8 165:13
179:12
**gymnasium** 19:3
**G-L-A-U-K-O-M-F-...**
65:3,8

**H**

**H** 176:14
**habitual** 137:13 139:14
151:9
**half** 28:23 34:16 83:11
143:16,20 148:14
157:7,9,20 159:8
160:16,19 165:22
**halos** 72:14 73:11 74:3
79:10,19 98:17 111:8
118:2 175:23 177:7
177:18 189:15,21
194:19 198:4 210:6
212:12 213:7 215:21
**hand** 102:22 105:17
134:18 179:17 200:7
217:1
**handing** 45:14 108:11

**handle** 178:17
**hands** 33:13
**hand-held** 149:11
**happen** 6:6 93:19
102:8 219:9
**happened** 100:1
**happens** 162:1
**hard** 103:2
**harm** 101:2,21
**harmful** 102:9
**hate** 15:21
**having** 5:2 53:8 56:15
56:17 63:16 74:8
77:15 94:19 99:7
106:8 123:13 140:5
155:4 156:19 160:13
160:14 190:15
198:23 205:6 207:21
226:16
**hazy** 144:15
**head** 12:3 13:9 14:4
15:7 16:3 60:20
66:18 73:18 92:17
96:8 177:23
**headache** 116:8 118:11
**headaches** 74:3 79:10
98:17
**headlight** 216:10,13
**health** 36:2,5,8,14 37:1
54:5 56:19 57:3 68:5
68:7 85:21 86:16
87:6 153:12 155:1
157:13,16 164:16
178:10 181:10,11
189:6 213:5
**healthy** 153:19
**hear** 177:11
**heard** 133:8,12,14
**Heather** 10:19 11:4
**held** 19:11 166:3
**helicopters** 166:21
**help** 32:11 132:6 144:1
223:5
**helpful** 221:11
**helping** 24:15 28:19
**helps** 14:9 68:3 142:1
**her** 7:18,23 8:14,23 9:3
9:6,18,19,23 10:1
**hereto** 4:13,16
**Herrick** 127:18 168:20
206:3
**hesitant** 58:21
**hey** 220:12
**high** 8:2,6,7,10 16:10
16:15,15 19:10 87:6
88:12,18 92:5 94:15
94:21,22 96:10 97:2
97:7 98:19 106:9
114:12,22 161:21
**higher** 162:8

**Hillary** 8:22 10:4
**him** 12:3 46:12,15,17
47:2,3,6,7,8 65:6,21
65:22 66:21 67:13
76:7 87:1 91:3
100:19 106:21
108:23 109:3,4,19,23
110:3 121:12 135:8
139:2 146:21 151:6
155:4 162:19 168:13
190:14 199:23 200:6
200:7,10,16 205:6
207:19,21,22,23
208:6 209:22 210:2,3
210:23 211:3 223:13
223:18,20
**history** 54:3 55:1,7,14
56:8,11,23 57:10,20
72:12 77:2 94:19
95:4 112:3,20 113:4
113:11,15,22 114:3,5
118:18 119:1,5,8
139:20,21 140:23
141:1 154:21 155:4
164:23 171:16,23
178:8,9 194:17 195:2
206:8
**hit** 216:8
**hold** 65:12 182:18
**home** 99:17,20
**homework** 121:20,23
122:2
**honesty** 200:18
**honorable** 23:14
**Hopefully** 116:21
**horrible** 87:2
**hospital** 21:18
**hour** 42:17 45:6 83:11
200:13
**hours** 28:5,11,14 31:10
31:11,15,20 34:17,21
38:10 41:20,20
162:18 215:1
**human** 103:5,6 104:10
**Hunkeler** 3:9
**husband** 11:11
**HX** 139:21
**hyphema** 189:3

**I**

**idea** 15:1 18:1 27:6
176:12
**identification** 43:10
102:20 105:16
108:10 134:17
211:16 216:23
**identify** 57:21
**identifying** 136:23
137:7,10
**illness** 220:20

**image** 216:12
**IMD** 213:5
**immediately** 16:15
200:5
**IMP** 169:17
**implementation** 226:23
**important** 6:19 61:10
63:13 70:14 132:5
**impression** 169:17
187:8
**improper** 51:2
**inability** 6:7
**inaccurate** 105:12
**incident** 189:1
**include** 53:17,21 54:2
54:23 55:3 84:5
96:23 98:17 112:6,10
113:4 116:5 117:7
124:17
**included** 120:4
**includes** 101:14
**incorporated** 145:21
**increase** 110:23 184:21
216:16
**independent** 30:16
**INDEX** 2:16 3:1
**indicate** 179:13 208:14
**indicated** 75:22 88:6
104:2 154:3 182:6
197:22 208:9
**indication** 191:6
195:19 204:14 210:9
**indirect** 148:1 149:11
**individual** 74:8 75:8
78:4
**infections** 56:22
**inflammatory** 189:10
**information** 74:9,12
89:15,19 90:8 106:18
107:16,19 128:1,12
128:14 137:10
212:16,17 213:12
214:4
**initial** 71:19
**initially** 22:2
**injuries** 56:21
**injury** 174:21 209:9,16
**input** 74:9,11
**inside** 69:22 94:8 149:5
161:12
**instance** 32:10 52:4
**instances** 116:17
**Institute** 3:9
**instruction** 88:11
**instructor** 110:3
**instructors** 88:14,18
**instrument** 78:9
125:11,14 127:3
144:9 149:11 179:15
182:15 183:3,12

Deposition of David Bazemore

May 15, 2007

Page 8

196:7
**instruments** 62:6
  120:10,15,17 126:22
**intend** 11:3 103:1
**intended** 8:9 50:23
  58:17
**intent** 121:14
**interaction** 33:8
**interest** 19:11
**interested** 17:9 20:21
  67:19 228:14
**interesting** 18:4,12
**interferes** 216:6
**internet** 3:10 45:1,23
  48:13,17 49:2,13
  210:20 212:20 214:1
**interpose** 50:11
**interpret** 82:19 140:4
  144:5 154:22 155:10
  161:10 163:16 174:1
**interrogatory** 8:1
**intervention** 129:15
  130:21
**intraocular** 70:18 71:8
  71:16 76:1 111:3
  114:13,23 195:16
  205:3,15
**introduced** 4:11
**involve** 73:14
**involved** 39:12 128:6
**involves** 129:20
**IO** 147:22
**IOP** 111:1,2
**iris** 68:21 94:10
**iritis** 189:10
**irreversible** 69:9
**Island** 21:19
**items** 171:4

_____ J _____

**January** 47:19
**Jimmy** 66:17 109:13
**job** 23:16 199:21 215:9
  225:21
**jobs** 223:4
**join** 26:18 29:1
**joined** 26:9
**journal** 59:8
**Joy** 7:19
**judgment** 197:11
**July** 22:12
**June** 22:15,16
**junior** 7:8
**jury** 9:9
**just** 6:14 8:13 11:10
  19:10 23:22 27:4
  31:4 36:9 43:11,20
  45:13,21 46:4 48:15
  49:1 52:22 53:9
  57:17 58:3 63:11

65:18,22 67:7,13,18
68:14 75:2 76:7 78:9
82:10,18,22 85:7,19
90:21 91:7,19 93:14
94:4 95:10 96:11
97:1,16 98:13 102:23
103:2 105:4,10 109:3
114:12 115:21
116:12,13,15 126:18
128:4,15 130:3 131:6
131:7 132:11 134:3
134:10,12,20 135:16
136:9,20,22 139:16
144:1 145:10 152:1
154:11,21 160:1
163:16,17 166:8
168:6 171:22 172:21
173:5 174:2,15
177:20 181:12 184:7
185:5,21 191:10
193:12,23 196:11
197:12 202:11 203:8
203:18 204:20
206:12,16,17 208:5
210:17,19,22 211:2
211:17,21 212:1,16
216:12 217:4,19
218:11 220:7,10,11

_____ K _____

**keep** 45:8 48:14 59:2
  61:12 107:15 108:3
  189:7 198:8
**keeps** 63:4
**keratometry** 147:13
  158:21 166:22 167:2
  171:2 184:5
**key** 219:10,12
**kin** 228:12
**kind** 19:11 36:5 49:5
  56:16 57:10,23 58:2
  58:3 69:18 77:16
  93:10,11,11 94:22
  97:9 111:19 132:13
  137:9 157:8 191:23
  212:15,17 216:9
  217:4 222:7 227:1
**kinds** 93:6,8 130:14
  210:15 216:11
**kit** 162:19
**knew** 166:4 203:13
**know** 6:14 9:1,8 11:2
  11:11 14:17,17 15:16
  21:10 26:23 31:15
  35:21,22 36:16,17
  37:14 40:16 42:13
  45:18 47:12,20 52:3
  52:14 53:7 58:4,20
  63:16 64:18 65:4,12
  65:15 66:17 71:1

76:5,10 78:1 79:21
82:13,16 87:4,9,11
96:6 98:13,13,14
99:23 108:20 127:5
130:16 132:3 140:22
150:19 159:5 167:18
170:11,12,13 174:23
179:7 182:14 183:11
183:14 186:16 187:4
189:11 193:18
197:16 198:13
200:15 204:5 205:7
206:14 210:1 211:20
217:16 219:7 220:13
220:17 221:3,11
223:14 226:6
**knowing** 66:10 195:11
  195:13
**knowledge** 11:5 32:6
  91:4 110:13 133:5
  218:7
**known** 178:7 189:9
**knows** 76:8
**Kyle** 1:6 2:14 5:10,23
  135:22 136:3,17,23
  150:5 151:1 189:23
  192:11 193:5 199:13
  199:18 200:3 203:6
  203:14 204:10 207:1
  207:9 209:20 213:15
  214:13 215:10
  227:19
**Kyle's** 153:12 193:4,8
  200:23 201:11 215:8

_____ L _____

**lagging** 90:12
**laid** 199:9
**lamp** 78:7,8,14 79:1,8
  81:1 123:2,6 125:10
  127:17,20 148:11
  149:10 159:4 161:2
  168:4,21 185:7
  186:22 190:20
  191:16 205:19,21
  206:3
**Large** 1:18 227:13
  228:20
**larger** 77:14 168:11
**laser** 128:20
**lashes** 142:12
**last** 10:1,10 12:4 13:13
  15:15 16:6 39:4,11
  43:23 83:4,11 86:8
  89:3 127:4 139:23
  140:10 155:8,9,11,13
  155:15 156:11
  164:10 168:12 174:8
  174:10 175:14 180:7
  221:19 223:20

**late** 22:12 33:19 34:7
  201:3
**lately** 86:2
**later** 33:21 66:3,5
**latest** 34:10 107:15
**latter** 39:13,17 40:7,9
  40:20
**laughing** 64:16
**law** 1:18 2:5,6,11 38:8
**lawful** 218:20
**lawyer** 210:21
**lawyers** 219:7
**layman** 212:19
**layman's** 139:1
**lays** 84:20
**Lazenby** 12:9
**lead** 175:8,10
**leaders** 58:19
**leading** 58:4,12,15,18
  61:1
**leakage** 189:3
**leased** 219:1
**least** 15:5,14 51:21
  136:1 195:11,22
  215:1
**leave** 24:13 25:5,12,16
  26:3 34:4
**leaves** 202:9,21
**lectures** 39:12
**led** 196:7 224:9
**Lee** 2:10 8:15,19 9:6,14
**left** 26:8,11 27:1 137:3
  137:3 139:8 144:4,22
  145:11 147:6,18
  149:23 150:9 156:22
  157:6 158:18 164:1
  165:14 168:2 173:2
  174:7,21 180:6 181:2
  181:4 200:4 202:1
  203:7 207:13
**left-hand** 147:12 149:7
  151:15 174:5 184:16
**lens** 67:8,23 68:23 78:8
  143:21 144:13 148:1
  152:18 157:22
  162:16,23 174:10
  187:16,19 207:17
**lenses** 53:23 62:11
  143:17,18 146:9
  149:6 154:15,20
  162:14,20 164:4,13
  164:15 169:12 170:1
  181:22 182:16
**less** 37:2 53:15 62:13
  192:17
**let** 5:15 6:14 43:7 48:9
  50:11 53:9 58:3 63:1
  65:2 72:22 83:1
  86:20 88:15 91:1
  97:3 100:19 101:6

103:15 106:13 109:9
122:4 128:15 132:13
133:16 171:22
206:20 216:6 217:1
**letter** 138:18 139:10
**let's** 8:13 45:10 55:6,20
  57:7 59:10 68:16
  91:7 98:23 102:15
  113:7 114:9,11
  115:16 116:18
  118:15 120:6,7
  127:13 150:22
  163:10 173:5,12
  181:12 184:13
  191:23 193:23
  206:16 216:6 220:10
**level** 20:6 87:14
**license** 3:11 37:18,20
  37:21 38:1,2,5,15
  197:20 217:8,22
**licensed** 21:20 22:20,23
  37:23 38:4 197:19
  218:19 219:21 222:1
**licensee** 53:14 221:22
  222:12
**licensor** 218:16 221:21
**lids** 142:12 148:16
  161:3,23 168:8
  185:10 192:12
**lies** 225:3
**life** 86:5
**light** 63:5 111:7,9
  143:6 144:10 165:12
  179:9,16 180:1
**lights** 72:14 73:12 74:3
  79:11 98:18 116:7
  117:21 118:2 176:1
  177:18 189:15,21
  194:19 198:5 210:7
  212:12 213:7 215:22
**like** 7:8 10:16 11:12
  13:6 20:20 26:1 29:9
  31:4 41:8 42:14 53:8
  67:10 72:13 73:20
  74:18 77:11 80:20
  85:11 96:10 97:10
  105:8 110:15 113:8
  120:10 126:11,20
  129:12 134:5 136:9
  136:12 140:16 141:5
  144:4 145:11,12
  146:1 147:1 150:16
  155:8 157:18,21
  159:2 163:6 169:10
  172:17 173:15 176:7
  176:14 177:10 179:6
  186:10 187:12
  196:11 202:1 203:19
  206:7 207:6 208:1
  213:2 215:11 219:23

