IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )   3:06-cv-00569-MEF |
| | ) |
| | ) |
| DAVID BAZEMORE, O.D. et. al | ) |
| | ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF HIS BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, and herewith files his evidentiary submission in support of his brief in opposition to Defendant's Motion for Summary Judgment as follows.

1. Exhibit A- Affidavit of Thomas J. Landgraf, O.D.

2. Exhibit B- Affidavit of Gregory J. Sepanski, M.D.

3. Exhibit C- Affidavit of Phil C. Alabata, D.O.

4. Exhibit D- Deposition excerpts of Defendant David Bazemore.

Respectfully submitted this 21st day of August, 2007.

                                                                 __/s/ James B Douglas Jr.__
                                                                  James B. Douglas, Jr.
                                                                  Attorney for Plaintiff
                                                                  P.O. Box 1423
                                                                  Auburn, AL  36831-1423
                                                                  (334) 821-1596
                                                                  Ala Bar No. 8935-u83j

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above on all parties of record by use of this Court's electronic filing system on this the 21st day of August, 2007.

                                                __/s/ James B Douglas Jr._
                                                James B. Douglas, Jr.

Phillip Adams
Matthew White
Blake L. Oliver
Adams, Umbach, Davidson & White, LLP
205 South 9th Street
Opelika, Alabama 36801