Exhibit "B"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| PLAINTIFF, | ) |
| v. | ) 3:06-CV-00569-MEF |
| DAVID BAZEMORE, O.D. et. al | ) |
| DEFENDANTS. | ) |

## AFFIDAVIT OF GREGORY J. SEPANSKI, M.D.

This affidavit is based on my personal knowledge as a treating physician of Kyle Bengston. I am a board certified ophthalmologist practicing ophthalmology in Lee County, Alabama. My credentials are more fully set forth in my c.v. attached hereto as Exhibit "A".

After a review of my medical chart and records for Kyle Bengtson, Wal-Mart's August 20, 2004 optometry exam notes for Kyle Bengtson, and Dr. Reid Cooper, M.D.'s February 18, 2005, and February 25, 2005, medical chart notes for Kyle Bengtson, it is my professional opinion that Kyle Bengtson was suffering from angle closure glaucoma in his right eye upon his initial visit to my office in March, 2005. Mr. Bengtson was suffering from either chronic or subacute angle closure glaucoma at that time because he was not complaining of pain, he had significant optic nerve cupping, and afferent pupillary defect. Afferent pupillary defect results when there has been damage to the optic nerve over an extended period of time. Upon this initial visit Mr. Bengtson was absolutely not suffering an acute angle closure attack.

Based upon Wal-Mart optometry exam notes of August 20, 2004, Mr. Bengtson had an unexplained diminished best corrected vision in his right eye. At the time of the August 20, 2004, exam he was in all probability suffering from subacute angle closure glaucoma.

Had Mr. Bengtson been referred for ophthalmic evaluation on August 20, 2004, his vision loss in all likelihood would have been prevented.

Further affiant sayeth not."

Gregory J. Sepanski, M.D.

Affidavit of Gregory J. Sepanski, M.D.
Page 2

Sworn to and subscribed before me by _Gregory J. Sepanski_ on this the 13th day of August, 2007.

(Seal)

_DuDanna Fuller_
Notary Public
My Commission: 09-08-10

**Gregory J. Sepanski, MD**
**Board Certified Ophthalmologist**
716 Highland Road
Auburn, AL 36830
334-826-6190

**Curriculum Vitae**

## WORK EXPERIENCE

| | |
|---|---|
| 5/07 to Current | **Ophthalmologist**<br>**Auburn Eye Physicians, PC**<br>868-C N. Dean Road<br>Auburn, AL 36830 |
| 12/00 to 5/07 | **Ophthalmologist**<br>**Medical Arts Eye Clinic, PC**<br>122 N. 20th Street, Bldg 26<br>Opelika, AL 36801 |
| 1998 to 2000 | **Ophthalmologist**<br>**Institute for Total Eye Care**<br>4255 Carmichael Road<br>Montgomery, AL 36106 |
| 1996-1998 | **Ophthalmologist**<br>**Martin Army Community Hospital**<br>Ft. Benning, GA |

## EDUCATION

| | |
|---|---|
| Medical School | **University of Wisconsin Medical School**<br>Madison, WI<br>M.D., May 1990 |
| Undergraduate | **University of Wisconsin-Parkside**<br>Kenosha, WI<br>B.S. Biology w/ Chemistry minor, 1986 (*magna cum laude*) |

## POST GRADUATE EDUCATION

| | |
|---|---|
| Residency<br>(Ophthalmology) | **Brooke Army Medical Center**<br>San Antonio, TX<br>1993-1996 |
| General Medical<br>Officer | **Emergency Department Physician**<br>**Wynn Army Community Hospital**<br>Hinesville, GA<br>1991-1993 |
| Internship | **Letterman Army Medical Center**<br>San Francisco, CA<br>1990-1991 |

## SCHOLARSHIPS

**Health Professions Scholarship Program**, U.S. Army, Medical Corps, University of Wisconsin Medical School, 1986-1990
**Kenosha Scholarships**, University of Wisconsin-Parkside, 1983-1984

## AWARDS

**Army Commendation Medal**, 1998
**National Defense Medal**, 1991
**Army Service Ribbon**, 1987

## MILITARY EXPERIENCE

**Major, Medical Corps, United States Army**, 1986-1998; Resigned Commission
**Armed Forces Combat Casualty Care Course C4**, Ft. Sam Houston, Texas, 1991
**National Training Center**, Ft. Irvin, CA, 1991
**AMEDD Officer Basic Training Course**, Ft. Knox, KY, 1987

## BOARD CERTIFICATION

**American Board of Ophthalmology**, 1997
**National Board of Medical Examiners**, 1991

## PROFESSIONAL SOCIETIES AND ORGANIZATIONS

**Fellow, American Academy of Ophthalmology**, 1993
**Member, Medical Association of the State of Alabama**