Exhibit "C"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| KYLE BENGTSON, | ) |
| PLAINTIFF, | ) |
| v. | ) 3:06-CV-00569-MEF |
| DAVID BAZEMORE, O.D., and WALMART, INC., | ) |
| DEFENDANTS. | ) |

## AFFIDAVIT OF PHIL C. ALABATA, D.O.

This affidavit is based on my personal knowledge as a treating physician of Kyle Bengtson. I am a board certified ophthalmologist practicing ophthalmology in the State of Florida. I am a graduate of Florida State University and earned my doctorate in osteopathic medicine from Kirksville College of Osteopathic Medicine, in Kirksville, Missouri. I am a member of the American Academy of Ophthalmology, American Academy of Cataract and Refractive Surgery, and Society of Military Ophthalmologists. I completed a Glaucoma Fellowship Program at Emory University School of Medicine in Atlanta, Georgia.

I have reviewed my medical chart, records and notes for Kyle Bengtson, Wal-mart optometry's August 20, 2004, optometry exam notes for Kyle Bengtson, Dr. Reid Cooper, M.D.'s February 18, 2005 and February 25, 2005, medical chart notes for Kyle Bengtson, and Dr. Gregory J. Sepanski's chart, records and notes for Kyle Bengtson. It is my professional opinion that Kyle Bengtson was probably suffering from intermittent angle closure glaucoma at the time of his August 20, 2004, optometry exam.

Further Affiant sayeth not.

_____
Phil Alabata, D.O.

Sworn to and subscribed before me by Phil Alabata on the 16th day of August, 2007.

BONNIE L. GIBSON
NOTARY PUBLIC - STATE OF FLORIDA
Commission No. DD654653
My Comm. Expires July 10, 2011

Bonnie L Gibson
Notary Public
My Commission Expires: July 10, 2011