# EXHIBIT "D"

# DEPOSITION EXCERPTS

# OF

# DAVID BAZEMORE

Page 57

1  of eye diseases or blindness in the
2  family. They're asked if they have any
3  general health problems, and if so, who's
4  their medical doctor that treats those and
5  what medications they're on and if they're
6  allergic to any medicine.
7      Let's see. I'm trying to go down the
8  list. I think that's about it.
9  Q. What about with an existing patient? What
10 kind of case history?
11 A. My part of asking them questions would be
12 the same.
13 Q. What about the forms for an existing
14 patient?
15 A. The medical record part with the exam
16 results looks the same either way. They're
17 just asked to fill out additional sheets
18 for their first visit.
19 Q. Okay. What is the purpose of a case
20 history?
21 A. To identify the problems and needs of the
22 patient and to try to remedy those.
23 Q. All right. And what kind of problems and

Page 58

1  needs are you looking for?
2  A. Any kind they might have.
3  Q. Okay. Let me just kind of back up a
4  minute. Do you know what the leading
5  causes of blindness are, say, in this
6  country?
7  A. In this country?
8  Q. Yes, sir.
9  A. It varies from region to region, depending
10 on the demographics of the different
11 areas. Okay? Right now, probably the
12 leading cause in the country as a whole is
13 macular degeneration.
14 Q. Okay. What else?
15 A. Well, that would be the leading one.
16 Q. All right. Well, causes, I guess, is what
17 I intended to ask. I may not have -- but
18 what else is a leading cause of blindness?
19 A. Glaucoma would be one of the leaders and
20 probably -- I don't know. Past there, I
21 would be hesitant to say because they're
22 all the time updating that every six months
23 to a year.

Page 59

1  Q. Do you subscribe to any publications that
2  keep you apprised of new developments in
3  the optometric field?
4  A. Yes.
5  Q. What publications do you subscribe to?
6  A. Review of Optometry. American Optometric
7  Association has a thing they put out
8  monthly, a journal. Optometric
9  Management. Vision Monday is another.
10     Oh, goodness. Let's see. Which ones
11 have I said so far?
12 Q. Review of Optometry, American Optometric
13 Association publication, Optometric
14 Management, and Vision Monday.
15 A. Okay. There's another one called 20/20.
16 Q. Okay. Anything else that you take?
17 A. If so, I can't remember it right this
18 minute.
19 Q. So of these five publications you listed,
20 do you subscribe to all of them?
21 A. Yes.
22 Q. And is Review of Optometry -- how often
23 does that come out?

Page 60

1  A. Monthly.
2  Q. And you said American Optometric
3  Association is monthly?
4  A. Monthly.
5  Q. Optometric Management. How often?
6  A. Monthly.
7  Q. All right. And Vision Monday?
8  A. Monthly.
9  Q. And 20/20?
10 A. Same, monthly.
11 Q. All right.
12 A. The Alabama Optometric Association also
13 puts out a newsletter that's monthly.
14 Q. Now, how often do you read these
15 publications? I mean, do you read it cover
16 to cover every month?
17 A. Probably most of the time.
18 Q. Okay. And that would go for all of them,
19 all six of them?
20 A. (Witness nods head up and down.)
21 Q. Is that a yes?
22 A. Yes.
23 Q. All right. So based on what you were

Page 53

1    optometric visit. Is that a fair
2    definition?
3    A. There is no minimum things that should be
4    done at every office visit that comes in.
5    It would vary depending upon the patient's
6    needs.
7    Q. Well, I'll tell you what. I don't know
8    why, but it seems like we're having trouble
9    with this, so let me just -- I'm going to
10   read this into the record, and you tell me
11   if I read anything wrong. Okay?
12        630-X-12-.06, failure to meet standard
13   of care. The board shall consider it
14   unprofessional conduct for a licensee to
15   provide for a patient care that is less
16   than the generally accepted standard of
17   care. This standard of care shall include
18   but not be limited to providing certain
19   minimum testing for the patient when
20   performing a comprehensive eye exam. A
21   comprehensive eye exam shall include any
22   examination wherein a prescription for
23   glasses or contact lenses or necessity

Page 54

1    thereof is determined. Minimum testing for
2    a comprehensive eye exam shall include a
3    case history, determination of refractive
4    error, binocular vision evaluation,
5    ophthalmoscopy, evaluation of health of
6    external eye and adjacent structures,
7    tonometry or other appropriate glaucoma
8    testing, and such other tests as are
9    necessary under the circumstances. Failure
10   to perform said minimum testing during a
11   comprehensive eye exam shall constitute
12   failure to meet the standard of care.
13        Did I read this paragraph correctly?
14   A. I thought so, yes.
15   Q. Okay. I didn't misstate anything?
16   A. No.
17   Q. All right. And do you agree that this is
18   the minimum that an optometrist should do?
19   A. For a comprehensive eye exam?
20   Q. Yes.
21   A. I would agree with that.
22   Q. Okay. So you agree that minimum testing
23   for a comprehensive eye exam must include a

Page 55

1    case history?
2    A. Yes.
3    Q. Okay. And it must include a determination
4    of refractive error?
5    A. Yes.
6    Q. All right. Let's back up. How do you go
7    about getting a case history?
8    A. It depends on whether it's a new patient or
9    a former patient. New patients are asked
10   to fill out some questions, answer some
11   questions that are on the registration
12   form, and all of the patients, whether
13   they're old or new patients, are given an
14   oral case history.
15   Q. Okay. And do you ask questions of the
16   patients?
17   A. Yes, I do.
18   Q. Okay. What questions do you ask?
19   A. Is this a new patient or an old patient?
20   Q. Well, let's take a new patient first.
21   A. Okay. The questions that they're asked to
22   fill in on the sheet are whether -- well,
23   there's several questions on there. I

Page 56

1    don't have one in front of me. But
2    basically, I'm going to go back through
3    those questions and ask them if there was
4    any -- if there were yeses and nos on that,
5    then I'm going to explore the yeses and see
6    what's going on there. Then I will also
7    ask them some other questions under an oral
8    history and write them down on the actual
9    front exam area of the medical record.
10   Q. All right. And what questions do you ask
11   them on the oral history?
12   A. They're asked if they have been in before,
13   and if so, how long it has been. They are
14   asked why they're there today. Was it time
15   for a routine exam, or are they having
16   problems? If so, what kind of problem are
17   they having? They're asked if they're on
18   any medicine for anything or have any
19   general health problems or if they're
20   allergic to any medicine. They're asked if
21   they've ever had any operations or injuries
22   or infections or surgery on their eyes.
23   They're asked if there's any family history

Page 209

1    Q. Or the origin of the symptoms, correct?
2    A. The origin of the symptoms, I'm not sure --
3       you would have to be more specific than
4       that.
5    Q. Yeah, you're right. That's not a real good
6       question.
7           It doesn't matter -- your duty doesn't
8       change if somebody comes in with glaucoma
9       pursuant to an injury or glaucoma pursuant
10      to some other cause, does it? Your duty to
11      provide good care is the same, correct?
12   A. My duty is to try to figure out if they do
13      have glaucoma, and if they do, then to try
14      to get something done about it.
15   Q. Whether or not that glaucoma originates
16      from an injury or some other cause, right?
17   A. That's true.
18   Q. Okay. How could the gonioscopy have aided
19      in the diagnosis of narrow angle glaucoma
20      in Kyle Bengtson?
21           MR. WHITE: Object to the form.
22   A. Somebody who actually saw him when he had
23      angle closure glaucoma would be better able

Page 210

1       to answer that question. I don't know
2       exactly what was going on with him at that
3       time. It wasn't doing that when I saw him.
4    Q. Okay. Whether or not he had a closed angle
5       at the time he came to see you, based on
6       his complaint that he was seeing halos
7       around lights, why was the gonioscopy not
8       performed?
9    A. There was no indication to perform it.
10   Q. Would Goldmann tonometry have aided you in
11      your diagnosis?
12   A. No more so than what we had already.
13   Q. And are Goldmann tonometry and applanation
14      tonometry the same thing?
15   A. There are other kinds of applanation
16      tonometry.
17   Q. I'm just going to show you this. We may
18      make it an exhibit, but -- I'll show it to
19      your attorney. That's just something I
20      found on the internet, and I'll be glad to
21      share a copy with your lawyer if you want
22      to. This is just something that --
23           MR. WHITE: You want him to read

Page 211

1       it?
2           MR. ADAMS: I'm just going to ask
3       him about it.
4           MR. WHITE: He needs to read it
5       first.
6    Q. Well, then you can read it. Sure. No problem.
7           MR. WHITE: Well, and we're not
8       going to answer questions
9       about it unless you're going
10      to make it an exhibit to the
11      deposition.
12          MR. ADAMS: That's fine. I'll
13      make it an exhibit. That's
14      fine.
15      (Plaintiff's Exhibit 6 was marked
16      for identification.)
17   Q. I'm just going to ask you about the middle
18      paragraph there on the symptoms.
19          MR. WHITE: I don't think he's
20      finished reading it. I know
21      I'm not. We just finished the
22      first paragraph.
23          MR. ADAMS: All right.

Page 212

1    Q. Okay. If you don't mind, just put this
2       down on the table where we can both look at
3       it.
4    A. Okay.
5    Q. All right. Where it says symptoms of
6       narrow angle glaucoma, you agree with me
7       that it says cloudy cornea there?
8    A. Correct.
9    Q. Blurring and decreased visual acuity. Do
10      you see that?
11   A. Correct.
12   Q. Seeing halos around lights. Do you see
13      that?
14   A. Well, I saw it, yes.
15   Q. All right. Are you aware that this kind of
16      information -- I'll just represent to you
17      that this kind of information regarding the
18      signs and symptoms of angle closure
19      glaucoma is readily available to a layman
20      over the internet. Are you aware of that?
21   A. I would think probably so.
22   Q. Okay.
23   A. If they looked under -- you could do it

Page 225

1    A. No.
2    Q. Okay. Do you agree that because you can't
3       predict what lies ahead, you have to
4       prepare for the worst?
5           MR. WHITE: Object to the form.
6    A. No, I don't agree with that.
7    Q. Why not?
8    A. Well, do you sleep in the basement in case
9       you have a tornado?
10   Q. I don't have a basement, but anyway. If
11      you see a tornado coming, do you sleep in
12      your basement?
13   A. If I saw one coming, I would.
14   Q. Because you're concerned for your safety,
15      correct?
16   A. That, and more so my family's.
17   Q. And as an optometrist, it's your duty to be
18      concerned for the safety of those people
19      who come to you as patients, correct?
20   A. That's what they're coming in for.
21   Q. And it is your job to see --
22          As you said in the first few minutes of
23      this deposition, you are an optometrist,

Page 226

1       correct?
2    A. That's correct.
3    Q. And you are trained to examine eyes for eye
4       problems such as glaucoma, correct?
5    A. Correct.
6    Q. And therefore, you are required to know the
7       symptoms of glaucoma, correct?
8    A. Correct.
9    Q. So that you can see such a problem as
10      glaucoma coming before it causes too much
11      damage, correct?
12          MR. WHITE: Objection to the
13          form. You can answer.
14   A. Well, glaucoma is not very predictable in
15      the sense that until there are symptoms,
16      you can't diagnose them as having them or
17      not or signs. And the only way you can
18      tell if they have it is through
19      verification of different defects which
20      we've already covered and gone through some
21      of that.
22   Q. And the verification requires the
23      implementation of your best tools, correct?

