IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

_____,    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )     CASE NO. _____
                                      )
_____,    )
                                      )
        Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _____, a                        in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____              _____

_____              _____

_____              _____

_____              _____

_____                        _____
        Date                           (Signature)

                                       _____
                                       (Counsel's Name)

                                       _____
                                       Counsel for (print names of all parties)
                                       _____

                                       _____
                                       Address, City, State Zip Code

                                       _____
                                       Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## <u>CERTIFICATE OF SERVICE</u>

I,_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by _____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this _____day of _____ 20__, to:

_____

_____

_____

_____

_____

_____


_____              _____
            Date                                         Signature