IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGTSON, | ) |
| PLAINTIFF, | ) |
| v. | ) 3:06-cv-00569-MEF |
| DAVID BAZEMORE, O.D. et. al | ) |
| DEFENDANTS. | ) |

### DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO FRCP RULE 26(a)(2) & LAY WITNESSES OFFERING OPINION TESTIMONY

COMES NOW Plaintiff Kyle Bengtson and discloses the identity of the expert he intends to use to provide testimony pursuant to Rules 702, 703, or 705, as follows: THOMAS J. LANDGRAF, O.D., F.A.A.O., Professor, Southern College of Optometry, Memphis, TN; Chief, Advanced Care Ocular Disease Service, Division of Clinical Education, Southern College of Optometry. Dr. Landgraf's expert report is attached hereto as Exhibit "A".

Pursuant to Rule 701, Plaintiff Kyle Bengtson discloses that the following individuals may be called as witnesses and may or may not be qualified as experts and may offer opinion testimony on the issues of liability and damages:

(a)  All healthcare professionals who have treated Kyle Bengtson for the injury at issue in this case, including but not limited to all optometrists, ophthamologists, and primary care physicians. This may include, but is not necessarily limited to, the following healthcare providers: Dr. Gregory Sepanski, M.D., Dr. Rafael Mollega, O.D., Dr. Phil Alabata, D.O., Defendants, and any healthcare provider treating Kyle Bengtson.

(b)   Individuals having knowledge of Kyle Bengtson's vision loss and other damages and may offer opinion testimony as to damages, include but is not necessarily limited to, the following:

> Plaintiff and his wife;
> Don and Jane Bengtson, 326 Lee Road 649, Waverly, Alabama 36879(dad and step mom);
>
> Kathy and Mike Burnett, 1670 Gooselake, Iowa (mother and stepfather);
>
> Jerry and Mary Ann Sims, 549 Sherwood Drive, Auburn, Alabama 36803(Mother and Father in law); and
>
> Plaintiffs co-workers, including Richard T. Jackson 19 Whispering Pines Court, Santa Rosa Beach, Florida 36879 (Business Partner).

Submitted this 28th day of February, 2007.

ATTORNEY FOR PLAINTIFF
KYLE BENGSTON

/s/ David W. Adams

David W. Adams
Alabama Bar No.: ADA049