IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )  3:06-cv-00569-MEF |
| | ) |
| | ) |
| DAVID BAZEMORE, O.D. et. al | ) |
| | ) |
|     DEFENDANTS. | ) |

**NOTICE CONCERNING SETTLEMENT
CONFERENCE AND MEDIATION**

    Pursuant to this Court's Scheduling Order, the parties in this matter conducted a face to face settlement conference on August 24, 2007. During that conference, the parties engaged in good faith settlement discussions. During said conference, settlement was not reached between the parties. Furthermore, the parties do not believe that mediation would be helpful, in potentially settling this matter at this time.

    Done this the 31st day of August, 2007.

    /s/ James B. Douglas, Jr.
    James B. Douglas, Jr.
    Attorney for Plaintiff
    P.O. Box 1423
    Auburn, AL 36831-1423
    (334) 821-1596


    /s/ Matthew White
    Matthew White
    Blake L. Oliver
    Adams, Umbach, Davidson &
    White, LLP
    205 South 9th Street
    Opelika, Alabama 36801