IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-569-MEF |
| ) | |
| DAVID BAZEMORE, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motions to Strike Affidavits (Doc. #45 and #46) filed on August 28, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before September 10, 2007 as to why the motions should not be granted.

DONE this the 4th day of September, 2007.

                                                        /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE