**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KYLE BENGSTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | 3:06-cv-00569-MEF |
| | ) | |
| **DAVID BAZEMORE, O.D. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR PERMISSION TO REPLY TO PLAINTIFF'S RESPONSES
TO DEFENDANTS' MOTIONS TO STRIKE THE AFFIDAVITS
OF DRS. LANDGRAF, ALABATA, AND SEPANSKI**

COME NOW David Bazemore, O.D., and Wal-Mart Stores, Inc. (hereinafter referred to collectively as the "Defendants"), by and through their undersigned attorneys, and respectfully move this Honorable Court to allow them permission to file the attached reply to the Plaintiff's responses to their motions to strike the affidavits of Drs. Landgraf, Alabata, and Sepanski.

RESPECTFULLY SUBMITTED this the 14th day of September, 2007.

    ADAMS, UMBACH, DAVIDSON & WHITE, LLP

    /s/ Matthew W. White
    PHILLIP E. ADAMS, JR. (ADA025)
    MATTHEW W. WHITE (WHI086)
    BLAKE L. OLIVER (OLI020)
    Attorney for Defendants
    P.O. Box 2069
    Opelika, Alabama 36803-2069
    (334) 745-6466

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the 14th day of September, 2007 served a true and correct copy of the above and foregoing Motion for Summary Judgment on the following attorneys of record by United States mail, postage prepaid, at their respective addresses by:

_____      Facsimile transmission;

_____      Hand delivery;

  X      Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to:

| | |
|---|---|
| **Mr. David Adams, Esq.** | **Mr. James Boyd Douglas, Jr., Esq.** |
| **The Newman Law Firm** | **McNeal & Douglas, LLC** |
| **Park Plaza** | **PO Box 1423** |
| **178 South Main Street, Ste. 150** | **Auburn, AL 36830** |
| **Alpharetta, GA 30004** | |

ADAMS, UMBACH, DAVIDSON & WHITE

  /s/ Matthew W. White
Of Counsel