IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-569-MEF |
| | ) |
| DAVID BAZEMORE, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Permission to Reply to Plaintiff's Responses (Doc. #51) filed on September 14, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 19th day of September, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE