## RESPONSES TO INTERROGATORIES

1.

Kyle William Bengtson, 108South Harborview Road, Santa Rosa Beach, Florida 32459, SS# 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. Kyle Bengtson has not been known by any other name.

2.

Previous address: 2489 Lee Road 84 Waverly, Alabama 36879, (August 2000 – June 2005). See present address above.

3.

Plaintiff has not yet determined who he will call as an expert witness at trial. Plaintiff will timely supplement his response to this interrogatory.

4.

Plaintiff objects to this interrogatory on the basis that it is overly broad. Subject thereto and without waiving said objection, Plaintiff states: Esophageal repair when I was five (5) years old in Iowa City, Iowa. I had surgery to repair an undescended testicle when I was ten at Mercy Hospital in Clinton, Iowa. Testicular surgery for an infected epidtimitis when I was 24 years old at East Alabama Medical Center in Opelika, Alabama. I fractured my left hand when I was 17 years old while skiing. I fractured my right hand when I was 11 years old while playing dodge ball. I had 18 stitches across the bridge of my nose when I was age 20 at East Alabama Medical Center. I had an endoscopy on my throat when I was 24 years of age.



DEFENDANT'S EXHIBIT C