IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 3:06-cv-569-MEF |
| | ) |
| DAVID BAZEMORE, O.D., | ) |
| | ) |
|     Defendant. | ) |

### **ORDER**

In light of the Memorandum Opinion and Order (Doc. # 58), it is hereby

ORDERED that Defendant's Motion for Relief from Scheduling Order (Doc. # 55) is DENIED as moot.

Done on this the 21st day of November, 2007.

                                              /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE