IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   3:06-cv-00569-MEF |
| | ) |
| DAVID BAZEMORE, O.D. et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT'S REQUESTED VOIRE DIRE

COMES NOW David Bazemore, O.D., the Defendant in the above-referenced matter, by and through counsel, and hereby requests the following voire dire questions to be submitted to the jury:

1.  Do any of you know the Plaintiff in this case?

2.  The Plaintiffs are represented by David Adams and James "Jim" Douglas.

    a.  Are any of you social friends or acquaintances with Mr. Adams or any member of his family?

    b.  Has Mr. Adams ever represented you or any member of your family in any legal matter?

    c.  Do you know, or are you related to, any staff member that may work at Mr. Adams's office?

    d.  Are any of you social friends or acquaintances with Mr. Douglas or any member of his family?

1

    e.    Has Mr. Douglas ever represented you or any member of your family in any legal matter?

    f.    Do you know, or are you related to, any staff member that may work at Mr. Douglas's office?

3. Is there anyone on this panel who knows anything about this lawsuit?

4. Do any of you wear glasses, contact lenses, or any other vision aide?

5. Have any of you ever been diagnosed with glaucoma or any other disease or condition of the eye?

6. Do any of you have any family members who have been diagnosed with glaucoma or any other disease or condition of the eye?

7. Have any of you ever experienced any trauma to an eye or eyes?

8. Have any of you ever been tested for glaucoma?

9. Are any of you familiar with the "puff test," i.e. where a puff of air is directed into your eye?

10. Have any of you been tested with the "puff test?"

11. Are any of you familiar with "Goldman's tonometery?"

12. Do any of you know what a gonioscope is?

13. Is there anyone on the panel who has a close family member who is an optometrist?

14. Is there anyone on the panel who has a close family member who is an ophthalmologist?

15. Is there anyone on the panel who has a close family member who is a medical

     doctor?

16.    Do any of you have any medical training?

17.    Do any of you have any specialized knowledge of human anatomy?

                    Respectfully submitted,

                    ADAMS, UMBACH, DAVIDSON & WHITE, LLP

                    BY: /s/ Blake L. Oliver
                          PHILLIP E. ADAMS, JR. (ADA025)
                          BLAKE L. OLIVER (OLI020)

OF RECORD:
Adams, Umbach, Davidson & White, LLP
P. O. Box 2069
Opelika, AL 36803-2069
Tel. (334) 745-6466
Fax (334) 749-3238

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the 26th day of November, 2007 served a true and correct copy of the above and foregoing on the following attorneys of record:

| | |
|---|---|
| **Mr. David Adams, Esq.** | **Mr. James Boyd Douglas, Jr., Esq.** |
| **The Newman Law Firm** | **McNeal & Douglas, LLC** |
| **Park Plaza** | **PO Box 1423** |
| **178 South Main Street, Ste. 150** | **Auburn, AL 36830** |
| **Alpharetta, GA 30004** | |

ADAMS, UMBACH, DAVIDSON & WHITE


_____/s/ Blake L. Oliver_____
Of Counsel