# EXHIBIT "B"

10-18-2007 Sepanski Dr.txt

```
 9         who have glaucoma, whether it's open or closed
10         angle, can present with, the complaint of
11         halos around light or blurry -- intermittent
12         blurred vision on and off.
13    Q.   And the fact that he said --
14    A.   It's considered in the differential diagnosis.
15    Q.   And the fact that Kyle complained of his
16         vision being worse at night or -- excuse me,
17         the symptoms being worse at night, would that
18         tend to support that he had intermittent angle
19         closure glaucoma on August 20th, 2004?
20    A.   Yes.
21    Q.   I'm cutting you off. I'm sorry. Go ahead.
22    A.   No, no.
23    Q.   And why would that -- why is it your opinion
```

62

```
 1         that that supports that conclusion?
 2    A.   Well, again, halos at night is a classic
 3         complaint for glaucoma, specifically angle
 4         closure glaucoma.
 5    Q.   And why do patients with angle closure
 6         glaucoma see halos and why is it worse at
 7         night?
 8    A.   They can go into episodes of what's called
 9         pupillary block where the -- which causes the
10         pressure to shoot up. And when the pressure
11         goes up high, the cornea gets hazy and they
12         will start seeing halos or blurred vision,
13         halos around lights. And it's because the
14         pupil dilates partially and puts somebody into
15         a pupillary block position.
16    Q.   When you were treating Kyle, you did testify
```

10-18-2007 Sepanski Dr.txt

17  earlier, I believe, that you -- you ruled out
18  the prospect that he had angle closure
19  glaucoma secondary to trauma caused --
20  secondary to trauma, correct?
21  A. Right.
22  Q. And that would include the laceration to the
23  bridge of his nose caused by a beer bottle; is

63

1   that correct?
2   A. Right.
3   Q. One last -- I think it's -- just about my last
4   question. Don't hold me to it, but I think it
5   might be.
6       If you'll look under Tab K, your notes of
7   that same exhibit, Defendant's Exhibit 3,
8   about halfway into it -- it might take a
9   minute to find it -- is your visual field test
10  for Mr. Bengston on March 25th, 2005.
11  A. I looked at it before, yes.
12  Q. Looking at -- I'll give you a minute so you
13  can have it in front of you. I think you're
14  coming up on it maybe.
15  A. Okay.
16  Q. Look at his right eye visual field test. What
17  do those black areas represent?
18  A. Lost vision.
19  Q. How does that relate to intermittent angle
20  closure glaucoma?
21  A. Well, it relates to any form of glaucoma. The
22  way that people lose their vision from
23  glaucoma is they tend to lose their peripheral