**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **KYLE BENGSTON,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v.  ) | **3:06-cv-00569-MEF** |
| ) | |
| ) | |
| **DAVID BAZEMORE,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S LIST OF EXHIBITS

**COMES NOW** the Plaintiff, and objects to the following exhibits, identified by the Defendant in this matter:

1. Any medical records, which reference the Plaintiff being struck by a beer bottle, including any depositions which the Defendant intends to read regarding said testimony. Plaintiff has briefed his objection to this testimony, in his Motion in Limine, filed simultaneously with these objections.

2. Plaintiff objects to the introduction of evidence of the unexecuted Affidavit prepared by Dr. Phil Alabata. Plaintiff has put forth his objection to this evidence in his Motion in Limine, filed simultaneously with this objection.

3. More specifically, but in no way limiting the general objection, Plaintiff objects to numbers 10 and 11 of Defendant's Exhibit List for the reasons set forth in his Motion in Limine, filed simultaneously with this objection.

Respectfully submitted this the 26th day of November, 2007.

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.

          McNeal & Douglas,
          Attorneys at Law, L.L.C.
          Ala. Bar No. 8935-u83j
          P.O. Box 1423
          Auburn, AL  36831-1423
          (334) 821-1596

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above by use of this Court's electronic filing system, on this the 26th day of November, 2007.

          /s/  James B. Douglas, Jr.
          James B. Douglas, Jr.

Matthew White
Blake L. Oliver
Adams, Umbach, Davidson & White, LLP
205 South 9th Street
Opelika, Alabama 36801