IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )   3:06-cv-00569-MEF |
| | ) |
| | ) |
| DAVID BAZEMORE, O.D. | ) |
| | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

1. Have any members of this venire ever been treated by Dr. David Bazemore.

2. Have any members of this venire ever been treated at a Wal-Mart Vision Center. If yes, were any of you dissatisfied with your treatment.

3. Have any members of this venire, or any members of your family, ever been employed in any medical field. If so, what field.

4. Do any members of this venire feel that the civil justice system is "out of control."

5. Have any members of this venire ever employed the firm of Adams, Umbach, Davidson and White, or used any of its lawyers in the past.

6. Do any members of this venire, or members of your families, belong to any of the same organizations, which the Defendant Dr. David Bazemore or his family does, including church.

7. Have any members of this venire, or any members of your family, ever been diagnosed with any form of glaucoma or any other eye disease.

8. Have any members of this venire, or members of your family, ever been referred to an ophthalmologist, by an optometrist.

9. Do any members of this venire feel that they cannot award a substantial verdict of compensatory damages, to the Plaintiff, should the evidence and the law, as explained by the Court, support such a verdict.

10. Is any member of this venire unable or unwilling to award punitive damages, should the evidence and the law, as explained by the Court, support it.

11. Have any members of this venire, or any members of your family, ever been involved with tort reform.

12. Do any members of this venire feel that it is inappropriate for a patient to bring a lawsuit against a former medical provider.

13. Have any members of this venire, or any members of your family, ever been employed in the field of eye care.  If so, what was your employment.

14. Have any members of this venire, or any members of your family, ever been trained or taken educational classes in the field of eye care.  If so, please describe that education or training.

15. Have any members of this venire, or any members of your family, ever been employed by any Wal-Mart Store.

16. Have any members of this venire, or any members of your family, ever been employed in the insurance sales or automobile sales field.

17. Do any of you know any of the witnesses who may testify in this Trial; reference both parties witness lists.

18. Do any of you have any knowledge about the facts surrounding this case, whether the knowledge is first-hand, hearsay, or any other knowledge.

Respectfully submitted this the 26th day of November, 2007.

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.
McNeal & Douglas,
Attorneys at Law, L.L.C.
Ala. Bar No. 8935-u83j
P.O. Box 1423
Auburn, AL  36831-1423
(334) 821-1596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above by use of this Court's electronic filing system, on this the 26th day of November, 2007.

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.

Matthew White
Blake L. Oliver
Adams, Umbach, Davidson & White, LLP
205 South 9th Street
Opelika, Alabama 36801