IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-00569-MEF |
| | ) |
| DAVID BAZEMORE, O.D., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue (Doc. #72) filed on November 27, 2007, it is hereby

ORDERED that the motion is GRANTED. An amended scheduling order will be entered by the court.

DONE this the 28th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE