IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KYLE BENGSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 3:06-CV-00569-SRW |
| | ) |
| DAVID BAZEMORE, O. D., AND | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME now the Plaintiff and the Defendant, by and through their attorneys of record and show unto the Court that this case has been settled between the parties and move that this case be dismissed with prejudice and costs taxed against the Plaintiff.

McNEIL & DOUGLAS, LLC

BY: _____
JAMES DOUGLAS
P. O. Box 1423
Auburn, AL 36831-1423

ADAMS, UMBACH, DAVIDSON & WHITE LLP

BY: _____
PHILLIP E. ADAMS, JR. (ADA025)
Attorneys for Defendants
P. O. Box 2069
Opelika, AL 36803-2069