221:4 224:7
limbus 111:5
limited 53:18 99:7
limiting 146:12
limits 142:9 148:16
  161:3 164:18 165:6
  178:20
line 85:14 136:22
  138:18,20 141:4
  142:21 145:4 146:16
  151:19 181:4,5
Lion's 13:8,20,23
list 57:8 64:11 79:17,23
  82:22 99:8 111:20,21
  120:5 189:5
listed 59:19 83:19
  111:16 112:15,16
literature 80:6 86:11
  122:6 215:2
little 33:10 68:10 72:10
  82:9 92:9 141:16
  146:10 154:1 162:10
  165:21 168:11
live 10:13 11:17
lived 7:12 86:4
lives 7:16 9:17,22 12:2
living 27:21
local 42:14
located 23:21 116:8
location 25:11 105:23
locations 25:9,19 26:5
  29:6
locked 219:6
long 7:12 12:22 22:10
  24:1 25:1 26:8 27:6
  42:19 52:16 56:13
  64:10,10,10,10,11
  92:8 201:17,19 202:8
longer 25:22
longest 201:23 202:3,4
look 14:18 31:14,17
  35:4 41:6 49:16
  63:22 67:11 68:9,10
  68:11,19,20,21,22,23
  69:2 72:8 77:12,14
  77:14,16 79:15,16
  82:15,16 94:2 96:11
  100:19 102:23
  103:22 108:14 109:5
  110:15 113:7,8
  115:16 126:11 131:7
  143:1 148:8 149:9,9
  149:10 163:7,10
  167:8 184:14 205:23
  212:2 216:10 218:14
looked 29:3 45:22
  105:1 147:23 161:12
  161:13 187:21
  193:18,20 195:6,10
  212:23 215:13

looking 13:5 15:4,22
  18:11 35:6,8,20
  43:23 44:9 49:4 58:1
  61:4 62:22 64:1,23
  67:23 68:1,13,18
  69:17,18 76:23 123:2
  136:10,15,21 141:12
  141:13 142:11 148:6
  149:5 183:13 184:14
  186:11 190:18 195:3
  217:19 218:2
looks 57:16 67:20
  141:5 144:4 145:12
  146:1 147:1 150:16
  155:8 157:18,21
  169:10 173:15
  176:13 185:16
  186:10 187:12
lose 20:1
loss 61:13 77:22 84:8
  101:1,12,14,15 102:7
  157:8 175:2,9,10
  180:17 194:2,5,11,13
  224:10
lot 37:2,10 72:3,3,20
  78:1 82:7 96:6 97:15
  167:7 174:23 188:18
low 87:6 190:5
lower 162:7
lunch 131:20

_____
          M

M 185:3
MA 146:2
Macon 9:13
macula 79:20
macular 58:13 61:2,5
  64:6
made 4:4 17:6 18:16
  24:13 25:5 29:1
  89:16,20 90:8 143:21
  166:4 200:9,19,22
  201:3 203:6
maiden 7:19
main 2:7 125:9
mainly 35:23 182:2
mainstays 76:21
major 180:17 184:19
  185:17
majority 160:2
make 12:13 13:10
  14:23 15:2 49:16
  71:21 96:1,4 114:18
  135:13 157:22 172:4
  173:10 177:16
  197:13 201:10,11,13
  201:23 204:6 206:18
  210:18 211:10,13
  217:19 218:2
makes 77:13

making 19:16 25:19
  91:20 178:5 201:5
male 137:1
mall 24:7,8 28:2
man 121:22
manage 61:12 95:11,13
managed 95:7,19 99:16
  99:20 117:2
management 59:9,14
  60:5 116:2,23 129:14
  130:13,15
manager 32:19,20 33:5
  33:9,14 219:12
manner 4:12 228:14
many 19:2 21:6 24:20
  28:5 31:11,15 34:14
  34:17 42:3 48:19
  193:16
marathon 6:16
March 136:14 151:21
  152:2 153:11,15,17
  200:5 207:6
Marcus 143:8 165:13
  179:12
mark 43:8 102:16
  104:13 105:17 108:1
  140:13 143:12 217:2
marked 43:9 102:19
  105:15 108:9,12
  134:16,18 140:20
  159:6 211:15 216:22
marking 133:2 147:20
  165:21
markings 163:17
  185:19
marriage 8:13 9:6,12
  11:9
marry 19:12
materials 41:2 42:9
Matt 2:10 108:5
matter 105:9 209:7
  227:18
matters 10:22
may 1:20 3:20 4:4,5,11
  9:9 22:14 35:13
  36:15 42:20 50:14
  58:17 61:11 63:18
  64:6 68:17 72:8
  100:14 104:11 122:3
  128:16 134:3 189:23
  199:3 210:17 215:10
  228:6,15
maybe 13:12 25:3
  27:16 28:22 171:15
Mayo 213:1
McLure 7:11
mean 14:19 20:8 25:8
  25:16 33:19 41:1
  45:4 49:5 52:14,19
  60:15 64:9 70:18

82:13 91:1 92:4
  100:8,9 103:19 107:1
  107:9 110:5 114:15
  115:2 130:7,16
  137:14 138:4,19
  139:13 143:14
  147:21,22 152:14,17
  153:3,7 154:18
  159:10 161:11 166:1
  170:5,10 175:4
  177:10 179:5 180:22
  194:1 197:9,16
  216:14 217:12
  219:22 220:3,23
  224:19
means 6:21 7:1 35:3
  63:3 97:1 111:2
  138:23 139:2 142:19
  143:16,20 147:22
  151:9 155:11 156:21
  161:12 166:2 174:2
  181:3 187:18
meant 118:5 172:23
measure 157:11 185:15
  195:16 205:15
measured 168:20
measures 69:22 147:15
  158:23
Measuring 190:17
media 144:12
medical 13:20 14:8,11
  14:12 17:13 18:8
  28:20 56:9 57:4,15
  61:23 80:14 85:17
  100:18,21 101:20
  125:18 128:19 129:3
  130:22 133:9 134:13
  135:4,21 196:15
  224:18
medications 57:5 97:13
  140:14 164:19 178:6
medicine 13:21 56:18
  56:20 57:6 155:2
meet 32:20 33:3 49:21
  50:4,9 53:12 54:12
  83:8
member 12:17,22 13:3
  13:14,23
mentioned 11:10 12:3
  13:13 19:4 41:3
  44:15 120:1,11 171:5
Mercy 13:20 14:8,12
meridian 184:22
Merle 9:19
meshwork 93:22 94:1
  94:12
met 5:8 7:23 224:21
method 70:21 73:15
  81:2,3 127:16,19
  133:20 168:20 206:3

methods 127:15
MG 143:8
microscope 68:12
  77:13
mid 92:2 111:6
middle 1:3 165:17
  180:4 211:17 228:3
might 14:17 15:2 37:13
  41:19 58:2 64:4
  74:20 77:15 79:12
  82:11,20 92:9 97:13
  99:5 135:15 149:3
  171:1 179:4
mild 113:11,15 114:4
  153:22
military 21:22 166:19
millimeter 179:6
mind 109:6 125:22
  212:1
minimum 52:1,9,20,22
  53:3,19 54:1,10,18
  54:22 61:7 83:5,7,12
  83:15,17 84:20,20
minor 176:2
minus 164:9,9 181:2
minute 31:14 43:16
  58:4 59:18 67:15
  69:1 108:14 109:2
  126:18 128:4 202:19
minutes 48:16 225:22
MISC 147:1
Miscellaneous 167:21
misleading 213:20
misread 105:14
miss 183:22
missed 138:17 139:9
  145:8 181:5
misses 147:9 158:10
missing 63:15 170:23
  171:4
misstate 54:15
mistake 197:13
misunderstood 160:18
modified 218:5,8
mom 9:17
moment 114:3 127:14
moments 45:15
Monday 59:9,14 60:7
money 30:21 31:3,4
  33:11 222:17,18,19
monocular 158:2 166:6
  181:14,23 182:9,21
Montgomery 9:11,13
  42:15 227:10
month 14:20 15:6,14
  15:18,21,21 16:2,6,6
  26:11,13,18,22 60:16
monthly 59:8 60:1,3,4
  60:6,8,10,13
months 17:23 26:10

27:5,9 33:1 58:22
176:2 194:21
**more** 15:17,17,20
20:21 27:10,12,14
37:2 40:10 43:5 48:2
48:5 70:22 71:2
72:16 73:15 74:9,11
81:9,10,15 82:12
83:18 89:7 99:9
101:5 102:3,4,11
104:19 112:18
114:10 123:20
132:15 159:18
180:15 188:16,20
197:2,6 207:23 209:3
210:12 216:21
225:16
**morning** 169:16·187:6
**most** 20:9 28:16,23
34:13 41:20 60:17
70:2 86:5 89:14,18
91:8 106:17 122:6
126:19 159:16,21
160:11 174:18
188:14
**mostly** 49:4
**motivate** 129:2
**motivated** 19:5
**move** 11:5 91:21 102:3
106:11,14 118:15
142:17,19
**moved** 13:1 23:8,9
**moving** 137:6 139:6
**much** 28:6 73:4 143:21
145:14 162:7 179:7
205:7,11 226:10
**multiple** 39:10
**Murphy** 223:14
**muscle** 141:8 178:13
**muscles** 162:4
**must** 51:18 54:23 55:3
123:10 124:6
**mutually** 32:13
**Myop** 169:20
**Myopia** 162:14
**myopic** 145:12,14
150:3 187:11
**myself** 25:21 189:13
**M-C-L-U-R-E** 7:11
**M-E-R-L-E** 9:20

**N**

**name** 5:9 7:6,18,19
8:21,23 9:3,18,19,23
10:1,2 11:13,14 12:5
12:6,8 23:20,22
**names** 10:8,10 109:15
**narrow** 82:8 123:6
127:23 128:1,11,12
128:16,17 159:15,18

209:19 212:6 213:13
**narrower** 160:5
**national** 90:5
**nausea** 111:10
**Navy** 21:13 23:12
**NCT** 149:16 161:14
187:3 191:18 192:2
192:15,17
**near** 140:11 141:12
142:22 146:14 156:8
**nearly** 200:13
**nearsighted** 19:7 157:2
180:15
**necessarily** 114:15
126:10 206:14
**necessary** 54:9 76:16
82:3,21 119:2,8,20
120:5,21,23 122:15
123:13 146:20 197:2
197:10
**necessitate** 114:5
**necessity** 53:23
**need** 4:3 6:13,21 24:17
49:14 102:11 108:16
122:21 126:2,5,7,8
139:17 153:22
**needed** 128:2,13
155:17 201:2
**needs** 53:6 57:21 58:1
139:4 199:8 211:4
**negative** 42:22 143:7
152:16 156:23 165:1
165:13 178:8 179:12
179:14 196:20
**neither** 228:12
**nerve** 61:18,21 62:1
69:9 72:7 73:18 77:1
77:13,22 96:8 101:2
101:10 102:6 129:5
143:9 175:6,10
179:14 185:23 189:2
190:18 191:12
215:14
**neuritis** 188:23
**never** 32:1 98:21 99:1
140:2 154:16,19,20
155:19 219:9
**new** 9:3 10:14 29:3,14
55:8,9,13,19,20 59:2
89:3 98:21,23 132:8
155:16,17 162:16,23
164:13 170:1 187:19
220:12
**Newell** 7:7
**NEWMAN** 2:5
**newsletter** 60:13
**next** 40:4 100:6 105:7
106:14 112:2 113:7
126:12 127:21 132:3
136:6 139:6 141:4

142:6,14,21 143:12
144:16 145:3 146:16
149:20 150:22,23
163:6 173:9 174:10
217:15 227:3
**NHA** 146:4,13
**nice** 71:1
**night** 175:23
**nine** 27:14,16
**ninth** 19:9
**nodding** 6:22
**nods** 14:4 15:7 16:3
60:20 66:18 92:17
177:23
**noncontact** 70:3
149:17 161:19
**none** 139:12 164:20
**nonetheless** 134:4
**nonreactive** 111:7
**nonreading** 203:20
**norm** 160:1
**normal** 6:23 62:15
69:20 92:6 98:9
132:23 134:3 141:11
142:3,9 143:2,3,10
147:7,19 148:16
155:21,22 156:3,14
158:16 159:3 161:3
161:13 164:18 165:3
165:6,8 168:7 177:1
178:14,20 179:9
184:4 185:10,13
186:19 191:17 195:1
195:20 215:20
**normally** 83:18 92:1
137:16
**North** 10:16
**nos** 56:4
**notation** 133:2
**note** 136:14 161:22
177:16 193:3,8 200:9
207:5
**notes** 3:8 134:21 136:3
136:5,8
**nothing** 5:4 31:2 35:14
42:10 201:22 227:17
**notice** 221:10,12,23
222:6,7,14
**noticed** 8:1 140:10
**novice** 104:9
**NPC** 156:7 165:9
178:23
**NRA** 181:17 182:1
**number** 6:6 12:15
14:16 27:8 28:11
31:7,10 32:4 38:10
132:6 137:9 177:4
184:16,17 228:5
**numbers** 20:15 144:5
174:1 180:4