Page 227

1    A. It would depend on what kind of problems
2       you detected as to what should be done
3       next.
4    Q. Okay. All right. I'm done.
5          * * * * * * * * * * * * *
6          FURTHER DEPONENT SAITH NOT
7          * * * * * * * * * * * * *
8          REPORTER'S CERTIFICATE
9    STATE OF ALABAMA:
10   MONTGOMERY COUNTY:
11         I, Patricia G. Starkie, Registered
12   Diplomate Reporter, CRR, and Commissioner for the
13   State of Alabama at Large, do hereby certify that I
14   reported the deposition of:
15         DAVID BAZEMORE, O.D.
16   who was first duly sworn by me to speak the truth,
17   the whole truth and nothing but the truth, in the
18   matter of:
19         KYLE BENGTSON,
20         Plaintiff,
21         vs.
22         DAVID BAZEMORE, O.D.,
23         Et al.,

Page 228

1          Defendants.
2          In The U.S. District Court
3          For the Middle District of Alabama
4          Eastern Division
5          Case Number 3:06-cv-00569-MEF
6    on May 15, 2007.
7          The foregoing 227 computer printed pages
8    contain a true and correct transcript of the
9    examination of said witness by counsel for the
10   parties set out herein. The reading and signing of
11   same is hereby waived.
12         I further certify that I am neither of kin
13   nor of counsel to the parties to said cause nor in
14   any manner interested in the results thereof.
15         This 30th day of May 2006.
16
17
18
           Patricia G. Starkie, Registered
19         Diplomate Reporter, CRR, and
           Commissioner for the State
20         of Alabama at Large
21

Page 97

1  secondary causes. Acute just means that
2  the pressure is real high.
3  Q. Well, let me ask you this. What type of
4  glaucoma are you talking about when you say
5  that -- when you say that there is a type
6  of glaucoma where the pressure is not
7  constantly high, it can come and go? What
8  type of glaucoma is that?
9  A. That would usually -- it kind of depends
10  on -- like I said earlier, there's
11  variation in the pressure anyway. But if
12  you have something -- if you're on certain
13  medications that might cause your pupil to
14  be dilated versus not dilated or if you
15  have some -- well, there's a lot of
16  things. I just really couldn't answer that
17  for a blanket statement.
18  Q. All right. You have stated, again, that
19  there is a type of angle closure glaucoma
20  where the pressure is not constantly
21  elevated, correct?
22  A. That's my understanding.
23  Q. Okay. If a patient presents in your office

Page 98

1  with signs and symptoms of glaucoma but not
2  at that particular time elevated pressure,
3  what do you do for that patient?
4  A. Again, it would depend on what other signs
5  and symptoms there were. Okay? And the
6  decision of when to have them back and
7  check for this or that would depend on the
8  other signs and symptoms if the pressure is
9  normal.
10  Q. All right. Well, what if that sign and
11  symptom --
12      I'm sorry. Did I cut you off?
13  A. Well, I'm just -- you know, I don't know if
14  the pressure -- Well, that's all I know to
15  say.
16  Q. What if the other signs and symptoms are --
17  include headaches and seeing halos around
18  lights and blurry vision, but the pressure
19  is not high at that particular time? What
20  would you do for that patient?
21  A. Was this a new patient that I've never seen
22  before?
23  Q. Let's take both situations. New patient

Page 99

1  you've never seen before.
2  A. Okay.
3  Q. What would you do?
4  A. I would first of all see what other things
5  might be wrong that would cause the
6  symptoms that you're talking about. Those
7  are not limited to having glaucoma. In
8  fact, that would be down the list of causes
9  for those symptoms. It would be more
10  common for them to have some other problems
11  that would cause that.
12      If I had seen them before, then what I
13  did or didn't do would be based on whether
14  there was continuity from the times before,
15  whether something was changing.
16  Q. Okay. Can glaucoma be managed via
17  self-care at home?
18  A. That would depend on the type of glaucoma.
19  Q. Angle closure glaucoma. Can that be
20  managed at home?
21  A. No.
22  Q. Not via self-care; correct?
23  A. I don't know of any cases where that's

Page 100

1  happened.
2  Q. Okay. If you suspect a patient of angle
3  closure glaucoma, do you -- what do you
4  do? If you suspect a patient of angle
5  closure glaucoma, and you're at the end of
6  the appointment, what next?
7      MR. WHITE: Object to the form.
8      Can you define what you mean
9      by suspect? I mean, I think
10      he's already said what he does
11      when they determine they have
12      glaucoma.
13  Q. All right. If you are of the opinion that
14  they may have angle closure glaucoma, and
15  you're at the end of the appointment, what
16  do you do?
17  A. I'm going to walk in and pick up the phone
18  and call Medical Arts and ask them if he
19  can go over there and let them look at him.
20  Q. Okay. And that's because you understand
21  that angle closure glaucoma is a medical
22  emergency, correct?
23  A. Correct.

Page 93

1    can vary, correct?
2    A.  If the angle is closed, then the pressure
3        will be elevated.
4    Q.  Does the angle -- with angle closure
5        glaucoma, is the angle always closed?
6    A.  There are different kinds of angle closure
7        glaucoma.
8    Q.  Okay.  And what are the kinds of angle
9        closure glaucoma?
10   A.  You can have a primary kind, you can have a
11       secondary kind, and the secondary kind
12       would be due to various things.
13   Q.  Okay.  What is primary?
14   A.  The angle just closes off because of the
15       anatomical shape of the person's anterior
16       chamber angle.
17   Q.  All right.  What is secondary?
18   A.  It has several different reasons that that
19       could happen.
20   Q.  Okay.  Can you give me some of them?
21   A.  They could have pigmentary glaucoma where
22       it's clogging the trabecular meshwork.
23       They could have an angle recession where

Page 94

1    there's damage to the trabecular meshwork.
2    There are others that we can look up if you
3    want to.
4    Q.  Well, I'm just asking you the ones you
5        remember as you sit here right now.
6    A.  Right.
7    Q.  Is that all of them?
8    A.  You can have -- anything that got inside
9        your eye, if you had trauma to your eye,
10       and it -- there are other iris and corneal
11       degenerative conditions that release cells
12       that clog up the trabecular meshwork.
13   Q.  When is glaucoma an emergency?
14   A.  If they came in and the pressure is very
15       high, then I'm going to pick up the phone
16       and call the ophthalmology office and
17       they're going over there then.
18   Q.  Okay.  And what if they come in and they --
19       their history is that they're having some
20       signs and symptoms of glaucoma, but their
21       pressure is not high?  What do you do for
22       that kind of patient?  It's not high at
23       that visit.

Page 95

1    A.  I couldn't say.  It would depend on other
2        things about the patient.
3    Q.  Okay.  But would you still want to run
4        tests for glaucoma if their history --
5    A.  Every patient that comes in gets tested for
6        glaucoma.
7    Q.  How is angle closure glaucoma managed?
8    A.  That would vary from case to case.  I
9        couldn't say.
10   Q.  All right.  Well, just say primary angle
11       closure glaucoma.  How do you manage that?
12   A.  It depends on the elevation of the
13       pressure, and I don't manage that.  That's
14       up to the ophthalmologist.
15   Q.  You would send that person to an
16       ophthalmologist?
17   A.  Yes.
18   Q.  What about secondary angle closure
19       glaucoma?  How is that managed?
20   A.  If the pressure is elevated, it goes to the
21       ophthalmologist.
22   Q.  And what if the pressure is not elevated at
23       that particular time?

Page 96

1    A.  And what other signs make you think that
2        they have glaucoma at that point?
3    Q.  Well, I'm -- that's a good question.  What
4        other signs would there be that would make
5        you be concerned about glaucoma?
6    A.  Well, there's a lot of them, you know.
7        We've been through this.  But if their
8        optic nerve head shows damage, if their
9        cornea shows damage from the pressure being
10       too high and other things like that that
11       you have to look for as well as just the
12       pressure.
13   Q.  All right.  Well, you've testified earlier
14       that with angle closure glaucoma, there is
15       a type of angle closure glaucoma where the
16       pressure is not constantly elevated,
17       correct?
18   A.  That's right.
19   Q.  All right.  Would that be what's called
20       acute angle closure glaucoma?
21   A.  It would depend on whose book you were
22       reading.  The terms primary and secondary
23       include that secondary are due to other

Page 125

1     agree to disagree over what it
2     says.
3  Q. All right. Do you agree that the use of a
4     gonioscopy better allows you to view the
5     angle of the eye?
6  A. Well, what do you --
7        MR. WHITE: Object to the form.
8  A. We've covered this one before, too. I told
9     you there were three main things. One was
10    with the slit lamp, one was gonioscopy, and
11    one was the OHT instrument.
12 Q. Of the three, which allows you to view the
13    angle of the eye the best?
14 A. I would say the OHT instrument.
15 Q. Okay. And then what is the second best?
16 A. The gonioscopy.
17 Q. You've testified earlier that glaucoma is a
18    serious medical condition that can result
19    in blindness, correct?
20       MR. WHITE: Object to the form.
21       Asked and answered.
22 Q. You haven't changed your mind on that, have
23    you?

Page 126

1  A. No.
2  Q. Okay. And that is something that you need
3     as an optometrist to rule out when you see
4     a patient who has some symptoms of
5     glaucoma, correct? You need to rule out
6     glaucoma, correct?
7  A. I need to rule out glaucoma, yes.
8  Q. Okay. And in order to do that, you need to
9     view the angle of the eye, correct?
10 A. Not necessarily.
11 Q. All right. I'd like you to look at the
12    first full paragraph in the next column.
13    Do you see where it says, evaluation of the
14    anterior chamber angle is best accomplished
15    by gonioscopy? Do you see that?
16 A. I do.
17 Q. Do you agree with that?
18 A. Just a minute ago, we talked about the
19    three most commonly used ways of doing
20    that. And like I said, when the book was
21    written, they didn't have some of the
22    instruments available then that -- so this
23    book is not -- it's outdated.

Page 127

1  Q. All right. But, now, did you have --
2     What did you call it, the OHD?
3  A. OHT. I'm not even -- that is an instrument
4     that has only come out here in the last
5     year or two, so I don't even know if he has
6     one up there or not.
7  Q. So you didn't have an OHT in 2004?
8  A. No.
9  Q. All right. But you've already testified
10    you had a gonioscopy in 2004?
11 A. Right.
12 Q. Okay. Do you agree with that statement,
13    not -- Let's forget about the OHT for a
14    moment. Between the other available
15    methods of viewing the angle, do you agree
16    that the gonioscopy is the better method
17    than the slit lamp?
18 A. Right. Then the von Herrick screening
19    method. Both of them require the slit
20    lamp.
21 Q. Okay. All right. Next paragraph. It
22    says, even when the anterior chamber angle
23    is assessed as being narrow or even

Page 128

1     dangerously narrow, further information is
2     often needed.
3        Do you agree with that?
4  A. I just have to have a minute to read what's
5     there besides that one sentence, because
6     that's not all that's involved with it.
7  Q. Well, take your time.
8  A. Okay. Now go ahead and ask me again,
9     please.
10 Q. All right. When the anterior chamber is
11    assessed as being narrow or even
12    dangerously narrow, further information is
13    needed, right? Do you agree with that?
14 A. Further information before you do what?
15 Q. Well, let me just ask you. If you see a
16    very narrow angle, may not be closed but
17    it's narrow, what do you do?
18 A. I am probably going to have that go to
19    Medical Arts to see if they want to do a
20    prophylactic laser procedure on that.
21 Q. And why is that?
22 A. Because I'm not allowed to do that
23    procedure? Is that what you're asking?