**numerous** 36:2
**N-E-W-E-L-L** 7:7

**O**

**O** 164:8
**object** 6:12 37:7 38:11
43:4 46:1 49:7 50:5
50:21 67:12 71:10
76:2 81:12 83:1
84:22 85:22 86:20
87:8 88:21 89:22
90:14,20 100:7
103:15 106:20
110:12 115:10 121:5
121:9 122:11 125:7
125:20 160:7 171:21
191:21 192:4 195:18
196:17 197:5 205:4
209:21 213:18 215:5
220:2,16 224:13
225:5
**objection** 50:12,13,22
124:8 133:11 199:12
226:12
**objections** 4:2,3
**objective** 18:7
**obligation** 106:16
**obligations** 220:1
**observed** 5:23
**obtain** 16:23 38:14
**obtained** 143:19
144:18
**obviously** 103:4 104:9
108:7 174:14
**occasion** 48:2
**occur** 77:15 117:4
**occurrence** 79:23
**occurs** 72:7 81:22
111:1
**October** 150:23 152:3
152:4 154:3 192:1
193:2,7
**ocular** 3:6 109:10
110:20 111:9 116:7
118:9 155:4 164:23
178:8
**OD** 5:8 138:12 185:3
**off** 11:20 26:15 40:3
43:12 86:21 93:14
98:12 129:4 154:1
160:19 176:7 196:11
203:12
**offer** 91:5
**offered** 4:6 22:9,11
24:6 40:12,14
**offers** 51:20
**office** 14:21 24:6 33:12
50:19 53:4 94:16
· 97:23 113:21 114:2
114:14 115:1 117:11

132:7 135:22 151:12
153:13 170:6,15
171:19 173:12
187:20 193:16 200:4
202:2 203:7 205:14
206:22
**Offices** 1:18
**off-the-record** 108:17
**often** 14:15 15:2 28:21
32:23 48:6 59:22
60:5,14 72:16 89:7
111:10 113:10,18
128:2 177:6,9 192:18
192:20
**oh** 59:10 113:12 145:13
167:23 185:22
186:22 223:16
**OHD** 127:2
**OHT** 120:17 125:11,14
127:3,7,13
**okay** 6:4 7:8,10,14,18
7:21 8:1,5,9,21 9:3,9
9:21 10:6,15,18,20
10:23 11:8,19 12:3
12:11,17,22 13:3,18
13:23 14:2,19 15:1,5
15:13,20 16:8,18,23
17:12 18:1,6,17,22
19:12,18 20:7,16,22
21:2,15,20 22:1,8,17
22:20 23:9,14,16
24:20 25:1,3,8,15
26:3,5,11,16,22
27:10,16,19,21 28:12
28:21 29:1,20,22
30:7,14 31:7,13,21
32:7 33:11,18 34:1,7
35:5 36:5 37:20 38:7
39:8 40:7,12 41:5,7
42:6,11,18,20,23
43:7 44:8,9 47:13
48:6,15,22 49:2,12
49:20 51:17,23 52:7
52:18,19,22 53:11
54:15,22 55:3,15,18
55:21 57:19 58:3,11
58:14 59:15,16 60:18
61:7,22 62:4,14,21
63:7,19 64:3 65:9
66:21 67:3 68:3,16
68:20 70:9 71:5
72:18,22 73:9 74:2
74:15 75:3,20 76:15
76:18,22,23 77:7,11
78:3,13,19 79:3,8
80:6,13 81:19,21
82:1 83:4,21 84:1,11
85:16 86:3,11 87:12
87:17,20,23 88:10
89:1,13,18 90:2,7,12

91:13 93:8,13,20
94:18 95:3 97:23
98:5 99:2,16 100:2
100:20 101:14,20
102:5 103:8 105:3,6
105:21 106:2,11
107:6,9,18,21 108:11
109:9,23 110:8
111:15 112:1,5,23
113:7,12,15 114:1,9
115:8,21 116:11,18
117:6,12,20 118:13
119:15,19 120:3,14
122:14,23 123:8
124:3 125:15 126:2,8
127:12,21 128:8
129:12,23 131:9,15
132:5 133:1,8,14
134:4,15 135:15
136:6,7,8,17,20
137:20 138:8,19
139:2,6,9,12,15,20
140:3,11,12,17,22
141:4,7,21 142:3,8
142:10,18 143:11,23
144:20,23 145:19,23
146:20,23 147:8,10
147:14,17,20 148:10
148:19 149:2,4,8,13
150:1,8,11,21 151:8
151:13,17,20 152:6,9
152:23 153:3,19
154:2,13 155:18
156:2,4,21 157:5,12
157:18,21 158:10,17
158:20 159:18,21
160:4,13,18,19 161:5
161:10,14 162:15,22
163:2,4,12 165:4,14
165:21,22 166:6,11
166:13,15,22 167:6
167:12,15 168:16,22
169:10 170:4,8,13,22
172:14,19,23 173:18
174:4,11 175:4,8,14
176:4,9,12,17 177:2
177:19 178:19,21
179:2,8,11,21 180:11
180:14,20 181:9,19
182:4 183:4,16,18
184:11 185:7,14
186:8 187:3,23 188:5
188:16 189:9,18
190:11,23 191:4,8
193:2,11,17 194:16
194:23 195:7,11
196:4,14,23 197:8,19
198:3 200:9,11 201:6
201:17 202:13,22
203:2,21 205:13,18

206:4,5 207:5,20
208:11,15 209:18
210:4 212:1,4,22
215:1,21 216:20
217:8,11 218:1,8,14
218:22 219:10,15,18
220:7 221:3,9,11
222:3,11,15 223:6,14
223:16,20 224:4
225:22 227:4
old 55:13,19 132:9
oldest 10:9
Oliver 2:10 5:13
once 14:19 15:14 28:22
33:1,6 48:5,21
one 8:20 12:20 15:5
16:1 18:10,16 19:4
21:19 24:3 26:7
28:16 31:5 33:16
39:11,15 40:10,20
41:3 42:21 43:23
45:19 48:2,4 50:7
52:22 56:1 58:15,19
59:15 62:18 66:15
70:12,13,15,21 71:2
71:3,19 73:15 76:12
76:13,22 78:18 80:21
81:17 84:9 87:23
89:3,8 102:4 109:16
110:11 112:17
117:15,18,21 119:23
120:16 123:11,19,19
125:8,9,10,11 127:6
128:5 130:4 132:6
133:20 138:17 139:7
139:10 140:2 141:17
147:12 148:14,14
149:10 150:20,22
157:3,8 159:7,7,16
160:16,19 162:20,22
164:9 165:22 166:9
168:15,18 170:3
171:5 179:5,6 180:17
181:2,5 184:21 185:3
185:9 188:3 191:23
195:8,22 199:7 203:8
205:10,12 207:22
208:7 213:4,5 217:14
217:15 218:12
220:18 221:15
224:21 225:13
ones 49:9 59:10 62:14
70:5 89:6 94:4
only 30:4 38:10 81:17
84:10 101:14 127:4
150:6 157:6 190:15
193:19 195:5 226:17
onto 167:17,19,20
Opelika 1:19 2:12 7:11
7:21 8:2,9 11:18

12:21 16:10 23:8,19
open 26:7 29:12 33:20
33:21 34:12 68:14
73:21 110:16 159:12
159:16,21 160:11,14
168:7 191:15 219:2
opened 23:18 29:4,16
29:17,18,19,21
108:13,21
openness 168:9
opens 32:10
operates 30:20
operation 223:2
operations 29:4 56:21
OPH 161:5 169:1
185:12
ophthalmologist 74:18
74:22 75:1,11,16
76:4 95:14,16,21
129:21 131:4,13
208:3,12
ophthalmology 94:16
122:20
ophthalmoscope 148:2
149:12
ophthalmoscopy 54:5
63:19,20 66:8 67:21
77:12 169:3 185:13
185:14
opinion 70:23 80:15,19
87:12 100:13 110:8
110:11 196:19 224:1
224:4,6
opportunity 18:5 49:22
51:14
opposed 6:22 7:2 92:5
optic 69:9 72:7 73:18
76:23 77:13 96:8
118:19 120:20 143:9
185:23 188:23 189:2
190:18 191:12
215:14
optical 33:14,20 62:1
63:4 78:10 101:2
165:20
OptiFree 162:18
options 18:10
optometric 26:9 53:1
59:3,6,8,12,13 60:2,5
60:12 87:13 90:17
203:21
optometrist 21:21
29:22 30:2,7 34:22
34:23 35:17 36:18
37:4,17 43:3 51:19
52:23 54:18 61:8
83:14 84:21 89:13
91:2 106:17 121:10
126:3 189:23 197:3
197:19 215:9 220:12

221:6 223:15 224:7
225:17,23
optometrists 36:20
44:17 48:7 50:3,10
52:8 84:15 107:14
optometry 17:1,7 19:6
19:21 20:17 21:3,5,7
21:21 23:18 24:20
26:19 31:22 36:19
43:13 44:19 45:3
47:17 59:6,12,22
66:23 84:16,19 86:8
87:17,21 88:1,19
89:10,15,21 109:7,20
110:2,4,6 171:19
219:5,10
oral 55:14 56:7,11
order 30:22 31:3,4
33:11 106:19 107:21
119:20 126:8 134:23
136:13 139:2 222:17
222:19
Ordinarily 137:20
ordinary 64:2,9
organization 13:4,15
orientation 153:8
origin 208:22 209:1,2
original 17:12 44:20
167:20 171:6 172:8
172:12
originally 7:21
originals 135:14
originates 209:15
ortho/ortho 141:11
OS 139:7,8 185:3
other 4:2,6,12 5:18
9:10,11 10:3,3 11:8
13:14 18:5 19:18,19
20:16,17,21,22 22:20
23:1,4 24:20 35:13
36:10,11,13 37:1
41:21 49:14 54:7,8
56:7 70:13,22 71:4
71:21,23 72:20 73:19
73:21 76:18,19 78:17
79:21 80:22,23 82:2
82:4,20 84:7 86:14
87:7,15,17 88:19
89:7 90:18 94:10
95:1 96:1,4,10,23
98:4,8,16 99:4,10
101:1,2,20,21 110:11
115:4 120:2,10
123:22,23 127:14
129:22,23 132:21
141:18,19 143:7
145:3 146:11 149:10
162:4 166:10,18
167:9 171:3,15,15,17
176:16,23 177:4

183:13 184:22
188:18,20 189:6
190:22 191:7,9
205:11,13,18,19
207:20 208:2 209:10
209:16 210:15 215:7
216:10 218:16
219:15 220:19
222:22 223:4 224:7
others 3:3 35:13 40:18
62:13 80:12 90:1
94:2 195:5
OU 148:17 187:2
out 15:23 27:5 30:6,8
31:21 32:5 34:15
44:22 55:10 57:17
59:7,23 60:13 63:15
64:2,4 65:19 66:4
68:3 69:20 73:10,14
78:9 84:20 85:20
86:12 102:2 103:3
115:2,5 121:20 126:3
126:5,7 127:4 130:5
130:7 131:8 140:16
141:2 148:17 167:17
174:15 179:17
182:17 191:7 199:15
207:1,7 209:12
220:23 221:3 222:8
223:6,10 228:10
outdated 90:13 126:23
outline 91:19
outside 89:11 142:11
over 33:6 40:14,18
47:10 48:13 79:17
83:2 85:7 94:17
100:19 125:1 143:12
146:23 147:20
158:14 175:22 176:4
176:8 178:1 186:22
189:20 194:18,20
195:21 198:4,19,19
198:20 199:6,6
201:14 212:20
overall 181:10
own 14:10 23:18 24:13
142:2
o'clock 33:23 149:21
O.D 1:9,14 2:17 3:18
5:1 227:15,22

_____P_____

paddle 141:16,17
page 3:3,6 108:8,21
109:6 110:16 113:7,8
113:9 115:16 129:13
134:6 136:11 137:3
140:19 143:14
147:12 150:23
165:17 204:3 218:14

221:14,15,20 222:11
**pages** 135:5,6,18 136:2
  228:7
**paid** 30:15 170:10
**pain** 74:3 111:9
**pair** 151:11
**paper** 48:14 202:18
**papers** 171:4
**par** 87:15
**paragraph** 54:13 84:12
  112:2 115:23 118:16
  126:12 127:21
  211:18,22 218:23
  219:18 221:17,20
**parameters** 162:17
**paraphrasing** 124:9
**parentheses** 176:15
**Park** 2:6
**Parris** 21:19
**part** 6:7 29:9 33:14
  39:13,17,19 40:8,20
  41:1 57:11,15 77:18
  83:5 115:22 116:2
  119:4 142:11 144:7
  144:16 147:3 152:19
  156:1 164:13 171:20
  183:12 193:8 206:18
  219:20 223:1,1
**particular** 4:15 9:17 52:4
  65:17 76:14 95:23
  98:2,19 105:23
**parties** 3:16 4:9,16
  228:10,13
**party** 4:7,12 218:12
**pass** 22:17 38:12,20
**passed** 38:8
**past** 58:20 194:21
  204:1 208:16
**pathology** 181:11
**patient** 15:6 52:6 53:15
  53:19 55:8,9,19,19
  55:20 57:9,14,22
  61:11 62:17 68:19
  69:3 70:8,10 73:10
  74:2,18,20,23 75:17
  75:18 76:13,14 78:4
  78:20 79:9,12 80:5
  80:23 83:23 85:4
  94:22 95:2,5 97:23
  98:3,20,21,23 100:2
  100:4 101:3,7,21
  102:9 103:10 104:15
  104:21 106:3 112:17
  113:1 115:6 118:4
  119:14 122:22 124:2
  124:7 126:4 130:19
  130:22 131:11 132:7
  166:17 187:18 190:1
  190:1 193:12,14,14
  194:1 197:12 202:1,9

208:15 214:12 215:7
  223:12
**patients** 14:13 28:19
  32:14 34:1,6,14
  35:12 55:9,12,13,16
  81:5 83:15 84:2
  86:15 87:13 106:19
  107:22 177:6,11
  192:18 203:23
  225:19
**patient's** 53:5 71:8,18
  119:1,7 190:13 195:2
**Patricia** 1:6 3:21
  227:11 228:18
**pay** 21:13 30:17 170:9
  223:3
**paycheck** 30:19
**payor** 31:6
**Pearle** 28:1,3,14,17
**Pelham** 10:22
**pen** 103:8,12 179:16
**people** 14:9 18:5 24:17
  29:8 35:8 107:17
  160:2 182:3 201:19
  219:12 225:18
**per** 31:8
**percent** 185:3 222:20
**percentage** 20:13
  177:10 222:22 223:4
**perception** 63:16
  146:18 166:12
  183:19
**perfect** 6:8
**perform** 54:10 83:5,6
  132:16 133:15,17
  167:3 210:9
**performance** 20:5
**performed** 124:6 133:4
  133:19 166:14,15,16
  210:8
**performing** 53:20
  137:8 163:3
**perhaps** 145:12 150:17
**period** 27:22 28:12
**periodically** 49:16
**peripheral** 77:22 147:5
  184:3
**permitted** 134:11
  220:8,14
**person** 95:15
**personal** 165:1 178:9
**Personally** 200:7
**person's** 93:15
**PHA** 146:6,7
**Pharmacology** 3:7
  109:10
**Philippines** 7:22
**phone** 94:15 100:17
  137:9
**phoropter** 62:10