Page 97

1  secondary causes. Acute just means that
2  the pressure is real high.
3  Q. Well, let me ask you this. What type of
4     glaucoma are you talking about when you say
5     that -- when you say that there is a type
6     of glaucoma where the pressure is not
7     constantly high, it can come and go? What
8     type of glaucoma is that?
9  A. That would usually -- it kind of depends
10    on -- like I said earlier, there's
11    variation in the pressure anyway. But if
12    you have something -- if you're on certain
13    medications that might cause your pupil to
14    be dilated versus not dilated or if you
15    have some -- well, there's a lot of
16    things. I just really couldn't answer that
17    for a blanket statement.
18 Q. All right. You have stated, again, that
19    there is a type of angle closure glaucoma
20    where the pressure is not constantly
21    elevated, correct?
22 A. That's my understanding.
23 Q. Okay. If a patient presents in your office

Page 98

1  with signs and symptoms of glaucoma but not
2  at that particular time elevated pressure,
3  what do you do for that patient?
4  A. Again, it would depend on what other signs
5     and symptoms there were. Okay? And the
6     decision of when to have them back and
7     check for this or that would depend on the
8     other signs and symptoms if the pressure is
9     normal.
10 Q. All right. Well, what if that sign and
11    symptom --
12       I'm sorry. Did I cut you off?
13 A. Well, I'm just -- you know, I don't know if
14    the pressure -- Well, that's all I know to
15    say.
16 Q. What if the other signs and symptoms are --
17    include headaches and seeing halos around
18    lights and blurry vision, but the pressure
19    is not high at that particular time? What
20    would you do for that patient?
21 A. Was this a new patient that I've never seen
22    before?
23 Q. Let's take both situations. New patient

Page 99

1  you've never seen before.
2  A. Okay.
3  Q. What would you do?
4  A. I would first of all see what other things
5     might be wrong that would cause the
6     symptoms that you're talking about. Those
7     are not limited to having glaucoma. In
8     fact, that would be down the list of causes
9     for those symptoms. It would be more
10    common for them to have some other problems
11    that would cause that.
12       If I had seen them before, then what I
13    did or didn't do would be based on whether
14    there was continuity from the times before,
15    whether something was changing.
16 Q. Okay. Can glaucoma be managed via
17    self-care at home?
18 A. That would depend on the type of glaucoma.
19 Q. Angle closure glaucoma. Can that be
20    managed at home?
21 A. No.
22 Q. Not via self-care; correct?
23 A. I don't know of any cases where that's

Page 100

1  happened.
2  Q. Okay. If you suspect a patient of angle
3     closure glaucoma, do you -- what do you
4     do? If you suspect a patient of angle
5     closure glaucoma, and you're at the end of
6     the appointment, what next?
7        MR. WHITE: Object to the form.
8           Can you define what you mean
9        by suspect? I mean, I think
10       he's already said what he does
11       when they determine they have
12       glaucoma.
13 Q. All right. If you are of the opinion that
14    they may have angle closure glaucoma, and
15    you're at the end of the appointment, what
16    do you do?
17 A. I'm going to walk in and pick up the phone
18    and call Medical Arts and ask them if he
19    can go over there and let them look at him.
20 Q. Okay. And that's because you understand
21    that angle closure glaucoma is a medical
22    emergency, correct?
23 A. Correct.

Page 73

1      and symptom of glaucoma, correct?
2   A. Uh-huh (positive response).
3   Q. Is that a yes?
4   A. I don't see that very much. It can be.
5   Q. It can be. All right. So you've stated
6      glaucoma is a serious eye disease that can
7      cause blindness, correct?
8   A. Correct.
9   Q. Okay. So is glaucoma something that you
10     would want to rule out for a patient
11     presenting with seeing halos around
12     lights?
13  A. Correct.
14  Q. And would ruling out glaucoma involve doing
15     more than one method of tonometry?
16  A. It would depend on the reading that I got
17     on the first type. It would depend on the
18     appearance of the optic nerve head. It
19     would depend on whether they have other
20     problems like a cataract or corneal
21     scarring or other problems. How open
22     their anterior chamber angle is. That's
23     not something that you could say for

Page 74

1      everybody.
2   Q. Okay. If a patient presented with seeing
3      halos around lights and pain, headaches,
4      what would you be concerned with?
5   A. I don't think you could tell -- you
6      couldn't say anything that -- the same shoe
7      doesn't fit everybody. You can't say what
8      you would do without having an individual
9      there with more input, information than
10     what you're giving me.
11  Q. And the way you get more input and
12     information is to conduct testing; is that
13     correct?
14  A. That's correct.
15  Q. Okay.
16  A. And ask questions.
17  Q. Under what circumstances would you refer a
18     patient like that to an ophthalmologist?
19  A. If there were enough findings that were
20     positive that that patient might have
21     glaucoma, then I would refer them to an
22     ophthalmologist.
23  Q. Have you ever referred a patient to an

Page 75

1      ophthalmologist?
2   A. Just every day, yes.
3   Q. Okay. And that's because you want to
4      prevent serious eye problems; is that
5      correct?
6   A. That's correct.
7   Q. And that's because you recognize that while
8      you are an individual, as you testified
9      earlier, trained to examine eyes, you
10     understand that there are things that an
11     ophthalmologist is trained to do that you
12     are not qualified or trained to do; is that
13     correct?
14  A. That's correct.
15  Q. Is there any treatment for glaucoma that an
16     ophthalmologist is able to provide a
17     patient that you are not able to provide a
18     patient?
19  A. Yes.
20  Q. Okay. Tell me about that.
21  A. Any surgical procedure that would be
22     indicated.
23  Q. And what surgeries are used to correct

Page 76

1      glaucoma and intraocular pressure?
2            MR. WHITE: Object to the form.
3         You're asking about what an
4         ophthalmologist does, and I
5         don't know that he's qualified
6         to answer these questions. If
7         you're just asking him if he
8         knows, I guess he can answer.
9            MR. ADAMS: Sure. You're right.
10  Q. Do you know?
11  A. I have no reservation about answering that,
12     and it would not be any one thing for any
13     one patient. It would depend on the
14     particular patient.
15  Q. Okay. But do you agree that surgery is
16     sometimes necessary to correct glaucoma?
17  A. Yes.
18  Q. Okay. Where it says tonometry or other
19     appropriate glaucoma testing, what other
20     testing is appropriate to detect glaucoma?
21  A. Probably -- well, there's several mainstays
22     on that. Okay. One is the pressure in
23     your eye, okay, and looking at the optic

Page 121

1    A.  Yes.
2    Q.  Do you believe that he is referring to puff
3        test tonometry or to applanation or
4        Goldmann tonometry?
5            MR. WHITE:  Object to the form.
6    Q.  Based on your familiarity with the accepted
7        form and best form of tonometry, what do
8        you think is suggested there?
9            MR. WHITE:  Object to the form.
10           MR. ADAMS:  He's an optometrist.
11       He can testify.
12           MR. WHITE:  You're asking him to
13       read into what he's saying and
14       guess at what his true intent
15       was?  That's ridiculous.
16           MR. ADAMS:  No, it's not.
17           MR. WHITE:  It's absurd is what it
18       is.
19           MR. ADAMS:  No.  You do your
20       homework, and you'll find out,
21       it's not absurd.
22           MR. WHITE:  This man didn't do his
23       homework?  That's what you're

Page 122

1        saying?  The author of this
2        book didn't do his homework?
3            MR. ADAMS:  You may not understand
4        the question.  Let me rephrase
5        it.
6    Q.  In the most current literature, where you
7        see the word tonometry, is that in
8        reference to puff test or to Goldmann
9        tonometry?
10   A.  I really --
11           MR. WHITE:  Object to the form.
12   A.  I really couldn't say unless they specified
13       on there.
14   Q.  Okay.  You agree that visual field testing
15       is a necessary clinical exam for somebody
16       with the symptoms of angle closure
17       glaucoma?
18   A.  I think that if somebody has angle closure
19       glaucoma that I'm going to send them to the
20       ophthalmology clinic, and they're going to
21       discern which tests need to be run on that
22       patient.
23   Q.  Okay.  How are you going to determine

Page 123

1        whether their angle is closed?
2    A.  By looking with the slit lamp.
3    Q.  But you testified earlier that a gonioscopy
4        is --
5    A.  And I was going to say, and if it appears
6        to be narrow with the slit lamp, I'm going
7        to do gonioscopy.
8    Q.  Okay.  And earlier I asked you did you
9        believe that the writers of this text were
10       wrong to state that a gonioscopy must be
11       one of the tests, and I'm not sure I
12       understood your answer.  Is the gonioscopy
13       a necessary test for someone having these
14       symptoms?
15   A.  What was the pressure?
16   Q.  We're not talking about pressure, as I
17       understand it.  We're talking about these
18       symptoms.  If they present with these
19       symptoms, one of these symptoms, one or
20       more of these symptoms, is a gonioscopy
21       required?
22   A.  It would depend on what other things I did
23       and what symptoms would apply to any other

Page 124

1        problems that I had found or did not find
2        on that patient.
3    Q.  Okay.  So if I understand you correctly,
4        you are -- do I understand you correctly to
5        disagree with the writers of this text that
6        gonioscopy must be a test performed when a
7        patient presents with these symptoms?
8            MR. WHITE:  Objection to the form
9        of that.  You're paraphrasing
10       something that the book
11       doesn't say.
12   A.  It doesn't say that in the book.
13   Q.  Well, actually, what it says is the
14       clinical examination for both conditions,
15       referring to both types of angle closure
16       glaucoma, consist.  It consists.  It will
17       include gonioscopy.
18   A.  That's correct.
19   Q.  And you will agree with that?
20   A.  If they have it.
21   Q.  If they have these symptoms.
22   A.  No, that's not what it says.
23           MR. WHITE:  We're going to have to

Page 117

1   A. Correct.
2   Q. You agree that if it's not managed
3       appropriately, possible acute attacks could
4       occur in the future, correct?
5   A. That's a possibility.
6   Q. Okay. You agree that the signs and
7       symptoms of angle closure glaucoma include
8       red eye? Do you agree with that? I
9       believe you've already testified to that.
10  A. If the angle is closed when they come in
11      the office, their vessels will be dilated.
12  Q. Okay. And that results in red eye,
13      correct?
14  A. Correct.
15  Q. You agree that one of the symptoms of angle
16      closure glaucoma is blurred vision,
17      correct?
18  A. Yes, it can -- that could be one of the
19      symptoms.
20  Q. Okay. And you agree that colored rings
21      around lights is one of the symptoms,
22      correct?
23  A. It can be the symptom of this.