181:16 182:20 183:7
**pick** 36:15 94:15
  100:17 200:3
**picked** 36:3
**picture** 105:22
**pictures** 78:12
**pigment** 69:19
**pigmentary** 93:21
**pigmentosa** 36:11
**pilot** 166:18
**pinhole** 146:7,11
**place** 40:19 84:7 89:8
**Plaintiff** 1:7 2:4 227:20
**plaintiff's** 3:2 43:8,9
  102:18,19 105:15,18
  108:2,9,12 134:16,19
  136:1 140:21 171:10
  211:15 216:22 217:2
  224:9
**plan** 11:5 17:12 150:5
  162:15 169:22
  187:15 214:19
**play** 18:19
**played** 18:20
**playing** 17:19 18:17
  19:15
**Plaza** 2:6
**please** 6:9,14 7:18 9:18
  9:23 10:11 103:8,13
  104:13 105:21
  110:17 128:9 129:13
  131:10 135:19
  154:23 163:17
  164:12 173:13 174:2
  175:19
**pleased** 29:5
**plus** 143:16,20 157:20
  157:21 165:22,23,23
  166:3 181:1 186:2,9
**point** 17:19 19:23
  92:21 96:2 111:9
  130:3 139:18 142:22
  151:6 153:20 156:8
  157:3,7,9,9,21 159:2
  169:5 181:10 186:14
  186:15
**pointing** 140:18 171:8
**points** 205:11
**poor** 135:7 172:22
**position** 24:6 89:23
**positive** 11:16 26:17
  30:11 73:2 74:20
  79:2 90:4 113:23
  119:16 152:8 153:21
  160:21 167:23
  175:17 177:14
  179:13 181:20
  187:17 192:22
  207:18
**possibility** 115:3 117:5

190:4,6
**possible** 61:17 114:1,20
  114:21 116:2 117:3
  191:5 221:22
**possibly** 27:18 208:18
**potential** 197:1
**power** 153:9
**PRA** 181:17 182:1
**practice** 21:21 23:18
  23:19 24:1,7,14
  26:19 27:1 48:12
  62:15 82:6,8 91:5,11
**practices** 24:21
**practice-oriented** 42:9
**practicing** 47:17 51:19
  85:18 86:8 89:13
  106:16 224:7
**practitioners** 107:5
**predict** 225:3
**predictable** 226:14
**predicted** 224:8
**preferred** 191:19
**premed** 16:19,21 18:1
  18:7
**premises** 218:19
  219:21 222:2
**prepare** 225:4
**prepared** 51:7 120:3
**prescription** 53:22
  82:15 137:15 144:19
  145:18 150:9,9
  153:22 154:10
  157:23 164:6 165:20
  169:13 170:2 174:9
  174:10,19 180:5
  182:10,11 188:2
  207:21
**prescriptions** 37:21
  144:23
**presence** 202:21
**present** 2:14 37:12
  66:2 123:18 161:7
  177:7 194:16
**presented** 65:21 74:2
  79:9 104:15 197:1
  199:14 204:22
  213:16 214:12,14
  215:2
**presenting** 73:11 190:2
  194:1
**presents** 97:23 103:11
  112:17 124:7 191:1
**press** 173:6
**pressure** 69:1,22 70:14
  70:17,18 71:8,18
  76:1,22 92:4,8,13,19
  92:23 93:2 94:14,21
  95:13,20,22 96:9,12
  96:16 97:2,6,11,20
  98:2,8,14,18 111:3

114:13,23 123:15,16
  129:5,6 162:5 190:17
  191:11 195:16,20
  205:3,10,16 215:13
**pretty** 17:21 103:20
  130:9 157:12
**prevailing** 80:14
**prevent** 75:4
**preventing** 61:13
**previous** 5:9 151:12
  159:19 164:5 193:13
**previously** 196:5
**pre-optometry** 17:15
**primarily** 89:10
**primary** 81:2 93:10,13
  95:10 96:22 108:21
**print** 45:6
**printed** 44:22 120:13
  228:7
**printout** 44:23
**prior** 5:12 6:1 40:4,5
  41:5 42:1 45:14
  47:13,21 48:15 67:6
  113:22 192:1 194:8
  195:14 203:13
  204:15
**prism** 141:23
**private** 23:19 24:14
**privilege** 46:3,21 47:5
**PRN** 155:17
**pro** 15:10
**probably** 6:6 27:13
  32:11 33:1,6 34:15
  36:22 48:21 58:11,20
  60:17 76:21 106:23
  128:18 157:15
  176:13 178:2 195:6
  212:21
**problem** 43:19 56:16
  63:4 77:19,20 78:17
  106:3 113:21 132:8,9
  146:12 163:1 174:22
  176:6,17 189:10
  192:2,14 211:6
  216:18 224:16 226:9
**problems** 35:6,16 36:3
  36:5,8,10,13,14
  37:15 56:16,19 57:3
  57:21,23 61:4 73:20
  73:21 75:4 77:17
  79:20 82:16,17 84:3
  84:7 99:10 101:20
  124:1 140:5 148:9
  155:1,5 156:19 186:7
  188:21 189:6 193:15
  195:13 196:4 207:10
  207:12 208:2,13
  226:4 227:1
**procedure** 3:20 5:20
  75:21 78:17 128:20

128:23 145:17
procedures 143:19
166:9
profession 107:7
professional 85:17
197:10 224:18
professor 66:23 67:2
109:20 110:5
professors 66:15 89:10
program 17:16 21:8
programs 166:18
prompt 116:1,20
prompted 19:18,20
prone 7:3
proper 215:3
properly 63:6 163:3
prophylactic 128:20
proposed 221:23
prospect 223:6,10
provide 14:10 30:17
31:9,16 53:15 75:16
75:17 83:22 107:16
209:11 221:22
provided 4:7,13 135:10
172:16,19
providers 37:1
provides 81:10,14
206:4
providing 53:18
public 213:13
publication 59:13
publications 59:1,5,19
60:15 90:2,5,10
published 42:10
puff 70:7 80:8,15 121:2
122:8 149:16,18
162:2 195:14,23
196:4 203:14 204:10
204:15
pulled 43:12
pulsation 161:6 186:3
186:5,6
pulse 169:6
pupil 63:23 92:1,3
97:13 111:6 144:10
144:11 215:17
pupillary 67:9 143:9
190:19
pupils 143:4,6 156:13
165:11 179:8,16
185:6
purpose 4:6 5:19 48:22
57:19 107:13 218:20
purposes 5:17
pursuant 1:15 3:19
209:9,9
put 25:10 59:7 88:15
105:6 133:21 134:22
136:12 170:1 176:15
176:21 185:5 201:15

201:16 212:1
puts 60:13
putting 114:7
p.m 149:21 161:15

## Q

quadrants 147:7
158:19 168:3
qualified 35:17 75:12
76:5 110:9,10
quality 83:22 86:15
87:5 88:12,18
quarters 168:15,18
185:9
question 4:3 6:4 18:6
22:4 27:4 48:10 51:4
65:14 80:21 82:13
86:21,22 87:3 96:3
102:11 103:20 112:8
115:13 122:4 132:14
134:8,10 136:7
173:19 197:7 198:12
198:17,19,22 199:6
199:10 209:6 210:1
214:7 217:17 218:22
questionable 71:20
196:9
questions 4:2 6:9 55:10
55:11,15,18,21,23
56:3,7,10 57:11
74:16 76:6 104:11
106:14 140:23 141:1
198:10,15 211:8
214:9
quite 62:12 154:14

## R

range 41:14,17 147:19
160:3
rank 21:9
ranking 87:18
rare 18:22
rate 36:23 168:10
rather 224:5
ratio 148:22 149:1
169:5,7 186:1,2
reactive 143:6 165:12
179:9
read 43:16,21 44:4
46:7,10 47:2,3,9,10
47:12,14,16,21,23
48:1,2,5,17 49:8,22
51:14 53:10,11 54:13
60:14,15 80:11 85:7
86:1,23 103:2 108:23
110:19 111:11
115:22 116:9,12,14
116:15 118:21
121:13 128:4 129:14
137:14 143:17

168:13 185:20 205:8
210:23 211:4,6
readily 212:19 213:12
reading 49:3,9 65:19
71:19 73:16 96:22
108:6 144:2,17
161:17,19 167:17
173:16 187:5,17
195:23 196:9 203:17
205:2 211:20 220:8
228:10
readings 149:22 184:7
ready 198:11
real 48:9 92:5 97:2
187:21 209:5
realize 172:6
really 14:16 15:4 17:22
20:14 40:15 67:16,23
82:23 89:23 91:6
97:16 122:10,12
223:18 224:19
reason 49:15 84:10
140:3 154:13,14,15
176:4,18 182:4,8
reasons 72:20 84:9
93:18 174:17 219:16
recall 26:13 41:10
42:12 49:8 133:13
193:22 194:1 201:5
recently 42:13
recess 45:11 102:14
131:20 167:1 206:11
recession 93:23
recheck 150:7,20
162:20,23 170:3
188:3 207:22
rechecking 162:22
recognition 39:5 40:22
recognize 35:18 36:6
61:10 66:21,23 75:7
103:5 105:18 109:7
109:23 110:3 135:19
135:23,23 217:3,6
recognized 109:19
recommended 207:16
record 53:10 56:9
57:15 65:18 102:16
104:1 105:10 134:14
135:3 152:1 170:23
171:19 199:12 200:4
200:6,14 201:4,7,11
201:13 202:1,10
203:9
records 135:21 171:6
200:17,19,22 201:8
red 92:1 116:6 117:8
117:12 177:3
refer 45:13 48:6 49:12
74:17,21 136:7 163:5
163:6 207:22

reference 122:8
referral 129:20 208:3
208:11
referred 74:23 106:21
130:22 131:3,12
referring 65:16 66:11
68:23 105:11 108:19
121:2 124:15
reflect 105:10
reflex 144:11 179:23
reflexes 215:17
refracted 183:6
refraction 182:16,20
refractive 36:1 54:3
55:4 62:4,22 63:2,3
72:19 79:18,19
188:17 207:13
216:16
refractor 181:22
regarded 87:4,23
159:14
regarding 212:17
regardless 4:13 208:21
region 58:9,9
regional 33:5
Registered 1:16 3:21
227:11 228:18
registration 55:11
regularly 62:12
regulation 82:1,19
84:13,18
regulations 52:7
related 36:9,14 158:3
171:2
relates 39:5 87:17
relative 181:20
relatives 8:12,14 9:12
11:8
release 94:11
reliable 80:9
rely 197:2,8
remedy 57:22
remember 26:14 29:18
39:15,23 41:23 42:20
59:17 94:5 193:20
200:16
rent 30:18
repeat 50:6
repeating 189:13
rephrase 6:9 51:3
81:13 87:3 88:16
90:22 122:4 191:22
200:21 202:13
replace 170:1
Replacement 169:12
report 33:4 224:5
reported 227:14
reporter 1:16 3:22 6:21
227:12 228:19
REPORTER'S 227:8

represent 5:10 43:12
66:12 84:13 138:22
212:16
representative 32:18
219:4
representing 3:16 4:9
request 14:14 203:8
require 32:3,8 35:13
127:19
required 113:3 123:21
226:6
requires 107:7 116:1
116:19,22 203:22
226:22
reservation 76:11
reserved 4:4
reside 7:10 8:19 9:12
11:3
residing 8:15 9:5 11:9
residue 67:5
respect 50:3,9 52:8
80:15 136:2
respond 6:21
responded 203:23
response 11:16 26:17
30:11 42:22 73:2
79:2 90:4 119:16
152:8 153:21 160:21
167:23 175:17
177:14 192:22
196:20
responses 7:1 8:2
responsibility 25:22
107:20
rest 165:15
result 61:15 69:7
101:23 102:1,7 115:9
125:18 132:21 190:7
204:7
results 57:16 70:11
117:12 134:13 184:9
214:17 228:14
retained 3:7
retina 63:5 68:2 169:7
185:17
retinal 64:8 79:20
82:16 148:21,23
161:8 169:8 174:22
186:19 188:21,22
216:17
retinitis 36:11
retinopathy 64:8
188:22
retinoscope 62:9 144:9
retinoscopy 179:23
reverse 62:1 134:23
review 59:6,12,22
193:11 195:2
reword 64:23
Richard 223:14