Page 118

1   Q. All right. And another way of saying
2       colored rings around lights is halos,
3       correct?
4   A. I guess you would have to ask the patient
5       what they meant by that to verify that.
6   Q. All right. Further, you agree tearing can
7       be a symptom of angle closure glaucoma?
8   A. Correct.
9   Q. Ocular discomfort can be a symptom?
10  A. Yes.
11  Q. And headache can be a symptom?
12  A. Some -- yes.
13  Q. Okay.
14  A. It can be.
15  Q. All right. Let's move down to the third
16      paragraph. You see where it says, the
17      clinical examination for both conditions
18      consists of history, biomicroscopy,
19      gonioscopy, optic disk evaluation,
20      tonometry, and visual field testing.
21          Did I read that correctly?
22  A. Yes.
23  Q. Do you agree that an accurate and thorough

Page 119

1       taking of the patient's history is
2       necessary to examine for angle closure
3       glaucoma?
4   A. I didn't catch the first part. You said
5       something about history.
6   Q. All right. Do you agree that an accurate
7       and thorough taking of the patient's
8       history is necessary to examine for angle
9       closure glaucoma?
10  A. Yes.
11  Q. And you agree that the same is true of
12      biomicroscopy?
13  A. That's something that should be done on
14      every patient.
15  Q. Okay. So that's a yes?
16  A. Uh-huh (positive response).
17  Q. That was a yes?
18  A. Yes.
19  Q. Okay. And do you agree that gonioscopy is
20      necessary in order to do an appropriate
21      clinical examination for angle closure
22      glaucoma?
23  A. It's one of the tests that can be done for

Page 120

1       that. I mentioned earlier a couple of
2       other tests that can also be done for that.
3   Q. Okay. But are you prepared to say that
4       Dr. Bartlett should not have included this
5       in his list of necessary examinations?
6   A. I think that gonioscopy -- let's see how he
7       words this. I don't even -- let's see.
8       What's the year on this?
9   Q. It's 2001.
10  A. Seems like some of the other instruments
11      that I mentioned to you were not even
12      available at the time this book was
13      printed.
14  Q. Okay. And do you use any of those
15      instruments to view the angle of the eye?
16  A. I have a gonioscope. I don't have one of
17      the OHT instruments.
18  Q. And you had a gonioscope in 2004?
19  A. I did.
20  Q. All right. Do you agree that optic disk
21      evaluation is necessary?
22  A. Yes.
23  Q. Do you agree that tonometry is necessary?

30 (Pages 117 to 120)

Page 189

1    something that – another incident that
2    causes damage to the optic nerve. You
3    could have hyphema, which is the leakage of
4    a blood vessel in the back of your eye that
5    can be secondary to diabetes or a list of
6    other general health problems.
7        You want me to keep going?
8    Q.  Yeah.
9    A.  Okay. You could have what's known as
10   iritis, which is an inflammatory problem.
11       You know, I'd have to have something to
12   write with and write all these down so I'm
13   not repeating myself on all of them.
14   Q.  You testified earlier you agree that seeing
15   halos around lights is a symptom of angle
16   closure glaucoma, correct?
17   A.  Yes.
18   Q.  Okay. The two of those coupled together –
19   A.  I'm sorry. Which two are we talking about?
20   Q.  The blurry vision or film over the eye
21   together with the halos around lights.
22   Would you agree that that should cause some
23   concern for an optometrist that Kyle may

Page 190

1    have -- or that this patient, a patient
2    presenting with this could have angle
3    closure glaucoma?
4    A.  That would be a possibility, and it would
5    be a very low chance.
6    Q.  But because it's a possibility and because
7    glaucoma is so dangerous and can result in
8    blindness, it is something you would want
9    to eliminate?
10   A.  Right.
11   Q.  Okay. And therefore, you would want to
12   conduct a thorough examination of the
13   patient's angles, correct?
14   A.  That is -- that does not define him as
15   having glaucoma or not. That only defines
16   the appearance of the angle. There were
17   tests done: Measuring the pressure in his
18   eye, looking at the optic nerve, checking
19   the pupillary actions, doing a screening
20   for angle closure with the slit lamp. All
21   of those were testing to see if he showed
22   any other signs or symptoms of glaucoma.
23   Q.  Okay. But I believe your testimony earlier

Page 191

1    was that the gonioscopy presents a better
2    view of the angle; is that correct?
3    A.  Right. That's correct.
4    Q.  Okay. Why did you not use the gonioscopy
5    to get the best possible view of the angle?
6    A.  Because there was no indication to do
7    that. All the other findings to rule out
8    glaucoma were okay.
9    Q.  What other findings?
10   A.  I just went through them. It had to do
11   with the pressure in his eye. It had to do
12   with the appearance of his optic nerve. It
13   has to do with the clarity of his cornea.
14   Has to do with -- we've already screened to
15   see if his angle was open with the slit
16   lamp exam, and all of those findings were
17   normal.
18   Q.  Are you aware as to whether the NCT
19   tonometry was the preferred tonometry test
20   at the time of this visit?
21       MR. WHITE: Object to the form.
22   A.  Could you rephrase that another way for me?
23   Q.  Well, let's kind of back up. On one of his

Page 192

1    prior visits, the October 2001 visit, you
2    had had a problem with the NCT tonometry,
3    correct?
4        MR. WHITE: Object to the form. I
5            don't believe that's what he
6            testified to.
7    Q.  Well, you had had to do another type of
8    tonometry, correct?
9    A.  I didn't have to. I wanted to.
10   Q.  And you testified you wanted to because you
11   believed Kyle was squinting his eyes or
12   squeezing his lids together?
13   A.  That's what was written on the chart, yes.
14   Q.  And is that sometimes a problem with the
15   NCT tonometry?
16   A.  Yes.
17   Q.  And the NCT tonometry is a less accurate
18   test because patients often do that,
19   correct?
20   A.  They don't often do it.
21   Q.  Well, they sometimes do it, right?
22   A.  Uh-huh (positive response).
23   Q.  Yes?

Page 209

1    Q. Or the origin of the symptoms, correct?
2    A. The origin of the symptoms, I'm not sure --
3       you would have to be more specific than
4       that.
5    Q. Yeah, you're right. That's not a real good
6       question.
7          It doesn't matter -- your duty doesn't
8       change if somebody comes in with glaucoma
9       pursuant to an injury or glaucoma pursuant
10      to some other cause, does it? Your duty to
11      provide good care is the same, correct?
12   A. My duty is to try to figure out if they do
13      have glaucoma, and if they do, then to try
14      to get something done about it.
15   Q. Whether or not that glaucoma originates
16      from an injury or some other cause, right?
17   A. That's true.
18   Q. Okay. How could the gonioscopy have aided
19      in the diagnosis of narrow angle glaucoma
20      in Kyle Bengtson?
21          MR. WHITE: Object to the form.
22   A. Somebody who actually saw him when he had
23      angle closure glaucoma would be better able

Page 210

1       to answer that question. I don't know
2       exactly what was going on with him at that
3       time. It wasn't doing that when I saw him.
4    Q. Okay. Whether or not he had a closed angle
5       at the time he came to see you, based on
6       his complaint that he was seeing halos
7       around lights, why was the gonioscopy not
8       performed?
9    A. There was no indication to perform it.
10   Q. Would Goldmann tonometry have aided you in
11      your diagnosis?
12   A. No more so than what we had already.
13   Q. And are Goldmann tonometry and applanation
14      tonometry the same thing?
15   A. There are other kinds of applanation
16      tonometry.
17   Q. I'm just going to show you this. We may
18      make it an exhibit, but -- I'll show it to
19      your attorney. That's just something I
20      found on the internet, and I'll be glad to
21      share a copy with your lawyer if you want
22      to. This is just something that --
23          MR. WHITE: You want him to read

Page 211

1       it?
2          MR. ADAMS: I'm just going to ask
3          him about it.
4          MR. WHITE: He needs to read it
5          first.
6    Q. Well, you can read it. Sure. No problem.
7          MR. WHITE: Well, and we're not
8          going to answer questions
9          about it unless you're going
10         to make it an exhibit to the
11         deposition.
12         MR. ADAMS: That's fine. I'll
13         make it an exhibit. That's
14         fine.
15         (Plaintiff's Exhibit 6 was marked
16         for identification.)
17   Q. I'm just going to ask you about the middle
18      paragraph there on the symptoms.
19         MR. WHITE: I don't think he's
20         finished reading it. I know
21         I'm not. We just finished the
22         first paragraph.
23         MR. ADAMS: All right.

Page 212

1    Q. Okay. If you don't mind, just put this
2       down on the table where we can both look at
3       it.
4    A. Okay.
5    Q. All right. Where it says symptoms of
6       narrow angle glaucoma, you agree with me
7       that it says cloudy cornea there?
8    A. Correct.
9    Q. Blurring and decreased visual acuity. Do
10      you see that?
11   A. Correct.
12   Q. Seeing halos around lights. Do you see
13      that?
14   A. Well, I saw it, yes.
15   Q. All right. Are you aware that this kind of
16      information -- I'll just represent to you
17      that this kind of information regarding the
18      signs and symptoms of angle closure
19      glaucoma is readily available to a layman
20      over the internet. Are you aware of that?
21   A. I would think probably so.
22   Q. Okay.
23   A. If they looked under -- you could do it

Page 113

1   patient would have to have all of these
2   symptoms for the clinical examination --
3   for it to be required that the clinical
4   examination include history taking,
5   biomicroscopy, gonioscopy and tonometry?
6   A. Correct.
7   Q. Okay. Let's look at the next page, if you
8      would, page 866. I'd like you to look at
9      the second full sentence on that page. Do
10     you see where it says there, is often a
11     history of mild attacks?
12  A. Second -- oh, okay. You're starting down
13     here.
14        That would be what he has in the book.
15  Q. Okay. Do you agree that a history of mild
16     attacks can accompany someone who has acute
17     angle closure glaucoma?
18  A. Often is sort of a wide-open word. My
19     experiences with the angle closures that I
20     have dealt with are that they are an acute
21     problem that they come in the office with,
22     and that's not usually -- prior history is
23     not usually positive.

Page 115

1   for an exam in your office, that does not
2   mean that you shouldn't rule out the
3   possibility of angle closure glaucoma
4   through other testing, correct?
5   A. Angle closure glaucoma is ruled out on
6      every patient that comes in for an exam,
7      whether they have symptoms of it or not.
8   Q. Okay. And that is because angle closure
9      glaucoma can result in blindness, correct?
10        MR. WHITE: Object to the form.
11        Asked and answered.
12  Q. Is that correct?
13  A. I'm sorry. What? What was the question?
14  Q. That's fine. He's right. You have already
15     affirmatively answered that.
16        All right. Let's look at page 869.
17     All right. You see the section there that
18     says, subacute and chronic angle closure
19     glaucoma. You see that section?
20  A. Yes.
21  Q. It says, diagnosis. Okay. And I'm just
22     going to read part of that first
23     paragraph: A subacute angle closure attack

Page 114

1   Q. Okay. But do you agree it is possible that
2      they could come into the office without the
3      symptoms at that moment, but give a history
4      of mild attacks, and that that -- that that
5      history would necessitate you testing for
6      acute angle closure glaucoma?
7   A. I can't answer that the way you're putting
8      it.
9   Q. Okay. Well, let's see --
10  A. There are more specifics to the case.
11  Q. Let's see if I can do better. Do you agree
12     that just because someone doesn't have high
13     intraocular pressure as they sit under an
14     exam at your office, that does not
15     necessarily mean that they do not have
16     angle closure glaucoma?
17  A. Again, that would be a case-by-case thing.
18     You couldn't make a blanket statement about
19     it.
20  Q. Is it possible?
21  A. It's possible, yes.
22  Q. And even though somebody doesn't have high
23     intraocular pressure at the time they sit

Page 116

1   requires prompt diagnosis and appropriate
2   management in part to avoid a possible
3   acute attack in the future. The symptoms,
4   although transient, are similar to those in
5   acute angle closure glaucoma and include
6   red eye, blurred vision, colored rings
7   around lights, tearing, ocular discomfort,
8   and headache located above the eye.
9      Did I read that correctly?
10  A. Yes.
11  Q. Okay. And do you agree that -- do you
12     agree with what I just read?
13        MR. WHITE: Agree that you just
14        read it correctly?
15  Q. Do you agree that what I just read is
16     accurate?
17  A. It would apply in some instances.
18  Q. Okay. Let's break it down. You agree that
19     subacute angle closure glaucoma requires
20     prompt diagnosis, correct?
21  A. Hopefully, it would.
22  Q. You agree that it requires appropriate
23     management, correct?