Deposition of David Bazemore

May 15, 2007

Page 14

**Richmond** 8:7,10
**ridiculous** 121:15
**riding** 216:7
**right** 7:5 9:5 11:2,20
  12:7 16:1 17:3 21:9
  22:5,14 23:3,15 24:4
  26:15 27:17 31:19
  34:7 37:16 39:17
  40:3 41:15 43:2
  45:21 46:10 47:18
  48:1 51:11,13 54:17
  55:6 56:10 57:23
  58:11,16 59:17 60:7
  60:11,23 64:17 66:12
  68:13 70:21 72:5
  73:5 76:9 81:1,7 85:2
  88:3 89:5,9 91:7
  93:17 94:5,6 95:10
  96:13,18,19 97:18
  98:10 100:13 101:11
  102:13 104:7 105:6
  106:11,13 109:16,23
  110:15 111:20
  115:14,16,17 118:1,6
  118:15 119:6 120:20
  125:3 126:11 127:1,9
  127:11,18,21 128:10
  128:13 129:6,9,12
  130:19 131:15
  135:17 136:6,16
  137:6,6,10,12 138:2
  138:10,12 139:3,23
  140:12 141:2,14
  142:4,14 143:4,13,13
  143:17 144:3,3,7,22
  145:1,12,15 146:15
  146:23 147:6,18,21
  148:10,12,19 149:22
  150:1,8,22 151:3,10
  151:11 152:5,11,12
  152:20 153:6 154:2
  154:17,21 155:7,12
  155:15,20 156:22
  158:5,17,18 159:4,10
  160:17,22 161:16
  162:8 163:8,10,16
  164:1,3,16 165:9,11
  165:14 167:13,21
  168:2,9 169:1,21
  173:5,11,14,16,21
  174:1,6,12 175:8,15
  175:22 176:6,10,17
  176:21 178:12
  179:21 180:3,8,11,12
  180:16 181:1,3,4,8
  181:14 182:7,22
  183:1,23 184:5,9,15
  184:18,20 185:1,2
  187:3,12,14,16,23
  188:10 190:10 191:3
  192:21 193:21,23
  194:3,6,9,19 195:17
  196:19 197:17,18
  198:16,18 199:4,16
  199:21 204:17,18
  206:1,13 207:4,8,15
  207:17 209:5,16
  211:23 212:5,15
  213:6 217:1,11,20
  218:4,12,18 219:4,19
  222:7,13,21 224:22
  227:4
**rights** 221:5,5
**Right's** 150:10
**right-hand** 151:19
  184:17 186:23
**rings** 111:8 116:6
  117:20 118:2
**risk** 68:17 77:3 84:8
  106:8
**road** 216:8
**room** 46:13,20,22
**Rotary** 13:6
**routine** 56:15 140:5
  176:20,21
**rule** 44:9,10 45:13,16
  45:23 47:10,19,21
  49:5,20 50:2,8 51:7
  51:10,13 73:10 82:1
  115:2 126:3,5,7
  191:7 223:6,10
**ruled** 115:5
**rules** 3:19 5:20 44:16
  44:21 45:17 48:6,11
  48:12,17 49:3,12
**ruling** 4:5 73:14 199:15
**run** 95:3 122:21 214:15
  214:16
**Russell** 9:16
**RX** 137:13 139:14
  150:6 151:9

---

**S**

**safety** 225:14,18
**SAITH** 227:6
**same** 4:14 5:11 17:14
  17:16 32:15 57:12,16
  60:10 70:8,10 74:6
  90:16,17 119:11
  152:10 154:4 156:10
  159:20 162:12
  163:15 168:1 178:2
  179:20 180:7 181:18
  194:15 198:9,18
  199:5 208:21 209:11
  210:14 214:13,18,19
  223:22 228:11
**sample** 162:19
**satisfied** 70:11 91:8
**satisfy** 78:20 80:2

**Saturday** 34:12
**Saturdays** 34:13
**saw** 181:2 201:12
  209:22 210:3 212:14
  223:20 225:13
**saying** 61:1 118:1
  121:13 122:1 152:2
  182:12 215:3
**says** 31:3 76:18 80:8
  82:2 83:4,5 110:20
  110:23 112:2 113:10
  115:18,21 118:16
  124:13,22 125:2
  126:13 127:22
  129:13 137:12
  139:20 143:7 144:17
  145:15 148:17
  149:13 154:13,16
  155:7,8,15 161:14
  168:7 169:11 176:5
  176:18 186:1 187:23
  212:5,7 218:15,17,23
  219:18 220:3,4 222:4
**scanning** 78:11
**scar** 72:19 174:22
**scarring** 73:21 79:19
  216:14,15
**scars** 188:18
**schedule** 14:18 17:21
  32:14
**scholarship** 21:14
**scholastic** 42:8
**school** 8:3,6,7,10 16:10
  16:15,15 17:1,7,13
  17:20 18:8 19:6,10
  19:21 20:17,19 21:3
  21:5,7,14 27:23 67:1
**schools** 20:16 87:18,21
  88:1,19
**Science** 16:20
**screened** 191:14
**screening** 127:18·147:5
  158:15 168:6 190:19
  215:15
**second** 19:22 25:10
  78:16 81:8 113:9,12
  125:15
**secondary** 77:22 93:11
  93:11,17 95:18 96:22
  96:23 97:1 189:5
  208:18
**section** 108:20 115:17
  115:19 218:15
**security** 12:15
**see** 14:14,22 15:1,5,12
  18:22 33:6 34:14
  35:4 36:2 49:1 56:5
  57:7 59:10 63:11
  64:4,12,13,21 72:9
  73:4 78:17 99:4

110:21 113:10 114:9
114:11 115:17,19
118:16 120:6,7 122:7
126:3,13,15 128:15
128:19 129:14,18
135:16 138:8 139:3
141:8,23 144:11
145:23 146:9,10
148:8,8 149:3 150:21
151:8,17 171:13
174:12 178:16
184:13 190:21
191:15 207:9 210:5
212:10,12 216:6
218:21 222:11
223:13 224:19
225:11,21 226:9
**seeing** 19:8 28:19 32:14
  72:14 73:11 74:2
  79:10 98:17 140:5
  177:7 181:1 189:14
  210:6 212:12 215:21
**seeking** 84:2 87:13
**seem** 104:12 135:5
**seems** 53:8 120:10
  198:21
**seen** 43:17 44:10 45:15
  45:17,18 51:12 86:11
  98:21 99:1,12 139:16
  203:10 223:18
**sees** 34:1,6 138:23
  175:23 180:6
**segment** 77:17
**segments** 41:18
**self-care** 99:17,22
**sell** 221:5
**Selma** 26:6,6
**seminar** 40:10 41:23
  42:6
**seminars** 40:12 41:15
  42:3 89:9 90:9
**send** 95:15 122:19
  129:3
**sense** 203:16 226:15
**sentence** 107:8 110:19
  113:9 128:5 130:6,10
  130:11 131:8
**Sepanski's** 200:4
**September** 163:10
  170:14 175:15
**sequence** 224:9,12
**series** 198:9
**serious** 69:4 73:6 75:4
  125:18
**serous** 188:21
**serve** 18:5 106:19
  107:22
**service** 29:5,6
**services** 30:17 31:9,16
**set** 39:9 228:10

**seven** 156:11 179:1,5
**several** 26:10 27:5
  55:23 62:6 63:10
  76:21 78:1 93:18
  140:11 175:4 205:5
**shakes** 13:9
**shape** 93:15
**share** 210:21
**sheet** 55:22 140:16
  174:6 202:17
**sheets** 57:17
**Shelly** 10:16 11:4
**shift** 156:18
**shoe** 74:6
**shoots** 144:10
**shop** 219:11
**show** 43:7 67:13 78:23
  146:17 210:17,18
**showed** 79:6 172:11
  190:21 199:18,19
**shown** 180:1 187:19
**shows** 96:8,9
**shut** 162:1,4
**side** 8:14 13:9,9 137:3
  143:13 147:12
  148:17 149:7 151:7
  151:15,19 174:5
  176:16 180:22,23
  186:21,23
**sign** 72:15,23 98:10
  179:12
**signature** 4:17 150:16
  150:17 171:14
**signed** 150:11,14 220:4
**significant** 110:23
  194:2,5,11,13
**signing** 228:10
**signs** 71:21,23 72:4,5
  77:14 91:22 94:20
  96:1,4 98:1,4,8,16
  103:11,17 104:15
  117:6 190:22 195:12
  204:22 212:18
  226:17
**similar** 116:4 154:12
**since** 19:11 36:18
  132:10 151:20
  193:19,23 194:8
  218:5
**single** 19:15
**sir** 6:3 58:8 67:22 129:1
**sister** 9:22 11:22 12:8
**sisters** 11:21
**sister's** 11:11
**sit** 22:2,5 32:13,17 51:6
  80:13 94:5 114:13,23
**site** 3:10 43:14 44:19
  45:3 84:16
**sitting** 16:5
**situations** 98:23

**six** 17:22 27:18 33:23
40:16 58:22 60:19
143:1 156:8,11,12
164:8 165:10 179:4
218:14
**size** 138:20
**skipped** 111:19
**SLE** 148:10
**sleep** 225:8,11
**slit** 78:7,8,14 79:1,8
81:1 123:2,6 125:10
127:17,19 148:11
149:10 159:4 161:2
168:4,21 185:7
186:22 190:20
191:15 205:19,21
206:2
**slit-lamp** 68:12
**small** 67:7 157:2,10
167:10
**Smallest** 157:10
**snack** 131:17
**social** 12:15
**soft** 169:12
**some** 9:9 13:19 14:2
25:6 28:1,19 29:3
35:12,16 41:21 48:4
49:9,14 55:10,10
56:7 62:13 64:3
68:12 72:9 77:19
84:11 93:20 94:19
97:15 99:10 103:11
103:17 112:17
116:17 118:12
120:10 126:4,21
129:22 132:11,17
133:2,2,2,3,18 134:5
134:8 141:19,22
144:4 146:11 166:8
166:18,19 174:14
180:8 186:6 188:20
189:22 199:15,19
204:5 209:10,16
214:11 216:8,21
226:20
**somebody** 25:10 30:5,9
66:21 110:1 114:22
122:15,18 131:2
209:8,22 223:13
**somebody's** 150:16
**somehow** 203:12
206:17
**someone** 25:21 35:4
36:15,16 42:16 68:17
113:16 114:12
123:13 200:8 220:18
220:19
**someone's** 36:6 106:2
**something** 11:12 17:9
18:9 19:10 24:17

25:7,13 26:1 29:7
31:20 33:2 38:17
41:9,13 42:15 43:5,7
43:11 47:2,4 49:10
49:13 52:13,16 62:7
62:9,10,11 65:19
67:10 72:16 73:9,23
83:16 97:12 99:15
101:5 119:5,13
124:10 126:2 129:9
134:5 143:15 157:19
163:4 171:2 176:6,8
177:17 178:4 182:14
182:14 189:1,11
190:8 209:14 210:19
210:22 213:2 214:2
**sometimes** 36:8 70:7
76:16 88:7 146:8
162:1 166:17 192:14
192:21 197:13
220:18
**somewhere** 16:1 41:16
222:10
**soon** 9:1 22:9
**sooner** 208:6,9
**sophisticated** 81:10
**sophomore** 17:4
**sore** 92:3
**sorry** 11:23 13:11
44:20 50:6 98:12
111:18 115:13 132:1
145:10 160:18
186:15 189:19 193:6
223:9
**sort** 113:18 133:2,3
**sound** 27:17 67:10
**sounds** 10:16 65:11
**source** 44:14 188:14
**sources** 111:9
**South** 1:19 2:7,12
21:16
**southern** 64:18,20
**speak** 5:3 42:16 64:18
64:19 89:11 227:16
**speakers** 89:12
**speaking** 50:22
**Spears** 10:16
**specialty** 166:19
**specific** 43:5 47:18
49:4,8 82:13 101:5
102:3,11 104:19
108:20 132:15 134:8
197:7 209:3
**specifically** 67:17
**specifics** 114:10
**specified** 28:7 122:12
**spell** 65:3,5
**spend** 72:10 204:5
**spent** 83:11
**SPH** 152:14

**Sphere** 152:15
**spherical** 152:19
**splash** 216:8
**spoken** 42:6
**spontaneous** 161:6
169:6 186:2,4,6,8
**squeeze** 162:4
**squeezing** 161:23 162:3
192:12
**squinting** 192:11
**stand** 145:4 147:2
152:21
**standard** 43:2 45:17
47:16 49:17,21 50:4
50:9,18 51:18,20
52:1,5 53:12,16,17
54:12 68:4 83:9
133:6,9 166:16
208:19
**standards** 50:15 52:10
52:20
**stands** 138:9,12 139:21
143:8 146:7
**stapled** 167:16,19
**Starkie** 1:16 3:21
227:11 228:18
**start** 102:2
**started** 86:21
**starting** 10:9 113:12
**state** 1:17 3:22 22:1
38:8 43:13 44:18
45:2 51:19 52:7
84:16,18 85:18,21
86:13 87:5 90:19
123:10 135:2 227:9
227:13 228:19
**stated** 73:5 80:11,12
97:18 102:6 224:5
**statement** 52:3 97:17
114:18 127:12
213:21
**states** 1:2 22:21 23:1
86:14 87:7,15 89:20
**stationed** 21:15,16 23:3
**statistics** 85:20
**Statute** 4:7,13
**stay** 106:17 107:18
**steamy** 111:6
**step** 180:17
**stereopsis** 146:18 158:6
166:11 183:16
**Steve** 12:6
**still** 8:22 10:19 18:20
49:17 95:3 145:10
157:12 161:2 162:8
**stipulated** 3:15 4:8,15
**stipulation** 1:15 3:14
**stipulations** 5:11
**store** 29:20 33:9 219:1
219:3,5,12 220:18,19

**straightforward** 130:9
**Street** 1:19 2:7,12
**strength** 152:18
**strike** 181:12 203:4
**strive** 51:21
**strong** 72:11 166:5
**structures** 54:6 68:6,8
**students** 109:8
**study** 16:18
**stuff** 68:15 129:22
130:1 166:21 182:19
219:14
**subacute** 115:18,23
116:19 129:16
130:20 131:2,11
**subcontract** 31:21
219:23
**subject** 66:22
**subjective** 144:17
166:3 182:19 183:11
187:16
**sublicense** 219:20
**subscribe** 59:1,5,20
**subsequent** 163:5
**sudden** 110:23
**suffer** 101:10,12
**suggested** 121:8
**Suite** 2:6
**summer** 16:16 23:13
**Sunday** 29:19
**superior** 206:5
**supposed** 31:16
**sure** 5:21 12:13 13:5,10
15:16 25:20 26:20
27:2 28:18 31:17,20
38:16 40:9 43:18
44:15 47:14 48:8
49:17 51:9 52:2
64:12 65:7,16 66:6
71:7,14 76:9 82:10
87:19 90:22 91:20
92:11 102:12 123:11
154:14 157:22 163:1
172:14,16 197:15
201:1 202:3 206:10
209:2 211:6 217:19
218:2,3
**surface** 142:13 147:16
148:7 158:23 185:16
**surgeries** 75:23
**surgery** 56:22 76:15
131:1
**surgical** 75:21 129:15
130:21
**Susan** 12:9
**suspect** 100:2,4,9
**SVP** 186:1,9
**sworn** 5:3 227:16
**symptom** 72:15 73:1