Page 53

1    optometric visit. Is that a fair
2    definition?
3    A. There is no minimum things that should be
4    done at every office visit that comes in.
5    It would vary depending upon the patient's
6    needs.
7    Q. Well, I'll tell you what. I don't know
8    why, but it seems like we're having trouble
9    with this, so let me just -- I'm going to
10   read this into the record, and you tell me
11   if I read anything wrong. Okay?
12   630-X-12-.06, failure to meet standard
13   of care. The board shall consider it
14   unprofessional conduct for a licensee to
15   provide for a patient care that is less
16   than the generally accepted standard of
17   care. This standard of care shall include
18   but not be limited to providing certain
19   minimum testing for the patient when
20   performing a comprehensive eye exam. A
21   comprehensive eye exam shall include any
22   examination wherein a prescription for
23   glasses or contact lenses or necessity

Page 54

1    thereof is determined. Minimum testing for
2    a comprehensive eye exam shall include a
3    case history, determination of refractive
4    error, binocular vision evaluation,
5    ophthalmoscopy, evaluation of health of
6    external eye and adjacent structures,
7    tonometry or other appropriate glaucoma
8    testing, and such other tests as are
9    necessary under the circumstances. Failure
10   to perform said minimum testing during a
11   comprehensive eye exam shall constitute
12   failure to meet the standard of care.
13       Did I read this paragraph correctly?
14   A. I thought so, yes.
15   Q. Okay. I didn't misstate anything?
16   A. No.
17   Q. All right. And do you agree that this is
18   the minimum that an optometrist should do?
19   A. For a comprehensive eye exam?
20   Q. Yes.
21   A. I would agree with that.
22   Q. Okay. So you agree that minimum testing
23   for a comprehensive eye exam must include a

Page 55

1    case history?
2    A. Yes.
3    Q. Okay. And it must include a determination
4    of refractive error?
5    A. Yes.
6    Q. All right. Let's back up. How do you go
7    about getting a case history?
8    A. It depends on whether it's a new patient or
9    a former patient. New patients are asked
10   to fill out some questions, answer some
11   questions that are on the registration
12   form, and all of the patients, whether
13   they're old or new patients, are given an
14   oral case history.
15   Q. Okay. And do you ask questions of the
16   patients?
17   A. Yes, I do.
18   Q. Okay. What questions do you ask?
19   A. Is this a new patient or an old patient?
20   Q. Well, let's take a new patient first.
21   A. Okay. The questions that they're asked to
22   fill in on the sheet are whether -- well,
23   there's several questions on there. I

Page 56

1    don't have one in front of me. But
2    basically, I'm going to go back through
3    those questions and ask them if there was
4    any -- if there were yeses and nos on that,
5    then I'm going to explore the yeses and see
6    what's going on there. Then I will also
7    ask them some other questions under an oral
8    history and write them down on the actual
9    front exam area of the medical record.
10   Q. All right. And what questions do you ask
11   them on the oral history?
12   A. They're asked if they have been in before,
13   and if so, how long it has been. They are
14   asked why they're there today. Was it time
15   for a routine exam, or are they having
16   problems? If so, what kind of problem are
17   they having? They're asked if they're on
18   any medicine for anything or have any
19   general health problems or if they're
20   allergic to any medicine. They're asked if
21   they've ever had any operations or injuries
22   or infections or surgery on their eyes.
23   They're asked if there's any family history

Page 125

1          agree to disagree over what it
2     says.
3  Q.  All right. Do you agree that the use of a
4     gonioscopy better allows you to view the
5     angle of the eye?
6  A.  Well, what do you --
7          MR. WHITE: Object to the form.
8  A.  We've covered this one before, too. I told
9     you there were three main things. One was
10    with the slit lamp, one was gonioscopy, and
11    one was the OHT instrument.
12 Q.  Of the three, which allows you to view the
13    angle of the eye the best?
14 A.  I would say the OHT instrument.
15 Q.  Okay. And then what is the second best?
16 A.  The gonioscopy.
17 Q.  You've testified earlier that glaucoma is a
18    serious medical condition that can result
19    in blindness, correct?
20         MR. WHITE: Object to the form.
21         Asked and answered.
22 Q.  You haven't changed your mind on that, have
23    you?

Page 126

1  A.  No.
2  Q.  Okay. And that is something that you need
3     as an optometrist to rule out when you see
4     a patient who has some symptoms of
5     glaucoma, correct? You need to rule out
6     glaucoma, correct?
7  A.  I need to rule out glaucoma, yes.
8  Q.  Okay. And in order to do that, you need to
9     view the angle of the eye, correct?
10 A.  Not necessarily.
11 Q.  All right. I'd like you to look at the
12    first full paragraph in the next column.
13    Do you see where it says, evaluation of the
14    anterior chamber angle is best accomplished
15    by gonioscopy? Do you see that?
16 A.  I do.
17 Q.  Do you agree with that?
18 A.  Just a minute ago, we talked about the
19    three most commonly used ways of doing
20    that. And like I said, when the book was
21    written, they didn't have some of the
22    instruments available then that -- so this
23    book is not -- it's outdated.

Page 127

1  Q.  All right. But, now, did you have --
2         What did you call it, the OHD?
3  A.  OHT. I'm not even -- that is an instrument
4     that has only come out here in the last
5     year or two, so I don't even know if he has
6     one up there or not.
7  Q.  So you didn't have an OHT in 2004?
8  A.  No.
9  Q.  All right. But you've already testified
10    you had a gonioscopy in 2004?
11 A.  Right.
12 Q.  Okay. Do you agree with that statement,
13    not -- Let's forget about the OHT for a
14    moment. Between the other available
15    methods of viewing the angle, do you agree
16    that the gonioscopy is the better method
17    than the slit lamp?
18 A.  Right. Then the von Herrick screening
19    method. Both of them require the slit
20    lamp.
21 Q.  Okay. All right. Next paragraph. It
22    says, even when the anterior chamber angle
23    is assessed as being narrow or even

Page 128

1     dangerously narrow, further information is
2     often needed.
3         Do you agree with that?
4  A.  I just have to have a minute to read what's
5     there besides that one sentence, because
6     that's not all that's involved with it.
7  Q.  Well, take your time.
8  A.  Okay. Now go ahead and ask me again,
9     please.
10 Q.  All right. When the anterior chamber is
11    assessed as being narrow or even
12    dangerously narrow, further information is
13    needed, right? Do you agree with that?
14 A.  Further information before you do what?
15 Q.  Well, let me just ask you. If you see a
16    very narrow angle, may not be closed but
17    it's narrow, what do you do?
18 A.  I am probably going to have that go to
19    Medical Arts to see if they want to do a
20    prophylactic laser procedure on that.
21 Q.  And why is that?
22 A.  Because I'm not allowed to do that
23    procedure? Is that what you're asking?

Page 129

1  Q. No, sir. I'm asking, what are you
2     concerned about that would motivate you to
3     send them to Medical Arts?
4  A. That their angle didn't close off and the
5     pressure go up and they have nerve damage.
6  Q. All right. Have you ever done a pressure
7     gonioscopy?
8  A. Yes.
9  Q. All right. Is that something that was
10    available to you in 2004?
11 A. Yes.
12 Q. Okay. All right. I'd like you to turn to
13    page 870, please, where it says
14    management. You see -- I'll read it:
15    Surgical intervention should be considered
16    for all eyes with subacute angle closure
17    glaucoma.
18       Do you see that?
19 A. Correct.
20 Q. And that involves referral to an
21    ophthalmologist, correct?
22 A. It also had some other stuff after that.
23 Q. Okay. Do you want to talk about the other

Page 130

1     stuff?
2              MR. WHITE: Well, I think his
3                 point is you can't just take
4                 one --
5  A. Out of context.
6              MR. WHITE: -- sentence and take
7                 it out of context. I mean --
8              MR. ADAMS: Well, I think that's a
9                 pretty straightforward
10                sentence. No conditions in
11                that sentence.
12             MR. WHITE: Well, it's under
13                management, and it's talking
14                about all different kinds of
15                management. So -- I don't
16                know what would -- I mean, I
17                think we can agree those words
18                are written in this book.
19 Q. All right. Do you agree that if a patient
20    has subacute angle closure glaucoma that
21    surgical intervention should be considered?
22 A. That patient would be referred to Medical
23    Arts, and it would be up to them, not to

Page 131

1     me, whether they had surgery or not.
2  Q. Correct. So if somebody has subacute angle
3     closure glaucoma, they should be referred
4     to an ophthalmologist. Do you agree with
5     that?
6        It's not in the book. I just said it.
7  A. I'm just trying to look at where you're
8     taking this sentence out of again.
9        Okay. Now if you'll ask me that again,
10    please.
11 Q. If a patient has subacute angle closure
12    glaucoma, they should be referred to an
13    ophthalmologist, correct?
14 A. Yes.
15 Q. Okay. All right.
16             MR. ADAMS: Do you want to take a
17                snack break?
18             MR. WHITE: Yeah. What time is
19                it?
20             (Brief lunch recess.)
21 Q. (Mr. Adams continuing) Dr. Bazemore, as
22    far as documentation goes, can you tell me
23    why you document the treatments given?

Page 132

1  A. I'm sorry. You asked why do I document?
2  Q. Yes.
3  A. So next time I'll know what I did the time
4     before.
5  Q. Okay. And why is that important?
6  A. Well, number one, it will help me
7     understand, if the patient is in the office
8     with a problem, whether it's a new or an
9     old problem; whether there have been
10    changes since that time or not.
11 Q. And do you document everything or just some
12    of what you do?
13       Let me back up. That's kind of a bad
14    question.
15 A. You'll have to be more specific.
16 Q. If you perform a test or an exam, are you
17    going to document in some way that you did
18    that test or exam?
19 A. There are certain exams that you would
20    document by not writing anything down that
21    was a result of the test other than that
22    you did it, and that would be that it was
23    normal.