222:5
**straightforward** 130:9
98:11 117:23 118:7,9
118:11 188:11,12
189:15 213:13
**symptoms** 72:5 79:10
91:22 94:20 98:1,5,8
98:16 99:6,9 103:12
103:18 104:16 111:7
111:15,16,21 112:9
112:13,14,16,18
113:2 114:3 115:7
116:3 117:7,15,19,21
122:16 123:14,18,19
123:19,20,23 124:7
124:21 126:4 178:4
190:22 195:12 198:5
199:13,18 204:23
209:1,2 211:18 212:5
212:18 213:16
214:13,13 216:19
226:7,15

---

**T**

**table** 212:2
**take** 6:13 8:5 23:17
34:7 43:20 45:10
55:20 59:16 77:4
78:12 90:2 98:23
102:23 108:14,16
109:5 128:7 130:3,6
131:16 135:15
136:20 154:18
162:20 182:17
196:10 201:20,20
202:8 206:6 213:3
**taken** 1:14 3:19,20 5:17
6:20 194:23 200:1
214:19
**taking** 38:9 44:1 112:3
112:20 113:4 119:1,7
131:8
**talk** 41:19,21 46:4,6,11
66:5 129:23 173:6
**talked** 64:6 77:1 82:4
126:18
**talking** 12:4 34:3 46:9
50:17 70:19 82:11,14
83:11 85:8,23 97:4
99:6 101:22 112:13
123:16,17 130:13
145:6 146:17 153:14
154:5,8 163:18
169:23 186:16,22
189:19
**Tallapoosa** 9:14
**teaching** 27:23
**team** 18:21
**tearing** 116:7 118:6
**technology** 90:16,17
91:4,9
**tell** 6:15 19:6 20:12

Deposition of David Bazemore
May 15, 2007

Page 16

27:8,20 34:22 35:2
44:13 53:7,10 71:16
74:5 75:20 131:22
137:12,17 139:18,19
142:1 163:21 174:2
176:10 181:12
185:19 188:20
226:18
ten 179:4
terminate 222:13
termination 222:15
terms 86:15 96:22
139:1 159:15 208:19
Terry 11:14,15
test 6:17 37:11 38:12
38:20 63:7,22 64:5
67:19,20 71:19 77:8
77:21 78:23 80:4,8
80:16 81:8 121:3
122:8 123:13 124:6
132:16,18,21 133:1,3
133:15,18 137:8
139:17 141:6,7,8,15
141:22 142:1,3
145:19 146:19 149:4
149:16,18 155:20
157:22 165:2 166:12
167:3 178:12,13,18
183:14,18 184:2,9
191:19 192:18
195:14,15,23 196:5
203:14 204:7,10,15
206:2 215:6
tested 62:17 95:5
151:13
testified 5:4 71:5 75:8
80:1 86:4,7 96:15
101:8 107:9 117:9
123:3 125:17 127:9
175:4 189:14 192:6
192:10
testify 121:11
testimony 47:14,20
92:22 105:12 112:23
133:17 190:23
200:12 203:5
testing 53:19 54:1,8,10
54:22 62:21 74:12
76:19,20 83:6,7
114:5 115:4 118:20
122:14 134:13 136:5
136:8 143:19 145:17
148:5 149:2 151:5
166:8 178:16 190:21
193:2,7
tests 35:11,13 36:4 54:8
63:10 70:15 77:7
78:1 82:2,4,7,20
83:10,18 85:14-95:4
119:23 120:2 122:21

123:11 134:1 144:18
158:3 190:17 204:1,3
205:5,13 207:23
214:15,16 215:4
text 123:9 124:5
textbook 3:6,7 66:4
Thank 51:5 63:21 68:3
101:18 106:12
134:15 138:8 206:9
207:8
their 10:8 14:10 29:6
35:4,7 36:9 44:21
56:22 57:4,18 63:12
63:14,18,23,23 68:21
68:21 72:20 73:22
77:2,2,13 82:14 84:3
92:1,1,2,3,4,4,8,9
94:19,20 95:4 96:7,8
117:11 123:1 129:4
145:18 146:8 148:7
149:5 162:3 165:19
therapeutic 37:18,20
37:22 38:2,4,14
197:20
thereof 54:1 228:14
thing 20:2 37:17 48:3
52:12 59:7 71:3
76:12 78:11 79:14,16
92:14 106:15 114:17
142:6,14 145:11
157:10 158:13
162:12 163:15 168:1
179:20 181:18
185:18 210:14 217:4
things 19:5 25:6 33:17
35:20,22,23 36:12,20
53:3 62:12 64:3 69:2
72:13 75:10 91:20
93:12 95:2 96:10
97:16 99:4 112:6,11
123:22 125:9 141:19
149:1 168:19 174:23
177:4 181:23 182:2
188:19,20 194:23
215:7 216:18 220:20
222:23
think 11:20 12:3 13:12
16:6 17:2 18:16
19:23 22:12 26:20
31:2,17 32:1,2,11
36:22 39:15,22 41:11
41:13 47:23 51:1,20
52:11 57:8 64:19
71:11 74:5 82:12,20
84:22 85:1,11 91:11
96:1 100:9 104:23
107:4 120:6 121:8
122:18 130:2,8,17
156:11 171:1,5,11
173:2 197:6 202:6

211:19 212:21
213:11 223:21
224:15
thinking 72:1
third 118:15
thorough 118:23 119:7
190:12
though 114:22
thought 18:3,10,11
29:7 54:14 133:22
173:19 187:20
three 10:5 15:20 21:13
23:6 24:23 25:19
26:5 70:2 125:9,12
126:19 139:4 148:14
149:21 159:8,10
160:3,15,17,20
168:15,18 169:7
185:9 186:14,15
195:5 216:3 222:11
223:21
three-minute 108:17
through 14:18 15:22
36:3 43:21 49:22
56:2 63:23 69:3
91:19 96:7 109:2
115:4 135:18 136:9
136:21 143:19
144:10,13 146:10
166:2 180:1 181:21
182:20 183:6 191:10
198:9 201:14 213:4
217:19 226:18,20
throwing 160:19
thrown 203:12
thumb 135:17
time 4:4,5 6:13 9:1
12:4 18:20 24:15,22
26:14 27:22,23 28:2
30:4 32:8,16 33:18
34:4 35:21 39:11,23
41:22 42:19,21 43:20
49:10 50:7 56:14
58:22 60:17 72:11
86:1 95:23 98:2,19
102:4 114:23 120:12
128:7 131:18 132:3,3
132:10 137:19
139:15 153:12
156:11 157:4 163:6
164:13 167:8 168:11
168:12 170:9,16,20
171:7 180:7 182:19
183:5 191:20 198:11
200:22 201:12 204:5
207:11,14 210:3,5
213:3 223:20
times 6:6 40:15 48:19
99:14 104:12 139:4
175:5 179:4 193:16

216:3 218:18 219:2
tired 220:10
title 3:6 108:7 109:9
titled 44:9
today 43:17 47:13,21
51:6 56:14 80:13
together 63:12,15
134:22 141:9,20
189:18,21 192:12
194:23 218:11
told 125:8
tomography 78:10
tonometer 70:3,4
161:20 162:7
tonometry 54:7 69:21
70:1,21 73:15 76:18
77:8 80:9,10,17
112:4,21 113:5
118:20 120:23 121:3
121:4,7 122:7,9
149:13,17 161:14
169:15 170:20 188:5
191:19,19 192:2,8,15
192:17 195:14,15
203:15,18 204:9
210:10,13,14,16
214:20
Tonopen 70:3
tools 226:23
top 136:22 137:3,7
139:16 141:10
150:10
topic 41:4 42:1,4,17,20
67:17
topics 39:10 41:15,22
tornado 225:9,11
total 34:15,16
totally 106:1
town 9:22 30:6,9
trabecular 93:22 94:1
94:12
tragic 224:8,11
trained 34:23 37:5 75:9
75:11,12 197:23
226:3
training 197:3
transcript 228:8
transient 116:4
transilluminator
179:17
trauma 94:9 208:15
treat 37:14
treated 101:3,9
treatment 3:8 39:6
40:23 61:23 75:15
80:7 134:21 136:3
200:20 208:20
214:19
treatments 131:23
treats 57:4

tremendous 205:9
trial 4:11 62:11 182:16
tried 220:23
trouble 19:7,14 53:8
175:22 204:4
true 15:15 20:11 80:12
91:13,16 110:20
119:11 121:14
209:17 217:12 228:8
truth 5:3,3,4 227:16,17
227:17
try 49:16 57:22 61:12
83:22 107:15 209:12
209:13
trying 16:5 20:2 27:4
57:7 67:16 77:5
82:18 131:7 134:9,12
166:17 203:11
TSO 157:18
Tuesday 1:20 42:15
tumor 36:17
turn 129:12 142:23
turned 21:2
Twelve 7:15 25:2
169:16
Twenty 163:22
twice 28:22 33:7 47:12
two 18:13 25:9 27:10
33:1,16 41:20 42:17
61:3 71:20 109:15
127:5 149:6 167:9
176:2 181:1,3 189:18
189:19 194:21
195:12 214:9 223:21
two-hour 41:18
type 13:15 36:20 71:23
73:17 78:11 79:11
96:15 97:3,5,8,19
99:18 134:5 149:3
181:15,21 192:7
208:18 213:11
types 35:19 69:23 71:4
124:15
typical 33:19 34:4
160:5
typically 39:9 41:17
167:7 202:8

_____

U

UAB 20:23 37:6 39:16
66:15 67:2 88:15,17
89:2,6,10,21 90:9
109:20
UAB's 87:18
uh-huh 7:2 11:16 26:17
30:11 73:2 79:2 90:4
119:16 152:8 153:21
160:21 167:23
175:17 177:14
192:22

UltraFlex 164:8
Umbach 1:18 2:11
unclear 171:17
uncommon 175:3
uncorrected 137:13,21
  138:4 151:6,7 163:23
  174:4 194:7,14
under 15:6 23:22 54:9
  56:7 70:9 71:6,16
  74:17 82:3,21 110:17
  114:13 130:12
  141:21 143:18 144:3
  144:20 145:13
  147:10 151:5 155:7
  156:15 160:23
  162:13 163:18
  169:10 173:14 174:3
  175:18 180:20
  186:17 187:23
  212:23 213:1,1 220:1
  220:13 221:5
undergrad 17:16 20:5
underneath 169:13
  175:20 187:9
understand 6:5 27:2
  32:12 37:9 41:11
  45:22 51:9 52:8,19
  70:17 75:10 81:1
  82:18 84:1 85:23
  87:10 100:20 122:3
  123:17 124:3,4 132:7
  134:12 183:8 203:2
  208:5 219:22 221:13
  222:17
understanding 86:19
  90:21 97:22 104:10
understood 6:11 49:18
  123:12 183:10 198:3
  222:12
unfortunate 224:15
unh-unh 7:2 42:22
  196:20
unintentionally 135:1
  136:12
United 1:2 89:20
University 16:17 17:20
unless 30:8 105:1
  122:12 211:9
unprofessional 53:14
until 25:3 152:3 226:15
untreated 61:15,18
  102:8,10
update 164:14
updating 58:22
up-to-date 91:9 106:18
urgency 110:20
use 62:14 63:12,14 67:4
  67:5 68:10 69:12,14
  70:5,6,15 71:1 77:10
  77:21 78:5,7,7,19

81:2,3,8 82:5 120:14
  125:3 141:17,22
  145:17 146:8 162:19
  167:10 179:16,17
  181:16 183:3 191:4
  196:6 197:10 204:19
  205:15,20,21,22
  206:2 216:7
used 4:6,12 62:7,12,13
  69:15 70:2 75:23
  126:19 176:15
  183:12 203:15 206:2
  206:22
useful 215:19
uses 141:9,20
using 64:5,21 91:3
  170:19,19 179:15
usually 33:22 41:16
  70:6 89:5 92:3 97:9
  113:22,23 204:2,5
U.S 86:14 87:15 89:19
  228:2

V

VA 138:9 157:18
  163:19
vacation 30:8
vague 103:20
Valley 26:6
variation 97:11
varies 15:21 31:12 34:9
  52:5 58:9 222:22
various 93:12 149:1
vary 34:19 53:5 92:13
  92:15,16 93:1 95:8
  193:14
vast 160:2
venous 161:6 169:6
  186:2,5,6
verbally 6:22
vergences 141:22
  178:15
verification 226:19,22
verified 196:2
verify 118:5
versions 142:16 156:4
  165:7 178:21
versus 97:14 184:22
  204:9
very 17:8 18:3,12 29:5
  33:10 52:22 64:19
  73:4 92:2,3 94:14
  110:13 128:16 135:7
  151:22 152:7 154:12
  163:15 167:10
  171:12 172:9 175:3
  190:5 194:15 198:13
  198:14 226:14
vessel 189:4
vessels 111:5 117:11

vet 20:19
via 99:16,22
view 81:10,14,15
  120:15 125:4,12
  126:9 191:2,5 206:5
viewing 127:15 205:18
Village 24:7
Virginia 8:8,11
vision 17:8 18:7 19:4
  19:19,20 24:9 25:1
  26:8,12 27:1,7 28:1,3
  28:13 33:15 38:18
  54:4 59:9,14 60:7
  61:13 63:8,9,17,18
  77:22 84:8 98:18
  101:1,12,15 111:8
  116:6 117:16 139:5
  140:10,11 145:7,8
  146:8,12 147:5,8
  150:6 151:20 154:1,6
  154:8 158:10 163:23
  173:15 175:2,9,10
  178:1 180:18 181:6
  182:3 183:20 184:3
  188:10,15 189:20
  194:18 198:4 199:19
  199:20 213:8 222:2,5
  224:10
visit 50:19 53:1,4 57:18
  94:23 137:17 140:3
  140:15 151:12
  159:19 163:5,11
  167:5,12 170:6
  173:13 188:7 191:20
  192:1 193:13 194:8
  195:14 199:18
  200:23 201:17
  203:13,19 204:16,20
  207:2,3
visits 135:21,22 160:4
  192:1 195:21,22
visual 77:20 101:15,17
  102:6 118:20 122:14
  138:9 139:16 144:4
  144:20 151:3,5 157:8
  158:15 163:13
  173:14 174:3,4
  180:14,20 181:10
  187:13 194:2,5,7,12
  194:14,15 212:9
  215:18
visualize 66:7
Volk 147:22,23 149:9
volunteer 13:15,19
  14:2,15,19
vomiting 111:10
von 127:18 168:20
  206:3
vs 1:8 227:21