Page 93

1    can vary, correct?
2    A.   If the angle is closed, then the pressure
3    will be elevated.
4    Q.   Does the angle -- with angle closure
5    glaucoma, is the angle always closed?
6    A.   There are different kinds of angle closure
7    glaucoma.
8    Q.   Okay.  And what are the kinds of angle
9    closure glaucoma?
10   A.   You can have a primary kind, you can have a
11   secondary kind, and the secondary kind
12   would be due to various things.
13   Q.   Okay.  What is primary?
14   A.   The angle just closes off because of the
15   anatomical shape of the person's anterior
16   chamber angle.
17   Q.   All right.  What is secondary?
18   A.   It has several different reasons that that
19   could happen.
20   Q.   Okay.  Can you give me some of them?
21   A.   They could have pigmentary glaucoma where
22   it's clogging the trabecular meshwork.
23   They could have an angle recession where

Page 94

1    there's damage to the trabecular meshwork.
2    There are others that we can look up if you
3    want to.
4    Q.   Well, I'm just asking you the ones you
5    remember as you sit here right now.
6    A.   Right.
7    Q.   Is that all of them?
8    A.   You can have -- anything that got inside
9    your eye, if you had trauma to your eye,
10   and it -- there are other iris and corneal
11   degenerative conditions that release cells
12   that clog up the trabecular meshwork.
13   Q.   When is glaucoma an emergency?
14   A.   If they came in and the pressure is very
15   high, then I'm going to pick up the phone
16   and call the ophthalmology office and
17   they're going over there then.
18   Q.   Okay.  And what if they come in and they --
19   their history is that they're having some
20   signs and symptoms of glaucoma, but their
21   pressure is not high?  What do you do for
22   that kind of patient?  It's not high at
23   that visit.

Page 95

1    A.   I couldn't say.  It would depend on other
2    things about the patient.
3    Q.   Okay.  But would you still want to run
4    tests for glaucoma if their history --
5    A.   Every patient that comes in gets tested for
6    glaucoma.
7    Q.   How is angle closure glaucoma managed?
8    A.   That would vary from case to case.  I
9    couldn't say.
10   Q.   All right.  Well, just say primary angle
11   closure glaucoma.  How do you manage that?
12   A.   It depends on the elevation of the
13   pressure, and I don't manage that.  That's
14   up to the ophthalmologist.
15   Q.   You would send that person to an
16   ophthalmologist?
17   A.   Yes.
18   Q.   What about secondary angle closure
19   glaucoma?  How is that managed?
20   A.   If the pressure is elevated, it goes to the
21   ophthalmologist.
22   Q.   And what if the pressure is not elevated at
23   that particular time?

Page 96

1    A.   And what other signs make you think that
2    they have glaucoma at that point?
3    Q.   Well, I'm -- that's a good question.  What
4    other signs would there be that would make
5    you be concerned about glaucoma?
6    A.   Well, there's a lot of them, you know.
7    We've been through this.  But if their
8    optic nerve head shows damage, if their
9    cornea shows damage from the pressure being
10   too high and other things like that that
11   you have to look for as well as just the
12   pressure.
13   Q.   All right.  Well, you've testified earlier
14   that with angle closure glaucoma, there is
15   a type of angle closure glaucoma where the
16   pressure is not constantly elevated,
17   correct?
18   A.   That's right.
19   Q.   All right.  Would that be what's called
20   acute angle closure glaucoma?
21   A.   It would depend on whose book you were
22   reading.  The terms primary and secondary
23   include that secondary are due to other

Page 125

1      agree to disagree over what it
2      says.
3    Q. All right. Do you agree that the use of a
4      gonioscopy better allows you to view the
5      angle of the eye?
6    A. Well, what do you --
7         MR. WHITE: Object to the form.
8    A. We've covered this one before, too. I told
9      you there were three main things. One was
10     with the slit lamp, one was gonioscopy, and
11     one was the OHT instrument.
12   Q. Of the three, which allows you to view the
13     angle of the eye best?
14   A. I would say the OHT instrument.
15   Q. Okay. And then what is the second best?
16   A. The gonioscopy.
17   Q. You've testified earlier that glaucoma is a
18     serious medical condition that can result
19     in blindness, correct?
20        MR. WHITE: Object to the form.
21        Asked and answered.
22   Q. You haven't changed your mind on that, have
23     you?

Page 126

1    A. No.
2    Q. Okay. And that is something that you need
3      as an optometrist to rule out when you see
4      a patient who has some symptoms of
5      glaucoma, correct? You need to rule out
6      glaucoma, correct?
7    A. I need to rule out glaucoma, yes.
8    Q. Okay. And in order to do that, you need to
9      view the angle of the eye, correct?
10   A. Not necessarily.
11   Q. All right. I'd like you to look at the
12     first full paragraph in the next column.
13     Do you see where it says, evaluation of the
14     anterior chamber angle is best accomplished
15     by gonioscopy? Do you see that?
16   A. I do.
17   Q. Do you agree with that?
18   A. Just a minute ago, we talked about the
19     three most commonly used ways of doing
20     that. And like I said, when the book was
21     written, they didn't have some of the
22     instruments available then that -- so this
23     book is not -- it's outdated.

Page 127

1    Q. All right. But, now, did you have --
2         What did you call it, the OHD?
3    A. OHT. I'm not even -- that is an instrument
4      that has only come out here in the last
5      year or two, so I don't even know if he has
6      one up there or not.
7    Q. So you didn't have an OHT in 2004?
8    A. No.
9    Q. All right. But you've already testified
10     you had a gonioscopy in 2004?
11   A. Right.
12   Q. Okay. Do you agree with that statement,
13     not -- Let's forget about the OHT for a
14     moment. Between the other available
15     methods of viewing the angle, do you agree
16     that the gonioscopy is the better method
17     than the slit lamp?
18   A. Right. Then the von Herrick screening
19     method. Both of them require the slit
20     lamp.
21   Q. Okay. All right. Next paragraph. It
22     says, even when the anterior chamber angle
23     is assessed as being narrow or even

Page 128

1      dangerously narrow, further information is
2      often needed.
3         Do you agree with that?
4    A. I just have to have a minute to read what's
5      there besides that one sentence, because
6      that's not all that's involved with it.
7    Q. Well, take your time.
8    A. Okay. Now go ahead and ask me again,
9      please.
10   Q. All right. When the anterior chamber is
11     assessed as being narrow or even
12     dangerously narrow, further information is
13     needed, right? Do you agree with that?
14   A. Further information before you do what?
15   Q. Well, let me just ask you. If you see a
16     very narrow angle, may not be closed but
17     it's narrow, what do you do?
18   A. I am probably going to have that go to
19     Medical Arts to see if they want to do a
20     prophylactic laser procedure on that.
21   Q. And why is that?
22   A. Because I'm not allowed to do that
23     procedure? Is that what you're asking?

Page 97

1   secondary causes. Acute just means that
2   the pressure is real high.
3   Q. Well, let me ask you this. What type of
4   glaucoma are you talking about when you say
5   that -- when you say that there is a type
6   of glaucoma where the pressure is not
7   constantly high, it can come and go? What
8   type of glaucoma is that?
9   A. That would usually -- it kind of depends
10  on -- like I said earlier, there's
11  variation in the pressure anyway. But if
12  you have something -- if you're on certain
13  medications that might cause your pupil to
14  be dilated versus not dilated or if you
15  have some -- well, there's a lot of
16  things. I just really couldn't answer that
17  for a blanket statement.
18  Q. All right. You have stated, again, that
19  there is a type of angle closure glaucoma
20  where the pressure is not constantly
21  elevated, correct?
22  A. That's my understanding.
23  Q. Okay. If a patient presents in your office

Page 98

1   with signs and symptoms of glaucoma but not
2   at that particular time elevated pressure,
3   what do you do for that patient?
4   A. Again, it would depend on what other signs
5   and symptoms there were. Okay? And the
6   decision of when to have them back and
7   check for this or that would depend on the
8   other signs and symptoms if the pressure is
9   normal.
10  Q. All right. Well, what if that sign and
11  symptom --
12      I'm sorry. Did I cut you off?
13  A. Well, I'm just -- you know, I don't know if
14  the pressure -- Well, that's all I know to
15  say.
16  Q. What if the other signs and symptoms are --
17  include headaches and seeing halos around
18  lights and blurry vision, but the pressure
19  is not high at that particular time? What
20  would you do for that patient?
21  A. Was this a new patient that I've never seen
22  before?
23  Q. Let's take both situations. New patient

Page 99

1   you've never seen before.
2   A. Okay.
3   Q. What would you do?
4   A. I would first of all see what other things
5   might be wrong that would cause the
6   symptoms that you're talking about. Those
7   are not limited to having glaucoma. In
8   fact, that would be down the list of causes
9   for those symptoms. It would be more
10  common for them to have some other problems
11  that would cause that.
12      If I had seen them before, then what I
13  did or didn't do would be based on whether
14  there was continuity from the times before,
15  whether something was changing.
16  Q. Okay. Can glaucoma be managed via
17  self-care at home?
18  A. That would depend on the type of glaucoma.
19  Q. Angle closure glaucoma. Can that be
20  managed at home?
21  A. No.
22  Q. Not via self-care; correct?
23  A. I don't know of any cases where that's

Page 100

1   happened.
2   Q. Okay. If you suspect a patient of angle
3   closure glaucoma, do you -- what do you
4   do? If you suspect a patient of angle
5   closure glaucoma, and you're at the end of
6   the appointment, what next?
7          MR. WHITE: Object to the form.
8          Can you define what you mean
9          by suspect? I mean, I think
10         he's already said what he does
11         when they determine they have
12         glaucoma.
13  Q. All right. If you are of the opinion that
14  they may have angle closure glaucoma, and
15  you're at the end of the appointment, what
16  do you do?
17  A. I'm going to walk in and pick up the phone
18  and call Medical Arts and ask them if he
19  can go over there and let them look at him.
20  Q. Okay. And that's because you understand
21  that angle closure glaucoma is a medical
22  emergency, correct?
23  A. Correct.

Page 73

1     and symptom of glaucoma, correct?
2     A.  Uh-huh (positive response).
3     Q.  Is that a yes?
4     A.  I don't see that very much.  It can be.
5     Q.  It can be.  All right.  So you've stated
6         glaucoma is a serious eye disease that can
7         cause blindness, correct?
8     A.  Correct.
9     Q.  Okay.  So is glaucoma something that you
10        would want to rule out for a patient
11        presenting with seeing halos around
12        lights?
13    A.  Correct.
14    Q.  And would ruling out glaucoma involve doing
15        more than one method of tonometry?
16    A.  It would depend on the reading that I got
17        on the first type.  It would depend on the
18        appearance of the optic nerve head.  It
19        would depend on whether they have other
20        problems like a cataract or corneal
21        scarring or other problems.  How open
22        their anterior chamber angle is.  That's
23        not something that you could say for

Page 74

1         everybody.
2     Q.  Okay.  If a patient presented with seeing
3         halos around lights and pain, headaches,
4         what would you be concerned with?
5     A.  I don't think you could tell -- you
6         couldn't say anything that -- the same shoe
7         doesn't fit everybody.  You can't say what
8         you would do without having an individual
9         there with more input, information than
10        what you're giving me.
11    Q.  And the way you get more input and
12        information is to conduct testing; is that
13        correct?
14    A.  That's correct.
15    Q.  Okay.
16    A.  And ask questions.
17    Q.  Under what circumstances would you refer a
18        patient like that to an ophthalmologist?
19    A.  If there were enough findings that were
20        positive that that patient might have
21        glaucoma, then I would refer them to an
22        ophthalmologist.
23    Q.  Have you ever referred a patient to an