W

W 2:5
wait 201:23
waited 200:13
waived 4:11,18 228:11
waiving 4:14
walk 100:17
Wal-Mart 3:11 26:9,18
  27:7 28:13 29:2,11
  30:8,15 31:1,4,6,22
  32:3,7,18 34:18
  217:9 218:9,15,17,23
  219:4 220:6,13 221:8
want 10:9 19:20 43:15
  45:6 67:13 71:7,17
  72:10,12 73:10 75:3
  80:2 94:3 95:3 102:2
  103:14,21 104:14,20
  105:6,10,12 108:23
  109:4 128:19 129:23
  131:16 167:8 184:14
  189:7 190:8,11 206:6
  206:15 210:21,23
  214:8 221:15 222:8
wanted 25:10 31:23
  187:21 192:9,10
  201:8
wants 154:15 155:19
  162:14
warm 26:22
wasn't 17:22 24:7
  25:15 29:19 66:16
  80:3 137:19 146:22
  156:19 166:14 171:3
  176:23 177:3 210:3
way 30:20 32:1 57:16
  61:22 68:1,14 71:2
  74:11 88:15 103:2
  110:11 114:7 118:1
  132:17 133:18 148:7
  168:19 170:22 176:1
  177:20 191:22 196:3
  202:13 203:23 204:6
  216:10 218:5 226:17
ways 126:19 205:18
wear 138:1 162:17,18
  164:8 169:12
wearing 137:18,23
  164:4
wears 137:16 151:9
  155:17 164:13
weather 26:22
web 43:13 44:19 45:3
  84:16
week 28:5,14,17,22
  29:18 31:8 32:15,21
  34:14,17,19,19
  162:21,22
weekend 39:10 41:8,9
  41:19

weekends 40:17
weeks 32:4 140:11
well 6:4 8:13 9:16
  10:21 11:3,22 13:17
  13:21 16:8,16 17:8
  17:14 18:22 19:7,23
  22:3,9 25:9,18 28:12
  31:13 33:12 34:4
  35:19 40:18 43:7
  51:11,13 52:7 53:7
  55:20,22 58:15,16
  61:12 62:6,13 63:14
  63:15,17 64:21 65:2
  66:12 67:3 68:16
  72:22 76:21 79:9
  80:19 86:3 91:1 94:4
  95:10 96:3,6,11,13
  97:3,15 98:10,13,14
  104:7 109:1,5 110:5
  110:9 112:16 114:9
  124:13 125:6 128:7
  128:15 130:2,8,12
  132:6 133:16 135:17
  141:8,19 142:1,16
  146:9 150:19 154:7
  159:16 160:8 168:9
  174:14 178:17
  180:17 182:3 183:1,2
  184:7 185:19 191:23
  192:7,21 193:17,23
  195:11 198:21
  204:15 211:6,7
  212:14 217:13
  218:23 220:7,22
  225:8 226:14
went 8:7,10 16:17
  18:23 21:13 25:18
  29:3 31:5 40:20
  79:17 89:3 91:1
  161:22 162:6 180:13
  191:10
were 12:4 18:13,17
  19:15 21:7,15 23:3
  23:12 24:16,21 25:1
  25:20 26:3,5 27:21
  28:3,5,13 29:16 30:6
  30:22 37:5 38:10,18
  40:1 46:12 56:4
  60:23 68:23 70:19
  74:19,19 96:21 98:5
  103:22 104:7,21
  120:11 123:9 125:9
  143:18 147:7 149:6
  149:22 153:18
  156:14 169:23 185:8
  186:16 190:16,21
  191:8,16 198:5
  200:19,22 205:13,18
  207:12 208:2,8
  213:14 214:17,18

Deposition of David Bazemore

Page 18

| | | | | |
|---|---|---|---|---|
| 215:20 218:8 | wise 82:12 | **Yeah** 131:18 134:12 | **134** 3:8 | **24th** 136:14 207:6 |
| **weren't** 21:2 | **witness** 4:16,17 5:2 | 138:22 145:14 154:8 | **138** 186:10 | **25** 38:16 156:23 |
| **we'll** 66:5 135:12,16 | 13:9 14:4 15:7 16:3 | 156:12 158:22 | **14** 164:8 169:16 | **27** 13:1 86:8 |
| 172:2,7 173:6,8 | 60:20 66:18 92:17 | 167:23 182:12 189:8 | **15** 1:20 92:6 195:8 | **27th** 163:11 175:15 |
| 181:13 206:17 | 104:6,17 105:5,13 | 209:5 213:3 | 228:6 | **28** 161:20 |
| 217:14 | 177:23 217:7 228:9 | **year** 15:15 16:12 17:4 | **150** 2:6 | **28th** 218:6 |
| **we're** 7:3 35:20 46:3 | **WNL** 148:15 164:18 | 19:13,22 24:3,5 | **16** 149:22 162:18 | |
| 53:8 109:1 123:16,17 | **wondering** 82:10 | 26:14 32:5 33:7 | **17** 149:22 | **3** |
| 124:23 134:9 136:10 | **word** 7:1 51:12 65:23 | 39:23 40:6,11,13 | **178** 2:7 | **3** 3:5 105:15,18 161:7 |
| 136:21 175:20 198:8 | 67:5 113:18 122:7 | 48:21 58:23 89:4 | **1971** 16:13 | **3/24/2000** 155:13 |
| 201:14 211:7 | 139:12 147:11 | 107:11 120:8 127:5 | **1973** 20:11 | 184:14 |
| **we've** 44:5 77:1 85:7,11 | 176:10,15 | 150:7,20 170:3 188:3 | **1977** 19:14 23:9 | **3:06-cv-00569-MEF** |
| 85:11 91:20 96:7 | **words** 120:7 130:17 | 207:6,22 208:7 | **1980** 13:1 23:10,13,16 | 1:8 225:5 |
| 102:5 125:8 191:14 | 145:23 218:16 | **years** 7:15 13:2 18:13 | **1981** 24:11 | **3:50** 161:15 |
| 201:14 226:20 | **work** 13:19 14:2,15 | 21:7,13 22:13 23:6 | **1992** 47:19 | **30** 22:13 205:11 |
| **while** 38:18 75:7 85:1 | 24:18 25:18 28:11 | 25:2,12 38:16,17 | | **30th** 228:15 |
| 223:19 | 29:11 31:7,22 197:17 | 39:4 86:8 195:8 | **2** | **30004** 2:7 |
| **white** 1:19 2:10,11 5:14 | 203:14 204:16,17 | 223:22 | **2** 3:4 102:18,19 | **35** 161:6,6 169:5 |
| 6:12 9:4 10:2 11:14 | 220:13 | **yeses** 56:4,5 | **2nd** 151:1 152:4 193:2 | **36801** 7:13 |
| 11:15 14:5 37:7 43:4 | **worked** 16:16 21:17 | **yesterday** 49:11 | 193:7 | **37** 184:17 |
| 43:15,20 44:1,7,12 | 28:16 204:20 | **York** 10:14 89:3 | **2/21/53** 12:12 | |
| 44:23 45:9 46:1,9,19 | **working** 28:1,5,14 | **young** 24:16 | **20** 92:6 | **4** |
| 49:7 50:5,11 51:5 | 29:23 33:13 72:11 | **Yukich** 10:12 | **20th** 39:20 41:5 47:19 | **4** 3:6 29:13 108:3,9,12 |
| 65:5,12,18 67:12 | **works** 78:13 | **y'all** 8:17 202:6 219:7 | 173:12 193:5 199:14 | **4:45** 34:11 |
| 71:10 76:2 81:12 | **World** 24:9 25:1 26:8 | 224:22 | 204:10 207:10 | **40** 28:14 31:20 92:5 |
| 83:1 84:22 85:8,22 | 26:12 27:1,7 28:13 | **Y-U-K-I-C-H** 10:12 | 213:17 214:14 | 205:11 |
| 86:20 87:8 88:21 | 38:18 | | **20/100** 173:18 174:6,13 | **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** 12:16 |
| 89:22 90:14,20 100:7 | **worn** 154:16,19,20 | **Z** | 194:9 | **43** 3:3 |
| 101:22 103:15 104:1 | 155:19 | **zero** 145:8 159:17,21 | **20/20** 59:15 60:9 139:5 | **45** 34:20 |
| 106:20 108:19 | **worried** 17:22 43:22 | 160:8,15 165:3,3 | 143:17 144:22 145:1 | |
| 110:12 112:12 | **worse** 151:23 152:9 | 178:14,14 184:19 | 181:2,4,5 | **5** |
| 115:10 116:13 121:5 | 163:14 173:15,20 | **zone** 67:9 | **20/25** 181:1 | **5** 2:18 3:8 134:16,19 |
| 121:9,12,17,22 | 175:23 194:20 | **Z-E-N-B-Y** 12:9 | **20/40** 164:1 174:7 | 136:1 140:21 161:7 |
| 122:11 124:8,23 | **worsening** 176:3 | | **20/50** 139:9 163:23 | 165:23 171:10 |
| 125:7,20 130:2,6,12 | **worst** 20:2 225:4 | **$** | 174:13 194:9 | 184:19 |
| 131:18 133:11 135:2 | **wouldn't** 84:10 105:11 | **$47** 170:4 | **20/60** 138:17,19,22,23 | **5:30** 33:23 |
| 135:11 137:2 140:18 | 162:12 204:12 | | 139:2 152:11 | **50** 92:5 152:16 157:21 |
| 145:6 146:2,4 152:1 | 214:20,22 | **0** | **2000** 136:14 151:21 | 165:23 166:3 |
| 152:6 153:14 154:5 | **write** 37:21 42:18 56:8 | **01** 152:4 | 152:3 153:15,17 | |
| 160:7 163:18 168:13 | 66:22 140:1 177:15 | **03** 40:8,21 | 207:5,6 | **6** |
| 171:8,21 172:11,19 | 189:12,12 202:16,17 | **04** 40:21 43:22 | **2001** 120:9 151:1 154:3 | **6** 3:9 211:15 |
| 173:4,8 186:11,14 | **writers** 123:9 124:5 | **05** 43:22 | 192:1 193:2,7 | **60** 221:23 |
| 191:21 192:4 195:18 | **writes** 202:5 | **06** 3:3 44:2,10 45:13 | **2003** 163:11 170:14 | **60-day** 221:12 222:6 |
| 196:17 197:5 198:7 | **writing** 42:12 132:20 | 49:20 53:12 85:9 | 175:15 | **60-days** 222:14 |
| 198:16 199:3 202:4 | 185:20 | | **2004** 39:13,18,21 41:3 | **60-1** 138:15 |
| 202:15,23 205:4 | **written** 42:8,11,21 | **1** | 41:5 42:2 91:14,16 | **630-X-12** 3:3 44:10 |
| 206:10 209:21 | 109:13 126:21 | **1** 3:3,3 43:8,9 | 120:18 127:7,10 | 53:12 |
| 210:23 211:4,7,19 | 130:18 140:4,9 141:1 | **1.5** 184:18 | 129:10 173:12 193:5 | |
| 213:18 214:6 215:5 | 145:13 148:13 | **10** 219:18 | 193:9 199:15 204:11 | **7** |
| 215:23 217:6,16 | 154:22 160:22 | **10/01** 164:11 | 207:10 214:15 218:6 | **7** 3:11 216:22 217:2 |
| 220:2,16 221:17 | 162:13 163:21 169:4 | **10:20** 187:6 | **2005** 39:19 200:5 | **73** 17:2 21:6 |
| 222:3 224:13 225:5 | 171:16,23 175:16,19 | **102** 3:4 | **2006** 228:15 | **75** 164:9 |
| 226:12 | 183:8,20 185:1 | **105** 3:5 | **2007** 1:20 228:6 | |
| **whole** 5:3 37:1 58:12 | 186:18 192:13 206:8 | **108** 3:6 | **205** 1:19 2:12 | **8** |
| 81:18 89:19 104:18 | 218:5 | **12** 25:11 27:18 162:18 | **21** 228:20 | **8:50** 169:16 |
| 167:7 217:4 227:17 | **wrong** 52:6 53:11 99:5 | 187:5 205:12 218:15 | **211** 3:9 | **865** 110:16 |
| **wide-open** 113:18 | 123:10 136:13 | 218:23 | **216** 3:11 | **866** 113:18 |
| **wife** 7:17 19:12 24:15 | **wrote** 201:7 | **12-hour** 41:17 | **227** 228:7 | **869** 115:16 |
| 27:23 | | **13** 7:15 25:2,12 187:5 | **23** 38:16 | **870** 129:13 |
| **windshield** 216:9 | **Y** | 205:12 | **24** 161:20 | |

| 9 |
|---|
| **9th** 1:19 2:12 |
| **9:35** 1:21 |
| **90** 147:22 148:1 149:9 |
| 222:20 |
| **903** 7:11 |
| **92** 48:5 |
| **93** 25:3 26:16 29:13 |
| **94** 25:3 26:16 29:13 |
| **95** 153:6 |