Page 75

1         ophthalmologist?
2     A.  Just every day, yes.
3     Q.  Okay.  And that's because you want to
4         prevent serious eye problems; is that
5         correct?
6     A.  That's correct.
7     Q.  And that's because you recognize that while
8         you are an individual, as you testified
9         earlier, trained to examine eyes, you
10        understand that there are things that an
11        ophthalmologist is trained to do that you
12        are not qualified or trained to do; is that
13        correct?
14    A.  That's correct.
15    Q.  Is there any treatment for glaucoma that an
16        ophthalmologist is able to provide a
17        patient that you are not able to provide a
18        patient?
19    A.  Yes.
20    Q.  Okay.  Tell me about that.
21    A.  Any surgical procedure that would be
22        indicated.
23    Q.  And what surgeries are used to correct

Page 76

1         glaucoma and intraocular pressure?
2              MR. WHITE:  Object to the form.
3              You're asking about what an
4              ophthalmologist does, and I
5              don't know that he's qualified
6              to answer these questions.  If
7              you're just asking him if he
8              knows, I guess he can answer.
9              MR. ADAMS:  Sure.  You're right.
10    Q.  Do you know?
11    A.  I have no reservation about answering that,
12        and it would not be any one thing for any
13        one patient.  It would depend on the
14        particular patient.
15    Q.  Okay.  But do you agree that surgery is
16        sometimes necessary to correct glaucoma?
17    A.  Yes.
18    Q.  Okay.  Where it says tonometry or other
19        appropriate glaucoma testing, what other
20        testing is appropriate to detect glaucoma?
21    A.  Probably -- well, there's several mainstays
22        on that.  Okay.  One is the pressure in
23        your eye, okay, and looking at the optic

Page 121

1    A.  Yes.
2    Q.  Do you believe that he is referring to puff
3        test tonometry or to applanation or
4        Goldmann tonometry?
5            MR. WHITE:  Object to the form.
6    Q.  Based on your familiarity with the accepted
7        form and test form of tonometry, what do
8        you think is suggested there?
9            MR. WHITE:  Object to the form.
10           MR. ADAMS:  He's an optometrist.
11           He can testify.
12           MR. WHITE:  You're asking him to
13           read into what he's saying and
14           guess at what his true intent
15           was?  That's ridiculous.
16           MR. ADAMS:  No, it's not.
17           MR. WHITE:  It's absurd is what it
18           is.
19           MR. ADAMS:  No.  You do your
20           homework, and you'll find out,
21           it's not absurd.
22           MR. WHITE:  This man didn't do his
23           homework?  That's what you're

Page 122

1        saying?  The author of this
2        book didn't do his homework?
3            MR. ADAMS:  You may not understand
4        the question.  Let me rephrase
5        it.
6    Q.  In the most current literature, where you
7        see the word tonometry, is that in
8        reference to puff test or to Goldmann
9        tonometry?
10   A.  I really --
11           MR. WHITE:  Object to the form.
12   A.  I really couldn't say unless they specified
13       on there.
14   Q.  Okay.  You agree that visual field testing
15       is a necessary clinical exam for somebody
16       with the symptoms of angle closure
17       glaucoma?
18   A.  I think that if somebody has angle closure
19       glaucoma that I'm going to send them to the
20       ophthalmology clinic, and they're going to
21       discern which tests need to be run on that
22       patient.
23   Q.  Okay.  How are you going to determine

Page 123

1        whether their angle is closed?
2    A.  By looking with the slit lamp.
3    Q.  But you testified earlier that a gonioscopy
4        is --
5    A.  And I was going to say, and if it appears
6        to be narrow with the slit lamp, I'm going
7        to do gonioscopy.
8    Q.  Okay.  And earlier I asked you did you
9        believe that the writers of this text were
10       wrong to state that a gonioscopy must be
11       one of the tests, and I'm not sure I
12       understood your answer.  Is the gonioscopy
13       a necessary test for someone having these
14       symptoms?
15   A.  What was the pressure?
16   Q.  We're not talking about pressure, as I
17       understand it.  We're talking about these
18       symptoms.  If they present with these
19       symptoms, one of these symptoms, one or
20       more of these symptoms, is a gonioscopy
21       required?
22   A.  It would depend on what other things I did
23       and what symptoms would apply to any other

Page 124

1        problems that I had found or did not find
2        on that patient.
3    Q.  Okay.  So if I understand you correctly,
4        you are -- do I understand you correctly to
5        disagree with the writers of this text that
6        gonioscopy must be a test performed when a
7        patient presents with these symptoms?
8            MR. WHITE:  Objection to the form
9            of that.  You're paraphrasing
10           something that the book
11           doesn't say.
12   A.  It doesn't say that in the book.
13   Q.  Well, actually, what it says is the
14       clinical examination for both conditions,
15       referring to both types of angle closure
16       glaucoma, consist.  It consists.  It will
17       include gonioscopy.
18   A.  That's correct.
19   Q.  And you will agree with that?
20   A.  If they have it.
21   Q.  If they have these symptoms.
22   A.  No, that's not what it says.
23           MR. WHITE:  We're going to have to

Page 173

1       at the deposition, I don't
2       think I left the deposition
3       with a copy of that exhibit.
4           MR. WHITE: That's fine.
5           MR. ADAMS: All right. Let's just
6       press on, and then we'll talk
7       about it.
8           MR. WHITE: We'll get it at the
9       next break. I'll be glad to
10      make you a clearer copy.
11          MR. ADAMS: All right.
12  Q.  Let's go to the August 20th, 2004 office
13      visit, please.
14          Under visual acuity, right eye, it
15      looks like his vision has gotten worse; is
16      that accurate? Am I reading that right?
17  A.  Yes.
18  Q.  It is accurate? Okay. It's now 20/100?
19  A.  It has changed I thought was the question.
20  Q.  I asked had it gotten worse.
21  A.  Right.
22  Q.  It has?
23  A.  Yes.

Page 174

1   Q.  All right. Interpret those numbers for me,
2       please. Just tell me what all that means
3       under visual acuity.
4   A.  Okay. Again, uncorrected distance visual
5       acuity is on the left-hand side of the
6       sheet. The right eye was 20/100 and the
7       left eye was 20/40. Then it has the
8       correction for his last glasses
9       prescription there, and then it has the
10      last contact lens prescription next to it.
11  Q.  Okay. Is there anything that you're
12      concerned about when you see his right eye
13      has gone from 20/50 to 20/100?
14  A.  Well, it's obviously changed some, and we
15      just have to find out what's caused it to
16      do that.
17  Q.  What could be the reasons for that?
18  A.  Far and away the most common would be a
19      change in his glasses prescription. He
20      could have also had a cataract. He could
21      have also had a corneal injury that left a
22      scar. He could have a retinal problem.
23      You know, a lot of things.

Page 175

1   Q.  And could episodes of angle closure
2       contribute to a loss of vision?
3   A.  That would be very uncommon.
4   Q.  Okay. I mean, but you testified several
5       times that a closed angle, angle closure
6       glaucoma can cause nerve damage, correct?
7   A.  Correct.
8   Q.  Okay. All right. So that can lead to a
9       loss of vision?
10  A.  Can nerve damage lead to a loss of vision?
11      Is that what you're asking?
12  Q.  Yes.
13  A.  Yes.
14  Q.  Okay. His last eye exam was -- you have
15      September 27th, 2003, right? Is that what
16      you've written there?
17  A.  Uh-huh (positive response). Yes.
18  Q.  And under chief complaint, what have you
19      written, please?
20  A.  We're going underneath there now?
21  Q.  Yes.
22  A.  Trouble with right eye. Has film over it
23      and is worse at night. Sees halos around

Page 176

1       lights. And it's been that way for
2       approximately two months with minor
3       worsening.
4   Q.  Okay. And then reason over here where it
5       says --
6   A.  Problem with right eye. And then something
7       got blocked off on the edge. Feels like
8       something -- feels -- has film over it.
9   Q.  Okay. Is my copy any better?
10  A.  There's a word right here. I can't tell
11      what it is.
12  Q.  Okay. Do you have any idea?
13  A.  I would say that it's probably -- it looks
14      like an H, and it has film, which was the
15      word that he used that I put in parentheses
16      on the other side.
17  Q.  Okay. What is above the problem with right
18      eye, where it says reason? What does that
19      say?
20  A.  Routine exam.
21  Q.  All right. Now, why did you put routine
22      exam?
23  A.  Because it wasn't for anything other than a

Page 173

1    at the deposition, I don't
2        think I left the deposition
3        with a copy of that exhibit.
4        MR. WHITE: That's fine.
5        MR. ADAMS: All right. Let's just
6        press on, and then we'll talk
7        about it.
8        MR. WHITE: We'll get it at the
9        next break. I'll be glad to
10        make you a clearer copy.
11        MR. ADAMS: All right.
12 Q. Let's go to the August 20th, 2004 office
13    visit, please.
14        Under visual acuity, right eye, it
15    looks like his vision has gotten worse; is
16    that accurate? Am I reading that right?
17 A. Yes.
18 Q. It is accurate? Okay. It's now 20/100?
19 A. It has changed I thought was the question.
20 Q. I asked had it gotten worse.
21 A. Right.
22 Q. It has?
23 A. Yes.

Page 174

1 Q. All right. Interpret those numbers for me,
2    please. Just tell me what all that means
3    under visual acuity.
4 A. Okay. Again, uncorrected distance visual
5    acuity is on the left-hand side of the
6    sheet. The right eye was 20/100 and the
7    left eye was 20/40. Then it has the
8    correction for his last glasses
9    prescription there, and then it has the
10    last contact lens prescription next to it.
11 Q. Okay. Is there anything that you're
12    concerned about when you see his right eye
13    has gone from 20/50 to 20/100?
14 A. Well, it's obviously changed some, and we
15    just have to find out what's caused it to
16    do that.
17 Q. What could be the reasons for that?
18 A. Far and away the most common would be a
19    change in his glasses prescription. He
20    could have also had a cataract. He could
21    have also had a corneal injury that left a
22    scar. He could have a retinal problem.
23    You know, a lot of things.