5

| NAME | Bengtson, Kyle | | DATE | 8-20-04 |
| DOB | 1-12-77  27 yo | | ADDRESS | 2469 County Rd 84 Lou... |
| SEX | M | | PHONE | 887-2590 |
| RACE | C | | SPONSOR | |

| V.A. | | dist | near | sph | cyl | axis | add | prism | dist | near |
|---|---|---|---|---|---|---|---|---|---|---|
| | O.D. | 100 | | -.25 | -1.25 | 92 | UltraFlex D20 | | | |
| | O.S. | 40 | | -1.00 | DS | | 8.6/149 | -1.00 | |
| | O.U. | | | | | | | | -1.00 | |

**HX:** last eye exam: 9-27-03     Reason: thickening problem w/ OD eye fades in ...

a'd travell c OD     General Health: good firm

has "pullin" orber it     Medications: No

Is worse @ nite     Drug Allergies: NKDA

Cover Test  sc  ∅/∅  cc     See "halos" around lights     Ocular History: neg PTR (4)

Vergences

Ext. WNL

Version full     been that way ~ 2 mon, c minor worsening

NPC

Pupils PERRLA neg APD

Acc. WNL

| | RET. | V.A. | Subj. | V.A. | Near | V.A. |
|---|---|---|---|---|---|---|
| O.D. | clear | | -50 -250 x 94 | 6/25+ | | |
| O.S. | | | -100 DS | 20- | | |
| Monoc x-cyl | | | PRA | | | |
| Binoc x-cyl | | | NRA | | | |

Stereopsis

Color Vision  plates 8  misses 0  mild     Misc: Confrontation OD FTFR OS FTFR all quads

Keratometry  O.D. 44.00/45.50
O.S. 44.75/44.75

SLE: 3/4 97/4/4     Oph: ESCN 135 SLR R&L
conjrys c lids a
cornea clear at     flare + cell OU

Tonometry NCT @ 10:30 am

IMP:  13 mm Hg
12
P) cornea c & OD
V Bl c/o OD
($117.00)

PLAN: P) ∆ right clear to study
apples + dem of ∆
OD -50 -250 x 94
RTC 1 yr

PLAINTIFF'S EXHIBIT
5
KGaD 800-631-6989

NAME _____    DATE: 9/27/03

DOB _____    ADDRESS _____

SEX _____    PHONE 887-_____

RACE _____    SPONSOR

| V.A. | | dist | near | sph | cyl | axis | add | prism | dist | near |
|------|------|------|------|-----|-----|------|-----|-------|------|------|
| | O.D. | 20/50 20/40 | | | | | -100 | | | |
| | O.S. | | | Ultaplex | | | -C75 | | | |
| | O.U. | | | D20 | | | | | | |

P.D.

HX: last eye exam:                    Reason:

_last 10/01, new cc's_          General Health: WNL
_then wear part-time_

_cc, dup + update_              Medications: ru
_cc's_                         Drug Allergies: NKDA

Cover Test _____    Ocular History: neg + f

Vergences

Ext. _____

Versions _____

NPC _____

Pupils _____ negative

Acc. _____

| | RET. | V.A. | Subj. | | V.A. | Near | V.A. |
|---|------|------|-------|---|------|------|------|
| O.D. | Clear | | -25 -125 x 92 | | 20/20 | | |
| O.S. | | | -100 | | /20 | | |

Monoc x-cyl                    PRA

Binoc x-cyl                    NRA

Stereopsis                     Misc: Confrontation

Color Vision plates ___ misses 0 misses      OD FOR OS PTPE

Keratometry  O.D.

O.S.                          Oph

SLE _____

Tonometry NCT @ 12-14
              8:50

IOP:                          PLAN: (P)  (OD) -25 -125 x 92
                                        (OS) -100

| NAME | Bergtson, Kyle | | DATE: | 10-03-01 | | | | |
|---|---|---|---|---|---|---|---|---|
| DOB | 1-12-79 | | ADDRESS | 326 Lee Rd 649, Loach | | | | |
| SEX | M | | PHONE | 867-2580 | | | AL 36__ |
| RACE | C | | SPONSOR | | | | | |

| V.A. | | uncorrected | | HABITUAL Rx | | | | corrected | |
|---|---|---|---|---|---|---|---|---|---|
| | | dist | near | sph | cyl | axis | add | prism | dist | near |
| | O.D. | 60 | | −.50 | −.25 | 95 | | | | |
| | O.S. | 40 | | −.50 | −.25 | 10 | | | | |
| | O.U. | | | | | | | | | |

Hx: last eye exam: 3-24-00   P.D.

Reason: Rx exam - wants Contacts (never worn)

Cont. & new glasses   General Health: no

Medications: no

Drug Allergies: NKDA

Ocular History: No ocular Hx

Cover Test: cc Ø/Ø

Ext: unrol

Versions: full

IPC: clear

Pupils: PERRLA neg APD

cc: NNA

| | RET. | V.A. | Subj. | V.A. | Near | V.A. |
|---|---|---|---|---|---|---|
| O.D. | | | −.75 −.25 x 100 | 20/20 | | |
| O.S. | | | −.75 DS | 20/20 | | |
| Monoc x-cyl | | | | | | |
| Binoc x-cyl | | | | | | |

Stereopsis

Color Vision: plates 8 misses

Misc: Confrontation OD & OS FTFC all good

Keratometry: O.D. 44.00/45.00
O.S. 44.50/44.87

Oph: FES .35 cc p+ .350

Tonometry: NCT @ 3:50 pm   TA 20/19

NEW CC FIT

PLAN: 1) Ultraflex 8.6/14.0/−1.00
8.6/14.0/−.75

Wear DW 8 Hrs/day

f/u 1 week

LAST: NAME: DENGTON, KYLIE    FIRST:

DOB: 1-0-77    AGE: 23    DATE: 3-24-00

ADDRESS: 329 Lee Rd. 649 Wavsly

SEX: M    PHONE: 887-3580    ID #: A1368#

RACE: W    Insurance:    GROUP #:

| V.A. | uncorrected | | | HABITUAL Rx | | | | corrected | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | dist | near | sph | cyl | axis | add | prism | dist | near |
| 20/ | O.D. 60-1 | | | *None* | | | | | |
| | O.S. 50-1 | | | | | | | | |
| | O.U. | | | | | | | | |

Hx: LAST EXAM DATE: NEVER HAD ONE    REASON FOR VISIT: PT EXAM having D/C seeing far away

CC: ↓ ∞ us    MEDS:

noticed last several weeks, near/back

KNOWN DRUG ALLERGIES:

OCULAR HISTORY:

Cover Test @ 66 ∅/∅

Ext. upos

Versions full

EOM Ca

Pupils PERRLA negative    PER

Acc. NNA

| | REF. | V.A. | Subj. | | V.A. | Near | V.A. |
|---|---|---|---|---|---|---|---|
| O.D. | Cleared | | −25 −50 095 | | 20/20 | |
| O.S. | | | −50 −25 810 | | 20/20 | |

Monoc x-cyl    PHA

Binoc x-cyl    NHA

Stereopsis

Color Vision COLOR PLATES: 0 MISSES    Misc: C-FTFC OD & OS All quads

Keratometry O.D. 44.50/44.87    O.S. 44.50/45.12

SLE    Oph    ES 0.35 c/d clear

Tonometry NCT @ 3:00 pm    P) Rx glasses DVO

IMP: 1. A) cursor    PLAN: OD −50 −25 095
OS −50 −25 810

rewty

DR. DAVID N. BAZEMORE
OPTOMETRIST

PATIENT REGISTRATION FORM

Patient's Name:_____

Parent's Name: _____
(If Patient Is A Child)

Mailing Address:_____

Date Of Birth:    _____
/ / 19__

Age:_____    _____
City    State    Zip

Home Phone:_____Work:_____

Occupation:_____Employer:_____

If Student-Grade:_____School:_____

Who May We Thank For Referring You To Us?

_____

Will Today's Exam Be Paid For By (Circle One)

Cash- Check-Credit Card- Insurance-Other

1. What is your reason for seeking vision care
   at this time?

2. Do you have any general health problems?

3. Are you taking any medications?

4. Are you allergic to any medications?

5. Have you ever had any injuries, operations
   or infections involving your eyes?

6. Is there any family history of eye disease
   such as Cataracts or Glaucoma, in your
   family?

7. Do you have a lazy eye? Right or Left—

_____
Signature

DATE:

ADDRESS

PHONE

SPONSOR

| | | HABITUAL Rx | | | | | corrected | |
|---|---|---|---|---|---|---|---|---|
| uncorrected | | | | | | | | |
| | dist | near | sph | cyl | axis | add | prism | dist | near |
| O.D. | | | | | | | | |
| O.S. | | | | | | | | |
| O.U. | | | | | | | | |

P.D.

1st eye exam:    Reason:

General Health:

Medications:

Drug Allergies:

ocular History:

| RET. | V.A. | Subj. | V.A. | Near | V.A. |
|---|---|---|---|---|---|

x-cyl    PRA

cyl    NRA

sis    Misc: Confrontation
vision plates __ misses    OD    OS

etry  O.D.
       O.S.

Oph

etry NCT @

PLAN:

PLEASE
DO NOT
STAPLE
IN THIS
AREA

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM  DD  YY   SEX  M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY   STATE

8. PATIENT STATUS   Single  Married  Other

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)   Employed  Full Time Student  Part Time Student

ZIP CODE   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES  NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY   SEX  M  F

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY   SEX  M  F

b. AUTO ACCIDENT?   YES  NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES  NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____   DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT:  MM  DD  YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM  DD  YY  TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM  DD  YY  TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. _____   3. _____
2. _____   4. _____

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A DATE(S) OF SERVICE | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES  NO

28. TOTAL CHARGE  $

29. AMOUNT PAID  $

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____   DATE _____

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   *PLEASE PRINT OR TYPE*

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

...because this form is used in various government and private health programs, see separate forms, other sources or applicable programs.

...intentionally, falsely, or deliberately concealing, or misrepresenting any material statement on this form submitted or concealing information, may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment of authorized benefits of any information necessary to process the claim and certifies that information provided in Blocks...through...is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes...or release of medical or nonmedical information, including employment status and whether the person has similar group health coverage...liability, workers' compensation, or other insurance which is responsible to pay, for or in lieu of...information item is no.12. For...after the payment of the claim...patient's signature authorizes release of the information to the health plan or agency shown on the above assignment of...participation...the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary when the total charge is less, or the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program, but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

In CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by HCFA, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a) , 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a)(6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28, 90, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims, and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Humans Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or...

PLEASE
DO NOT
STAPLE
IN THIS
AREA

APPROVED OMB-0938-0008

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM  DD  YY    SEX    M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY                STATE

8. PATIENT STATUS   Single  Married  Other

CITY                STATE

ZIP CODE       TELEPHONE (Include Area Code)  (   )

Employed   Full-Time Student   Part-Time Student

ZIP CODE       TELEPHONE (INCLUDE AREA CODE)  (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)   YES  NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY    SEX  M  F

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY   SEX  M  F

b. AUTO ACCIDENT?   YES  NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES  NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED                DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED

14. DATE OF CURRENT:  MM  DD  YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILIAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM  DD  YY  TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM  DD  YY  TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. ___   3. ___
2. ___   4. ___

22. MEDICAID RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A | | | | | B | C | D | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE(S) OF SERVICE From        To | | | | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS        MODIFIER | | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| | MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES  NO

28. TOTAL CHARGE  $

29. AMOUNT PAID  $

30. BALANCE DUE  $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED        DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

PIN#        GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

*PLEASE PRINT OR TYPE*

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

Humphrey

VD = 12.00

- 0.75 -0.50 101
- 0.50 -0.75 109
- 0.75 -0.50 95

- 0.75 -0.50 100

- 0.75
- 0.75
- 1.00

- 0.75

PD = 60mm

RT. DATA
| D | MM | R |
|---|----|---|
| 44.62 | 7.56 | 15 |
| 45.00 | 7.49 | 105 |

44.87  7.52  AVE

CYL  -0.37  15

| D | MM | A |
|---|----|---|
| 44.50 | 7.58 | 167 |
| 44.87 | 7.52 | 77 |

44.62  7.55  AVE

CYL  -0.37  167

Sph Eq  1.50

| Central K | D | MM | Axis |
|-----------|---|----|----|
| | 44.50 | 7.58 | |
| | 45.50 | | |
| Delta K | | | |
| Avg K | 44.75 | | |

Sph Eq  1.50

| Central K | D | MM | Axis |
|-----------|---|----|----|
| | 44.75 | | |
| | 44.75 | 7.56 | |
| Delta K | | | |
| Avg K | 44.75 | | |

### DR. DAVID N. BAZEMORE
### OPTOMETRIST

## PATIENT REGISTRATION FORM

Patient's Name: _Kyle Bengston_

Parent's Name: _____
(If Patient Is A Child)

Mailing Address: _326 Lee Rd 649  waverly Al 3687_

Date Of Birth:
_1/12/_ 19_77_     _Waverly Al 36879_

Age: _23_     City    State    Zip

Home Phone: _887 2530_ Work: _503 7400_

Occupation: _Carpenter_ Employer: _1st Team Const._

If Student-Grade: _____ School: _____

Who May We Thank For Referring You To Us?

_____

Will Today's Exam Be Paid For By (Circle One)

(Cash)- Check-Credit Card- Insurance-Other

1. What is your reason for seeking vision care _____ blurred vision_
   at this time?

2. Do you have any general health problems? _No_

3. Are you taking any medications? _No_

4. Are you allergic to any medications? _No_

5. Have you ever had any injuries, operations _no_
   or infections involving your eyes?

6. Is there any family history of eye disease
   such as Cataracts or Glaucoma, in your
   family?

7. Do you have a lazy eye? Right or Left

_____
            Signature