Page 175

1 Q. And could episodes of angle closure
2    contribute to a loss of vision?
3 A. That would be very uncommon.
4 Q. Okay. I mean, but you testified several
5    times that a closed angle, angle closure
6    glaucoma can cause nerve damage, correct?
7 A. Correct.
8 Q. Okay. All right. So that can lead to a
9    loss of vision?
10 A. Can nerve damage lead to a loss of vision?
11    Is that what you're asking?
12 Q. Yes.
13 A. Yes.
14 Q. Okay. His last eye exam was -- you have
15    September 27th, 2003, right? Is that what
16    you've written there?
17 A. Uh-huh (positive response). Yes.
18 Q. And under chief complaint, what have you
19    written, please?
20 A. We're going underneath there now?
21 Q. Yes.
22 A. Trouble with right eye. Has film over it
23    and is worse at night. Sees halos around

Page 176

1    lights. And it's been that way for
2    approximately two months with minor
3    worsening.
4 Q. Okay. And then reason over here where it
5    says --
6 A. Problem with right eye. And then something
7    got blocked off on the edge. Feels like
8    something -- feels -- has film over it.
9 Q. Okay. Is my copy any better?
10 A. There's a word right here. I can't tell
11    what it is.
12 Q. Okay. Do you have any idea?
13 A. I would say that it's probably -- it looks
14    like an H, and it has film, which was the
15    word that he used that I put in parentheses
16    on the other side.
17 Q. Okay. What is above the problem with right
18    eye, where it says reason? What does that
19    say?
20 A. Routine exam.
21 Q. All right. Now, why did you put routine
22    exam?
23 A. Because it wasn't for anything other than a

Page 181

1  A.  So the right eye was seeing 20/25 plus two,
2       and the left eye saw 20/20 minus one, which
3       means that with the right eye, he got two
4       right on the 20/20 line, and on the left
5       eye he missed one on the 20/20 line.
6  Q.  So how was his vision changed?
7  A.  The correction for astigmatism has gone up
8       a good bit in the right eye.
9  Q.  Okay.  And how would you describe his
10      overall visual health at this point?
11 A.  Health as in pathology or --
12 Q.  I'll tell you what.  Let's just strike
13      that.  We'll come back to it.
14          All right.  Monocular and binocular.
15 A.  That has to do with the type of
16      cross-cylinder you use on the phoropter.
17 Q.  PRA and NRA.  What's that?
18 A.  Same thing.
19 Q.  Okay.  And why didn't you do that, again?
20 A.  Positive relative accommodation has to do
21      with the type of -- when you go through and
22      you adjust the lenses on the refractor,
23      and -- all of these things, the monocular

Page 182

1       cross cylinder and the PRA and the NRA have
2       to do mainly with things that are done on
3       people whose vision does not correct well.
4  Q.  Okay.  And was there any reason to do any
5       of those?
6  A.  I did not feel it was indicated.
7  Q.  All right.  Why not?
8  A.  There was no reason to do it.  The
9       monocular cross cylinder is done on
10      everybody that has a glasses prescription.
11 Q.  But he did have a glasses prescription.
12 A.  Yeah, that's what I'm saying.  All that --
13      the fact that this -- this is not
14      something, you know -- this is something
15      that's built into the instrument.  Now, if
16      you do a refraction with trial lenses, then
17      you have to take a cross cylinder out of
18      the drawer and hold it up and flip it and
19      stuff.  But every time you do a subjective
20      refraction through a phoropter, it has a
21      monocular cross cylinder.
22 Q.  All right.  So why didn't you do it?
23 A.  It's automatically done.

Page 183

1  Q.  All right.  Well, why isn't it documented?
2  A.  Well, because you can't choose.  You do it
3       if you use that instrument.
4  Q.  Okay.
5  A.  There was not -- it's done every time they
6       come in and they are refracted through the
7       phoropter.
8  Q.  I don't understand why it's not written
9       down.
10 A.  Because anybody that understood how the
11      subjective was done would know that that
12      was used as part of the instrument to check
13      that.  So any other doctor that was looking
14      would already know that if this test was
15      done, it was done with that.
16 Q.  Okay.  Stereopsis.  Was that done?
17 A.  No.
18 Q.  Okay.  And, again, what is that test?
19 A.  Depth perception?
20 Q.  Color vision.  What do you have written
21      there?
22 A.  He didn't miss any of those.
23 Q.  And then to the right of that, what does it

Page 184

1       say?
2  A.  Confrontation test where they do finger
3       count and check the peripheral vision, and
4       it was normal in both eyes.
5  Q.  All right.  And then keratometry.  What do
6       you have there?
7  A.  Well, it just has the readings and the
8       curvature on the front of the eye there,
9       and that's the results of the test right
10      there.
11 Q.  Okay.  And has that changed?
12 A.  I expect so, because the correction for
13      astigmatism changed.  Let's see.  I'm
14      looking at 3/24/2000.  If you want to look
15      back there, the right eye, there's a
16      difference between the left-hand number and
17      the right-hand number.  It was .37 then,
18      and now it's 1.5.  On the right eye it was
19      .5, and now it's zero.  The major
20      difference is in the right eye where
21      there's an increase in the curvature in one
22      meridian versus the other, which is why the
23      correction for astigmatism changed.

Page 185

1 Q. All right. And what do you have written to
2    the right of there? What is that?
3 A. The M one percent OD and OS?
4 Q. What is that?
5 A. That's just the drop I put in to dilate his
6    pupils.
7 Q. Okay. And then the slit lamp exam. What
8    were the findings there?
9 A. It's one to three quarters, which is a
10    grade four angle. Normal eyes and lids in
11    both eyes.
12 Q. And then OPH. What is that?
13 A. Ophthalmoscopy, and it was normal also.
14 Q. Okay. And what does the ophthalmoscopy
15    measure?
16 A. That looks into the back surface of your
17    eye on the retina, or that's the major
18    thing you're doing with it.
19 Q. Well, tell me what those markings are. I
20    can't read your writing, so if you can
21    just --
22 A. Oh. E3, which has to do with the category
23    of the cupping in the optic nerve, the

Page 186

1    cup-to-disk ratio. And then it says SVP
2    plus, which is spontaneous venous
3    pulsation.
4 Q. Spontaneous what?
5 A. Venous pulsation. If you do not have a
6    spontaneous venous pulsation, you have some
7    circulatory problems.
8 Q. Okay. What was his spontaneous?
9 A. It was fine. It was SVP plus in both eyes.
10 Q. It looks like a 138 there. What is that?
11       MR. WHITE: Where are you looking
12       at?
13 Q. In front of DS.
14       MR. WHITE: Point three five?
15 A. Point three five. I'm sorry. I didn't
16    know what you were talking about.
17 Q. And then under that, what do you have
18    written?
19 A. Fovea and general retinal area normal in
20    both eyes.
21 Q. And then to the side of that, what is that?
22 A. Slit lamp -- oh, you're talking about over
23    to the right-hand side?

Page 187

1 Q. Yes.
2 A. That's OU for both eyes.
3 Q. All right. Okay. So the NCT, what is
4    that? I know what --
5 A. The reading? 13 and 12.
6 Q. At 10:20 in the morning?
7 A. Correct.
8 Q. And then what is your impression there?
9 A. Underneath? Is that what you're --
10 Q. Yes.
11 A. Compound myopic astigmat with change in the
12    right eye. And that's -- it looks like
13    it's change in the best corrected visual
14    acuity in the right eye.
15 Q. And then your plan, what is that?
16 A. Change the right lens to the subjective
17    reading up above after a positive demo of
18    the change, which means that the patient
19    was shown the new lens there in the chair
20    in the office and thought that everything
21    looked real good with that and wanted to
22    change to that.
23 Q. Okay. And then under there it says right

Page 188

1    eye -- what, now?
2 A. That's the prescription for the glasses.
3 Q. And then you have recheck in one year?
4 A. Correct.
5 Q. Okay. You did not do Goldmann's tonometry,
6    correct?
7 A. Not that visit, no.
8 Q. And you didn't do gonioscopy, correct?
9 A. No.
10 Q. All right. Do you agree that blurry vision
11    is a symptom of angle closure glaucoma?
12 A. It is a symptom of angle closure glaucoma,
13    but angle closure glaucoma is far and away
14    not the most common source of blurry
15    vision.
16 Q. Okay. And what would be more common?
17 A. A change in the refractive error,
18    cataracts, corneal scars, a lot of other
19    things.
20 Q. Tell me some more other things.
21 A. Retinal problems, central serous
22    retinopathy, retinal detachments. You
23    could have optic neuritis, which is

Page 205

| 1 | had to be extra concerned and extra careful |
| 2 | about an accurate reading of his |
| 3 | intraocular pressure, correct? |
| 4 | MR. WHITE: Object to the form. |
| 5 | A. We did several tests that would have to do |
| 6 | with him having angle closure glaucoma, and |
| 7 | generally -- I don't know how much you've |
| 8 | gotten to read in your book, but in angle |
| 9 | closure glaucoma there is a tremendous |
| 10 | asymmetry in the pressure between one eye |
| 11 | and the other, as much as 30 or 40 points. |
| 12 | The difference between 13 and 12 is one. |
| 13 | Q. Okay. But there were other tests available |
| 14 | to you in the office that day, and you did |
| 15 | not use them to measure his intraocular |
| 16 | pressure, correct? |
| 17 | A. That's correct. |
| 18 | Q. Okay. And there were other ways of viewing |
| 19 | his angle other than the slit lamp exam, |
| 20 | and you didn't use those either, correct? |
| 21 | A. We did use a slit lamp exam. |
| 22 | Q. But you didn't use anything else? |
| 23 | A. To look in the anterior chamber angle? |

Page 207

| 1 | Q. And it appears to be filled out by Kyle |
| 2 | Bengtson at his visit -- apparently, his |
| 3 | first visit? |
| 4 | A. Right. |
| 5 | Q. Okay. So that would go with the 2000 note, |
| 6 | for the year 2000, like March 24th? |
| 7 | A. It would have been filled out then. |
| 8 | Q. All right. Thank you. |
| 9 | When Kyle Bengtson came in to see you |
| 10 | on August the 20th, 2004, what eye problems |
| 11 | do you believe he had at that time? |
| 12 | A. There were no problems found except for his |
| 13 | refractive error. In the left eye, there |
| 14 | was no change from the time before. In the |
| 15 | right eye, there was a correction for |
| 16 | astigmatism change, so it was recommended |
| 17 | that he change the right lens in his |
| 18 | glasses after a positive demonstration of |
| 19 | the change was given to him. |
| 20 | Q. Okay. But other than changing his |
| 21 | prescription and having him come back for |
| 22 | recheck in one year, you didn't refer him |
| 23 | for more tests or ask him to come back or |

Page 206

| 1 | Q. Right. |
| 2 | A. No. We used the test that you use the slit |
| 3 | lamp for, which was the von Herrick method. |
| 4 | Q. Okay. But the gonioscopy provides a |
| 5 | superior view. Okay. |
| 6 | MR. ADAMS: You want to take a |
| 7 | break? And I'd like that copy |
| 8 | of the written history if we |
| 9 | could. Thank you. |
| 10 | MR. WHITE: Sure. |
| 11 | (Brief recess.) |
| 12 | MR. ADAMS: I'm just going to |
| 13 | right now -- I don't |
| 14 | necessarily know that there's |
| 15 | anything that I want to ask |
| 16 | about here, but let's just |
| 17 | attach it somehow. We'll just |
| 18 | make that a part of this |
| 19 | exhibit. |
| 20 | Q. (Mr. Adams continuing) And let me ask you, |
| 21 | Dr. Bazemore. You agree that that is a |
| 22 | form used by your office, correct? |
| 23 | A. Correct. |

Page 208

| 1 | anything like that, correct? |
| 2 | A. There were no other problems detected. |
| 3 | Q. So no referral to an ophthalmologist? |
| 4 | A. That's correct. |
| 5 | Q. And just so I understand, why did you not |
| 6 | ask him to follow up with you sooner than |
| 7 | one year? |
| 8 | A. There were no findings that would have |
| 9 | indicated that he come back any sooner than |
| 10 | that. |
| 11 | Q. Okay. And why no referral to an |
| 12 | ophthalmologist? |
| 13 | A. There was no problems detected that would |
| 14 | indicate that that be done. |
| 15 | Q. Okay. If a patient has had trauma to his |
| 16 | eye in the past, can that cause angle |
| 17 | closure glaucoma? |
| 18 | A. It could possibly cause a secondary type. |
| 19 | Q. And the standard of care in terms of your |
| 20 | duty to be diligent in treatment and |
| 21 | diagnosis is the same regardless of the |
| 22 | origin of the angle closure, correct? |
| 23 | A. That's correct. |